**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**


Adam Franchi

                        Plaintiff,

v.                                      Case No.: 3:19–cv–00962

SmileDirectClub, Inc., et al.

                        Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 6) of Christopher L. Nelson is GRANTED.


s/ Kirk L. Davies, Clerk of Court
