# Exhibit A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ JAY   B   KASNER _____ , Bar # _____ JK7910 _____

was duly admitted to practice in the Court on

_____ September 21, 1982 _____

and is in good standing as a member of the Bar of this Court

Dated at

500 Pearl St.
New York, New York

On _____ November 14, 2019 _____

_____
Ruby J. Krajick
Clerk of Court

By _____
Deputy Clerk