# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., BOFA SECURITIES, INC., JEFFERIES, LLC, UBS SECURITIES, LLC, CREDIT SUISSE SECURITIES (USA), LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, LLC, and LOOP CAPITAL MARKETS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:19-cv-00962<br><br>**Judge Eli J. Richardson**<br>**Magistrate Judge Jeffrey S. Frensley** |
| Defendants. | ) | |

## DECLARATION OF SCOTT D. MUSOFF *PRO HAC VICE*

I, Scott D. Musoff, declare under oath:

1.      I am an attorney and a member of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522. My telephone number is (212) 735-3000 and my email address is scott.musoff@skadden.com.

2.      I wish to be admitted *pro hac vice* on behalf of Defendants SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Richard Schnall and Susan Greenspon Rammelt in this action.

3.      I am not a resident of the Middle District of Tennessee, and I do not maintain an

office to practice law in the Middle District of Tennessee.

4.      I am a member in good standing of the bar for the United States District Court for the Southern District of New York. A true and correct Certificate of Good Standing from the United States District Court for the Southern District of New York is attached hereto as Exhibit A.

5.      No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instituted against me.

6.      I hereby acknowledge my responsibility for compliance with all rules of this Court and agree to confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

7.      I have associated with Steven A. Riley, Milton S. McGee, III and Elizabeth O. Gonser of the law firm of Riley Warnock & Jacobson, PLC, 1906 West End Avenue, Nashville, Tennessee 37203, for my appearance *pro hac vice* in this matter.

I declare under oath on this 15th day of November, 2019 that the foregoing is true and correct.

s/ Scott D. Musoff
Scott D. Musoff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on November 15, 2019 via the Court's electronic filing system:

Christopher Nelson
James M. Ficaro
The Weiser Law Firm, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Fax: (610) 408-8062
cln@weiserlawfirm.com
jmf@weiserlawfirm.com

Wade B. Cowan
Davies, Humphreys, Horton & Reese, PLC
85 White Bridge Road, Suite 300
Nashville, TN 37205
Telephone: (615) 256-8125
Fax: (615) 242-7853
wcowan@dhhrplc.com

Richard A. Maniskas
Schiffrin, Barroway, Topas & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
rmaniskas@sbtklaw.com

s/ Steven A. Riley