# Exhibit A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

SCOTT  MUSOFF , Bar # SM2965

was duly admitted to practice in the Court on

September 27, 1995

and is in good standing as a member of the Bar of this Court

Dated at
500 Pearl St.
New York, New York

On November 14, 2019

By

Ruby J. Krajick
Clerk of Court

Deputy Clerk