## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
ADAM FRANCHI, Individually and on Behalf of          :
All Others Similarly Situated,                       :
                                                     :
                         Plaintiff,                  :
              vs.                                    :   3:19-cv-00962 (EJR)
                                                     :
SMILEDIRECTCLUB, INC., DAVID KATZMAN,                :
KYLE WAILES, STEVEN KATZMAN, JORDAN                  :
KATZMAN, ALEXANDER FENKELL, RICHARD                  :
SCHNALL, SUSAN GREENSPON RAMMELT,                    :
J.P. MORGAN SECURITIES, INC., CITIGROUP              :
GLOBAL MARKETS INC., BOFA SECURITIES,                :
INC., JEFFERIES LLC, UBS SECURITIES LLC,             :
CREDIT SUISSE SECURITIES (USA) LLC,                  :
GUGGENHEIM SECURITIES, LLC, STIFEL,                  :
NICOLAUS & COMPANY, INCORPORATED,                    :
WILLIAM BLAIR & COMPANY, L.L.C., and                 :
LOOP CAPITAL MARKETS LLC,                            :
                                                     :
                         Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## <u>DECLARATION OF MICHAEL C. GRIFFIN *PRO HAC VICE*</u>

I, Michael C. Griffin, declare under oath:

1.  I am an attorney with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522. My telephone number is (212) 735-3000 and my email address is michael.griffin@skadden.com.

2.  I wish to be admitted *pro hac vice* on behalf of Defendants SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Richard Schnall and Susan Greenspon Rammelt in this action.

3.  I am not a resident of the Middle District of Tennessee, and I do not maintain an office to practice law in the Middle District of Tennessee.

4. I am a member in good standing of the bar for the United States District Court for the Southern District of New York. A true and correct Certificate of Good Standing from the United States District Court for the Southern District of New York is attached hereto as Exhibit A.

5. No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instituted against me.

6. I hereby acknowledge my responsibility for compliance with all rules of this Court and agree to confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

7. I have associated with Steven A. Riley, Milton S. McGee, III and Elizabeth O. Gonser of the law firm of Riley Warnock & Jacobson, PLC, 1906 West End Avenue, Nashville, Tennessee 37203, for my appearance *pro hac vice* in this matter.

I declare under oath on this 15th day of November, 2019 that the foregoing is true and correct.

s/ Michael C. Griffin
Michael C. Griffin

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

**THE WEISER LAW FIRM, P.C.**
Christopher Nelson
James M. Ficaro
22 Cassatt Ave.
Berwyn, PA 19312
Phone: (610) 225-2677
Fax: (610) 408-8062

**SCHIFFRIN, BARROWAY, TOPAS & KESSLER, LLP**
Richard A. Maniskas
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (610) 667-7056

**DAVIES, HUMPHREYS, HORTON & REESE, PLC**
Wade B. Cowan
85 White Bridge Road Suite 300
Nashville, TN 37205
Phone: (615) 256-8125
Fax: (615) 242-7853

*Counsel for Plaintiff Adam Franchi*

this 15th day of November, 2019.

/s/ Steven A. Riley
Steven A. Riley