# Exhibit A

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ MICHAEL  GRIFFIN _____ , Bar # _____ MG1924 _____

was duly admitted to practice in the Court on

_____ June 13, 2017 _____

and is in good standing as a member of the Bar of this Court

Dated at

500 Pearl St.
New York, New York

On _____ November 14, 2019 _____

By

_____ Ruby J. Krajick _____
Clerk of Court

Deputy Clerk