# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

SHARON   L.   NELLES , Bar # SN3177

was duly admitted to practice in the Court on

August 20, 1996

and is in good standing as a member of the Bar of this Court

Dated at

500 Pearl St.
New York, New York

On November 20, 2019

Ruby J. Krajick
Clerk of Court

By

Deputy Clerk