# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

ANDREW  J.  FINN    , Bar #        AF4321

was duly admitted to practice in the Court on

January 25, 2011

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.          On      November 19, 2019
             New York, New York


             Ruby J. Krajick        By
             Clerk of Court                    Deputy Clerk