# UNITED STATES DISTRCT COURT
# MIDDLE DISTRCT OF TENNESSEE
# NASHVILLE DIVISION

ADAM FRANCHI, Individually and on
behalf of all others similarly situated,

      Plaintiff,

   v.

SMILEDIRECTCLUB, INC., DAVID
KATZMAN, KYLE WAILES, STEVEN
KATZMAN, JORDAN KATZMAN,
ALEXANDER FENKELL, RICHARD
SCHNALL, SUSAN GREENSPON
RAMMELT, J.P. MORGAN
SECURITIES, LLC, CITIGROUP
GLOBAL MARKETS, INC., BOFA
SECURITIES, INC., JEFFERIES, LLC,
UBS SECURITIES, LLC, CREDIT
SUISSE SECURITIES (USA), LLC,
GUGGENHEIM SECURITIES, LLC,
STIFEL, NICOLAUS & COMPANY,
INCORPORATED, WILLIAM BLAIR &
COMPANY, LLC, and LOOP CAPITAL
MARKETS, LLC,

      Defendants.

Case No. 3:19-cv-00962

Judge Eli J. Richardson
Magistrate Judge Jeffrey s. Frensley

## DECLARATION OF INBAR R. GAL *PRO HAC VICE*

I, Inbar R. Gal, declare under oath:

1. I am an attorney and a member of the law firm Sullivan & Cromwell, LLP 125 Broad Street, New York, New York 10004.  My telephone number is (212) 558-4000 and my email address is gali@sullcrom.com.

2. I wish to be admitted *pro hac vice* on behalf of Defendants J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Jefferies LLC, UBS Securities LLC,

1

Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C, and Loop Capital Markets LLC in this action.

3. I am not a resident of the Middle District of Tennessee, and I do not maintain an office to practice law in the Middle District of Tennessee.

4. I am a member in good standing for the United States District Court for the Southern District of New York. A true and correct Certificate of Good Standing from the United States District Court for the Southern District of New York is attached hereto as Exhibit A.

5. No disciplinary proceedings by any disciplinary authority or any court or any criminal charges have been instituted against me.

6. I hereby acknowledge my responsibility for compliance with all rules of this Court and agree to confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

7. I have associated with Steven A. Riley and Elizabeth O. Gonser of the law firm Riley Warnock & Jacobson, PLC, 1906 West End Avenue, Nashville, Tennessee 37203, for my appearance *pro hac vice* in this matter.

I declare under oath on this 21st day of November, 2019 that the foregoing is true and correct.

/s/ *Inbar R. Gal* .
Inbar R. Gal

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019 a true and correct copy of the foregoing document was served via the Court's electronic filing system on:

Christopher Nelson
James M. Ficaro
The Weiser Law Firm, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Fax: (610) 408-8062
cln@weiserlawfirm.com
jmf@weiserlawfirm.com

Richard A. Maniskas
Schiffrin, Barroway, Topas & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
rmaniskas@sbtklaw.com

Wade B. Cowan
Davies, Humphreys, Horton & Reese, PLC
85 White Bridge Road, Suite 300
Nashville, TN 37205
Telephone: (615) 256-8125
Fax: (615) 242-7853
wcowan@dhhrplc.com

/s/ *Steven A. Riley*

Steven A. Riley

3