# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ INBAR  ROBIN  GAL _____ , Bar # _____ IG5656 _____

was duly admitted to practice in the Court on

_____ March 18, 2014 _____

and is in good standing as a member of the Bar of this Court

Dated at

500 Pearl St.
New York, New York

On

_____ November 19, 2019 _____

_____ Ruby J. Krajick _____
Clerk of Court

By

Deputy Clerk