# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE


Adam Franchi

                                Plaintiff,

v.                                            Case No.: 3:19–cv–00962

SmileDirectClub, Inc., et al.

                               Defendant,

## <u>ORDER ON MOTION TO APPEAR PRO HAC VICE</u>

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 12) of Jay B. Kasner, Scott D. Musoff and Michael C. Griffin is GRANTED.


                                                  <u>s/ Kirk L. Davies, Clerk of Court</u>