**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Adam Franchi

                           Plaintiff,

v.                                        Case No.: 3:19–cv–00962

SmileDirectClub, Inc., et al.

                           Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 16) of Sharon L. Nelles, Andrew J. Finn, and Inbar R. Gal is GRANTED.

                                       s/ Kirk L. Davies, Clerk of Court