UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated, | No.: 3:19-cv-00962 |
| Plaintiff, | CLASS ACTION |
| v. | |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC, | |
| Defendants. | |

| | |
|---|---|
| BARRY GINSBERG, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and CAMELOT VENTURE GROUP,<br><br>       Defendants. | No.: 3:19-cv-01040 |

| | |
|---|---|
| RICHARD ANDRE, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>    v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,<br><br>               Defendants. | No.: 3:19-cv-01057 |

**MOTION OF THE SMILEDIRECTCLUB INVESTOR GROUP TO: (1) CONSOLIDATE ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Thomas R. Derus and Wei Wei (collectively, the "SmileDirectClub Investor Group" or "Movant"), hereby move the Court for an Order:

(a) consolidating the above-captioned actions (the "Related Actions");

(b) appointing the SmileDirectClub Investor Group to serve as Lead Plaintiff in the Related Actions; and

(c) approving Movant's selection of Pomerantz LLP and The Rosen Law Firm P.A. as Co-Lead Counsel, and Holifield Janich & Ferrera, PLLC as Liaison Counsel, for the Class.

In support of this Motion, Movant submits: (1) the Declaration of Jeremy A. Lieberman dated December 2, 2019 (with exhibits); (2) a Memorandum of Law in support of Motion dated December 2, 2019; and (3) a [Proposed] Order.

Dated: December 2, 2019

Respectfully submitted,

HOLIFIELD JANICH & FERRERA, PLLC

*/s/ Al Holifield*
Al Holifield (BPR# 015494)
11907 Kingston Pike Suite 201
Knoxville, Tennessee 37934
Telephone: (865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

*Counsel for Movants and*
*Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

THE ROSEN LAW FIRM, P.A.
Phillip Kim
(*pro hac vice* application forthcoming)
Laurence M. Rosen
(*pro hac vice* application forthcoming)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movants and*
*Proposed Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been

served electronically upon all parties and/or counsel listed through the Court's ECF system on

this December 2, 2019.

**HOLIFIELD JANICH & FERRERA, PLLC**

*/s/ Al Holifield*
Al Holifield