# EXHIBIT C

**SmileDirectClub, Inc. (SDC)**
**Class Period: Pursuant and/or Traceable to IPO on September 11, 2019**
**IPO Price $23.00/share**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 10/2/2019 Closing Price $12.9550 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Derus, Thomas R.** | **9/12/2019** | **1,000** | **$20.5500** | **($20,550)** | | | | | **1,000** | **$12,955** | **($7,595)** |
| Wei Wei | 9/12/2019 | 1,205 | $20.5500 | ($24,763) | 9/24/2019 | (1,425) | $16.4303 | $23,413 | | | |
| Wei Wei | 9/12/2019 | 220 | $19.0000 | ($4,180) | | | | | | | |
| **Wei Wei** | | **1,425** | | **($28,943)** | | **(1,425)** | | **$23,413** | **1,425** | **$0** | **($5,530)** |
| <u>Summary</u> | | | | | | | | | | | |
| Derus, Thomas R. | | 1,000 | | ($20,550) | | 0 | | $0 | 1,000 | | ($7,595) |
| Wei Wei | | 1,425 | | ($28,943) | | (1,425) | | $23,413 | 1,425 | | ($5,530) |
| **Total** | | **2,425** | | **($49,493)** | | **(1,425)** | | **$23,413** | **2,425** | | **($13,125)** |

*Damages were calculated for shares retained through the Corrective Disclosure that were purchased in or traceable to the IPO by subtracting:

i) the higher of the closing price the suit was filed ($12.96 on October 2, 2019) and the sale price from,

ii) the lower of the purchase price and the IPO price ($23.00).