UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,<br><br>        Defendants, | No. 3:19-cv-00962<br><br><u>CLASS ACTION</u><br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Jeffery S. Frensley<br><br><u>ORAL ARGUMENT REQUESTED</u> |
| BARRY GINSBERG, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS | Case No. 3:19-cv-01040<br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Jeffery S. Frensley |

SECURITIES LLC, CREDIT SUISSE
SECURITIES (USA) LLC, and CAMELOT
VENTURE GROUP,

|  |  |
|---|---|
| Defendants. | |
| RICHARD ANDRE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br>   v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,<br><br>      Defendants. | Case No. 3:19-cv-01057<br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Barbara D. Holmes |

## MOTION OF GRANITE POINT FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that proposed Lead Plaintiff Granite Point Capital 8 Dragons China Opportunities Fund, Granite Point Capital Master Fund, LP, Granite Point Capital Scorpion Focused Ideas Fund, and Granite Point Capital Panacea Global Healthcare Fund (together, "Granite Point"), respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B) and Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (i) consolidating the above-captioned actions;[1] (ii) appointing Granite Point as Lead Plaintiff; (iii) approving Granite Point's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Spragens Law PLC as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.[2]

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of John Spragens, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

---

[1]     The *Andre* Action, which was the first-filed case, was originally filed in the Eastern District of Michigan on October 2, 2019, and was subsequently transferred to Middle District of Tennessee on November 18, 2019, and assigned the docket number listed above. Likewise, the *Ginsburg* Action was originally filed in the Southern District of New York on October 23, 2019, and was subsequently transferred to the Middle District of Tennessee on November 18, 2019, and assigned the docket number listed above.

[2]     Local Rule 7.01(a)(1) requires a party seeking a motion to confer with opposing counsel to ascertain whether or not the relief requested in the motion is opposed. The PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff. 15 U.S.C. §§ 77z-1(a)(3)(B)(i); 78u-4(a)(3)(B)(i). As a result, Granite Point cannot determine which other parties, if any, will also seek appointment as Lead Plaintiff until after the deadline expires on December 2, 2019. Accordingly, a conference under Local Rule 7.01(a)(1) could not resolve the lead plaintiff motion required to be filed under the PSLRA. Granite Point's counsel, therefore, respectfully requests that compliance with Local Rule 7.01(a)(1) be waived in this narrow instance.

DATED:  December 2, 2019

Respectfully submitted,

*/s/ John Spragens*
John Spragens (Bar No. 031445)
**SPRAGENS LAW PLC**
1200 16th Ave. S.
Nashville, Tennessee 37212
Telephone:  (615) 983-8900
Facsimile:  (615) 682-8533
john@spragenslaw.com

*Proposed Liaison Counsel for the Class*

Christopher J. Keller
Eric J. Belfi
David J. Schwartz
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
dschwartz@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant*
*Granite Point, and Proposed*
*Lead Counsel for the Class*

2

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 2, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Respectfully submitted,

*/s/ John Spragens*
JOHN SPRAGENS

# Mailing Information for a Case 3:19-cv-00962 Franch v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Inbar R. Gal**
  gali@sullcrom.com

- **Elizabeth O. Gonser**
  egonser@rwjplc.com,nnguyen@rwjplc.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Christopher Nelson**
  cln@weiserlawfirm.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 3:19-cv-00962    Document 24    Filed 12/02/19    Page 6 of 7 PageID #: 233