UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,<br><br>Defendants, | No. 3:19-cv-00962<br><br><u>CLASS ACTION</u><br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Jeffery S. Frensley<br><br><u>ORAL ARGUMENT REQUESTED</u> |
| BARRY GINSBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA | Case No. 3:19-cv-01040<br><br>Judge Eli J. Richardson<br><br>Magistrate Judge Jeffery S. Frensley |

SECURITIES, INC., JEFFERIES LLC, UBS
SECURITIES LLC, CREDIT SUISSE
SECURITIES (USA) LLC, and CAMELOT
VENTURE GROUP,

              Defendants.

RICHARD ANDRE, Individually and On
Behalf of All Others Similarly Situated,

              Plaintiff,

     v.

SMILEDIRECTCLUB, INC., DAVID
KATZMAN, KYLE WAILES, STEVEN
KATZMAN, JORDAN KATZMAN,
ALEXANDER FENKELL, RICHARD
SCHNALL, SUSAN GREENSPON
RAMMELT, J.P. MORGAN SECURITIES
LLC, CITIGROUP GLOBAL MARKETS
INC., BOFA SECURITIES, INC.,
JEFFERIES LLC, UBS SECURITIES LLC,
CREDIT SUISSE SECURITIES (USA)
LLC, GUGGENHEIM SECURITIES, LLC,
STIFEL, NICOLAUS & COMPANY,
INCORPORATED, WILLIAM BLAIR &
COMPANY, L.L.C., and LOOP CAPITAL
MARKETS LLC,

              Defendants.

Case No. 3:19-cv-01057

Judge Eli J. Richardson

Magistrate Judge Barbara D. Holmes

**DECLARATION OF JOHN SPRAGENS IN SUPPORT OF MOTION OF GRANITE
POINT FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, John Spragens, declare as follows:

I am a member in good standing of the bar of the State of Tennessee and am admitted to practice before this Court. I am an attorney at the law firm of Spragens Law PLC, proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by proposed Lead Plaintiff Granite Point Capital 8 Dragons China Opportunities Fund, Granite Point Capital Master Fund, LP, Granite Point Capital Scorpion Focused Ideas Fund, and Granite Point Capital Panacea Global Healthcare Fund (together, "Granite Point") for the entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Granite Point as Lead Plaintiff; (iii) approving Granite Point's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Spragens Law PLC as Liaison Counsel for the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A: Signed Certification of Granite Point, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(2); 78u-4(a)(2);

EXHIBIT B: Loss analysis for Granite Point;

EXHIBIT C: Notice of pendency of *Andre v. SmileDirectClub, Inc.*, No. 19-cv-12883 (E.D. MI.) (No. 19-cv-01057 after transfer to this Court), published on October 2, 2019;

EXHIBIT D: Notice of pendency of *Ginsberg v. SmileDirectClub, Inc.*, No. 19-cv-09794 (S.D.N.Y.) (No. 19-cv-01040 after transfer to this Court), published on October 24, 2019; and

EXHIBIT E: Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  December 2, 2019                      Respectfully submitted,

*/s/ John Spragens*
John Spragens (Bar No. 031445)
**SPRAGENS LAW PLC**
1200 16th Ave. S.
Nashville, Tennessee 37212
Telephone:  (615) 983-8900
Facsimile:  (615) 682-8533
john@spragenslaw.com

2

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 2, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Respectfully submitted,


*/s/ John Spragens*
JOHN SPRAGENS

# Mailing Information for a Case 3:19-cv-00962 Franch v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Inbar R. Gal**
  gali@sullcrom.com

- **Elizabeth O. Gonser**
  egonser@rwjplc.com,nnguyen@rwjplc.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Christopher Nelson**
  cln@weiserlawfirm.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 3:19-cv-00962    Document 26    Filed 12/02/19    Page 6 of 7 PageID #: 267

Case 3:19-cv-00962    Document 26    Filed 12/02/19    Page 7 of 7 PageID #: 268