# Exhibit A

# CERTIFICATION

I, C. David Bushley, am a Principal and Chief Operating Officer of Granite Point Capital Management, L.P., and hereby certify as follows:

1. In my capacity as Principal and Chief Operating Officer of Granite Point Capital Management, L.P., I am personally authorized to enter into and execute this certification on behalf of Granite Point Capital 8 Dragons China Opportunities Fund, Granite Point Capital Master Fund, LP, Granite Point Capital Scorpion Focused Ideas Fund, and Granite Point Capital Panacea Global Healthcare Fund (together, "Granite Point").

2. I have reviewed a complaint filed against SmileDirectClub, Inc. ("SmileDirectClub") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment by Granite Point;

3. Granite Point did not purchase common stock of SmileDirectClub at the direction of counsel or in order to participate in any private action under the federal securities laws;

4. Granite Point is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. Granite Point fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

5. Granite Point's transactions in SmileDirectClub common stock during the Class Period are reflected in Exhibit A, attached hereto;

6. Granite Point sought to serve as a lead plaintiff in the following class action filed under the federal securities laws during the last three years:

*In re Prothena Corporation plc Securities Litigation*, No. 1:18-cv-6425 (S.D.N.Y.)
*Huang v. CannTrust Holdings Inc.*, No. 1:19-cv-6396 (S.D.N.Y.)

7.     Beyond its pro rata share of any recovery, Granite Point will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 22nd day of November, 2019.

C. David Bushley
Principal and Chief Operating Officer of
Granite Point Capital Management, L.P.
Authorized Signatory for
*Granite Point Capital 8 Dragons China Opportunities Fund, Granite Point Capital Master Fund, L.P, Granite Point Capital Scorpion Focused Ideas Fund, and Granite Point Capital Panacea Global Healthcare Fund*

2

**EXHIBIT A**

**TRANSACTIONS IN SMILEDIRECTCLUB, INC.**

**Granite Point Capital 8 Dragons China Opportunities Fund**

| Transaction Type | Trade Date | Quantity | Price (Settle) | Cost / Proceeds |
|---|---|---|---|---|
| BUY | 09/12/19 | 375.00 | 23.00000 | ($8,625.00) |
| BUY | 09/12/19 | 15,000.00 | 20.29110 | ($304,366.50) |
| BUY | 09/12/19 | 10,000.00 | 17.39430 | ($173,943.00) |
| BUY | 09/17/19 | 5,000.00 | 18.98630 | ($94,931.50) |
| BUY | 09/26/19 | 5,000.00 | 12.94850 | ($64,742.50) |
| BUY | 09/30/19 | 20,000.00 | 13.49910 | ($269,982.00) |

**Granite Point Capital Master Fund, LP**

| Transaction Type | Trade Date | Quantity | Price (Settle) | Cost / Proceeds |
|---|---|---|---|---|
| BUY | 09/12/19 | 375.00 | 23.00000 | ($8,625.00) |
| SELL | 09/27/19 | (375.00) | 13.04000 | $4,890.00 |

**Granite Point Capital Scorpion Focused Ideas Fund**

| Transaction Type | Trade Date | Quantity | Price (Settle) | Cost / Proceeds |
|---|---|---|---|---|
| BUY | 09/12/19 | 375.00 | 23.00000 | ($8,625.00) |
| SELL | 09/27/19 | (375.00) | 13.04000 | $4,890.00 |

**Granite Point Capital Panacea Global Healthcare Fund**

| Transaction Type | Trade Date | Quantity | Price (Settle) | Cost / Proceeds |
|---|---|---|---|---|
| BUY | 09/12/19 | 375.00 | 23.00000 | ($8,625.00) |
| BUY | 09/12/19 | 70,000.00 | 17.39430 | ($1,217,601.00) |
| SELL | 09/18/19 | (35,000.00) | 19.44080 | $680,428.00 |