# Exhibit B

**LOSS ANALYSIS - Section 10(b)**
**Class Period: 9/8/2019 to 10/2/2019**

**SmileDirectClub, Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| SDC | 83192H106 | BKT6B38 | US83192H1068 | $10.7362 [1] |

**Granite Point Capital 8 Dragons China Opportunities Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 09/08/19 | 0 | | |
| Purchase | 09/12/19 | 375 | $23.0000 | ($8,625.00) |
| Purchase | 09/12/19 | 15,000 | $20.2911 | ($304,366.50) |
| Purchase | 09/12/19 | 10,000 | $17.3943 | ($173,943.00) |
| Purchase | 09/17/19 | 5,000 | $18.9863 | ($94,931.50) |
| Purchase | 09/26/19 | 5,000 | $12.9485 | ($64,742.50) |
| Purchase | 09/30/19 | 20,000 | $13.4991 | ($269,982.00) |
| *Class Period purchases:* | | *55,375* | | *($916,590.50)* |
| None | | | | |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |
| | Shares Held: | 55,375 | $10.7362 | $594,515.01 |
| | | | **LIFO Gain/(Loss):** | **($322,075.49)** |

**Granite Point Capital Master Fund, LP**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 09/08/19 | 0 | | |
| Purchase | 09/12/19 | 375 | $23.0000 | ($8,625.00) |
| *Class Period purchases:* | | *375* | | *($8,625.00)* |
| Sale | 09/27/19 | -375 | $13.0400 | $4,890.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-375* | | *$4,890.00* |
| | Shares Held: | 0 | $10.7362 | $0.00 |
| | | | **LIFO Gain/(Loss):** | **($3,735.00)** |

[1] *Value of shares held is the mean trading price from 10/2/2019 to 12/2/2019.*

**Granite Point Capital Panacea Global Healthcare Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 09/08/19 | 0 | | |
| Purchase | 09/12/19 | 375 | $23.0000 | ($8,625.00) |
| Purchase | 09/12/19 | 35,000 | $17.3943 | ($608,800.50) |
| Purchase | 09/12/19 | 35,000 | $17.3943 | ($608,800.50) |
| *Class Period purchases:* | | *70,375* | | *($1,226,226.00)* |
| Sale | 09/18/19 | -35,000 | $19.4408 | $680,428.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-35,000* | | *$680,428.00* |
| | Shares Held: | 35,375 | $10.7362 | $379,791.76 |
| | | | **LIFO Gain/(Loss):** | **($166,006.24)** |

**Granite Point Capital Scorpion Focused Ideas Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 09/08/19 | 0 | | |
| Purchase | 09/12/19 | 375 | $23.0000 | ($8,625.00) |
| *Class Period purchases:* | | *375* | | *($8,625.00)* |
| Sale | 09/27/19 | -375 | $13.0400 | $4,890.00 |
| *Class Period sales (matched to Class Period purchases):* | | *-375* | | *$4,890.00* |
| | Shares Held: | 0 | $10.7362 | $0.00 |
| | | | **LIFO Gain/(Loss):** | **($3,735.00)** |

| **Total Section 10(b) LIFO Gain/(Loss):** | **($495,551.73)** |
|---|---|

| **Total Shares Bought:** | **126,500** |
|---|---|
| **Total Net Shares:** | **90,750** |
| **Total Net Expenditures:** | **($1,469,858.50)** |

**LOSS ANALYSIS - Section 11**
**Relevant Period: 9/12/2019 IPO to 10/2/2019**

**SmileDirectClub, Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| SDC | 83192H106 | BKT6B38 | US83192H1068 | $12.9550 [1] |

**Granite Point Capital 8 Dragons China Opportunities Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 09/12/19 | 0 | | |
| Purchase | 09/12/19 | 375 | $23.0000 | ($8,625.00) |
| Purchase | 09/12/19 | 15,000 | $20.2911 | ($304,366.50) |
| Purchase | 09/12/19 | 10,000 | $17.3943 | ($173,943.00) |
| Purchase | 09/17/19 | 5,000 | $18.9863 | ($94,931.50) |
| Purchase | 09/26/19 | 5,000 | $12.9485 | ($64,742.50) |
| Purchase | 09/30/19 | 20,000 | $13.4991 | ($269,982.00) |
| *Relevant Period purchases:* | | *55,375* | | *($916,590.50)* |
| None | | | | |
| *Relevant Period sales (matched to Relevant Period purchases):* | | *0* | | *$0.00* |
| | Shares Held: | 55,375 | $12.9550 | $717,383.13 |
| | | | **LIFO Gain/(Loss):** | **($199,207.38)** |

**Granite Point Capital Master Fund, LP**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 09/12/19 | 0 | | |
| Purchase | 09/12/19 | 375 | $23.0000 | ($8,625.00) |
| *Relevant Period purchases:* | | *375* | | *($8,625.00)* |
| Sale | 09/27/19 | -375 | $13.0400 | $4,890.00 |
| *Relevant Period sales (matched to Relevant Period purchases):* | | *-375* | | *$4,890.00* |
| | Shares Held: | 0 | $12.9550 | $0.00 |
| | | | **LIFO Gain/(Loss):** | **($3,735.00)** |

---

[1] *Value of shares held is the closing price on 10/2/2019, the date of the first complaint filed in federal court.*

**Granite Point Capital Panacea Global Healthcare Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 09/12/19 | 0 | | |
| Purchase | 09/12/19 | 375 | $23.0000 | ($8,625.00) |
| Purchase | 09/12/19 | 35,000 | $17.3943 | ($608,800.50) |
| Purchase | 09/12/19 | 35,000 | $17.3943 | ($608,800.50) |
| *Relevant Period purchases:* | | *70,375* | | *($1,226,226.00)* |
| Sale | 09/18/19 | -35,000 | $19.4408 | $680,428.00 |
| *Relevant Period sales (matched to Relevant Period purchases):* | | *-35,000* | | *$680,428.00* |
| Shares Held: | | 35,375 | $12.9550 | $458,283.13 |
| **LIFO Gain/(Loss):** | | | | **($87,514.88)** |

**Granite Point Capital Scorpion Focused Ideas Fund**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction Type** | **Trade Date** | **Shares** | **Price Per Share** | **Cost/Proceeds** |
| Open | 09/12/19 | 0 | | |
| Purchase | 09/12/19 | 375 | $23.0000 | ($8,625.00) |
| *Relevant Period purchases:* | | *375* | | *($8,625.00)* |
| Sale | 09/27/19 | -375 | $13.0400 | $4,890.00 |
| *Relevant Period sales (matched to Relevant Period purchases):* | | *-375* | | *$4,890.00* |
| Shares Held: | | 0 | $12.9550 | $0.00 |
| **LIFO Gain/(Loss):** | | | | **($3,735.00)** |

| **Total Section 11 LIFO Gain/(Loss):** | **($294,192.25)** |
|---|---|