# Exhibit D

BUSINESS WIRE

# INVESTOR ALERT: Kirby McInerney LLP Files a Securities Class Action Lawsuit Against SmileDirectClub, Inc.

**Provided by Business Wire**
Oct 24, 2019 2:26 PM

INVESTOR ALERT: Kirby McInerney LLP Files a Securities Class Action Lawsuit Against SmileDirectClub, Inc.

The law firm of Kirby McInerney LLP announces that it filed a class action lawsuit in the U.S. District Court for the Southern District of New York on behalf of investors who acquired SmileDirectClub, Inc. ("SmileDirectClub" or the "Company") (NASDAQ: SDC) Class A common stock (a) pursuant and/or traceable to the Company's September 12, 2019 initial public offering ("IPO"), or (b) during the period from September 8, 2019 through October 2, 2019, inclusive (the "Class Period"). Investors have until December 2, 2019 to apply to the Court to be appointed as lead plaintiff in the lawsuit.

The suit asserts claims against the Company, certain of its officers and directors, the IPO underwriters, and the Company's controlling shareholder. Claims are asserted pursuant to Sections 11 and 15 of the Securities Act of 1933, and Sections 10(b), 20(a), and 20A of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder.

The complaint alleges that the Company: (i) made materially false and misleading statements in the IPO offering documents related to the promotion, design, and efficacy of its purported "teledentistry" products, resulting in an inflated IPO price of $23.00 per share; (ii) knowingly concealed deceptive marketing practices prior to the IPO; and (iii) failed to reveal the extent of its litigation liability in several states for operating as a dentist without proper licensing.

On September 24, 2019, a class action complaint was filed in the U.S. District Court for the Middle District of Tennessee by dentists, orthodontists, and consumers against the Company and certain of its officers and directors for false advertising, fraud, negligence, and unfair and deceptive trade practices. The lawsuit alleges that inaccurate statements were made in the Company's IPO offering documents, that SmileDirectClub is subject to litigation for operating as a dentist without proper licensing in several states, and that SmileDirectClub and certain of its officers and directors engaged in efforts to cover up criticisms from dental professionals and consumers. On this news, the Company's share price fell nearly 9%, from $17.15 to $15.68. The share price continued to fall over the next two trading days to reach a low of $12.94. On October 23, 2019, the day this securities class action was filed, the Company's stock was trading as low as $9.44 per share, a decline of nearly 60% from the $23.00 per share IPO price.

Case 3:19-cv-00962    Document 26-4    Filed 12/02/19    Page 2 of 3 PageID #: 282

**Sponsor Center**



© Copyright 2019 Morningstar, Inc. All rights reserved.
Dow Jones Industrial Average, S&P 500, Nasdaq, and Morningstar Index (Market Barometer) quotes are real-time.