## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:19-cv-962 |
| Plaintiff, | ) ) ) | CLASS ACTION |
| v. | ) ) | JURY DEMAND |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley |
| Defendants. | ) ) | |
| BARRY GINSBERG, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 3:19-cv-1040 |
| Plaintiff, | ) ) ) | CLASS ACTION |
| v. | ) ) | |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and CAMELOT VENTURE GROUP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| RICHARD ANDRE, Individually and On Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>      v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,<br><br>                 Defendants. | Civil Action No. 3:19-cv-1057<br><br>CLASS ACTION |

**MICHAEL J. MORSE, TRUSTEE O/B/O MICHAEL J. MORSE REVOCABLE LIVING TRUST'S MOTION FOR CONSOLIDATION OF CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Plaintiff Michael J. Morse, Trustee o/b/o Michael J. Morse Revocable Living Trust ("Mr. Morse" or "Movant") hereby moves this Court pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), for an order: (1) consolidating the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a); (2) appointing Movant as Lead Plaintiff pursuant to the claims asserted herein, which arise under §§ 11 and 15 of the Securities Act, 15 U.S.C. §§ 77a, *et seq.* and/or §§ 10(b), 20(a) and 20A of the Exchange Act, 15 U.S.C. §§78j(b), 78t(a), 78t-1), and Rule 10b-5, 17 C.F.R. §240.10b-5; and (2) approving Movant's selection of Kahn Swick & Foti, LLC as Lead Counsel and Bramlett Law Offices as Liaison Counsel. This Motion is made on the grounds that Movant is the "most adequate plaintiff" to serve as lead plaintiff pursuant to the Exchange Act. In support of this Motion, Movant submits a Memorandum of Points and Authorities and Declaration of Paul Kent Bramlett.

Additionally, LR7.01(a)(1) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee requires counsel to confer with all other counsel opposing the Motion. Inasmuch as the persons opposing this Motion are limited to competing movants—whose identities and those of their counsel will not be known to undersigned counsel until after their respective motions are filed—Movant Morse respectfully requests that the Court relax the application of LR7.01(a)(1) in this instance.

DATED: December 2, 2019                    Respectfully submitted,

**BRAMLETT LAW OFFICES**

*/s/Paul Kent Bramlett*
Paul Kent Bramlett (#7387)
Robert Preston Bramlett (#25895)
P. O. Box 150734
Nashville, TN 37215
Tel: (615) 248-2828
Fax: (866) 816-4116
Email: PKNASHLAW@aol.com
Email: Robert@BramlettLawOffices.com

**KAHN SWICK & FOTI, LLC**

Lewis S. Kahn
Melinda A. Nicholson
Michael J. Palestina
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: Melinda.Nicholson@ksfcounsel.com
Email: Lewis.Kahn@ksfcounsel.com
Email: Michael.Palestina@ksfcounsel.com

*Counsel for Proposed Lead Plaintiff*
*Michael J. Morse, Trustee o/b/o*
*Michael J. Morse Revocable Living*
*Trust and Proposed Lead Counsel &*
*Liaison Counsel for the Class*