# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC, <br><br> Defendants. | Civil Action No. 3:19-cv-962 <br><br> <u>CLASS ACTION</u> <br><br> **JURY DEMAND** <br><br> Judge Eli J. Richardson <br> Magistrate Judge Jeffery S. Frensley |
| BARRY GINSBERG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and CAMELOT VENTURE GROUP, <br><br> Defendants. | Civil Action No. 3:19-cv-1040 <br><br> <u>CLASS ACTION</u> |

RICHARD ANDRE, Individually and On Behalf of All Others Similarly Situated,

                Plaintiff,

    v.

SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,

                Defendants.

Civil Action No. 3:19-cv-1057

<u>CLASS ACTION</u>

**DECLARATION OF PAUL KENT BRAMLETT IN SUPPORT OF MICHAEL J. MORSE, TRUSTEE O/B/O MICHAEL J. MORSE REVOCABLE LIVING TRUST'S MOTION FOR CONSOLIDATION OF CASES, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL <u>OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL</u>**

I, Paul Kent Bramlett, hereby declare as follows:

1.    I am a member in good standing of the bar of Tennessee and a member of the law firm of Bramlett Law Offices;

2.    Movant Michael J. Morse, Trustee o/b/o Michael J. Morse Revocable Living Trust ("Mr. Morse" or "Movant") seeks appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 in the above-captioned action;

3. I submit this Declaration, together with the attached exhibits, in support of the Motion of Mr. Morse to consolidate the related actions, to appoint Mr. Morse to serve as Lead Plaintiff on behalf of the Class, and to approve Movant's selection of Kahn Swick & Foti, LLC, as Lead Counsel and Bramlett Law Offices as Liaison Counsel. I am fully familiar with the facts set forth herein;

4. Attached hereto as Exhibit A is a true and correct copy of the sworn shareholder Certification of Mr. Morse;

5. Attached hereto as Exhibit B is a true and correct copy of a Loss Chart exhibiting the losses suffered by Mr. Morse resulting from his purchases of SmileClubDirect, Inc. securities during the Class Period;

6. Attached hereto as Exhibit C is a true and correct copy of the Notice of Pendency of Class Action published on October 2, 2019, on *Business Wire*, a well-known, national business-oriented publication;

7. Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Kahn Swick & Foti, LLC;

8. Attached hereto as Exhibit E is a true and correct copy of the firm résumé of Bramlett Law Offices.

I declare under penalty of perjury under the laws of the state of Tennessee that the foregoing facts are true and correct.

Executed this 2nd day of December, 2019, at Nashville, Tennessee.

*/s/Paul Kent Bramlett*