# EXHIBIT B

**SmileDirectClub Securities Litigation**
**Loss Chart - Michael J. Morse, Trustee, for Michael J. Morse Revocable Living Trust**

| | |
|---|---|
| **Class Period Begins:** | 9/8/2019 |
| **Class Period Ends:** | 10/2/2019 |
| **90-Day Lookback Ends:** | 12/31/2019 **Not yet expired** |
| **90-Day "Mean Trading Price":** | 10.7034146 |

*DAMAGES FOR § 10b-5 CLAIMS:*

| DATE OBTAINED: | QUANTITY: | PRICE PER SHARE: | (TOTAL COST): | DATE SOLD or HELD: | QUANTITY: | PRICE PER SHARE: | TOTAL PROCEEDS: | TOTAL GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|
| 9/12/2019 | 39,977 | $ 23.00 | $ (919,471.00) | **HELD (A)** | (39,977) | $ 10.70 | $ 427,890.41 | $ (491,580.59) |

*DAMAGES FOR § 11 CLAIMS:*

| DATE OBTAINED: | QUANTITY: | PRICE PER SHARE: | (TOTAL COST): | DATE SOLD or HELD: | QUANTITY: | VALUE AS OF 10/2/2019 | TOTAL PROCEEDS: | TOTAL GAIN or (LOSS): |
|---|---|---|---|---|---|---|---|---|
| 9/12/2019 | 39,977 | $ 23.00 | $ (919,471.00) | **HELD (B)** | (39,977) | $ 12.95 | $ 517,702.15 | $ (401,768.85) |

**(A)** = In a Section 10b-5 claim, for those shares purchased during the Class Period and held through the end of the 90-day period immediately thereafter, damages are determined using the "mean trading price of [the] security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market." *See* 15 U.S.C. § 78u–4(e)(1). The "mean trading price" is defined as "an average of the daily trading price of that security, determined as of the close of the market each day during the 90-day period" referred to above. *See* 15 U.S.C. § 78u–4(e)(3).

**(B)** = For a Section 11 claim, damages have been determined using the difference between the purchase price of the security and its value at the time the lawsuit was commenced. *See* 15 U.S.C. § 77k(e).