# CERTIFICATE OF SERVICE

This is to certify that the above and foregoing *Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel & Liaison Counsel and other supporting documents* has this date been filed on the Court's ECF system, which will serve the following counsel of record:

Christopher Nelson
The Weiser Law Firm, P.C.
22 Cassatt Avenue
Berwyn, PA  19312
(610) 225-2677
Fax: (610) 408-8062
Email: Cln@weiserlawfirm.Com

James M. Ficaro
The Weiser Law Firm, P.C.
22 Cassatt Avenue
Berwyn, PA  19312
(610) 225-2677
Fax: (610) 408-8062
Email: Jmf@weiserlawfirm.Com

Richard A. Maniskas
Schiffrin, Barroway, Topas & Kessler, LLP
280 King Of Prussia Road
Radnor, PA  19087
(610) 667-7706
Fax: (610) 667-7056
Email: Rmaniskas@sbtklaw.Com

Wade B. Cowan
Davies, Humphreys, Horton & Reese, PLC
85 White Bridge Road Suite 300
Nashville, TN  37205
(615) 256-8125
Fax: (615) 242-7853
Email: Wcowan@dhhrplc.Com

Elizabeth O. Gonser
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN  37203
(615) 320-3700
Fax: (615) 320-3737
Email: Egonser@rwjplc.Com

1

Jay B. Kasner
Skadden, Arps, Slate, Meagher & Flom LLP (NY)
Four Times Square
New York, NY  10036-6522
(212) 735-3000
Fax: (212) 735-2000
Email: Jay.Kasner@skadden.Com

Scott D. Musoff
Michael C. Griffin
Skadden, Arps, Slate, Meagher & Flom LLP (NY)
Four Times Square
New York, NY  10036-6522
(212) 735-3000
Fax: (212) 735-2000
Email: Scott.Musoff@skadden.Com
Email: Michael.Griffin@skadden.Com

Steven Allen Riley
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN  37203
(615) 320-3700
Email: Sriley@rwjplc.Com

Andrew J. Finn
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
 (212) 558-4000
Email: Finna@sullcrom.Com

Sharon L. Nelles
Inbar R. Gal
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
(212) 558-4000
Fax: (212) 558-3588
Email: Nelless@sullcrom.Com
Email: Gali@sullcrom.Com

**SO CERTIFIED this 2nd day of December, 2019.**
**/s/*Paul Kent Bramlett***
**PAUL KENT BRAMLETT**

2