| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 3:19-cv-962

CLASS ACTION

**JURY DEMAND**

Judge Eli J. Richardson
Magistrate Judge Jeffery S. Frensley

| | |
|---|---|
| BARRY GINSBERG, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and CAMELOT VENTURE GROUP, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No. 3:19-cv-1040

CLASS ACTION

| | |
|---|---|
| RICHARD ANDRE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., and LOOP CAPITAL MARKETS LLC,<br><br>Defendants. | Civil Action No. 3:19-cv-1057<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER CONSOLIDATING CASES, APPOINTING MICHAEL MORSE, TRUSTEE O/B/O MICHAEL J. MORSE REVOCABLE LIVING TRUST AS LEAD PLAINTIFF AND <u>APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL</u>**

Having considered the motion of Michael Morse, Trustee o/b/o Michael J. Morse Revocable Living Trust for Consolidation of Cases, Appointment as Lead Plaintiff, and Approval of his Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The above-captioned related actions are consolidated;

2. The Motion is GRANTED;

3. The Court, having considered the provisions of §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities

Litigation Reform Act of 1995, hereby appoints Michael Morse, Trustee o/b/o Michael J. Morse Revocable Living Trust as Lead Plaintiff; and

4.      Lead Plaintiff's selection of counsel is approved. Kahn, Swick & Foti, LLC is appointed as Lead Counsel and Bramlett Law Offices is appointed as Liaison Counsel for the class.

**IT IS SO ORDERED**.

DATED: _____

_____
THE HONORABLE ELI J. RICHARDSON
UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF TENNESSEE