UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 3:19-cv-0962 |
| Plaintiff, | ) ) ) | Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley |
| v. | ) ) | CLASS ACTION |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., AND LOOP CAPITAL MARKETS LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MOTION OF JOE STOFKO AND CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST FOR APPOINTMENT OF LEAD PLAINTIFFS, APPROVAL OF LEAD PLAINTIFFS' SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED CASES<br><br>**ORAL ARGUMENT REQUESTED** |
| Defendants. | ) ) ) | |
| _____ | ) ) | |

*(Additional Captions on Next Page)*

| | |
|---|---|
| BARRY GINSBERG, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and CAMELOT VENTURE GROUP, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 3:19-cv-1040

Judge Eli J. Richardson
Magistrate Judge Jeffery S. Frensley

<u>CLASS ACTION</u>

| | |
|---|---|
| RICHARD ANDRE, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., AND LOOP CAPITAL MARKETS LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 3:19-cv-1057

Judge Eli J. Richardson
Magistrate Judge Barbara D. Holmes

<u>CLASS ACTION</u>

PLEASE TAKE NOTICE that Joe Stofko and Camelot Event Driven Fund, A Series of Frank Funds Trust (together, "Movants") hereby move this Court of an order: (1) pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") (15 U.S.C. § 78u-4(a) and 15 U.S.C. § 77z-1(a)) (i) appointing Movants as lead plaintiffs, and (ii) approving Movants' selection of Glancy Prongay & Murray LLP as Lead Counsel and The Swafford Law Firm, PLLC as Liaison Counsel for the class; (2) pursuant to Federal Rule of Civil Procedure Rule 42(a) consolidating the above-captioned related cases; and (3) granting any further relief as the Court may deem just and proper.

This Motion is based upon the Memorandum of Law in support thereof, the Declaration of Tara L. Swafford and exhibits attached thereto, the pleadings and records on file in this and the related cases, and such further arguments as the Court may allow at a hearing on this motion.

## CERTIFICATE OF CONFERENCE

Local Rule 7.01 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movants do not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movants respectfully request that the conferral requirement of Local Rule 7.01 be waived.

DATED: December 2, 2019             Respectfully submitted,

**THE SWAFFORD LAW FIRM, PLLC**

*/s/ Tara L. Swafford*
Tara L. Swafford, #017577
207 Third Avenue North
Franklin, Tennessee 37064
Tel.:    (615) 599-8406
Fax:    (615) 807-2355
tara@swaffordlawfirm.com

*[Proposed] Liaison Counsel for Movants*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Casey E. Sadler
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel.:    (310) 201-9150
Fax:    (310) 201-9160
rprongay@glancylaw.com
csadler@glancylaw.com
lportnoy@glancylaw.com

*[Proposed] Lead Counsel for Movants*

**KIRBY McINERNEY LLP**
Ira M. Press
250 Park Avenue, Suite 820
New York, New York 10177
Tel.:    (212) 371-6600
Fax:    (212) 699-1194
ipress@kmllp.com

*Additional Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will be served by operation of the Court's electronic filing system upon the following counsel of record.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Michael Charles Griffin
Scott D. Musoff
Jay B. Kasner
Four Times Square
New York, New York 10036
Tel.: (212) 735-2844
Michael.Griffin@skadden.com
Scott.Musoff@skadden.com
Jay.Kasner@skadden.com

RILEY, WARNOCK & JACOBSON
Elizabeth O. Gonser
Steven Allen Riley
1906 West End Avenue
Nashville, Tennessee 37203
egonser@rwjplc.com
sriley@rwjplc.com

*/s/ Tara L. Swafford*
Tara L. Swafford