# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., AND LOOP CAPITAL MARKETS LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:19-cv-0962<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF TARA L. SWAFFORD IN SUPPORT OF MOTION OF JOE STOFKO AND CAMELOT EVENT DRIVEN FUND, A SERIES OF FRANK FUNDS TRUST FOR APPOINTMENT OF LEAD PLAINTIFFS, APPROVAL OF LEAD PLAINTIFFS' SELECTION OF COUNSEL, AND CONSOLIDATION OF RELATED CASES |

*(Additional Captions on Next Page)*

| | |
|---|---|
| BARRY GINSBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>   v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and CAMELOT VENTURE GROUP,<br><br>    Defendants. | Civil Action No. 3:19-cv-1040<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br><u>CLASS ACTION</u> |
| RICHARD ANDRE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>   v.<br><br>SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., AND LOOP CAPITAL MARKETS LLC,<br><br>    Defendants. | Civil Action No. 3:19-cv-1057<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes<br><br><u>CLASS ACTION</u> |

I, TARA L. SWAFFORD, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court.  I am a member of The Swafford Law Firm, PLLC, liaison counsel for Joe Stofko and Camelot Event Driven Fund, A Series of Frank Funds Trust (together, "Movants").  I make this declaration in support of the Movants' Motion for Appointment as Lead Plaintiffs, Approval of Lead Plaintiffs' Selection of Counsel, and Consolidation of Related Cases.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

EXHIBIT A:   Notice of pendency of class action published in *Business Wire*, a national business-oriented publication, by counsel in the *Andre* action on October 2, 2019;

EXHIBIT B:   Signed PSLRA Certifications of Movants;

EXHIBIT C:   Table of Movants' calculated losses, as a result of transactions in SmileDirectClub, Inc. Class A common stock; and

EXHIBIT D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 2nd day of December, 2019, at Franklin, Tennessee.

*/s/ Tara L. Swafford*
Tara L. Swafford

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a copy of the foregoing Declaration of Tara L. Swafford was filed electronically with the Clerk of the Court using the CM/ECF system, which will be served by operation of the Court's electronic filing system upon the following counsel of record.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Michael Charles Griffin
Scott D. Musoff
Jay B. Kasner
Four Times Square
New York, New York 10036
Tel.: (212) 735-2844
Michael.Griffin@skadden.com
Scott.Musoff@skadden.com
Jay.Kasner@skadden.com

RILEY, WARNOCK & JACOBSON
Elizabeth O. Gonser
Steven Allen Riley
1906 West End Avenue
Nashville, Tennessee 37203
egonser@rwjplc.com
sriley@rwjplc.com

*/s/ Tara L. Swafford*
Tara L. Swafford