# EXHIBIT B

# SWORN CERTIFICATION OF PLAINTIFF

## SMILEDIRECTCLUB, INC. SECURITIES LITIGATION

I, Joe Stofko, certify that:

1.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.  I did not purchase the SmileDirectClub, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in SmileDirectClub, Inc. securities during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years.

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

11/27/2019
_____
Date

DocuSigned by:
_____
79740910E4724C2...
_____
Joe Stofko

# Joe Stofko 's Transactions in SmileDirectClub, Inc. (SDC)

## Account 1

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/12/2019 | Bought | 800 | $20.5500 |
| 9/12/2019 | Bought | 761 | $20.5500 |
| 9/12/2019 | Bought | 800 | $20.5500 |

## Account 2

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/13/2019 | Bought | 107 | $18.6300 |
| 9/12/2019 | Bought | 8,000 | $20.5500 |

## Account 3

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/12/2019 | Bought | 888 | $20.5500 |

## Account 4

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/13/2019 | Bought | 130 | $18.6100 |
| 9/12/2019 | Bought | 371 | $20.5500 |

## Account 5

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/12/2019 | Bought | 2,900 | $23.0000 |

# SWORN CERTIFICATION OF PLAINTIFF

## SMILEDIRECTCLUB, INC. SECURITIES LITIGATION

I, Brian J. Frank, as President and Trustee of the Frank Funds Trust, of which Camelot Event Driven Fund is a Series (together "Camelot"), hereby certify that:

1. I am fully authorized to enter into and execute this Certification on behalf of Camelot. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on Camelot's behalf.

2. Camelot did not purchase the SmileDirectClub, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. Camelot is willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. Camelot's transactions in SmileDirectClub, Inc. securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

5. Camelot has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

   *Luna v. Carbonite, Inc., et al.*, Case No. 1:19-cv-11662 (D. Mass.)

   *Camelot Event Driven Fund, A Series of Frank Funds Trust v. Alta Mesa Resources, Inc. f/k/a Silver Run Acquisition Corporation II et al.*, Case No. 4:19-cv-00957 (S.D. Tex.)

   *Wilson v. LSB Industries, Inc. et al.*, Case No. 1:15-cv-07614-RA-GWG (S.D. N.Y.)

6. Camelot will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

November 21, 2019
_____
Date

_____
Brian J. Frank
President and Trustee of the Frank Funds Trust,
of which Camelot Event Driven Fund is a Series

### Camelot's Transactions in SmileDirectClub, Inc. (SDC)

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 09/12/2019 | Bought | 24,800 | $23.0000 |
| 09/12/2019 | Sold | -5,000 | $19.0091 |
| 09/13/2019 | Sold | -7,000 | $18.0787 |
| 09/16/2019 | Sold | -2,000 | $18.9900 |
| 09/18/2019 | Sold | -2,000 | $19.4145 |