# EXHIBIT C

# Section 11 Loss Chart

**Company Name:** SmileDirectClub, Inc.
**Ticker:** SDC
**Class Period:** Traceable to IPO at $23/share on September 12, 2019

**Name:** Joe Stofko

Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/12/2019 | 800 | $20.55 | -$16,440.0000 | | $0.0000 | -$16,440.00 |
| 9/12/2019 | 761 | $20.55 | -$15,638.5500 | | $0.0000 | -$15,638.55 |
| 9/12/2019 | 800 | $20.55 | -$16,440.0000 | | $0.0000 | -$16,440.00 |

| **Shares Remaining:** | **2,361** | | | | **Subtotal:** | **-$48,518.55** |
|---|---|---|---|---|---|---|
| | | | **Retained Value Price**[i] | **Shares Remaining** | **90-Day Average:** | $30,586.76 |
| | | | $12.9550 | 2,361 | **Total:** | **-$17,931.80** |

Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/13/2019 | 107 | $18.63 | -$1,993.4100 | | $0.0000 | -$1,993.41 |
| 9/12/2019 | 8,000 | $20.55 | -$164,400.0000 | | $0.0000 | -$164,400.00 |

| **Shares Remaining:** | **8,107** | | | | **Subtotal:** | **-$166,393.41** |
|---|---|---|---|---|---|---|
| | | | **Retained Value Price**[i] | **Shares Remaining** | **90-Day Average:** | $105,026.19 |
| | | | $12.9550 | 8,107 | **Total:** | **-$61,367.23** |

Account 3

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/12/2019 | 888 | $20.55 | -$18,248.4000 | | $0.0000 | -$18,248.40 |

| **Shares Remaining:** | **888** | | | | **Subtotal:** | **-$18,248.40** |
|---|---|---|---|---|---|---|
| | | | **Retained Value Price**[i] | **Shares Remaining** | **90-Day Average:** | $11,504.04 |
| | | | $12.9550 | 888 | **Total:** | **-$6,744.36** |

Account 4

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/13/2019 | 130 | $18.61 | -$2,419.3000 | | $0.0000 | -$2,419.30 |
| 9/12/2019 | 371 | $20.55 | -$7,624.0500 | | $0.0000 | -$7,624.05 |

| **Shares Remaining:** | **501** | | | | **Subtotal:** | **-$10,043.35** |
|---|---|---|---|---|---|---|
| | | | **Retained Value Price**[i] | **Shares Remaining** | **90-Day Average:** | $6,490.46 |
| | | | $12.9550 | 501 | **Total:** | **-$3,552.90** |

Account 5

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/12/2019 | 2,900 | $23.00 | -$66,700.0000 | | $0.0000 | -$66,700.00 |

| **Shares Remaining:** | **2,900** | | | | **Subtotal:** | **-$66,700.00** |
|---|---|---|---|---|---|---|
| | | | **Retained Value Price**[i] | **Shares Remaining** | **90-Day Average:** | $37,569.50 |
| | | | $12.9550 | 2,900 | **Total:** | **-$29,130.50** |

# Section 11 Loss Chart

**Name:** **Camelot**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/12/2019 | 24,800 | $23.0000 | -$570,400.0000 | | $0.0000 | -$570,400.00 |
| 9/12/2019 | -5,000 | | $0.0000 | $19.0091 | $95,045.5000 | $95,045.50 |
| 9/13/2019 | -7,000 | | $0.0000 | $18.0787 | $126,550.9000 | $126,550.90 |
| 9/16/2019 | -2,000 | | $0.0000 | $18.9900 | $37,980.0000 | $37,980.00 |
| 9/18/2019 | -2,000 | | $0.0000 | $19.4145 | $38,829.0000 | $38,829.00 |
| 10/9/2019[i] | -2,800 | | $0.0000 | $12.9550 | $36,274.0000 | $36,274.00 |
| 10/17/2019[i] | -6,000 | | $0.0000 | $12.9550 | $77,730.0000 | $77,730.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$157,990.60** |

| Retained Value Price[i] | Shares Remaining | 90-Day Average: | $0.00 |
|---|---|---|---|
| $12.9550 | 0 | **Total:** | **-$157,990.60** |

Pursuant to 15 U.S. Code § 77k (e), damages per share under the Securities Act are limited to the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and (i) the value thereof as of the time such suit was brought, or (ii) the price at which such security shall have been disposed of in the market before suit, or (iii) the price at which such security shall have been disposed of after suit but before judgment if such damages shall be less than the damages representing the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and the value thereof as of the time such suit was brought.

| Section 11 Loss Summary GPM Group | |
|---|---|
| Joe Stofko Account 1 | -$17,931.80 |
| Joe Stofko Account 2 | -$61,367.23 |
| Joe Stofko Account 3 | -$6,744.36 |
| Joe Stofko Account 4 | -$3,552.90 |
| Joe Stofko Account 5 | -$29,130.50 |
| Camelot | -$157,990.60 |
| **GROUP LOSS** | **-$276,717.38** |

