UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, individually and on behalf of all others similarly situated, | ) ) | Civil Action No. 3:19-cv-0962 |
| Plaintiff, | ) ) ) | Judge Eli J. Richardson Magistrate Judge Jeffery S. Frensley |
| v. | ) ) | |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., AND LOOP CAPITAL MARKETS LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CLASS ACTION [PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS, APPROVING SELECTION OF COUNSEL, AND CONSOLIDATING RELATED CASES |
| Defendants. | ) ) | |

*(Additional Captions on Next Page)*

| | | |
|---|---|---|
| BARRY GINSBERG, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 3:19-cv-1040<br>Judge Eli J. Richardson |
| Plaintiff, | ) ) | Magistrate Judge Jeffery S. Frensley |
| v. | ) ) | CLASS ACTION |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, ALEXANDER FENKELL, J.P. MORGAN SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, and CAMELOT VENTURE GROUP, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| RICHARD ANDRE, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 3:19-cv-1057 |
| Plaintiff, | ) ) | Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |
| v. | ) ) | CLASS ACTION |
| SMILEDIRECTCLUB, INC., DAVID KATZMAN, KYLE WAILES, STEVEN KATZMAN, JORDAN KATZMAN, ALEXANDER FENKELL, RICHARD SCHNALL, SUSAN GREENSPON RAMMELT, J.P. MORGAN SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., BOFA SECURITIES, INC., JEFFERIES LLC, UBS SECURITIES LLC, CREDIT SUISSE SECURITIES (USA) LLC, GUGGENHEIM SECURITIES, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., AND LOOP CAPITAL MARKETS LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Having considered the Motion of Joe Stofko and Camelot Event Driven Fund, A Series of Frank Funds Trust for Appointment of Lead Plaintiffs, Approval of Lead Plaintiffs' Selection of Counsel, and Consolidation of Related Cases, the Memorandum of Law and Declaration of Tara L. Swafford in support thereof, and good cause appearing therefore:

1.     The above-captioned cases are hereby consolidated for all purposes, and the caption shall be amended on all future pleadings as follows: *In re SmileDirectClub, Inc. Securities Litigation*, No. 3:19-cv-962;

2.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z-1(a)(3)(B), and 15 U.S.C. § 78u-4(a)(3)(B), appoints Joe Stofko and Camelot Event Driven Fund, A Series of Frank Funds Trust as Lead Plaintiffs; and

3.     Pursuant to 15 U.S.C. § 77z-1(a)(3)(B)(v) and 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel and The Swafford Law Firm, PLLC as Liaison Counsel for the class.

\*     \*     \*

## ORDER

IT IS SO ORDERED.

DATED: _____        _____

THE HONORABLE ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE