# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SMILEDIRECTCLUB, INC., et al., <br><br> Defendants. | Civil Action No. 3:19-cv-00962 <br><br> <u>CLASS ACTION</u> <br><br> Judge Eli J. Richardson <br> Magistrate Judge Jeffery S. Frensley |
| BARRY GINSBERG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SMILEDIRECTCLUB, INC., et al., <br><br> Defendants. | Civil Action No. 3:19-cv-01040 <br><br> <u>CLASS ACTION</u> <br><br> Judge Eli J. Richardson <br> Magistrate Judge Jeffery S. Frensley |
| RICHARD ANDRE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SMILEDIRECTCLUB, INC., et al., <br><br> Defendants. | Civil Action No. 3:19-cv-01057 <br><br> <u>CLASS ACTION</u> <br><br> Judge Eli J. Richardson <br> Magistrate Judge Barbara D. Holmes |

## [PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

UPON CONSIDERATION OF the motion filed by 1199 SEIU Health Care Employees Pension Fund (the "Pension Fund") for consolidation, appointment as lead plaintiff, and approval of selection of lead counsel, and good cause appearing therefore, it is hereby ordered:

1.      The motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Franchi v. SmileDirectClub, Inc.*, No. 3:19-cv-00962; *Ginsberg v. SmileDirectClub, Inc.*, No. 3:19-cv-01040; and *Andre v. SmileDirectClub, Inc.*, No. 3:19-cv-01057 are consolidated as:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re SMILEDIRECTCLUB SECURITIES LITIGATION | ) Master File No. 3:19-cv-00962 ) ) CLASS ACTION ) |
| This Document Relates To:<br><br>     ALL ACTIONS. | ) ) ) ) ) |

(a)      The file in Case No. 3:19-cv-00962 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other actions.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions on behalf of purchasers of SmileDirectClub, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this

- 1 -

Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3. The Pension Fund is appointed Lead Plaintiff pursuant to 15 U.S.C. §77z-1(a)(3)(B)(iii) and 15 U.S.C. §78u-4(a)(3)(B)(iii); and

4. The Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v) and 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a) the preparation and filing of all pleadings;

(b) the briefing and argument of any and all motions;

(c) the conduct of any and all discovery proceedings and depositions;

(d) settlement negotiations with counsel for defendants;

(e) the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f) the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED this ___ day of _____ 2019.

_____
THE HONORABLE ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE

- 2 -