# EXHIBIT B

**News**Room

10/24/19 Bus. Wire 18:26:00

Business Wire
Copyright (c) 2019 Business Wire

October 24, 2019

INVESTOR ALERT: Kirby McInerney LLP Files a Securities Class Action Lawsuit Against SmileDirectClub, Inc.

NEW YORK

NEW YORK--(BUSINESS WIRE)--October 24, 2019--The law firm of Kirby McInerney LLP announces that it filed a class action lawsuit in the U.S. District Court for the Southern District of New York on behalf of investors who acquired SmileDirectClub, Inc. ("SmileDirectClub" or the "Company") (NASDAQ: SDC ) Class A common stock (a) pursuant and/or traceable to the Company's September 12, 2019 initial public offering ("IPO"), or (b) during the period from September 8, 2019 through October 2, 2019, inclusive (the "Class Period"). Investors have until December 2, 2019 to apply to the Court to be appointed as lead plaintiff in the lawsuit.

The suit asserts claims against the Company, certain of its officers and directors, the IPO underwriters, and the Company's controlling shareholder. Claims are asserted pursuant to Sections 11 and 15 of the Securities Act of 1933, and Sections 10(b), 20(a), and 20A of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder.

The complaint alleges that the Company: (i) made materially false and misleading statements in the IPO offering documents related to the promotion, design, and efficacy of its purported "teledentistry" products, resulting in an inflated IPO price of $23.00 per share; (ii) knowingly concealed deceptive marketing practices prior to the IPO; and (iii) failed to reveal the extent of its litigation liability in several states for operating as a dentist without proper licensing.

On September 24, 2019, a class action complaint was filed in the U.S. District Court for the Middle District of Tennessee by dentists, orthodontists, and consumers against the Company and certain of its officers and directors for false advertising, fraud, negligence, and unfair and deceptive trade practices. The lawsuit alleges that inaccurate statements were made in the Company's IPO offering documents, that SmileDirectClub is subject to litigation for operating as a dentist without proper licensing in several states, and that SmileDirectClub and certain of its officers and directors engaged in efforts to cover up criticisms from dental professionals and consumers. On this news, the Company's share price fell nearly 9%, from $17.15 to $15.68. The share price continued to fall over the next two trading days to reach a low of $12.94. On October 23, 2019, the day this securities class action was filed, the Company's stock was trading as low as $9.44 per share, a decline of nearly 60% from the $23.00 per share IPO price.

If you acquired SmileDirectClub securities, have information, or would like to learn more about these claims, please contact Ira M. Press or Robert H. Familiar of Kirby McInerney LLP at 212-371-6600, by email at investigations@kmllp.com , or by filling out this contact form, to discuss your rights or interests with respect to these matters without any cost to you. If you are interested in joining this action, you may do so by completing the applicable certification form, found on the firm's SmileDirectClub litigation page .

WESTLAW © 2019 Thomson Reuters. No claim to original U.S. Government Works. 1

Kirby McInerney LLP is a New York-based plaintiffs' law firm concentrating in securities, antitrust, and whistleblower litigation. The firm's efforts on behalf of shareholders in securities litigation have resulted in recoveries totaling billions of dollars. Additional information about the firm can be found at Kirby McInerney LLP's website: www.kmllp.com .

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

View source version on businesswire.com: https://www.businesswire.com/news/home/20191024005892/en/

Kirby McInerney LLP
Ira M. Press, Esq.
Robert H. Familiar
(212) 371-6600
investigations@kmllp.com
www.kmllp.com

State Keywords: New York
Industry Keywords: Legal; Professional Services
Source: Kirby McInerney LLP

**---- Index References ----**

Company: KIRBY MCINERNEY LLP; ROBERT H LURIE COMPREHENSIVE CANCER CENTER OF NORTHWESTERN UNIVERSITY

News Subject: (Business Lawsuits & Settlements (1BU19); Business Litigation (1BU04); Business Management (1BU42); Class Actions (1CL03); Consumer Protection (1CO43); Corporate & Business Law (1XO58); Corporate Events (1CR05); Funding Instruments (1FU41); Legal (1LE33); Securities Law (1SE59))

Industry: (Dentistry (1DE32); Financial Services (1FI37); Healthcare (1HE06); Healthcare Practice Specialties (1HE49); Investment Management (1IN34); Securities Investment (1SE57))

Region: (Americas (1AM92); New York (1NE72); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); USA (1US73))

Language: EN

Other Indexing: (Ira M. Press; SmileDirectClub Inc.) (Robert H. Familiar) (North America; United States; New York)

Keywords: Legal; Professional Services; New YorkLawsuitKeywords:

Ticker Symbol: NASDAQ:SDC

Word Count: 572

---

**End of Document** <span style="float:right">© 2019 Thomson Reuters. No claim to original U.S. Government Works.</span>

NewsRoom

WESTLAW © 2019 Thomson Reuters. No claim to original U.S. Government Works.