# EXHIBIT D

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **1199 SEIU Health Care Employees Pension Fund** | 09/12/2019 | 88,114 | $23.00 | $2,026,622.00 | 09/25/2019 | 1 | $14.89 | $14.89 | |
| | | | | | 09/25/2019 | 22 | $14.90 | $327.78 | |
| | | | | | 09/25/2019 | 40 | $14.82 | $592.62 | |
| | | | | | 09/25/2019 | 165 | $15.00 | $2,475.00 | |
| | | | | | 09/25/2019 | 647 | $14.81 | $9,579.29 | |
| | | | | | 09/25/2019 | 4,419 | $14.83 | $65,551.00 | |
| | | | | | 09/25/2019 | 11,206 | $14.86 | $166,522.28 | |
| | | | | | 09/26/2019 | 14 | $14.86 | $208.01 | |
| | | | | | 09/26/2019 | 154 | $14.80 | $2,279.40 | |
| | | | | | 09/26/2019 | 870 | $13.19 | $11,472.60 | |
| | | | | | 09/26/2019 | 2,886 | $13.30 | $38,384.38 | |
| | | | | | 09/26/2019 | 11,129 | $14.07 | $156,587.26 | |
| | | | | | 09/26/2019 | 23,718 | $13.04 | $309,306.44 | |
| | | | | | 09/27/2019 | 1 | $13.19 | $13.19 | |
| | | | | | 09/27/2019 | 15,063 | $13.27 | $199,870.95 | |
| | | | | | 09/27/2019 | 17,779 | $13.01 | $231,239.01 | |
| **Movant's Total** | | **88,114** | | **$2,026,622.00** | | **88,114** | | **$1,194,424.09** | **($832,197.91)** |

Prices listed are rounded up to two decimal places.