**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Adam Franchi

                      Plaintiff,

v.                                    Case No.: 3:19−cv−00962

SmileDirectClub, Inc., et al.

                      Defendant,

## <u>ORDER ON MOTION TO APPEAR PRO HAC VICE</u>

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 37) of Darren J. Robbins is GRANTED.

<u>s/ Kirk L. Davies, Clerk of Court</u>