# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Adam Franchi

      Plaintiff,

v.             Case No.: 3:19–cv–00962

SmileDirectClub, Inc., et al.

      Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

  Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 38) of Danielle S. Myers is GRANTED.

             s/ Kirk L. Davies, Clerk of Court