**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**


Adam Franchi

                          Plaintiff,

v.                                         Case No.: 3:19–cv–00962


SmileDirectClub, Inc., et al.

                          Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 39) of Michael Albert is GRANTED.


                                         s/ Kirk L. Davies, Clerk of Court