# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendants. | CASE No.: 3:19-cv-00962<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Fresnley |
| BARRY GINSBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendants. | CASE No.: 3:19-cv-01040<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Fresnley |
| RICHARD ANDRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendants. | CASE No.: 3:19-cv-01057<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |

## DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Laurence M. Rosen, declare under oath:

1.     I am a member of The Rosen Law Firm, P.A., located at 275 Madison Avenue, 40th Floor, New York, NY 10016. My telephone number is (212) 686-1060 and my e-mail address is lrosen@rosenlegal.com. I am a member of the Bar of the State of New York, Bar No. 2255214.

2.     I submit this Declaration in support of my Motion for Admission *Pro Hac Vice* on behalf of Thomas R. Derus and Wei Wei in the above- captioned actions. This submission is in accordance with direction from the clerk of court as an addition to my previously submitted *Pro Hac Vice* application, Dkt. No. 44, which includes the below mentioned Certificate of Good Standing.

3.     I am a member in good standing of the bar for the United States District Court for the Southern District of New York. A true and correct Certificate of Good Standing from the United States District Court for the Southern District of New York is attached as Exhibit A.

4.     I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

5.     I hereby acknowledge my responsibility for compliance with all rules of this Court and agree to confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2019, in New York, New York.

Laurence M. Rosen
(New York State Bar No. 2255214)

**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

1

# EXHIBIT A

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

LAURENCE   MATTHEW   ROSEN , Bar # LR5733

was duly admitted to practice in the Court on

February 09, 2001

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.          On
             New York, New York                   August 29, 2019

             Ruby J. Krajick          By
             Clerk of Court                       Deputy Clerk