# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Adam Franchi

                              Plaintiff,

v.                                                  Case No.: 3:19–cv–00962

SmileDirectClub, Inc., et al.

                              Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 44) of Laurence M. Rosen is GRANTED.

s/ Kirk L. Davies, Clerk of Court