# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE


Adam Franchi

                  Plaintiff,

v.                                      Case No.: 3:19–cv–00962

SmileDirectClub, Inc., et al.

                  Defendant,

## <u>ORDER ON MOTION TO APPEAR PRO HAC VICE</u>

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 45) of Phillip Kim is GRANTED.


<u>s/ Kirk L. Davies, Clerk of Court</u>