# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| **ADAM FRANCHI, individually and on behalf of all others similarly situated,** | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:19-cv-00962** |
| | ) | |
| | ) | **Judge Richardson/Frensley** |
| | ) | |
| **SMILEDIRECTCLUB, INC., et al,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## O R D E R

The Case Management Conference set for January 9, 2020 at 10:00 a.m. is CANCELLED.

The Conference will be reset after ruling on the pending Motions regarding Appointment of Lead

Plaintiff, Appointment of Lead Counsel, and Consolidation of Cases.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**