**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Adam Franchi

                    Plaintiff,

v.                                          Case No.: 3:19−cv−00962

SmileDirectClub, Inc., et al.

                    Defendant,

## ORDER ON MOTION TO APPEAR PRO HAC VICE

Having satisfied the requirements of Local Rule 83.01(b), the motion to appear *pro hac vice* (Doc. No. 66) of Scott H. Saham is GRANTED.

s/ Kirk L. Davies, Clerk of Court