UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, | : | Consolidated Case No. 19-cv-962 |
| | : | |
| Plaintiff, | : | Judge Eli J. Richardson |
| vs. | : | |
| | : | Magistrate Judge Jeffrey S. Frensley |
| SMILEDIRECTCLUB, INC., et al., | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ELIZABETH GONSER
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Elizabeth Gonser, declare as follows:

1.      I am an attorney at the law firm Riley Warnock & Jacobson, litigation counsel for Defendants in the above-captioned matter.

2.      I submit this Declaration in support of Defendants' Motion to Dismiss, filed concurrently herewith, and to transmit true and correct copies of the following documents:

Exhibit A....................SmileDirectClub, Inc.'s Registration Statement, filed on Form S-1/A (as amended on Sept. 9, 2019)

Exhibit B ....................SmileDirectClub, Inc.'s Prospectus, filed on Form 424(b)(4) (Sept. 13, 2019)

Exhibit C ....................Press Release, "Smile Direct Club Reports Third Quarter 2019 Financial Results" (Nov. 12, 2019)

Exhibit D....................Transcript of SmileDirectClub, Inc.'s Third Quarter 2019 Earnings Call (Nov. 12, 2019)

Exhibit E ....................SmileDirectClub, Inc.'s Historical Stock Prices (Sept. 12, 2019 to Feb. 21, 2020)

1

Exhibit F.....................Better Business Bureau Profile for SmileDirectClub, available at https://www.bbb.org/us/tn/nashville/profile/cosmetic-dentistry/smiledirectclub-0573-37111672 (last accessed Mar. 23, 2020)

Exhibit G.....................Complaint, *Ciccio v. SmileDirectClub, LLC*, No. 19-cv-845 (M.D. Tenn. filed Sept. 24, 2019)

Exhibit H.....................Complaint, *Sulitzer v. Tippins*, No. 19-cv-8902 (C.D. Cal. filed Oct. 16, 2019)

Exhibit I .....................Order, *Galkin v. SmileDirectClub, LLC*, No. C-19-19 (Sup. Ct. N.J. Chancery Div. Middlesex Cnty. Mar. 6, 2020)

Exhibit J .....................Governor's Signing Statement for California Assembly Bill 1519 (Oct. 13, 2019)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of March, 2020.

 /s/ Elizabeth O. Gonser
Elizabeth Gonser

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2020 a true and correct copy of the foregoing document was served via the Court's electronic filing system on:

Christopher M. Wood
Robbins Geller Rudman & Dowd, LLP
414 Union Street, Suite 900
Nashville, TN 37219
cwood@rgrdlaw.com

Darren J. Robbins
Danielle S. Myers
Michael Albert
Robbins Geller Rudman & Dowd, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
darrenr@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

/s/ Steven A. Riley

3