# Exhibit E

| SmileDirectClub Inc. Stock Price (September 12, 2019 - February 21, 2020) Source: Yahoo! Finance | | |
|---|---|---|
| **Date** | **Closing Price** | **Volume** |
| September 12, 2019 | $16.67 | 55,416,800 |
| September 13, 2019 | $18.68 | 19,119,100 |
| September 16, 2019 | $18.90 | 5,573,000 |
| September 17, 2019 | $19.07 | 4,415,200 |
| September 18, 2019 | $19.48 | 10,533,900 |
| September 19, 2019 | $18.64 | 3,734,100 |
| September 20, 2019 | $18.25 | 1,752,400 |
| September 23, 2019 | $17.15 | 2,583,300 |
| September 24, 2019 | $15.68 | 5,832,600 |
| September 25, 2019 | $14.51 | 5,711,100 |
| September 26, 2019 | $12.94 | 10,663,200 |
| September 27, 2019 | $13.00 | 5,636,500 |
| September 30, 2019 | $13.88 | 3,749,100 |
| October 1, 2019 | $13.17 | 4,438,000 |
| October 2, 2019 | $12.96 | 4,162,200 |
| October 3, 2019 | $13.70 | 3,303,500 |
| October 4, 2019 | $14.72 | 11,951,300 |
| October 7, 2019 | $13.49 | 7,593,300 |
| October 8, 2019 | $11.34 | 12,011,300 |
| October 9, 2019 | $10.97 | 8,429,300 |
| October 10, 2019 | $10.24 | 18,851,600 |
| October 11, 2019 | $11.13 | 9,028,800 |
| October 14, 2019 | $9.70 | 10,691,600 |
| October 15, 2019 | $10.31 | 9,068,100 |
| October 16, 2019 | $10.00 | 4,740,700 |
| October 17, 2019 | $9.41 | 11,653,300 |
| October 18, 2019 | $9.46 | 5,071,800 |
| October 21, 2019 | $9.13 | 4,564,900 |
| October 22, 2019 | $9.50 | 3,357,000 |
| October 23, 2019 | $10.02 | 4,727,300 |
| October 24, 2019 | $10.82 | 4,985,400 |
| October 25, 2019 | $11.38 | 6,655,200 |
| October 28, 2019 | $12.06 | 5,618,300 |
| October 29, 2019 | $11.76 | 3,620,500 |
| October 30, 2019 | $12.19 | 2,929,100 |
| October 31, 2019 | $11.70 | 3,147,400 |
| November 1, 2019 | $12.52 | 3,502,000 |
| November 4, 2019 | $13.05 | 4,566,400 |
| November 5, 2019 | $12.59 | 2,813,200 |
| November 6, 2019 | $11.99 | 2,699,400 |
| November 7, 2019 | $11.99 | 1,722,300 |
| November 8, 2019 | $11.59 | 2,826,200 |
| November 11, 2019 | $11.85 | 2,301,600 |

| Date | Closing Price | Volume |
|---|---|---|
| November 12, 2019 | $11.08 | 9,811,200 |
| November 13, 2019 | $8.83 | 26,418,600 |
| November 14, 2019 | $8.89 | 7,066,900 |
| November 15, 2019 | $8.60 | 7,163,800 |
| November 18, 2019 | $8.04 | 7,962,700 |
| November 19, 2019 | $8.96 | 10,072,600 |
| November 20, 2019 | $9.00 | 6,602,000 |
| November 21, 2019 | $8.99 | 2,512,000 |
| November 22, 2019 | $8.94 | 2,818,700 |
| November 25, 2019 | $9.37 | 4,214,400 |
| November 26, 2019 | $9.60 | 4,537,500 |
| November 27, 2019 | $9.98 | 3,421,800 |
| November 29, 2019 | $9.97 | 976,000 |
| December 2, 2019 | $9.86 | 2,590,800 |
| December 3, 2019 | $9.30 | 2,904,500 |
| December 4, 2019 | $8.57 | 5,618,700 |
| December 5, 2019 | $8.42 | 3,769,600 |
| December 6, 2019 | $8.07 | 4,953,500 |
| December 9, 2019 | $8.24 | 3,789,800 |
| December 10, 2019 | $7.96 | 3,563,100 |
| December 11, 2019 | $8.12 | 4,180,400 |
| December 12, 2019 | $7.80 | 8,238,000 |
| December 13, 2019 | $8.00 | 4,511,200 |
| December 16, 2019 | $7.95 | 5,282,800 |
| December 17, 2019 | $7.80 | 4,916,600 |
| December 18, 2019 | $7.81 | 4,168,200 |
| December 19, 2019 | $8.55 | 10,287,100 |
| December 20, 2019 | $8.10 | 9,259,000 |
| December 23, 2019 | $8.34 | 6,865,100 |
| December 24, 2019 | $8.42 | 2,127,700 |
| December 26, 2019 | $8.33 | 3,369,600 |
| December 27, 2019 | $8.49 | 3,400,000 |
| December 30, 2019 | $8.22 | 3,896,000 |
| December 31, 2019 | $8.74 | 5,497,200 |
| January 2, 2020 | $8.32 | 6,661,500 |
| January 3, 2020 | $8.38 | 4,266,100 |
| January 6, 2020 | $10.19 | 39,212,300 |
| January 7, 2020 | $10.14 | 15,442,100 |
| January 8, 2020 | $10.60 | 23,578,500 |
| January 9, 2020 | $9.83 | 13,410,900 |
| January 10, 2020 | $9.22 | 9,104,300 |
| January 13, 2020 | $10.20 | 11,927,700 |
| January 14, 2020 | $11.70 | 33,561,200 |
| January 15, 2020 | $13.72 | 33,212,700 |
| January 16, 2020 | $13.26 | 29,909,100 |
| January 17, 2020 | $12.90 | 14,681,300 |

| Date | Closing Price | Volume |
|---|---|---|
| January 21, 2020 | $12.73 | 15,231,000 |
| January 22, 2020 | $13.50 | 14,225,100 |
| January 23, 2020 | $13.69 | 12,364,600 |
| January 24, 2020 | $13.07 | 8,422,800 |
| January 27, 2020 | $13.26 | 8,705,300 |
| January 28, 2020 | $12.96 | 5,923,800 |
| January 29, 2020 | $13.92 | 9,858,900 |
| January 30, 2020 | $13.44 | 7,146,800 |
| January 31, 2020 | $13.39 | 7,260,000 |
| February 3, 2020 | $13.05 | 7,170,900 |
| February 4, 2020 | $13.73 | 9,324,100 |
| February 5, 2020 | $14.15 | 11,976,000 |
| February 6, 2020 | $14.15 | 7,244,300 |
| February 7, 2020 | $14.54 | 7,287,155 |
| February 10, 2020 | $14.38 | 9,235,800 |
| February 11, 2020 | $14.86 | 5,104,000 |
| February 12, 2020 | $14.91 | 7,545,300 |
| February 13, 2020 | $15.33 | 6,251,500 |
| February 14, 2020 | $12.83 | 23,744,400 |
| February 18, 2020 | $13.08 | 6,374,900 |
| February 19, 2020 | $12.37 | 14,620,500 |
| February 20, 2020 | $12.07 | 8,577,300 |
| February 21, 2020 | $12.02 | 3,176,000 |

Case 3:19-cv-00962    Document 74-5    Filed 03/23/20    Page 4 of 4 PageID #: 1288