# Exhibit F

# Better Business Bureau®

⚠️ **CURRENT ALERTS FOR THIS BUSINESS**

**Additional Complaint Information:**
The business indicated they would like to speak with consumers before complaints are filed with BBB. Consumers are asked to contact a SmileDirectClub manager at 800-850-8103 Monday - Friday 9am-6pm or via email at [reviews@smiledirectclub.com](mailto:reviews@smiledirectclub.com). BBB suggests allowing the company 72 hours (excluding wee...
[Read More](#)

HEADQUARTERS LOCATION



## SmileDirectClub

Cosmetic Dentistry

SmileDirectClub straightens teeth with clear aligners. They send all aligners at once and are a doctor-directed provider of at-home clear al... [Read More](#)

| Accreditation | BBB Rating | Customer Reviews |
|---|---|---|
| **ACCREDITED BUSINESS** ® | **A+** | ★★★★★ |
| SmileDirectClub, at its headquarters and all its company-owned locations is BBB Accredited | Customer Reviews are not used in the calculation of BBB Rating | [Average of 2616 Customer Reviews](#) |
| **Accredited Since:** 7/22/2014 | | |
| **Years in Business:** 5 | | |



This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

## Customer Reviews

2616 Customer Reviews

## Products & Services

SmileDirectClub straightens teeth using clear aligners. You can get started by purchasing an impression kit or going into a SmileShop for a free 3D image. After this, a doctor will approve the plan and oversee treatment remotely.

## Business Details

**Headquarters**
414 Union St Fl 8, Nashville, TN 37219-1757

| | |
|---|---|
| **BBB File Opened:** | 7/17/2014 |
| **Years in Business:** | 5 |
| **Business Started:** | 7/16/2014 |
| **Business Started Locally:** | 7/16/2014 |
| **Business Incorporated:** | 7/16/2014 in TN, USA |
| **Accredited Since:** | 7/22/2014 |
| **Type of Entity:** | Limited Liability Company (LLC) |

**Alternate Business Name**
SmileDirectClub, LLC
Smile Direct Club

**Hours of Operation**
Primary
**M:** **08:00 AM - 06:00 PM**
**T:** 08:00 AM - 06:00 PM
**W:** 08:00 AM - 06:00 PM
**Th:** 08:00 AM - 06:00 PM
**F:** 08:00 AM - 06:00 PM

**Business Management**
Mr. David Katzman, CEO

**Contact Information**
Customer Contact
Ms. Joy Sautter, Reputation Manager

## Business Categories

Cosmetic Dentistry     Dental Supplies     Dental Services     Teeth Whitening

## Local BBB

BBB of Middle Tennessee

More Info on Local BBB

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

## BBB Reports On

BBB reports on known marketplace practices.

**See What BBB Reports On**

© 2020, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved.

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.