The motion is granted.

*Eli Richardson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ADAM FRANCHI, Individually and on
Behalf of All Others Similarly Situated,           :

                                                   :    Consolidated Case No. 19-cv-962

                                                   :

                              Plaintiff,           :    Judge Eli J. Richardson

        vs.                                        :

                                                   :    Magistrate Judge Jeffrey S. Frensley

SMILEDIRECTCLUB, INC., et al.,                     :

                                                   :

                              Defendants.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Defendants respectfully request leave to file a Reply that exceeds by five pages the page limit set forth in Local Rule 7.01(a)(4). Defendants submit the proposed ten-page Reply with this Motion. Counsel for Defendants have conferred with counsel for Plaintiffs and counsel for Plaintiffs do not oppose Defendants' request.

The Court's Order setting an agreed schedule for briefing the motion to dismiss included the opportunity for Defendants to file a Reply but did not specify a page length. (Doc. 70.) Defendants submit that the additional few pages will assist the Court in considering the issues raised by the briefing on Defendants' motion to dismiss in this securities action.