UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ADAM FRANCHI, Individually and on  :
Behalf of All Others Similarly Situated,  :  Consolidated Case No. 19-cv-962
                                           :
                              Plaintiff,   :  Judge Eli J. Richardson
              vs.                          :
                                           :  Magistrate Judge Jeffery S. Frensley
SMILEDIRECTCLUB, INC., et al.,             :
                                           :
                             Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF ELIZABETH O. GONSER IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT

I, Elizabeth O. Gonser, declare as follows:

1.      I am an attorney with the law firm Riley Warnock & Jacobson, litigation counsel

for Defendants SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan

Katzman, Alexander Fenkell, Susan Greenspon Rammelt, Richard Schnall and Camelot Venture

Group in the above-captioned matter.

2.      I respectfully submit this declaration in support of Defendants' Joint Motion to

Dismiss the Amended Consolidated Complaint, filed concurrently herewith, and transmit true

and correct copies of the following documents:

Exhibit A....................SmileDirectClub, Inc.'s Registration Statement, filed on Form S-1/A (as amended on Sept. 9, 2019)

Exhibit B ....................SmileDirectClub, Inc.'s Prospectus, filed on Form 424(b)(4) (Sept. 13, 2019)

Exhibit C ....................SmileDirectClub, Inc.'s Historical Stock Prices (Sept. 12, 2019 to Mar. 30, 2021)

Exhibit D....................Complaint, *Ciccio v. SmileDirectClub, LLC*, No. 19-cv-845 (M.D. Tenn. filed Sept. 24, 2019)

1

Exhibit E ....................Press Release, "Organized Dentistry's Anti-Competitive Legal Actions" (Oct. 4, 2019)

Exhibit F....................Governor's Signing Statement for California Assembly Bill 1519 (Oct. 13, 2019)

Exhibit G....................Press Release, "Smile Direct Club Statement on California Assembly Bill 1519" (Oct. 14, 2019)

Exhibit H....................Transcript of SmileDirectClub, Inc.'s Third Quarter 2019 Earnings Call (Nov. 12, 2019)

Exhibit I ....................Complaint, *Sulitzer v. Tippins*, No. 19-cv-8902 (C.D. Cal. filed Oct. 16, 2019)

Exhibit J ....................Press Release, "Smile Direct Club Reports Third Quarter 2019 Financial Results" (Nov. 12, 2019)

Exhibit K....................Press Release, "Smile Direct Club Unveils Updates to Customer Experience" (Mar. 12, 2020)

Exhibit L ....................Press Release, "Smile Direct Club Reports Fourth Quarter and Full Year 2019 Financial Results" (Feb. 25, 2020)

Exhibit M ...................Better Business Bureau Profile for SmileDirectClub, available at https://www.bbb.org/us/tn/nashville/profile/cosmetic-dentistry/smiledirectclub-0573-37111672 (last accessed May 14, 2021)

Exhibit N....................Decision, Challenger *SmileDirectClub v.* Advertiser *American Association of Orthodontics*, Case #6917, Rendered by The National Advertising Division (Feb. 18, 2021)

Exhibit O....................SmileDirectClub, Inc.'s 2020 Annual Report, filed on Form 10-K (Mar. 12, 2021)

Exhibit P....................Janine Wolf, *Orthodontists Aren't Smiling About Teeth-Straightening Start-Ups*, L.A. Times (Sept. 21, 2018), available at https://www.latimes.com/business/la-fi-straighten-teeth-20180921-story.html

Exhibit Q....................Nathan Bomey, *Goodbye, Braces? Invisalign, SmileDirectClub Lead Teeth-Straightening Boom*, USA Today (Dec. 21, 2018), available at

https://www.usatoday.com/story/money/2018/12/21/invisalign-smile-direct-club-braces-teeth-aligners/2378959002/

Exhibit R ....................Joel Stinnett, *Fast Growth, Harsh Critics: Meet the Nashville Startup with a Billion-Dollar Smile*, Nashville Bus. J. (Mar. 14, 2019), available at https://www.bizjournals.com/nashville/news/2019/03/14/fast-growth-harsh-critics-meet-the-nashville.html.

Exhibit S.....................TechCrunch, *SmileDirectClub Files to go Public Amid Concerns from Dental Associations*, Aug. 16, 2019, available at https://techcrunch.com/2019/08/16/smiledirectclub-files-to-go-public-amidst-concerns-from-dental-associations/

Exhibit T ....................Joel Stinnett, *Here Are the Risks for Investing In SmileDirectClub, According to the Company*, Nashville Bus. J. (Aug. 21, 2019), available at https://www.bizjournals.com/nashville/news/2019/08/21/here-are-the-risks-for-investing-in.html

Exhibit U....................Sarah Toy, *SmileDirectClub Is Going Public: 5 Things to Know About the Teeth-Straightening Startup*, MarketWatch (Aug. 21, 2019), formerly available at https://www.marketwatch.com/story/smiledirectclub-is-going-public-5-things-to-know-about-the-teeth-straightening-startup-2019-08-21

Exhibit V....................Robb Mandelbaum, *A Tooth-Straightening Startup Runs Into Resistance*, Bloomberg (Aug. 22, 2019), available at https://www.bloomberg.com/news/articles/2019-08-22/a-tooth-straightening-startup-runs-into-resistance

Exhibit W ...................David Trainer, *What Investors Need to Know About SmileDirectClub's IPO*, Forbes (Sept. 11, 2019), available at https://www.forbes.com/sites/greatspeculations/2019/09/11/what-investors-need-to-know-about-smiledirectclubs-sdc-ipo/?sh=2e9ef0d9b55b

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of May, 2021.

/s/ Elizabeth O. Gonser
Elizabeth O. Gonser

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 14th day of May, 2021:

Michael Albert
malbert@rgrdlaw.com

Paul Kent Bramlett
Pknashlaw@aol.com

Wade B. Cowan
wcowan@dhhrplc.com

James M. Ficaro
jmf@weiserlawfirm.com

James A. Holifield, Jr.
aholifield@holifieldlaw.com

J. Alexander Hood, II
ahood@pomlaw.com

Lewis S. Kahn
Lewis.kahn@ksfcounsel.com

Ashley M. Kelly
akelly@rgrdlaw.com

Phillip Kim
pkim@rosenlegal.com

Jeremy A. Lieberman
jalieberman@pomlaw.com

Ting H. Liu
tliu@rgrdlaw.com

Richard A. Maniskas
rmaniskas@sbtklaw.com

E. Powell Miller
epm@millerlawpc.com

Danielle S. Myers
danim@rgrdlaw.com

Christopher Nelson
cln@weiserlawfirm.com

Melinda A. Nicholson
Melinda.nicholson@ksfcounsel.com

Michael J. Palestina
Michael.Palestina@ksfcounsel.com

Ira M. Press
ipress@kmllp.com

Darren J. Robbins
darrenr@rgrdlaw.com

Laurence M. Rosen
lrosen@rosenlegal.com

Scott H. Saham
scotts@rgrdlaw.com

John Tate Spragens
john@spragenslaw.com

Tara L. Swafford
tara@swaffordlawfirm.com

Christopher M. Wood
cwood@rgrdlaw.com

*/s/Steven A. Riley*