# Exhibit C

| SmileDirectClub Inc. Stock Price (September 12, 2019 – March 30, 2021) Source: Yahoo! Finance | | |
|---|---|---|
| Date | Closing Price | Volume |
| September 12, 2019 | $16.67 | 55,416,800 |
| September 13, 2019 | $18.68 | 19,119,100 |
| September 16, 2019 | $18.90 | 5,573,000 |
| September 17, 2019 | $19.07 | 4,415,200 |
| September 18, 2019 | $19.48 | 10,533,900 |
| September 19, 2019 | $18.64 | 3,734,100 |
| September 20, 2019 | $18.25 | 1,752,400 |
| September 23, 2019 | $17.15 | 2,583,300 |
| September 24, 2019 | $15.68 | 5,832,600 |
| September 25, 2019 | $14.51 | 5,711,100 |
| September 26, 2019 | $12.94 | 10,663,200 |
| September 27, 2019 | $13.00 | 5,636,500 |
| September 30, 2019 | $13.88 | 3,749,100 |
| October 1, 2019 | $13.17 | 4,438,000 |
| October 2, 2019 | $12.96 | 4,162,200 |
| October 3, 2019 | $13.70 | 3,303,500 |
| October 4, 2019 | $14.72 | 11,951,300 |
| October 7, 2019 | $13.49 | 7,593,300 |
| October 8, 2019 | $11.34 | 12,011,300 |
| October 9, 2019 | $10.97 | 8,429,300 |
| October 10, 2019 | $10.24 | 18,851,600 |
| October 11, 2019 | $11.13 | 9,028,800 |
| October 14, 2019 | $9.70 | 10,691,600 |
| October 15, 2019 | $10.31 | 9,068,100 |
| October 16, 2019 | $10.00 | 4,740,700 |
| October 17, 2019 | $9.41 | 11,653,300 |
| October 18, 2019 | $9.46 | 5,071,800 |
| October 21, 2019 | $9.13 | 4,564,900 |
| October 22, 2019 | $9.50 | 3,357,000 |
| October 23, 2019 | $10.02 | 4,727,300 |
| October 24, 2019 | $10.82 | 4,985,400 |
| October 25, 2019 | $11.38 | 6,655,200 |
| October 28, 2019 | $12.06 | 5,618,300 |
| October 29, 2019 | $11.76 | 3,620,500 |
| October 30, 2019 | $12.19 | 2,929,100 |
| October 31, 2019 | $11.70 | 3,147,400 |
| November 1, 2019 | $12.52 | 3,502,000 |
| November 4, 2019 | $13.05 | 4,566,400 |
| November 5, 2019 | $12.59 | 2,813,200 |
| November 6, 2019 | $11.99 | 2,699,400 |

| Date | Closing Price | Volume |
|---|---|---|
| November 7, 2019 | $11.99 | 1,722,300 |
| November 8, 2019 | $11.59 | 2,826,200 |
| November 11, 2019 | $11.85 | 2,301,600 |
| November 12, 2019 | $11.08 | 9,811,200 |
| November 13, 2019 | $8.83 | 26,418,600 |
| November 14, 2019 | $8.89 | 7,066,900 |
| November 15, 2019 | $8.60 | 7,163,800 |
| November 18, 2019 | $8.04 | 7,962,700 |
| November 19, 2019 | $8.96 | 10,072,600 |
| November 20, 2019 | $9.00 | 6,602,000 |
| November 21, 2019 | $8.99 | 2,512,000 |
| November 22, 2019 | $8.94 | 2,818,700 |
| November 25, 2019 | $9.37 | 4,214,400 |
| November 26, 2019 | $9.60 | 4,537,500 |
| November 27, 2019 | $9.98 | 3,421,800 |
| November 29, 2019 | $9.97 | 976,000 |
| December 2, 2019 | $9.86 | 2,590,800 |
| December 3, 2019 | $9.30 | 2,904,500 |
| December 4, 2019 | $8.57 | 5,618,700 |
| December 5, 2019 | $8.42 | 3,769,600 |
| December 6, 2019 | $8.07 | 4,953,500 |
| December 9, 2019 | $8.24 | 3,789,800 |
| December 10, 2019 | $7.96 | 3,563,100 |
| December 11, 2019 | $8.12 | 4,180,400 |
| December 12, 2019 | $7.80 | 8,238,000 |
| December 13, 2019 | $8.00 | 4,511,200 |
| December 16, 2019 | $7.95 | 5,282,800 |
| December 17, 2019 | $7.80 | 4,916,600 |
| December 18, 2019 | $7.81 | 4,168,200 |
| December 19, 2019 | $8.55 | 10,287,100 |
| December 20, 2019 | $8.10 | 9,259,000 |
| December 23, 2019 | $8.34 | 6,865,100 |
| December 24, 2019 | $8.42 | 2,127,700 |
| December 26, 2019 | $8.33 | 3,369,600 |
| December 27, 2019 | $8.49 | 3,400,000 |
| December 30, 2019 | $8.22 | 3,896,000 |
| December 31, 2019 | $8.74 | 5,497,200 |
| January 2, 2020 | $8.32 | 6,661,500 |
| January 3, 2020 | $8.38 | 4,266,100 |
| January 6, 2020 | $10.19 | 39,212,300 |
| January 7, 2020 | $10.14 | 15,442,100 |
| January 8, 2020 | $10.60 | 23,578,500 |
| January 9, 2020 | $9.83 | 13,410,900 |
| January 10, 2020 | $9.22 | 9,104,300 |

