# Exhibit F



OFFICE OF THE GOVERNOR

OCT 1 3 2019

To the Members of the California State Assembly:

I am signing Assembly Bill 1519, the Dental Board of California's sunset bill, which would extend the Dental Board's operations until January 1, 2024, granting the Dental Board continual authority to oversee and regulate dental services. The bill includes significant policy changes related to the regulation of self-applied orthodontic treatments administered via telehealth and other technological platforms.

It is essential for the safety of Californians and for the stability of the dental industry that the Dental Board be able to continue to operate. While I am signing this legislation, sunset bills are not the appropriate vehicle for policy changes that lack broad stakeholder input. Such proposals should be considered in separate legislation and evaluated accordingly. I will not look favorably upon any future regulatory sunset bills that include those provisions.

Sincerely,

Gavin Newsom

Case 3:19-cv-00962    Document 92-6    Filed 05/14/21    Page 2 of 2 PageID #: 2255