# Exhibit G



## Smile Direct Club Statement on California Assembly Bill 1519

October 14, 2019

SACRAMENTO, Calif., Oct. 14, 2019 /PRNewswire/ -- "We are pleased with the Governor's signing statement for AB1519. While the authorizing nature of AB1519 made it difficult to veto the bill, the Governor clearly indicated that he expects all stakeholders to come to together to find a better way to create policy around teledentistry. While this bill does not preclude SmileDirectClub's continued operations in California, it will create unnecessary hurdles and costs to Californians that need care but struggle to afford it. The undebated, clinically unsupported, and ill-advised policy changes that are included in this bill - a bill that was intended to reauthorize the Dental Board of California until last-minute policy additions were added - have created arbitrary barriers to technological innovation. There are no clinical studies or guidelines that affirm the mandatory radiography or other equivalent bone imaging requirement included in AB 1519. Simply put, this bill represents the dental lobby's thinly-veiled attempt to protect traditional dentistry at the expense of Californians, and Governor Newsom made the correct choice in issuing his strongly-worded rebuke of the tactics and policy that this bill represents.



Nothing in AB1519 requires SmileDirectClub to cease or modify its operations, and nothing regarding teledentistry in this legislation can take effect until the Board has given all stakeholders the opportunity to submit public comment and debate the merits of any proposed rules with clinically-based data – as the Governor has requested in his signing statement. To that effect, SmileDirectClub will be reaching out to our partners in the field to coordinate efforts so that a positive outcome for the industry – and for the California consumers – can be reached. The teledentistry industry provides access to safe, affordable and convenient dental and orthodontic care for California consumers. To be clear, SmileDirectClub will continue to legally operate in California, we will be an active participant in the administration-directed public debates surrounding teledentistry, and we will continue to provide affordable orthodontic care to thousands of smiling Californians.

Moving forward, SmileDirectClub welcomes transparent policy debates that include all stakeholders. We believe that a good teledentistry policy will result from education and participation in robust discussions regarding our transformative technology as a low-risk, high-value and consumer-friendly path to a straighter, more confident smile for millions of Californians. We hope all stakeholders will participate in fair, public, and thoughtful exchanges of ideas as we strive to increase access to affordable, convenient orthodontic care."

### About SmileDirectClub, Inc.

SmileDirectClub, Inc. (Nasdaq: SDC) is the industry pioneer as the first direct-to-consumer medtech platform for transforming smiles. Through our cutting-edge teledentistry technology and vertically integrated model, we are revolutionizing the oral care industry. SmileDirectClub's mission is to unleash the power of people's smiles to empower them to positively impact their place in the world. SmileDirectClub was founded by Alex Fenkell and Jordan Katzman in partnership with Camelot Venture Group. Available in the U.S., Canada, Australia, New Zealand and the UK, SmileDirectClub is headquartered in Nashville, Tennessee. For more information, visit SmileDirectClub.com.

SmileDirectClub Media Relations: press@smiledirectclub.com

View original content to download multimedia:http://www.prnewswire.com/news-releases/smile-direct-club-statement-on-california-assembly-bill-1519-300937847.html

SOURCE SmileDirectClub, Inc.