# Exhibit M

 **Better Business Bureau**®

Home > Tennessee > Nashville > Cosmetic Dentistry > SmileDirectClub

 **Share**    **Print**

 **Business Profile**

# Business Profile

 **SmileDirectClub**

📍 414 Union St Fl 8
Nashville, TN 37219-1757

🌐 http://smiledirectclub.com

✉️ Email this Business

📞 (800) 681-5210

---

 **CURRENT ALERTS FOR THIS BUSINESS**

**Additional Complaint Information:**
As of February 1, 2021, SmileDirectClub has provided the following updates to their business processes and procedures in order to address consumer concerns:...
Read More

---

**Business Alert:**
BBB received the following COVID-19 update from the business:
SmileDirectClub has started re-opening some SmileShop locations. All open locations can be found o...
Read More

## Contact Information

📍 414 Union St Fl 8
Nashville, TN 37219-1757

🌐 http://smiledirectclub.com

✉️ Email this Business

📞 (800) 681-5210

Want a quote from this business?

**Get a Quote**

## BBB Rating & Accreditation

 **A+**

**Accredited Since:** 7/22/2014
**Years in Business:** 6

Customer Reviews are not used in the calculation of BBB Rating

Case 3:19-cv-00962    Document 92-13    Filed 05/14/21    Page 2 of 5 PageID #: 2350



## Customer Reviews

★ ★ ★ ★ ☆ **3.99**/5

Average of 3,216 Customer Reviews

| Read Reviews | Start a Review |
|---|---|

## Customer Complaints

**2,700** complaints closed in last 3 years
**746** complaints closed in last 12 months

| Read Complaints | File a Complaint |
|---|---|



## Customer Complaints

2,700 Customer Complaints

## Customer Reviews

3216 Customer Reviews

Case 3:19-cv-00962     Document 92-13     Filed 05/14/21     Page 3 of 5 PageID #: 2351

## Products & Services

SmileDirectClub offers the following products/services: custom-made clear aligners.

## Business Details

**Headquarters**
414 Union St Fl 8, Nashville, TN 37219-1757

 **Email this Business**

| | |
|---|---|
| **BBB File Opened:** | 7/17/2014 |
| **Years in Business:** | 6 |
| **Business Started:** | 7/16/2014 |
| **Business Started Locally:** | 7/16/2014 |
| **Business Incorporated:** | 7/16/2014 in TN, USA |
| **Accredited Since:** | 7/22/2014 |
| **Type of Entity:** | Limited Liability Company (LLC) |

**Alternate Business Name**

SmileDirectClub, LLC
Smile Direct Club

**Hours of Operation**
Primary

| | |
|---|---|
| **M:** | Open 24 Hours |
| **T:** | Open 24 Hours |
| **W:** | **Open 24 Hours** |
| **Th:** | Open 24 Hours |
| **F:** | Open 24 Hours |
| **Sa:** | Open 24 Hours |
| **Su:** | Open 24 Hours |

**Business Management**

Mr. David Katzman, CEO

**Contact Information**

Customer Contact
Ms. Edison Black

**Additional Contact Information**
Email Addresses

**Email this Business**   Primary

## Business Categories

Cosmetic Dentistry    Dental Supplies    Dental Services    Teeth Whitening

## Local BBB

BBB of Middle Tennessee

Case 3:19-cv-00962    Document 92-13    Filed 05/14/21    Page 4 of 5 PageID #: 2352

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

## BBB Reports On

BBB reports on known marketplace practices.

**See What BBB Reports On**

Case 3:19-cv-00962     Document 92-13     Filed 05/14/21     Page 5 of 5 PageID #: 2353