# Exhibit R

**Subscribe now** — Limited time offer

From the Nashville Business Journal:
https://www.bizjournals.com/nashville/news/2019/03/14/fast-growth-harsh-critics-meet-the-nashville.html

# Fast growth, harsh critics: Meet the Nashville startup with a billion-dollar smile

Mar 14, 2019, 12:25pm CDT

Alex Fenkell and Jordan Katzman moved their 2-year-old startup to Nashville in 2016, aiming to build Greater Nashville's next health care giant.

Since then, the now 29-year-olds from Detroit have raised hundreds of millions of dollars, with investors most recently valuing their company at $3.2 billion. They've hired more than 4,000 employees and opened 200 retail shops across the country.

The co-founders' SmileDirectClub is a story of fast growth and industry disruption, with a direct-to-consumer



J. KYLE KEENER | NASHVILLE BUSNIESS JOURNAL

During a visit at the downtown SmileShop, SmileDirectClub employee Latasha Scott, left, shows Naomi DeSpain, of Nashville, the kit that she will receive in the mail to order aligners.

model for clear aligners to straighten teeth. They essentially bypass the dentist office, selling their product either online or through the company's retail shops as a lower-cost alternative to traditional braces.

"Since we started, this business has been about access to care, and the fact that we can grow this quickly and meet the demand the right way with the proper infrastructure has been incredible," Fenkell said.

Founded in Detroit in 2014, SmileDirectClub moved its headquarters to Nashville with 60 employees. Today, about 1,500 employees are based locally, most at the company's headquarters in Philips Plaza downtown, where the company doubled its footprint to more than 40,000 square feet last year. The company also has a manufacturing plant in Antioch.

In less than five years, they've attracted deep-pocketed investors from New York, Silicon Valley and Boston. They've signed big-name endorsements such as pop star Shawn Mendes and Golden State Warriors forward Draymond Green. And they've drawn harsh criticism from industry groups, dental boards and customers.

They call themselves a disruptor in the orthodontics industry, using a teledentistry platform to serve more than 310,000 patients across the United States last year — a 315 percent increase from the previous year.

Critics, however, argue patients using aligners need to be examined in-person by a dentist. Recently, the state dental board in Georgia passed new rules that require a licensed dentist to be present in SmileDirect's retail shops, while Alabama is trying to enforce a similar rule.

"You have a company out there that we believe is violating dental laws," said Sean Murphy, general counsel for the American Association of Orthodontists. "Those laws are put in place to protect patient health and safety."

In turn, SmileDirect has been quick to sue critics, from state boards to dental associations to a reporter. Fenkell contends the traditional dental industry is threatened by his company's model and says the criticism is aimed at defending turf.

"Whenever you disrupt an industry, there is going to be inherent friction. We are all about access to care, and we are prepared to defend that and fight for it at any cost," Fenkell said.

### It all began at summer camp

SmileDirect traces its origins to a summer camp in northern Michigan where the company says 13-year-olds Fenkell and Katzman commiserated over the pain of having mouths full of traditional braces. A decade later, that teen angst became the idea for a company while the duo was working with Camelot Venture Group — a private investment firm founded by David Katzman,

Jordan Katzman's father and current SmileDirect chairman and CEO.

The elder Katzman and his firm specialize in investing in direct-to-consumer brands such as Lens Express, 1-800-Contacts, Red Envelope, Flashsheats, ePrize and Quicken Loans.

It was at Camelot that Fenkell and Jordan Katzman, whose first business was a car-detailing company at age 17, dove into the online world. They founded online auto registration site Illinoisrenewal.org before creating a company called Want, which created a button for e-commerce sites that allowed consumers to add products to their profile. Both startups found limited success, which led the pair to change their strategy.

"We were around these other direct-to-consumer businesses," Fenkell said. "We were like, 'What's the next multibillion industry that hasn't been disrupted, that has this price-point that people have accepted and is missing that convenience factor?' That was the thinking behind how we got to [SmileDirect]."

Camelot provided the seed money — Fenkell declined to say how much — and David Katzman told the pair to set up a website to measure demand for the product. The website was so busy, it crashed days after its launch, Fenkell said.

Both Jordan and David Katzman declined to be interviewed for this story, referring to Fenkell as the spokesman for the company.

SmileDirect now employs 4,000 people across the U.S. and Canada. Locally, those jobs have been in the company's customer care department as well as marketing, legal, finance and IT. Most of its hires across the company have been at its stores, dubbed SmileShops, which have grown from 30 locations in late 2017 to 200 today.

