# Exhibit T

From the Nashville Business Journal:
https://www.bizjournals.com/nashville/news/2019/08/21/here-are-the-risks-for-investing-in.html

# Here are the risks for investing in SmileDirectClub, according to the company

Aug 21, 2019, 2:47pm CDT

Every investment comes with a level of uncertainty. For potential SmileDirectClub investors, chief among those risks are its young age, breakneck growth and the fact that it's never turned a profit.

That's according to SmileDirectClub, which outlined those and other risks in paperwork filed to announce its intent to become a publicly traded company.

The direct-to-consumer company, which ships clear aligners to customers across the U.S. as an alternative to traditional braces, filed its initial public offering with the U.S. Securities and Exchange Commission last week. SmileDirectClub will list its stock on the Nasdaq Global Select Market, under the symbol "SDC."

The decision to take on public investors is another step in



ADAM SICHKO | NASHVILLE BUSINESS JOURNAL

David Katzman, chairman and CEO of Nashville-based SmileDirectClub.

SmileDirectClub's meteoric rise. As we reported in a March cover story, the company started four years ago and moved its headquarters to Nashville in 2016, bringing 60 employees. SmileDirectClub has quickly grown to become one of Nashville's larger employers, with a workforce of 2,000 locally and 5,000 companywide. SmileDirectClub generated $373.5 million of revenue during the first six months of 2019, according to the filing — a 113% increase from the same period a year ago.

In the filing, the company is required to list risks that could adversely impact its business, strategy and financial position. For SmileDirectClub, that means disclosing several potential roadblocks to success because of its relatively new service and short operating history.

For example, the company points to rules instituted by Alabama and Georgia dental regulators that would require a licensed dentists to be present in SmileDirectClub's Smile Shops in those states. SmileDirectClub sued those states to stop the implementation of the rules. Those lawsuits are still pending.

In its filing, the company cited those cases and other rules that a national orthodontic association is advocating as potential risks to the company's business.

> "[I]t is possible that the rules and regulations governing the practice of dentistry and orthodontics in one or more states may change or be interpreted in a manner unfavorable to our business. If adverse regulations are adopted or any such claims are successful, and we were unable to adapt our business model accordingly, our operations in such states would be disrupted."

The company operates more than 300 shops around the world, where customers can get a 3-D scan of their mouth before ordering aligners.

Co-founder Alex Fenkell said in a March interview that he is confident SmileDirectClub will win the cases and would not have to alter the way it operates Smile Shops in Georgia and Alabama.

"We just so strongly believe in what we're doing," Fenkell said.

In its filing, SmileDirectClub also said failure to manage its significant growth, history of operating losses, increased competition, significant marketing expenses and ability to create new products all are potential factors in the company's future success.

SmileDirectClub posted net losses of $32.8 million in 2017, $74.8 million in 2018 and $52.9 million in the first six months of this year, according to the filing. The company spent $209.1 million on marketing during the first six months of 2019, up from $86.5 million during the same period last year, an increase of 56%, according to the filing.

Another potential risk sits in the company's C-suite. Chariman and CEO David Katzman has other business interests outside of SmileDirectClub, and it is possible that demands from those interest could increase, requiring the company to find a new CEO, according to the filing.

Further complicating matters is that Katzman — who has invested in several direct-to-consumer brands, such as Lens Express, 1-800-Contacts, and Quicken Loans — will remain SmileDirectClub's controlling investor after the company goes public. He will have a majority voting power in the election of directors and on other matters submitted to a vote of stockholders, according to the filing.

The company does list several positive trends for investors in the filing, including consumer preference for mission-driven brands, improvements in technology in health care, an increase in image conscious consumers due to social media, an increased importance on data in health care and consumer purchasing habits with mobile devices.

**Joel Stinnett**
Reporter
*Nashville Business Journal*

