IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCH, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) NO. 3:19-cv-00962 ) JUDGE RICHARDSON ) |
| v. | ) ) |
| SMILEDIRECTCLUB, INC., et al. | ) ) |
| Defendants. | ) ) ) |

## MEMORANDUM OPINION

Pending before the Court is Defendant's unopposed motion for leave to exceed the page limit on their reply brief in support of the pending motion to dismiss. (Doc. No. 94). The Motion is **GRANTED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE