UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 3:19-cv-00962 **(CONSOLIDATED)** |
| Plaintiff, | CLASS ACTION |
| vs. | Judge Eli J. Richardson |
| SMILEDIRECTCLUB, INC., et al., | Magistrate Judge Jeffery S. Frensley |
| Defendants. | |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

Pursuant to Local Rule 83.01(h), Defendants J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Jefferies LLC, UBS Securities LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C., and Loop Capital Markets LLC ("Underwriter Defendants") hereby move to substitute John S. Hicks and Christopher E. Thorsen of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC as counsel for the Underwriter Defendants. The Underwriter Defendants will continue to be represented in this matter by attorneys of record Sharon L. Nelles and Andrew J. Finn of Sullivan & Cromwell LLP.

Steven A. Riley and Elizabeth O. Gonser will no longer represent the Underwriter Defendants. Mr. Riley and Ms. Gonser continue to represent SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Richard Schnall, Susan Greenspon Rammelt, and Camelot Venture Group.

Pursuant to Local Rule 7.01, counsel have conferred with counsel for Plaintiffs regarding this substitution. Plaintiffs do not oppose the request.

Respectfully submitted,

/s/ *Christopher E. Thorsen*
John S. Hicks (BPR 010478)
Christopher E. Thorsen (BPR 021049)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
jhicks@bakerdonelson.com
cthorsen@bakerdonelson.com

Sharon L. Nelles (*pro hac vice*)
Andrew J. Finn (*pro hac vice*)
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (917) 558-3588

*Counsel for Defendants J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Jefferies LLC, UBS Securities LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C. and Loop Capital Markets LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 6th day of May, 2021:

Michael Albert
malbert@rgrdlaw.com

Paul Kent Bramlett
Pknashlaw@aol.com

Wade B. Cowan
wcowan@dhhrplc.com

James M. Ficaro
jmf@weiserlawfirm.com

Andrew J. Finn
finna@sullcrom.com

Elizabeth O. Gonser
egonser@rwjplc.com

Michael C. Griffin
Michael.griffin@skadden.com

James A. Holifield, Jr.
aholifield@holifieldlaw.com

J. Alexander Hood, II
ahood@pomlaw.com

Lewis S. Kahn
Lewis.kahn@ksfcounsel.com

Jay B. Kasner
Jay.kasner@skadden.com

Ashley M. Kelly
akelly@rgrdlaw.com

Phillip Kim
pkim@rosenlegal.com

Jeremy A. Lieberman
jalieberman@pomlaw.com

Ting H. Liu
tliu@rgrdlaw.com

Richard A. Maniskas
rmaniskas@sbtklaw.com

E. Powell Miller
epm@millerlawpc.com

Scott D. Musoff
Scott.musoff@skadden.com

Danielle S. Myers
danim@rgrdlaw.com

Sharon L. Nelles
nelless@sullcrom.com

Christopher Nelson
cln@weiserlawfirm.com

Melinda A. Nicholson
Melinda.nicholson@ksfcounsel.com

Michael J. Palestina
Michael.Palestina@ksfcounsel.com

Ira M. Press
ipress@kmllp.com

Steven Allen Riley
sriley@rwjplc.com

Darren J. Robbins
darrenr@rgrdlaw.com

Laurence M. Rosen
lrosen@rosenlegal.com

Scott H. Saham
scotts@rgrdlaw.com

John Tate Spragens
john@spragenslaw.com

Tara L. Swafford
tara@swaffordlawfirm.com

Christopher M. Wood
cwood@rgrdlaw.com


/s/Christopher E. Thorsen