IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, individually and on behalf of all others similarly situated, | ) ) | |
| | ) | NO. 3:19-cv-00962 |
| Plaintiffs, | ) | |
| | ) | JUDGE RICHARDSON |
| v. | ) | |
| | ) | |
| SMILEDIRECTCLUB, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Plaintiffs have filed a Motion to Ascertain Status (Doc. No. 99). The Motion is **GRANTED**. The Court is well aware of the pending dispositive motion in this case (Doc. No. 90), can assure Plaintiffs that the motion is not on the metaphorical back burner, and wishes to resolve it as soon as feasible.

Unfortunately, the Court is attempting to deal with a large number of criminal cases (which take precedence over civil cases, as counsel presumably are aware). In addition, the Court has more than 350 civil cases on its docket, with large numbers of involved dispositive motions. The Court will make a determination on Defendants' Motion to Dismiss as soon as possible, given the other pressing (and some of them older) matters pending before it. The Court can assure counsel that it is working diligently to minimize these sorts of delays to the full extent possible under the prevailing circumstances.

IT IS SO ORDERED.

_Eli Richardson_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE