# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SMILEDIRECTCLUB, INC., et al., <br><br> Defendants. | Civil Action No. 3:19-cv-00962 <br> **(Consolidated)** <br><br> <u>CLASS ACTION</u> <br><br> Judge Eli J. Richardson <br> Magistrate Judge Jeffery S. Frensley <br><br> PLAINTIFFS' MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY |

Lead Plaintiff 1199SEIU Health Care Employees Pension Fund and Bucks County Employees Retirement System ("Plaintiffs") respectfully move the Court for an order partially lifting the discovery stay imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA") for the limited purpose of allowing Plaintiffs to obtain documents and attend or potentially participate in depositions in an action filed in the 20th Judicial District Chancery Court for Davidson County, Tennessee, Part IV, *In re SmileDirectClub, Inc. Sec. Litig.*, No. 19-1169-IV (the "State Court Action"). The grounds for this motion are outlined below and set forth in detail in the accompanying Memorandum of Law and Declaration of Christopher M. Wood, dated September 1, 2022, including exhibits thereto.

Accordingly, Plaintiffs respectfully move the Court for an order partially lifting the PSLRA discovery stay with respect to the following two items:

1.  All documents produced by defendants and any third parties in the State Court Action; and

4882-0571-1152.v1

2.      Granting Plaintiffs' counsel in this case the ability to attend and potentially participate in State Court Action depositions.

DATED:  September 1, 2022                    ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                             CHRISTOPHER M. WOOD, #032977


                                             s/ CHRISTOPHER M. WOOD
                                             CHRISTOPHER M. WOOD

                                             414 Union Street, Suite 900
                                             Nashville, TN  37219
                                             Telephone:  615/244-2203
                                             615/252-3798 (fax)
                                             cwood@rgrdlaw.com

                                             ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                             DARREN J. ROBBINS
                                             SCOTT H. SAHAM
                                             ASHLEY M. KELLY
                                             TING H. LIU
                                             655 West Broadway, Suite 1900
                                             San Diego, CA  92101
                                             Telephone:  619/231-1058
                                             619/231-7423 (fax)
                                             darrenr@rgrdlaw.com
                                             scotts@rgrdlaw.com
                                             akelly@rgrdlaw.com
                                             tliu@rgrdlaw.com

                                             Lead Counsel for Lead Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on September 1, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ CHRISTOPHER M. WOOD
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)

Email:  cwood@rgrdlaw.com

# Mailing Information for a Case 3:19-cv-00962 Franch v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,nnguyen@rjfirm.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,lkroll@bakerdonelson.com,mbarrass@bakerdonelson.com,khuskey@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Lewis S. Kahn**
  Lewis.Kahn@ksfcounsel.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Ashley M. Kelly**
  akelly@rgrdlaw.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com

- **MICHAEL J MORSE**
  PKNASHLAW@AOL.COM

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **E. Powell Miller**
  epm@millerlawpc.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Christopher Nelson**
  cln@weiserlawfirm.com

- **Melinda A. Nicholson**
  Melinda.Nicholson@ksfcounsel.com

- **Michael J. Palestina**
  Michael.Palestina@ksfcounsel.com

- **Ira M. Press**
  ipress@kmllp.com

- **Steven Allen Riley**
  sriley@rjfirm.com,djabbv@rjfirm.com

Case 3:19-cv-00962    Document 101    Filed 09/01/22    Page 4 of 5 PageID #: 2659

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Christopher E. Thorsen**
  cthorsen@bakerdonelson.com,mbarrass@bakerdonelson.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com,creis@rgrdlaw.com,AKellyRGRD@e

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Elizabeth          O. Gonser**
,