UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendants. | Civil Action No. 3:19-cv-00962<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PARTIALLY LIFT THE PSLRA DISCOVERY STAY |

UPON CONSIDERATION OF the motion filed by Lead Plaintiff 1199SEIU Health Care Employees Pension Fund and Bucks County Employees Retirement System ("Plaintiffs") to partially lift the PSLRA discovery stay, and good cause appearing therefore, it is hereby ordered:

1. The motion is GRANTED;

2. The PSLRA discovery stay is lifted with respect to the following two items:

(a) All documents produced by defendants and any third parties in the action filed in the 20th Judicial District Chancery Court for Davidson County, Tennessee, Part IV, *In re SmileDirectClub, Inc. Sec. Litig.*, No. 19-1169-IV (the "State Court Action"); and

(b) Granting Plaintiffs' counsel in this case the ability to attend and potentially participate in State Court Action depositions.

IT IS SO ORDERED.

DATED: _____     _____
                                                        THE HONORABLE ELI J. RICHARDSON
                                                        UNITED STATES DISTRICT JUDGE

- 1 -