# EXHIBIT D

### IN THE 20th JUDICIAL DISTRICT
### CHANCERY COURT FOR DAVIDSON COUNTY, TENNESSEE
### PART IV

| | |
|---|---|
| IN RE: SMILEDIRECTCLUB, INC. SECURITIES LITIGATION | NF Lead Case No. 19-1169-IV <br><br> CLASS ACTION |
| This Document Related To: <br><br> ALL ACTIONS. | |

## [PROPOSED] AGREED SCHEDULING ORDER

It appearing to the Court, as evidenced by the signature of Counsel below, that the parties have agreed to resolve the issues raised in Plaintiffs' Motion to Set Trial Date (filed July 22, 2022) and Plaintiffs' Motion for Scheduling Order (filed August 5, 2022), it is hereby **ORDERED**:

1.      Defendants shall continue producing documents on a rolling basis. The Smile Defendants will endeavor to complete their production prior to *October 1, 2022*, and will provide their privilege log promptly after the completion of their document production. Subject to the Court's entry of the proposed Stipulated Protective Order submitted by the parties, the Underwriter Defendants will substantially complete their agreed-to production of documents by *August 31, 2022*, will endeavor to complete all of their production prior to *October 1, 2022*, and will provide their privilege log if any promptly after the completion of their document production. Defendants will complete their document productions by *October 1, 2022*.

2.      The parties will endeavor to complete all non-expert depositions and other fact discovery by *April 10, 2023*.

4.      The parties will meet and confer regarding the remaining schedule, including any adjustments to the fact deposition deadline (if needed), a schedule for expert discovery and

1

summary judgment, and a trial date, and will submit a proposed scheduling order on or before

*December 14, 2022*.

5. Any party may seek a modification, for good cause, of the deadlines herein.

All other matters are reserved.

_____

Chancellor Russell T. Perkins

Agreed to and prepared for entry by:

/s/ Steven A. Riley (w/ permission by J. Martin)
Steven A. Riley (TN #6258)
Elizabeth O. Gonser (TN #26329)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
sriley@rjfirm.com
egonser@rjfirm.com

*Counsel for Defendants SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Susan Greenspon Rammelt, Richard Schnall and Camelot Venture Group*

Jay B. Kasner (*pro hac vice*)
Scott D. Musoff (*pro hac vice*)
Michael C. Griffin (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 735-2000
jay.kasner@skadden.com
scott.musoff@skadden.com
michael.griffin@skadden.com

*Counsel for Defendants SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Susan Greenspon Rammelt, Richard Schnall and Camelot Venture Group*

/s/ John Hicks (w/ permission by J. Martin)
Christopher E. Thorsen (#010478)
John Hicks (#021049)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cthorsen@bakerdonelson.com
jhicks@bakerdonelson.com

*Counsel for Defendants J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Jefferies LLC, UBS Securities LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C. and Loop Capital Markets LLC*

Sharon L. Nelles (*pro hac vice*)
Andrew J. Finn (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
nelless@sullcrom.com
finna@sullcrom.com

*Counsel for Defendants J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Jefferies LLC, UBS Securities LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C. and Loop Capital Markets LLC*

*/s/ Jerry E. Martin*
Jerry E. Martin (#20193)
Seth M. Hyatt (#031171)
David W. Garrison (#24968)
BARRETT JOHNSTON MARTIN
& GARRISON, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com
dgarrison@barrettjohnston.com

Max R. Schwartz (*pro hac vice*)
Johnathan M. Zimmerman (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT
LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
mschwartz@scott-scott.com
jzimmerman@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and exact copy of the foregoing *Proposed Agreed Scheduling Order* was filed electronically and served via the Court's e-filing system and electronic mail (by agreement) upon the parties as indicated below on August 16, 2022:

MICHAEL C. GRIFFIN
SCOTT D. MUSOFF
JAY B. KASNER
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
michael.griffin@skadden.com
scott.musoff@skadden.com
jay.kasner@skadden.com

*Attorneys for Defendants SmileDirectClub, Inc. and Individual Defendants*

ANDREW J. FINN
SHARON L. NELLES
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
finna@sullcrom.com
Nelless@sullcrom.com
palmersh@sullcrom.com

*Attorneys for Underwriter Defendants*

STEVEN A. RILEY
MILTON S. MCGEE, III
ELIZABETH O. GONSER
**RILEY WARNOCK & JACOBSON, PLC**
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
sriley@rwjplc.com
tmcgee@rwjplc.com
egonser@rwjplc.com

*Attorneys for Defendants SmileDirectClub, Inc. and Individual Defendants*

CHRISTOPHER E. THORSEN (#010478)
JOHN HICKS (#021049)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
cthorsen@bakerdonelson.com
jhicks@bakerdonelson.com

*Attorneys for Defendants J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Jefferies LLC, UBS Securities LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C. and Loop Capital Markets LLC*

PAUL KENT BRAMLETT
ROBERT PRESTON BRAMLETT
**BRAMLETT LAW OFFICES**
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Telephone: (615) 248-2828
Facsimile: (866) 816-4116
pknashlaw@aol.com
robert@bramlettlawoffices.com

PATRICK V. DAHLSTROM
**POMERANTZ LLP**
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Attorneys for Plaintiff Wei*

5

*Attorneys for Plaintiff Wei*

CHRISTOPHER M. WOOD
**ROBBINS GELLER
RUDMAN & DOWD LLP**
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2203
Facsimile: (615) 252-3798
cwood@rgrdlaw.com

DARREN J. ROBBINS
BRIAN COCHRAN
**ROBBINS GELLER
RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7424
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

*Attorneys for Plaintiff Fernandez*

SAMUEL H. RUDMAN
MARY K. BLASY
**ROBBINS GELLER
RUDMAN & DOWD LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

*Attorneys for Plaintiff Fernandez*

/s/ Jerry E. Martin
Jerry E. Martin

6