# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, | ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-00962 (Consolidated) |
| | ) | Judge Richardson/Frensley |
| SMILEDIRECTCLUB, INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

This matter is now before the Court upon a "Motion to Partially Lift the PSLRA Discovery Stay" filed by Lead Plaintiff 1199SEIU Health Care Employees Pension Fund and Bucks County Employees Retirement System ("Plaintiffs"). Docket No. 101. Plaintiffs have also filed a Supporting Memorandum. Docket No. 102. Defendants have filed a Response in Opposition and Plaintiffs have filed a Reply. Docket Nos. 104, 105.

Pursuant to the automatic stay provision of the Private Securities Litigation Reform Act ("PSLRA"), a discovery stay was imposed when Defendants filed a Motion to Dismiss. *See* 15 USC §78u-4(b)(3)(B); Docket No. 90. The PSLRA provides that the stay only operates "during the pendency of any motion to dismiss." 15 USC §78u-4(b)(3)(B). The District Judge has now disposed of Defendants' Motion. Docket Nos. 106, 107. Therefore, the automatic stay is no longer in effect. *See Wyser-Pratte Mgmt. Co., Inc. v. Telxon Corp.*, 413 F. 3d 553, 559 (6th Cir. 2005) (reporting that the district court had denied the defendant's motion to dismiss and "the stay was lifted" as a result).

Because the stay is no longer in effect, Plaintiffs' Motion (Docket No. 101) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**

2