## EXHIBIT A – CERTIFICATE OF GOOD STANDING

# CERTIFICATE OF GOOD STANDING



*United States of America*

}**ss.** Hannah Stowe

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

    DO HEREBY CERTIFY That Hannah Stowe
was duly admitted to practice in said Court on (08/02/2017)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/11/2022 )

        Thomas G. Bruton , Clerk,

        By:  Sarah Bouchard
           Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SARAH BOUCHARD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 11, 2022