**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, : | Consolidated Case No. 3:19-cv-962 |
| : | |
| Plaintiff, : | Judge Eli J. Richardson |
| : | |
| vs. : | Magistrate Judge Jeffery S. Frensley |
| : | |
| SMILEDIRECTCLUB, INC., et al., : | |
| : | |
| Defendants. : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### <u>DECLARATION OF ANDREW G. FIORELLA</u>

Pursuant to 29 U. S.C. § 1746, I, Andrew G. Fiorella, declare under penalty of perjury that the foregoing is true and correct:

1. I am an attorney with the law firm Benesch Friedlander Coplan & Aronoff LLP, 200 Public Square, Suite 2300, Cleveland, Ohio, 44114-2378. My telephone number is (216) 363-4453, and my e-mail address is afiorella@beneschlaw.com.

2. I wish to be admitted *pro hac vice* on behalf of Defendants SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Richard Schnall, Susan Greenspon Rammelt, and Camelot Venture Group in this action.

3. I am not a resident of the Middle District of Tennessee, and I do not maintain an office to practice law in the Middle District of Tennessee.

4. I am a member in good standing of the bar for the United States District Court for the Northern District of Ohio. Attached as Exhibit A is a Certificate of Good Standing from that court.

5.     I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.  I have not been found in contempt by any court or tribunal.  I have not been sanctioned pursuant to 28 U.S.C. § 1927.

6.     I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

7.     I have not been charged, arrested, or convicted of a criminal offense or offenses, with the exception of traffic offenses.

8.     I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained.  Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> Steven A. Riley
> Elizabeth O. Gonser
> Riley & Jacobson, PLC
> 1906 West End Ave
> Nashville, TN 37203
> (615) 320-3700

9.     I have read and am familiar with Local Rules for the United States Court Middle District Tennessee, all rules of this Court, and agree to confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

10.    By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of this proceeding.

I declare under oath on this eleventh day of October, 2022 that the foregoing is true and correct.

*/s/ Andrew G. Fiorella*
Andrew G. Fiorella

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed and served electronically upon the following via the Court's ECF system on this the 14th day of October, 2022:

Michael Albert
malbert@rgrdlaw.com

E. Powell Miller
epm@millerlawpc.com

Paul Kent Bramlett
Pknashlaw@aol.com

Danielle S. Myers
danim@rgrdlaw.com

Wade B. Cowan
wcowan@dhhrplc.com

Christopher Nelson
cln@weiserlawfirm.com

James M. Ficaro
jmf@weiserlawfirm.com

Melinda A. Nicholson
Melinda.nicholson@ksfcounsel.com

James A. Holifield, Jr.
aholifield@holifieldlaw.com

Michael J. Palestina
Michael.Palestina@ksfcounsel.com

J. Alexander Hood, II
ahood@pomlaw.com

Ira M. Press
ipress@kmllp.com

Lewis S. Kahn
Lewis.kahn@ksfcounsel.com

Darren J. Robbins
darrenr@rgrdlaw.com

Ashley M. Kelly
akelly@rgrdlaw.com

Laurence M. Rosen
lrosen@rosenlegal.com

Phillip Kim
pkim@rosenlegal.com

Scott H. Saham
scotts@rgrdlaw.com

Jeremy A. Lieberman
jalieberman@pomlaw.com

John Tate Spragens
john@spragenslaw.com

Ting H. Liu
tliu@rgrdlaw.com

Tara L. Swafford
tara@swaffordlawfirm.com

Richard A. Maniskas
rmaniskas@sbtklaw.com

Christopher M. Wood
cwood@rgrdlaw.com

*/s/ Steven A. Riley*