# EXHIBIT A – CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

## CERTIFICATE OF GOOD STANDING

I, _____Sandy Opacich_____ , Clerk of this Court,

certify that _____Andrew G. Fiorella_____ , Bar # _____0077005_____ ,

was duly admitted to practice in this Court on _____03/12/2004_____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____Toledo, Ohio_____ on _____10/11/2022_____
(Location) (Date)



_____
SANDY OPACICH, CLERK OF COURT

_____
DEPUTY CLERK