**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| ADAM FRANCHI, | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-00962 |
| | ) | Judge Richardson / Frensley |
| | ) | |
| SMILEDIRECTCLUB, INC., et al., | ) | |
| | ) | |
| Defendant(s) | ) | |

**O R D E R**

Due to a conflict in the Court's calendar, the Initial Case Management Conference set for December 1, 2022 at 8:30 a.m. is hereby reset to December 2, 2022 at 8:00 a.m. via telephone. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge