MOTION GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>vs.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>              Defendants. | Civil Action No. 3:19-cv-00962<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>JOINT MOTION TO MODIFY INITIAL<br>CASE MANAGEMENT ORDER |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants,[1] through their counsel, respectfully move the Court to modify the Initial Case Management Order ("Case Management Order") (ECF 121) to extend certain pretrial deadlines. In support of their joint motion, the Parties state the following:

1. The Court entered the governing Case Management Order (ECF 121) on December 2, 2022.

2. Under the governing Case Management Order, the current deadline to substantially complete document production, exchange privilege logs, and move for class certification is April 10, 2023.

---

[1] "Plaintiffs" refers to 1199SEIU Health Care Employees Pension Fund and Bucks County Employees Retirement System. "Defendants" refers to SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Richard Schnall, Susan Greenspon Rammelt (together, "SmileDirectClub Defendants"), J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., UBS Securities LLC, Jefferies LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C., Loop Capital Markets LLC (together, "Underwriter Defendants"), and Camelot Venture Group. Plaintiffs and Defendants are collectively referred to herein as the "Parties."

3. Since the entry of the Case Management Order, the Parties have worked diligently to substantially complete document production by April 10, 2023.

4. On December 15, 2022, pursuant to the Case Management Order, the Parties served their initial document requests.

5. On December 14, 2022, SmileDirectClub Defendants produced to Plaintiffs documents previously produced to the state plaintiffs in *In re SmileDirectClub, Inc. Sec. Litig.* (Tenn. Ch. Ct. No. 19-1169-IV), which included 12 volumes and 93,872 documents. On January 31, 2023, SmileDirectClub Defendants produced Volume 13, which contained 6,752 documents. Plaintiffs have reviewed in their entirety Volumes 1 through 13. On March 15, 2023, SmileDirectClub Defendants produced to Plaintiffs Volume 14, which contained 17,900 documents, produced in response to additional search term requests from the state plaintiffs. On March 20, 2023, SmileDirectClub Defendants produced to Plaintiffs Volume 15, which contained 378 documents.

6. On February 14, 2023, Underwriter Defendants produced to Plaintiffs documents previously produced to the state plaintiffs in *In re SmileDirectClub, Inc. Sec. Litig.*, which included 18 volumes and 37,441 documents. Plaintiffs have reviewed these 18 volumes in their entirety.

7. While reviewing these documents, Plaintiffs have simultaneously been meeting and conferring with both SmileDirectClub Defendants and Underwriter Defendants to add search terms and custodians to identify additional documents for review. These discussions have been vigorously debated by all sides, but the Parties have recently agreed on a corpus of additional custodians and search terms from both SmileDirectClub Defendants and Underwriter Defendants, which those Parties are now collecting and reviewing for production. Discussions concerning the possibility of other expansions to custodians and search terms remain ongoing.

- 2 -

8. Plaintiffs and SmileDirectClub Defendants have also been meeting and conferring about other discovery-related issues, such as the use of Technology-Assisted Review, the possibility of alternative sources of electronically stored information, and the availability of metadata from existing productions. These discussions remain ongoing, but the Parties are diligently working toward a resolution.

9. In addition to these extensive discovery activities among the Parties, Plaintiffs have issued subpoenas to 13 non-parties pursuant to Rule 45 of the Federal Rules of Civil Procedure. Plaintiffs have started to meet and confer with these non-parties to negotiate the appropriate scope of the document collection, review, and production.

10. While the Parties have successfully negotiated numerous issues, and despite the Parties' best efforts to adhere to the Case Management Order, due to the quantity of discovery involved in this case, the Parties will not be in a position to substantially complete document production by the current April 10, 2023 deadline.

11. In addition, because class certification questions sometimes overlap with the merits in securities class actions,[2] the deadlines for class certification briefing should similarly be extended until document production has been substantially completed. Indeed, courts regularly set class certification briefing deadlines after the deadline for substantial completion of document production. *See, e.g.*, *In re Envision Healthcare Corp. Sec. Litig.*, No. 3:17-cv-011112 (M.D. Tenn. Sept. 9, 2020) (Frensley, J.).

12. The Parties therefore respectfully submit that extensions to the deadlines for substantial completion of document production and motion for class certification are appropriate.

---

[2] *E.g.*, *Indiana Pub. Ret. Sys. v. AAC Holdings, Inc.*, 2023 WL 2592134, at *6 (M.D. Tenn. Feb. 24, 2023) (Richardson, J.) ("As indicated in multiple places above, the factual issues related to resolution of the Rule 23 inquiry may, to an extent, overlap with issues related to the merits.").

- 3 -

This modification will not impact key deadlines in the Case Management Order, including the currently set deadlines for dispositive motions or the July 23, 2024 trial date.

