# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, ) ) | Civil Action No. 3:19-cv-00962 **(Consolidated)** |
| Plaintiff, ) ) ) | CLASS ACTION |
| vs. ) ) | Judge Eli J. Richardson Magistrate Judge Jeffery S. Frensley |
| SMILEDIRECTCLUB, INC., et al., ) ) | |
| Defendants. ) ) ) ) | DECLARATION OF GABRIEL RISTORUCCI IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, GABRIEL RISTORUCCI, declare as follows:

1.      I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am the Assistant General Counsel for 1199SEIU Health Care Employees Pension Fund (the "Fund"). The Fund seeks appointment as a class representative in this action.

3.      The Fund is a multi-employer Taft-Hartley defined benefit plan providing benefits to retired healthcare industry workers and their families in New York City and surrounding areas. The Fund is administered by a Board of Trustees made up of equal numbers of union-designated Trustees and Employer-designated Trustees.

4.      The Fund purchased shares of SmileDirectClub, Inc. ("SDC") common stock on September 12, 2019.

- 1 -

4874-1970-1351.v1

5. The Fund understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. Should it be appointed as a class representative, the Fund is committed to continuing to vigorously prosecute this litigation.

6. The Fund has monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in its prosecution. The Fund received and reviewed periodic case updates and other correspondence from Robbins Geller regarding various aspects of this case, including: (1) the filing of two comprehensive complaints; (2) the defending of those claims through two rounds of motion to dismiss briefings; and (3) the discovery process.

7. If appointed as a class representative, the Fund will continue to actively direct this litigation in order to maximize the recovery. The Fund understands that it owes a duty to all members of the proposed class to provide fair and adequate representation and intends to continue working with Robbins Geller to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

8. The Fund intends to continue to provide fair and adequate representation by, among other things, directing the efforts of Robbins Geller.

9. The Fund selects Robbins Geller as proposed class counsel based on Robbins Geller's substantial experience and expertise in prosecuting securities class actions.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed on May 31, 2023, at .

_____

GABRIEL RISTORUCCI

- 2 -

4874-1970-1351.v1