# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendants. | Civil Action No. 3:19-cv-00962<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>DECLARATION OF AMY FITZPATRICK IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - BUCKS COUNTY |

I, AMY FITZPATRICK, declare as follows:

1. I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the County Solicitor for Bucks County Employees Retirement System ("Bucks County"). Bucks County seeks appointment as a class representative in this action.

3. Bucks County is a single-employer retirement system established on January 1, 1942, serving public employees and retirees of Bucks County, Pennsylvania. Bucks County offers pension, retirement plans, and various other benefits to its more than 1,600 retired county employees.

4. Bucks County purchased shares of SmileDirectClub, Inc. ("SDC") common stock between September 12, 2019 and March 12, 2020. *See* ECF 85 at 70.

- 1 -

4878-4883-1079.v1

5. Bucks County understands that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors to direct securities class actions. Should it be appointed as a class representative, Bucks County is committed to continuing to vigorously prosecute this litigation.

6. Bucks County has monitored the progress of this litigation and the active participation of Lead Counsel Robbins Geller Rudman & Dowd LLP ("Robbins Geller") in its prosecution. Bucks County received and reviewed periodic case updates and other correspondence from Robbins Geller regarding various aspects of this case, including: (1) the filing of a comprehensive complaint; (2) the defending of those claims through motion to dismiss briefing; and (3) the discovery process.

7. If appointed as a class representative, Bucks County will continue to actively direct this litigation in order to maximize the recovery. Bucks County understands that it owes a duty to all members of the proposed class to provide fair and adequate representation and intends to continue working with Robbins Geller to obtain the largest recovery for the class consistent with good faith, sound judgment, and meritorious advocacy.

8. Bucks County intends to continue to provide fair and adequate representation by, among other things, directing the efforts of Robbins Geller.

9. Bucks County selects Robbins Geller as proposed class counsel based on Robbins Geller's substantial experience and expertise in prosecuting securities class actions.

I declare, pursuant to the laws of the United States of America, that the foregoing is true and correct. Executed on 5/31/23, at Doylestown, PA.

AMY FITZPATRICK

- 2 -

4878-4883-1079.v1