**Company Name:** SmileDirectClub, Inc.
**Ticker:** SDC
**Class Period:** September 8, 2019 to October 2, 2019

**Name:** **Joe Stofko**

Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/12/2019 | 800 | $20.55 | -$16,440.0000 | | $0.0000 | -$16,440.00 |
| 9/12/2019 | 761 | $20.55 | -$15,638.5500 | | $0.0000 | -$15,638.55 |
| 9/12/2019 | 800 | $20.55 | -$16,440.0000 | | $0.0000 | -$16,440.00 |
| **Shares Remaining:** | **2,361** | | | | **Subtotal:** | **-$48,518.55** |
| | | | **90-Day Average Price**[i] | **Shares Remaining** | **90-Day Average:** | $25,270.76 |
| | | | $10.7034 | 2,361 | **Total:** | **-$23,247.79** |

Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/13/2019 | 107 | $18.63 | -$1,993.4100 | | $0.0000 | -$1,993.41 |
| 9/12/2019 | 8,000 | $20.55 | -$164,400.0000 | | $0.0000 | -$164,400.00 |
| **Shares Remaining:** | **8,107** | | | | **Subtotal:** | **-$166,393.41** |
| | | | **90-Day Average Price**[i] | **Shares Remaining** | **90-Day Average:** | $86,772.58 |
| | | | $10.7034 | 8,107 | **Total:** | **-$79,620.83** |

Account 3

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/12/2019 | 888 | $20.55 | -$18,248.4000 | | $0.0000 | -$18,248.40 |
| **Shares Remaining:** | **888** | | | | **Subtotal:** | **-$18,248.40** |
| | | | **90-Day Average Price**[i] | **Shares Remaining** | **90-Day Average:** | $9,504.63 |
| | | | $10.7034 | 888 | **Total:** | **-$8,743.77** |

Account 4

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/13/2019 | 130 | $18.61 | -$2,419.3000 | | $0.0000 | -$2,419.30 |
| 9/12/2019 | 371 | $20.55 | -$7,624.0500 | | $0.0000 | -$7,624.05 |
| **Shares Remaining:** | **501** | | | | **Subtotal:** | **-$10,043.35** |
| | | | **90-Day Average Price**[i] | **Shares Remaining** | **90-Day Average:** | $5,362.41 |
| | | | $10.7034 | 501 | **Total:** | **-$4,680.94** |

Account 5

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/12/2019 | 2,900 | $23.00 | -$66,700.0000 | | $0.0000 | -$66,700.00 |
| **Shares Remaining:** | **2,900** | | | | **Subtotal:** | **-$66,700.00** |
| | | | **90-Day Average Price**[i] | **Shares Remaining** | **90-Day Average:** | $31,039.90 |
| | | | $10.7034 | 2,900 | **Total:** | **-$35,660.10** |

# Section 10(b) Loss Chart

**Name:** **Camelot**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 9/12/2019 | 24,800 | $23.0000 | -$570,400.0000 | | $0.0000 | -$570,400.00 |
| 9/12/2019 | -5,000 | | $0.0000 | $19.0091 | $95,045.5000 | $95,045.50 |
| 9/13/2019 | -7,000 | | $0.0000 | $18.0787 | $126,550.9000 | $126,550.90 |
| 9/16/2019 | -2,000 | | $0.0000 | $18.9900 | $37,980.0000 | $37,980.00 |
| 9/18/2019 | -2,000 | | $0.0000 | $19.4145 | $38,829.0000 | $38,829.00 |
| 10/9/2019[ii] | -2,800 | | $0.0000 | $12.8430 | $35,960.4000 | $35,960.40 |
| 10/17/2019[ii] | -6,000 | | $0.0000 | $11.3636 | $68,181.8182 | $68,181.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **0** | | | | **Subtotal:** | **-$167,852.38** |
| | | **90-Day Average Price[i]** | **Shares Remaining** | | **90-Day Average:** | $0.00 |
| | | $10.7034 | 0 | | **Total:** | **-$167,852.38** |

(i) Using the average closing price between October 3, 2019 and November 29, 2019

Note: post-class period sales valued using the greater of: (ii) the average closing price between the end of the class period and the sales date or (iii) the actual sales price.

| Section 10(b) Loss Summary GPM Group | |
|---|---|
| Joe Stofko Account 1 | -$23,247.79 |
| Joe Stofko Account 2 | -$79,620.83 |
| Joe Stofko Account 3 | -$8,743.77 |
| Joe Stofko Account 4 | -$4,680.94 |
| Joe Stofko Account 5 | -$35,660.10 |
| Camelot | -$167,852.38 |
| **GROUP LOSS** | **-$319,805.80** |