2

| Date | Closing Price | Volume |
|---|---|---|
| January 13, 2020 | $10.20 | 11,927,700 |
| January 14, 2020 | $11.70 | 33,561,200 |
| January 15, 2020 | $13.72 | 33,212,700 |
| January 16, 2020 | $13.26 | 29,909,100 |
| January 17, 2020 | $12.90 | 14,681,300 |
| January 21, 2020 | $12.73 | 15,231,000 |
| January 22, 2020 | $13.50 | 14,225,100 |
| January 23, 2020 | $13.69 | 12,364,600 |
| January 24, 2020 | $13.07 | 8,422,800 |
| January 27, 2020 | $13.26 | 8,705,300 |
| January 28, 2020 | $12.96 | 5,923,800 |
| January 29, 2020 | $13.92 | 9,858,900 |
| January 30, 2020 | $13.44 | 7,146,800 |
| January 31, 2020 | $13.39 | 7,260,000 |
| February 3, 2020 | $13.05 | 7,170,900 |
| February 4, 2020 | $13.73 | 9,324,100 |
| February 5, 2020 | $14.15 | 11,976,000 |
| February 6, 2020 | $14.15 | 7,244,300 |
| February 7, 2020 | $14.54 | 7,287,155 |
| February 10, 2020 | $14.38 | 9,235,800 |
| February 11, 2020 | $14.86 | 5,104,000 |
| February 12, 2020 | $14.91 | 7,545,300 |
| February 13, 2020 | $15.33 | 6,251,500 |
| February 14, 2020 | $12.83 | 23,744,400 |
| February 18, 2020 | $13.08 | 6,374,900 |
| February 19, 2020 | $12.37 | 14,620,500 |
| February 20, 2020 | $12.07 | 8,577,300 |
| February 21, 2020 | $12.02 | 3,176,000 |
| February 24, 2020 | $11.81 | 6,305,700 |
| February 25, 2020 | $11.33 | 8,289,700 |
| February 26, 2020 | $8.00 | 26,177,500 |
| February 27, 2020 | $7.81 | 11,845,600 |
| February 28, 2020 | $7.48 | 6,849,300 |
| March 2, 2020 | $7.33 | 5,575,900 |
| March 3, 2020 | $7.61 | 4,916,000 |
| March 4, 2020 | $8.19 | 5,070,200 |
| March 5, 2020 | $8.25 | 9,282,400 |
| March 6, 2020 | $8.06 | 3,804,400 |
| March 9, 2020 | $7.00 | 4,689,600 |
| March 10, 2020 | $6.86 | 5,782,200 |
| March 11, 2020 | $6.49 | 4,778,500 |
| March 12, 2020 | $5.30 | 7,663,700 |
| March 13, 2020 | $5.49 | 7,927,000 |
| March 16, 2020 | $4.40 | 4,710,400 |