To fuel that expansion, SmileDirect sought new investors, raising $380 million at a valuation of $3.2 billion last August. New York-based private-equity firm Clayton Dubilier & Rice led the round, along with Kleiner Perkins in Silicon Valley and Spark Capital in Boston. The $3.2 billion valuation was a stark increase from two years prior when SmileDirect was valued at $275 million, after another investor sold some equity.

"Our investment in SmileDirectClub fits squarely with our focus on backing and helping to build fast-growing, disruptive health care

businesses that lower the cost of delivery while optimizing patient outcomes," Rick Schnall, a Clayton partner who joined SmileDirect's board as part of his firm's investment, said in a news release.

**How the club works**

Fenkell said SmileDirect aims to provide access to care for more people. Sixty percent of counties in the U.S. do not have an orthodontist office, he said. He also said his company offers a more affordable option for the one in three Americans who don't have dental insurance. He estimates braces can cost up to $5,000, while his company's aligners cost less than $2,000.

That is, in part, because patients bypass the dentist office by either making an impression of their teeth with a kit sent to their home or by visiting a SmileShop for a 3D scan of their mouth that the company uses to make the aligners. The customer then checks in with a dentist every three months through SmileDirect's teledentistry platform.

Critics say texts, phone calls and photos can't replace an in-office visit. Several dental industry professionals said moving your teeth without regular visits to a medical professional is a risky



proposition. One equated the SmileDirect process to "do-it-yourself surgery."

There are more than 650 complaints nationally on the Better Business Bureau website about SmileDirect — some claiming the aligners didn't work at all and others saying they made their teeth worse — and dozens of YouTube videos featuring customers at odds with the company's product.

But Dr. Jeffrey Sulitzer, SmileDirect's chief clinical officer, said the company has a screening process to ensure only eligible patients use the product. While customers don't have to visit a dentist in person during the process, they are required to have been examined by one within the six months prior to signing up with SmileDirect.

Sulitzer said the company only accepts patients that need mild to moderate teeth straightening, and SmileDirect regularly rejects customers who don't medically qualify for aligners, although he said the company could not say how many people have been turned away.

"There's nothing really harmful with clear aligners. That's one of the best things about this is you can't really hurt people with this, which is nice," Sulitzer said.

**Industry pushback**

SmileDirect expanded into Canada last year and expects to move into Europe this year, possibly opening another 100 to 200 shops both domestically and abroad by year's end, Fenkell said.

But SmileDirect's biggest threat to expansion could come from Tennessee's southern neighbor. The Georgia Dental Board passed a new rule last year stating that dental assistants may perform "digital scans for fabrication orthodontic appliances and models" only "under the direct supervision of a licensed dentist."

SmileShop attendants are not required by the company to be licensed dental assistants, and the stores are not overseen by a dentist. The new rules would prevent SmileDirect from operating its shops under its current model.

SmileDirect has sued the Georgia and Alabama dental boards, arguing that a digital scan of a person's mouth is not an act of dentistry and cannot be regulated by a dental board. Alabama had

a similar rule on the books before SmileDirect entered the state and is now trying to enforce it at the company's Birmingham location.

# FIGHTING BACK

SmileDirectClub has been quick to take its detractors to court, filing lawsuits against several groups that have criticized its product or process for selling teeth aligners.

1/6

Murphy, the lawyer for the American Association of Orthodontists, said any procedure involving the mouth should be handled by a dental professional.

"I don't understand why a company valued at $3.2 billion can't afford to have a dentist in each of its shops," Murphy said.

If SmileDirect were to lose one or both of the cases, it stands to reason other state boards could pass similar rules, forcing a change in SmileDirect's model and potentially slowing its meteoric growth — a circumstance Fenkell said the company has yet to consider.

"We would have to assess it if that became the case," he said. "We just so strongly believe in what we're doing. … I just can't see that."

## Meet the CEO

David Katzman was named CEO of SmileDirectClub in 2017 and has been acting chairman of the company since its inception. The veteran investor and executive declined to be interviewed for this

story, but he has an extensive background with some of the country's best-known brands.

1997-99: president of The Home Depot SOC, the division responsible for processing special orders to the home improvement stores nationwide

1999-present: founder and managing director of Camelot Venture Group, which currently or previously holds investments in Lens 1st, Lens Express, 1-800-Contacts, Rawlings Sporting Goods, Red Envelope, Flashseats, Fathead LLC, Quicken Loans and the Cleveland Cavaliers

2002-09: vice chairman of Quicken Loans

2005-09: vice chairman of the Cleveland Cavaliers

2006-09: Managing partner and second-largest shareholder of sports wall graphic company Fathead LLC

2014-present: chairman of SmileDirectClub

Board seats: former board member, 1-800-Contacts, RealAge.com, CleanRest and Simplex Healthcare; current board member, The Sharper Image

**Joel Stinnett**
Reporter
*Nashville Business Journal*