13. For the above reasons, the Parties propose the following amended schedule that will, consistent with the Case Management Order and Local Rule 16.01(h)(1), still provide 90 days between the completion of summary judgment briefing and the start of trial.

| EVENT | CURRENT DEADLINE | [PROPOSED] MODIFICATION |
|---|---|---|
| Deadline to substantially complete document production and exchange privilege logs | April 10, 2023 | June 5, 2023 |
| Deadline to file motion for class certification | April 10, 2023 | June 5, 2023 |
| Deadline to file motions to amend or add parties | May 15, 2023 | June 5, 2023 |
| Deadline to file any response brief in opposition to the motion for class certification | May 25, 2023 | July 10, 2023 |
| Deadline to file any reply brief in support of the motion for class certification | June 26, 2023 | August 11, 2023 |
| Deadline to complete depositions and fact discovery | July 10, 2023 | August 14, 2023 |
| Deadline to identify and disclose all affirmative expert witnesses and provide expert reports | September 15, 2023 | October 13, 2023 |
| Deadline to identify and disclose any rebuttal expert witnesses and rebuttal reports | October 30, 2023 | November 17, 2023 |
| Deadline to complete expert depositions | December 1, 2023 | December 22, 2023 |
| Deadline to file dispositive motions | January 30, 2024 | No change |
| Deadline to file responses to dispositive motions | March 15, 2024 | No change |
| Deadline to file optional replies in support of dispositive motions | April 15, 2024 | No change |
| Deadline to file motions *in limine* and motions objecting to expert testimony | July 1, 2024 | No change |
| Deadline to file responses to motions *in limine* and motions objecting to expert testimony | July 8, 2024 | No change |
| Deadline to file joint proposed pretrial order, joint proposed jury instructions and verdict forms, witness lists, exhibit lists, stipulations, and expert reports | August 25, 2024 | No change |
| Pretrial conference | July 15, 2024 | No change |

4889-6352-5466.v1

| EVENT | CURRENT DEADLINE | [PROPOSED] MODIFICATION |
|---|---|---|
| Trial | July 23, 2024 | No change |

14. For the foregoing reasons, the Parties respectfully request that the Court modify the Case Management Order as specified herein.

15. A Proposed Order is attached hereto as Exhibit A.

DATED: March 29, 2023

ROBBINS GELLER RUDMAN& DOWD LLP
CHRISTOPHER M. WOOD, #032977
HENRY S. BATOR, #040431

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
hbator@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS
SCOTT H. SAHAM
JEFFREY J. STEIN
ASHLEY M. KELLY
TING H. LIU
STEPHEN JOHNSON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
scotts@rgrdlaw.com
jstein@rgrdlaw.com
akelly@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 5 -

DATED: March 29, 2023

RILEY & JACOBSON, PLC
STEVEN A. RILEY (#6258)
MILTON S. (TREY) MCGEE, III (#24150)
ELIZABETH O. GONSER (#26329)

s/ Steven A. Riley
STEVEN A. RILEY

1906 West End Avenue
Nashville, TN 37203
Telephone: 615/320-3700
615/320-3737 (fax)
sriley@rjfirm.com
tmcgee@rjfirm.com
egonser@rjfirm.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
JAY B. KASNER
SCOTT D. MUSOFF
MICHAEL C. GRIFFIN
One Manhattan West
New York, NY 10001
Telephone: 212/735-3000
917/735-2000 (fax)
jay.kasner@skadden.com
scott.musoff@skadden.com
michael.griffin@skadden.com

BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF LLP
ANDREW G. FIORELLA
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone: (216) 363-4453
Facsimile: (216) 363-4588
afiorella@beneschlaw.com

Counsel for Defendants SmileDirectClub, Inc.,
David Katzman, Kyle Wailes, Steven Katzman,
Jordan Katzman, Alexander Fenkell, Richard
Schnall, Susan Greenspon Rammelt and Camelot
Venture Group

- 6 -

DATED: March 29, 2023

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
JOHN S. HICKS (TN# 10478)
CHRISTOPHER E. THORSEN (TN# 21049)

s/ Christopher E. Thorsen
CHRISTOPHER E. THORSEN

1600 West End Avenue, Suite 2000
Nashville, TN  37203
Telephone: 615/726-5600
615/726-0464 (fax)
jhicks@bakerdonelson.com
cthorsen@bakerdonelson.com

SULLIVAN & CROMWELL LLP
SHARON L. NELLES
ANDREW J. FINN
125 Broad Street
New York, NY  10004
Telephone:  212/558-4000
212/558-3588 (fax)
nelless@sullcrom.com
finna@sullcrom.com

Counsel for Defendants J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., Jefferies LLC, UBS Securities LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, LLC and Loop Capital Markets LLC

- 7 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 29, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<div style="margin-left:50%">

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)


Email:  cwood@rgrdlaw.com

</div>

# Mailing Information for a Case 3:19-cv-00962 Franchi v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Andrew Fiorella**
  afiorella@beneschlaw.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,nnguyen@rjfirm.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,lkroll@bakerdonelson.com,jcalouette@bakerdonelson.com,mbarrass@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Stephen Johnson**
  sjohnson@rgrdlaw.com

- **Lewis S. Kahn**
  Lewis.Kahn@ksfcounsel.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Ashley M. Kelly**
  akelly@rgrdlaw.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com

- **MICHAEL J MORSE**
  PKNASHLAW@AOL.COM

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **E. Powell Miller**
  epm@millerlawpc.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Christopher Nelson**
  cln@weiserlawfirm.com

Case 3:19-cv-00962      Document 133      Filed 03/30/23      Page 9 of 10 PageID #: 3115

- **Melinda A. Nicholson**
  Melinda.Nicholson@ksfcounsel.com

- **Michael J. Palestina**
  Michael.Palestina@ksfcounsel.com

- **Ira M. Press**
  ipress@kmllp.com

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **Jeffrey J. Stein**
  jstein@rgrdlaw.com,JStein@ecf.courtdrive.com

- **Hannah Stowe**
  hstowe@beneschlaw.com,docket2@beneschlaw.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Christopher E. Thorsen**
  cthorsen@bakerdonelson.com,mbarrass@bakerdonelson.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com,creis@rgrdlaw.com,AKellyRGRI

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)