3

| Date | Closing Price | Volume |
| --- | --- | --- |
| March 17, 2020 | $4.98 | 5,368,000 |
| March 18, 2020 | $3.99 | 5,480,800 |
| March 19, 2020 | $4.01 | 4,980,100 |
| March 20, 2020 | $4.10 | 5,925,500 |
| March 23, 2020 | $4.09 | 2,468,600 |
| March 24, 2020 | $4.28 | 8,023,100 |
| March 25, 2020 | $4.28 | 6,880,800 |
| March 26, 2020 | $4.85 | 23,034,900 |
| March 27, 2020 | $5.50 | 17,560,000 |
| March 30, 2020 | $4.94 | 7,409,400 |
| March 31, 2020 | $4.67 | 4,727,800 |
| April 1, 2020 | $4.16 | 5,762,400 |
| April 2, 2020 | $4.05 | 6,051,300 |
| April 3, 2020 | $3.88 | 5,495,800 |
| April 6, 2020 | $4.21 | 10,588,500 |
| April 7, 2020 | $4.04 | 11,224,200 |
| April 8, 2020 | $4.35 | 11,122,500 |
| April 9, 2020 | $4.36 | 8,378,400 |
| April 13, 2020 | $4.12 | 8,301,000 |
| April 14, 2020 | $4.27 | 6,591,700 |
| April 15, 2020 | $4.18 | 5,192,400 |
| April 16, 2020 | $4.16 | 5,022,800 |
| April 17, 2020 | $4.65 | 10,228,400 |
| April 20, 2020 | $4.69 | 9,649,700 |
| April 21, 2020 | $4.77 | 5,063,900 |
| April 22, 2020 | $5.53 | 15,073,700 |
| April 23, 2020 | $5.28 | 12,224,200 |
| April 24, 2020 | $5.28 | 5,688,800 |
| April 27, 2020 | $5.39 | 5,840,800 |
| April 28, 2020 | $6.71 | 33,019,800 |
| April 29, 2020 | $6.82 | 14,921,100 |
| April 30, 2020 | $7.72 | 19,001,800 |
| May 1, 2020 | $6.95 | 11,511,700 |
| May 4, 2020 | $6.95 | 7,593,300 |
| May 5, 2020 | $6.75 | 7,651,700 |
| May 6, 2020 | $7.46 | 19,825,100 |
| May 7, 2020 | $7.56 | 8,891,700 |
| May 8, 2020 | $8.02 | 11,179,300 |
| May 11, 2020 | $9.19 | 19,318,200 |
| May 12, 2020 | $8.09 | 28,837,400 |
| May 13, 2020 | $7.72 | 18,911,100 |
| May 14, 2020 | $7.00 | 19,348,600 |
| May 15, 2020 | $6.86 | 9,036,300 |
| May 18, 2020 | $6.76 | 8,995,300 |

4

| Date | Closing Price | Volume |
| --- | --- | --- |
| May 19, 2020 | $7.16 | 9,328,300 |
| May 20, 2020 | $6.98 | 7,246,300 |
| May 21, 2020 | $7.64 | 12,068,700 |
| May 22, 2020 | $7.60 | 5,549,900 |
| May 26, 2020 | $7.50 | 5,351,300 |
| May 27, 2020 | $7.84 | 7,649,200 |
| May 28, 2020 | $7.63 | 6,302,400 |
| May 29, 2020 | $7.81 | 5,572,500 |
| June 1, 2020 | $8.07 | 6,034,900 |
| June 2, 2020 | $8.33 | 7,554,600 |
| June 3, 2020 | $8.66 | 6,431,900 |
| June 4, 2020 | $8.47 | 6,109,100 |
| June 5, 2020 | $8.81 | 10,144,600 |
| June 8, 2020 | $9.41 | 6,718,300 |
| June 9, 2020 | $8.70 | 8,406,200 |
| June 10, 2020 | $8.16 | 7,500,400 |
| June 11, 2020 | $7.16 | 7,986,200 |
| June 12, 2020 | $7.36 | 5,476,300 |
| June 15, 2020 | $7.54 | 4,545,800 |
| June 16, 2020 | $8.09 | 5,938,800 |
| June 17, 2020 | $7.91 | 3,063,800 |
| June 18, 2020 | $8.04 | 5,315,900 |
| June 19, 2020 | $7.98 | 5,850,800 |
| June 22, 2020 | $7.39 | 7,650,500 |
| June 23, 2020 | $7.65 | 4,116,500 |
| June 24, 2020 | $7.14 | 4,947,700 |
| June 25, 2020 | $7.45 | 4,910,700 |
| June 26, 2020 | $7.50 | 4,237,400 |
| June 29, 2020 | $7.71 | 3,267,500 |
| June 30, 2020 | $7.90 | 3,094,300 |
| July 1, 2020 | $8.10 | 3,487,600 |
| July 2, 2020 | $8.10 | 4,561,700 |
| July 6, 2020 | $8.33 | 3,800,100 |
| July 7, 2020 | $8.21 | 2,349,300 |
| July 8, 2020 | $8.24 | 3,693,400 |
| July 9, 2020 | $8.08 | 3,405,500 |
| July 10, 2020 | $8.26 | 3,364,700 |
| July 13, 2020 | $8.87 | 8,458,600 |
| July 14, 2020 | $8.73 | 4,876,300 |
| July 15, 2020 | $8.75 | 2,848,800 |
| July 16, 2020 | $8.56 | 2,138,100 |
| July 17, 2020 | $8.47 | 1,864,300 |
| July 20, 2020 | $8.42 | 1,507,900 |
| July 21, 2020 | $9.27 | 5,856,800 |

5

| Date | Closing Price | Volume |
|---|---|---|
| July 22, 2020 | $9.12 | 8,571,700 |
| July 23, 2020 | $8.46 | 4,330,400 |
| July 24, 2020 | $8.44 | 3,247,100 |
| July 27, 2020 | $8.82 | 2,491,400 |
| July 28, 2020 | $8.45 | 2,272,200 |
| July 29, 2020 | $8.67 | 4,205,400 |
| July 30, 2020 | $8.65 | 3,925,700 |
| July 31, 2020 | $8.45 | 2,385,900 |
| August 3, 2020 | $8.53 | 2,158,000 |
| August 4, 2020 | $8.79 | 3,275,500 |
| August 5, 2020 | $9.37 | 5,994,600 |
| August 6, 2020 | $9.05 | 3,494,700 |
| August 7, 2020 | $9.05 | 3,061,900 |
| August 10, 2020 | $8.93 | 4,376,700 |
| August 11, 2020 | $8.95 | 5,115,200 |
| August 12, 2020 | $9.32 | 9,631,200 |
| August 13, 2020 | $7.84 | 15,299,800 |
| August 14, 2020 | $7.63 | 5,549,200 |
| August 17, 2020 | $7.29 | 6,305,500 |
| August 18, 2020 | $7.72 | 5,458,300 |
| August 19, 2020 | $7.97 | 5,667,700 |
| August 20, 2020 | $7.67 | 2,797,900 |
| August 21, 2020 | $7.67 | 2,562,500 |
| August 24, 2020 | $7.51 | 3,106,500 |
| August 25, 2020 | $7.31 | 4,377,200 |
| August 26, 2020 | $7.52 | 3,404,500 |
| August 27, 2020 | $7.58 | 2,423,200 |
| August 28, 2020 | $7.54 | 1,872,700 |
| August 31, 2020 | $8.12 | 8,666,500 |
| September 1, 2020 | $7.87 | 4,083,700 |
| September 2, 2020 | $9.80 | 38,052,000 |
| September 3, 2020 | $10.27 | 19,409,700 |
| September 4, 2020 | $9.58 | 6,952,700 |
| September 8, 2020 | $10.57 | 11,480,500 |
| September 9, 2020 | $11.27 | 11,811,500 |
| September 10, 2020 | $11.37 | 8,964,100 |
| September 11, 2020 | $10.72 | 7,045,100 |
| September 14, 2020 | $11.56 | 5,113,200 |
| September 15, 2020 | $11.93 | 5,326,500 |
| September 16, 2020 | $11.75 | 4,419,300 |
| September 17, 2020 | $11.64 | 5,001,600 |
| September 18, 2020 | $11.83 | 5,409,100 |
| September 21, 2020 | $10.59 | 6,617,800 |
| September 22, 2020 | $11.19 | 4,568,300 |

6

| Date | Closing Price | Volume |
|---|---|---|
| September 23, 2020 | $10.36 | 3,846,600 |
| September 24, 2020 | $10.67 | 4,442,100 |
| September 25, 2020 | $11.26 | 3,509,000 |
| September 28, 2020 | $11.53 | 3,353,300 |
| September 29, 2020 | $11.61 | 4,263,000 |
| September 30, 2020 | $11.68 | 5,380,800 |
| October 1, 2020 | $11.59 | 3,562,100 |
| October 2, 2020 | $11.20 | 5,956,300 |
| October 5, 2020 | $11.48 | 3,667,500 |
| October 6, 2020 | $11.68 | 6,205,700 |
| October 7, 2020 | $12.53 | 9,693,000 |
| October 8, 2020 | $12.70 | 4,631,500 |
| October 9, 2020 | $12.37 | 2,618,600 |
| October 12, 2020 | $12.51 | 2,958,600 |
| October 13, 2020 | $12.28 | 3,625,100 |
| October 14, 2020 | $11.86 | 3,029,000 |
| October 15, 2020 | $12.13 | 5,480,400 |
| October 16, 2020 | $11.92 | 3,450,000 |
| October 19, 2020 | $11.07 | 5,669,200 |
| October 20, 2020 | $11.38 | 3,460,000 |
| October 21, 2020 | $11.23 | 3,792,000 |
| October 22, 2020 | $12.12 | 17,991,500 |
| October 23, 2020 | $11.36 | 7,118,100 |
| October 26, 2020 | $10.19 | 8,896,600 |
| October 27, 2020 | $9.88 | 6,120,900 |
| October 28, 2020 | $9.42 | 5,178,400 |
| October 29, 2020 | $9.29 | 4,121,700 |
| October 30, 2020 | $8.90 | 7,938,600 |
| November 2, 2020 | $8.94 | 5,879,700 |
| November 3, 2020 | $9.39 | 6,130,700 |
| November 4, 2020 | $9.59 | 4,191,400 |
| November 5, 2020 | $10.15 | 4,493,800 |
| November 6, 2020 | $10.10 | 3,645,600 |
| November 9, 2020 | $9.99 | 6,466,300 |
| November 10, 2020 | $9.92 | 4,742,000 |
| November 11, 2020 | $9.80 | 4,777,900 |
| November 12, 2020 | $9.49 | 4,542,500 |
| November 13, 2020 | $9.41 | 7,351,100 |
| November 16, 2020 | $9.96 | 14,888,600 |
| November 17, 2020 | $10.25 | 18,233,300 |
| November 18, 2020 | $11.28 | 15,001,000 |
| November 19, 2020 | $11.07 | 8,007,400 |
| November 20, 2020 | $10.91 | 5,587,700 |
| November 23, 2020 | $12.48 | 10,614,600 |

7

| Date | Closing Price | Volume |
|---|---|---|
| November 24, 2020 | $12.03 | 12,227,000 |
| November 25, 2020 | $12.10 | 4,878,900 |
| November 27, 2020 | $12.18 | 2,098,900 |
| November 30, 2020 | $12.30 | 8,865,900 |
| December 1, 2020 | $11.82 | 5,070,100 |
| December 2, 2020 | $11.94 | 3,676,000 |
| December 3, 2020 | $11.48 | 4,579,100 |
| December 4, 2020 | $11.17 | 3,684,100 |
| December 7, 2020 | $10.87 | 4,669,100 |
| December 8, 2020 | $11.22 | 5,536,500 |
| December 9, 2020 | $11.45 | 4,537,300 |
| December 10, 2020 | $11.98 | 5,334,400 |
| December 11, 2020 | $11.51 | 3,418,200 |
| December 14, 2020 | $11.26 | 3,425,500 |
| December 15, 2020 | $11.56 | 2,486,500 |
| December 16, 2020 | $11.50 | 2,466,100 |
| December 17, 2020 | $11.74 | 2,613,400 |
| December 18, 2020 | $12.10 | 5,246,200 |
| December 21, 2020 | $13.83 | 14,824,900 |
| December 22, 2020 | $13.43 | 6,274,000 |
| December 23, 2020 | $13.58 | 3,281,800 |
| December 24, 2020 | $13.43 | 2,116,300 |
| December 28, 2020 | $12.37 | 7,593,000 |
| December 29, 2020 | $12.12 | 3,783,500 |
| December 30, 2020 | $12.21 | 2,808,200 |
| December 31, 2020 | $11.94 | 6,721,000 |
| January 4, 2021 | $11.68 | 5,447,300 |
| January 5, 2021 | $11.58 | 3,882,600 |
| January 6, 2021 | $11.16 | 6,784,400 |
| January 7, 2021 | $11.63 | 3,893,600 |
| January 8, 2021 | $12.35 | 6,247,000 |
| January 11, 2021 | $12.15 | 3,613,800 |
| January 12, 2021 | $12.61 | 3,489,600 |
| January 13, 2021 | $11.99 | 5,807,400 |
| January 14, 2021 | $11.99 | 4,886,100 |
| January 15, 2021 | $11.42 | 4,339,100 |
| January 19, 2021 | $11.48 | 3,560,600 |
| January 20, 2021 | $11.02 | 7,526,600 |
| January 21, 2021 | $10.81 | 5,574,900 |
| January 22, 2021 | $11.06 | 4,410,500 |
| January 25, 2021 | $13.36 | 23,714,200 |
| January 26, 2021 | $14.56 | 17,672,800 |
| January 27, 2021 | $14.99 | 15,404,500 |
| January 28, 2021 | $13.65 | 13,288,400 |

8

| Date | Closing Price | Volume |
|---|---|---|
| January 29, 2021 | $13.28 | 5,020,200 |
| February 1, 2021 | $14.07 | 6,422,400 |
| February 2, 2021 | $13.43 | 5,048,600 |
| February 3, 2021 | $14.38 | 4,711,800 |
| February 4, 2021 | $12.90 | 11,128,800 |
| February 5, 2021 | $12.52 | 14,006,200 |
| February 8, 2021 | $12.60 | 9,304,100 |
| February 9, 2021 | $12.59 | 6,443,600 |
| February 10, 2021 | $12.61 | 6,662,500 |
| February 11, 2021 | $12.67 | 8,872,500 |
| February 12, 2021 | $12.73 | 6,396,000 |
| February 16, 2021 | $12.43 | 5,526,600 |
| February 17, 2021 | $12.21 | 6,078,000 |
| February 18, 2021 | $11.88 | 3,120,700 |
| February 19, 2021 | $11.90 | 4,046,300 |
| February 22, 2021 | $12.20 | 3,860,600 |
| February 23, 2021 | $11.48 | 7,974,800 |
| February 24, 2021 | $12.16 | 6,160,500 |
| February 25, 2021 | $11.76 | 7,019,700 |
| February 26, 2021 | $11.60 | 4,153,000 |
| March 1, 2021 | $11.59 | 6,078,600 |
| March 2, 2021 | $11.44 | 4,488,900 |
| March 3, 2021 | $10.90 | 11,340,300 |
| March 4, 2021 | $10.60 | 15,234,300 |
| March 5, 2021 | $10.09 | 18,697,000 |
| March 8, 2021 | $10.48 | 6,755,600 |
| March 9, 2021 | $11.02 | 7,701,000 |
| March 10, 2021 | $11.05 | 5,943,000 |
| March 11, 2021 | $11.93 | 5,769,200 |
| March 12, 2021 | $11.84 | 3,985,100 |
| March 15, 2021 | $11.62 | 3,028,800 |
| March 16, 2021 | $11.50 | 3,965,000 |
| March 17, 2021 | $11.62 | 4,763,100 |
| March 18, 2021 | $11.10 | 3,044,400 |
| March 19, 2021 | $11.15 | 3,255,100 |
| March 22, 2021 | $11.13 | 2,055,600 |
| March 23, 2021 | $10.52 | 3,780,700 |
| March 24, 2021 | $10.37 | 4,524,000 |
| March 25, 2021 | $10.60 | 3,567,800 |
| March 26, 2021 | $10.54 | 3,415,900 |
| March 29, 2021 | $10.06 | 2,913,500 |
| March 30, 2021 | $10.19 | 3,476,200 |