# EXHIBIT C

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, individually, and on behalf of all others similarly situated, | Civil Action No. 3:19-cv-00962 (Consolidated) |
| Plaintiff, | CLASS ACTION |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Jeffery S. Frensley |
| SMILEDIRECTCLUB, INC., et al., | |
| Defendants. | |

## EXPERT REPORT OF
## W. SCOTT DALRYMPLE

### JUNE 5, 2023

**bva**group® | Valuation. Disputes. Advisory.

**TABLE OF CONTENTS**

**Page**

I.   Scope of the Engagement ..................................................................................................... 1

II.  Credentials and Compensation............................................................................................ 1

III. Information Considered...................................................................................................... 2

IV.  Summary of Opinions......................................................................................................... 3

V.   Background ......................................................................................................................... 3

    A.   The Class .................................................................................................................. 3

    B.   Defendants............................................................................................................... 3

    C.   Allegations............................................................................................................... 5

VI.  Assessment of Market Efficiency ...................................................................................... 6

    A.   *Cammer* Factors ..................................................................................................... 8

        1)   *Cammer* Factor 1: Average Weekly Trading Volume ........................................... 8

        2)   *Cammer* Factor 2: Analyst Coverage ................................................................... 9

        3)   *Cammer* Factor 3: Existence of Market Makers, Institutional Investors, and Arbitrageurs........................................................................................................ 10

        4)   *Cammer* Factor 4: Eligibility to File an S-3 Registration Statement..................... 12

        5)   *Cammer* Factor 5: Empirical Evidence of Cause-and-Effect Relationship Between Events and Stock Price Movements ..................................................... 13

    B.   Additional Indicators of Market Efficiency ......................................................... 19

        1)   Market Capitalization and Public Float ............................................................... 19

        2)   Bid-Ask Spread .................................................................................................. 20

        3)   Statistical Properties of Stock Price and Returns ............................................... 20

        4)   Lack of Constraints on Short Selling.................................................................... 21

    C.   Conclusion ............................................................................................................ 23

VII. Measuring Damages to Shareholders on a Class-wide Basis........................................ 24

    A.   Under Section 10(b) of the Exchange Act ........................................................... 24

    B.   Under Section 20(a) of the Exchange Act ........................................................... 28

    C.   Under Section 11 of the Securities Act ................................................................ 29

    D.   Under Section 12(a)(2) of the Securities Act ...................................................... 30

    E.   Under Section 15 of the Securities Act ................................................................ 31

VIII. Further Work ................................................................................................................... 32





| 7250 Dallas Parkway | 1000 Louisiana Street | 405 Lexington Avenue |
| Suite 200 | Suite 1150 | Floor 9 |
| Plano, Texas 75024 | Houston, Texas 77002 | New York, New York 10174 |
| +1.972.377.0300 | +1.713.457.3125 | +1.212.364.1926 |

Re: Adam Franchi, Individually and on Behalf of All Others Similarly Situated ("Plaintiffs") v. SmileDirectClub, Inc. ("SDC"), et al (collectively, the "Defendants")

## I. Scope of the Engagement

1. I have been retained by Robbins Geller Rudman & Dowd LLP, counsel for Plaintiffs in the above-styled case, to analyze whether SDC Class A common stock ("SDC Stock") traded in an efficient market during the period between September 12, 2019, and March 12, 2020, inclusive (the "Class Period"). I have also been retained to determine whether damages in this matter can be calculated using a common methodology for all members of the Class in accordance with their claims.

2. Generally, I understand Plaintiffs allege that Defendants engaged in a scheme to defraud and made numerous materially false and misleading statements and omissions to investors regarding SDC's business and operations, including misrepresentations and omissions pertaining to relevant regulatory and reporting requirements associated with SDC's operations at the time of its initial public offering ("IPO") on September 12, 2019.

3. I understand Defendants' scheme to defraud and materially misleading statements, according to Plaintiffs, caused the price of SDC Stock to be artificially inflated during the Class Period.[1]

## II. Credentials and Compensation

4. I, W. Scott Dalrymple, am a Partner at BVA Group LLC ("BVA Group"). I am an economist and a CFA charter holder with extensive experience in economic, financial, and statistical analyses. During my career, I have worked on issues relating to the analysis of economic damages involving securities litigation, business valuation, structured finance, financial derivatives, antitrust, intellectual property, and breach of contract. I have advised companies, investors, financial institutions, and government agencies in the U.S., Europe, and Australia on a range of matters, including valuation and securities analysis, market structure, capital restructurings, financial and economic modelling, and quantitative methods.

5. I have been retained as a consulting and testifying expert in a wide range of matters involving financial markets and securities, including equities, fixed income, structured products, and derivatives. I

---

[1] References to misrepresentations and misstatements in this report may refer generally to Plaintiffs' allegations, including omissions and Defendants' alleged scheme. My opinions are not dependent on findings as to which of these or other legal definitions may apply to Plaintiffs' allegations. I understand that, with respect to the Securities Act claims, Plaintiffs exclude allegations that could be construed as alleging fraud or intentional misconduct, as these Counts are based solely on claims of strict liability and/or negligence. Amended Consolidated Complaint for Violations of the Federal Securities Laws dated March 30, 2021 ("Consolidated Complaint"), ¶¶ 64, 75, 83.



have been involved in shareholder class action matters in the U.S. and Australia on issues related to share price inflation, market efficiency, and shareholder damages. I have provided expertise on numerous litigation matters involving financial, economic, statistical, and valuation analysis.

6. I hold a Master of Science in economics with a concentration in Industrial Organization from the London School of Economics and Political Science and a Bachelor of Business Administration in the Business Honors Program and Finance from the University of Texas at Austin. I have written about and presented on economic and financial topics, including financial markets and securities analysis, and have provided expert opinions on these topics in a number of federal court, state court, and arbitration proceedings. My full curriculum vitae, including testimony history and publications, is attached as **Appendix A**.

7. BVA Group is being compensated at the rate of $770 per hour for my work in this matter. As part of performing my analysis, I utilized a team of BVA Group personnel who worked under my direction and supervision. BVA Group is being compensated for time incurred by other professionals who have supported my analysis in this matter at rates of $280 to $665 per hour. Neither BVA Group's nor my compensation depends on opinions provided herein or on the outcome of this litigation.

### III. Information Considered

8. I have prepared this report to state my expert opinions; to describe the bases for those opinions; to disclose the facts and data I considered in reaching my opinions; and to make other appropriate disclosures.[2] The work that I conducted in this matter has been informed by my education, knowledge, and experience in economics and finance. The information in this report is based upon discovery to date and the information that is currently available. A listing of the materials I have considered in my work for this matter as of the date of this report is contained in **Appendix B**, as well as the citations presented in this report.[3]

9. I may review, evaluate, and analyze additional data, facts, or information as they become available. I reserve the right to amend or supplement my opinions based upon further information learned, produced, or provided to me. Therefore, the analyses and opinions described herein may be subject to change based upon additional information that becomes available or other developments that occur.

---

[2] Use of the first person "I" in my report refers either to me or to those working under my direct supervision.

[3] In addition to documents referenced in this report and attached appendices, I relied on my education, background, skills, and experience, including a body of knowledge derived from numerous other treatises and case law not specifically identified herein.



## IV.   Summary of Opinions

10.   It is my opinion that shares of SDC Stock traded during the Class Period in a semi-strong form efficient market in which new information was reflected in the share price.

11.   In a semi-strong form efficient market, one may apply an event study in conjunction with other generally accepted methods to estimate the share price inflation, if any, that was attributable to, or was maintained by, Defendants' alleged misrepresentations and omissions throughout the Class Period.  The share price inflation may then be used, subject to statutory limitations, to arrive at damages for every member of the proposed class using a common technique that is grounded in Plaintiffs' theory of liability.

## V.   Background

### A.   The Class

12.   I understand the class includes all persons who purchased or otherwise acquired SDC Stock between September 12, 2019, and March 12, 2020, inclusive (the "Class").[4]  At all times during the Class Period, SDC Stock traded on the Nasdaq Stock Market LLC ("Nasdaq") under the ticker symbol "SDC."[5]

### B.   Defendants

13.   SDC is a direct-to-consumer teledentistry company founded in 2014 that markets, manufactures, and sells 3D-printed clear dental aligners.[6]  According to SDC, the company revolutionized the oral care industry through its cutting-edge teledentistry technology and vertically integrated model.[7]  Since its founding, SDC claims to have helped over one million members in the U.S., Puerto Rico, Canada, Australia, Ireland, New Zealand, Hong Kong, and the U.K., and has opened over 350 SmileShops, including in partnership with CVS and Walgreens..[8]  During the Class Period, SDC claimed that its rapid growth validated its value proposition and compelling business model.[9]

14.   On September 12, 2019, SDC completed its IPO, raising more than $1.3 billion through the sale of 58.5 million shares at $23 per share pursuant to a registration statement (the "Registration

---

[4]   Consolidated Complaint, ¶ 18.  Excluded from the Class are defendants and their immediate families, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

[5]   SDC Form 10-K for period ending December 31, 2019, p. 2.  SDC has two classes of common stock shares.  The Class A shares are traded on the Nasdaq; the Class B shares are unlisted.  As of February 29, 2020, there were 103,513,761 Class A shares outstanding, and 280,801,241 Class B shares outstanding.  Each Class A share is entitled to one vote whereas each Class B share is entitled to ten votes.  SDC Form 10-K for period ending December 31, 2019, p. 59.

[6]   SDC Form 10-K for period ending December 31, 2019, p. 2.

[7]   SDC Form 10-K for period ending December 31, 2019, p. 2.

[8]   SDC Form 10-K for period ending December 31, 2019, p. 2.

[9]   SDC Form 10-K for period ending December 31, 2019, p. 2.



<u>Statement</u>") filed with the Securities and Exchange Commission ("<u>SEC</u>").[10]  According to Plaintiffs, the Registration Statement contained untrue statements of material fact and omitted other material facts necessary to make the statements made therein not false or misleading.[11]

15.    It is my understanding that other Defendants (the "<u>Individual Defendants</u>") are current or former officers of SDC who have served in the following roles:

a.    David Katzman, Chief Executive Officer and Board Chairman of SDC.

b.    Kyle Wailes, Chief Financial Officer of SDC.

c.    Steven Katzman, Chief Operating Officer and director of SDC.

d.    Jordan Katzman, co-founder of SDC and member of its Board of Directors.

e.    Alexander Fenkell, co-founder of SDC and member of its Board of Directors.

f.    Richard Schnall, director of SDC and a partner of Clayton, Dubilier & Rice ("<u>CD&R</u>").

g.    Susan Greenspon Rammelt, director of SDC.[12]

16.    The Consolidated Complaint also brings claims against the underwriters (the "<u>Underwriter Defendants</u>"), each of which allegedly "acted as underwriters of the IPO and participated in the drafting and dissemination of the Registration Statement as well as the sale of more than $1.345 billion of SDC common stock to the Class."[13]  The Consolidated Complaint alleges that the Underwriter Defendants "acted together as an underwriting syndicate and drafted and disseminated the Registration Statement in connection with the IPO;" "were responsible for ensuring the completeness and accuracy of the various statements contained in, or incorporated by reference into, the Registration Statement used in connection with the IPO;" and collectively received over $67 million for participating in the IPO.[14]

17.    Finally, the Consolidated Complaint brings claims against Camelot, a private investment group and the largest shareholder of SDC.[15]  Camelot was founded and controlled by its managing partner, defendant David Katzman, who was also the CEO and Board Chairman of SDC at the time of the IPO.[16]

---

[10]    SDC Form S-1/A, September 9, 2019, and SDC Form 424B4, September 13, 2019.  I understand Defendants use the term "Offering Documents" to refer collectively to the Registration Statement and Prospectus, but the Court has adopted the terminology used by Plaintiffs and refer to the Registration Statement and Prospective together as the "Registration Statement." *See* Memorandum Opinion dated September 30, 2022 ("<u>Memorandum Opinion</u>"), note 2 and Consolidated Complaint, ¶ 25.  For purposes of this report, I adopt the terminology used by Plaintiffs and the Court.

[11]    Consolidated Complaint, ¶ 4.

[12]    Memorandum Opinion, pp. 5-6.

[13]    Memorandum Opinion, p. 7 (citations omitted).  The Underwriter Defendants include J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities Inc., UBS Securities LLC, Jefferies LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C. and Loop Capital Markets LLC.

[14]    Memorandum Opinion, p. 7 (citations omitted).

[15]    Memorandum Opinion, p. 7 (citations omitted).

[16]    Memorandum Opinion, p. 7 (citations omitted).



## C.  Allegations

18.  I understand Plaintiffs allege that Defendants violated SEC Rule 10b-5 and §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and §§ 11, 12(a)(2), and 15 of the Securities Act of 1933 ("Securities Act").[17]

19.  During the Class Period, Plaintiffs allege that Defendants made misrepresentations and omissions in the Registration Statement regarding various aspects of SDC's operations.  The Court summarized Plaintiffs' allegations as follows:

> The Registration Statement represented that SDC's revenue, gross profit, and Adjusted EBITDA were growing and described the company's key strengths to include "Accelerating Growth."  In reality, at the time of the IPO, those metrics were no longer growing but instead were declining.  The decline in Adjusted EBITDA in particular was, in part, the result of increased marketing and selling expense ($17.8 million) and the doubling of legal expenses incurred as a result of "pending investigations, litigation with dental associations and customers, and lobbying against pending legislation."  SDC closely tracked its revenue, gross profit, and Adjusted EBITDA and knew at the time of the IPO that these financial metrics demonstrated a dramatic decline.[18]

> The Registration Statement also included figures regarding customer satisfaction. Defendants indicated in the Registration Statement that SDC had an "average rating of 4.9 out of 5 from over 100,000 member reviews on our website" and that the Company's "Smile Guarantee" was a "testament to [SDC's] confidence in the quality and efficacy of our product."  At the same time, thousands of SDC customers were suffering from serious health problems resulting from missing or misshapen SDC aligners and facing difficulties in obtaining refunds from Defendants.  At the time, the Better Business Bureau had registered over 1,000 complaints against SDC.  Much of this customer dissatisfaction stemmed from SDC's primary focus on obtaining as many customers as possible to report favorable revenue and financial trends in advance of the IPO, thus leading to sales by SDC to customers ill-fitted for SDC's treatment, pressure by SDC on its sales associates to close sales irrespective of a customer's suitability, and approval by SDC of treatment plans without meaningful review from dentists.[19]

> SDC also employed "aggressive" litigation against journalists, customers, and an American Dental Association affiliate and required customers sign Non-Disclosure Agreements in order to receive refunds.  In addition, the Dental Board of California received repeated complaints against SDC, leading to an investigation and raids on SDC's California stores in 2017.[20]

> The Registration Statement also maintained that the SDC platform provided "excellent clinical care" and "professional-level service," as its "trained technicians" created customer treatment plans and the Company's SmileCheck program allowed a "treating doctor to monitor [the] member's progress and enable[d] seamless communication with the member over the course of treatment."  However, the Registration Statement did not disclose that: "(i) SDC doctors were not reviewing dental x-rays or conducting dental exams prior to prescribing aligners to customers—instead, customers were required to self-certify their

---

17  Consolidated Complaint, ¶ 2 and Memorandum Opinion, pp. 10-12.
18  Memorandum Opinion, pp. 3-4 (citations omitted).
19  Memorandum Opinion, p. 4 (citations omitted).
20  Memorandum Opinion, p. 3 (citations omitted).



Page 5 of 32

own dental health; and (ii) the Company was engaged in the unlicensed practice of dentistry with SDC's treating dentists having no meaningful contact with customers and sales assistants handling customers and completing 3D scans of a patient's mouth."[21]

The Registration Statement included the "risk warning" that regulatory and legal challenges could have a material adverse effect on SDC's business. Not mentioned, however, were the regulatory and legislative risks that had already manifested themselves at the time. The Registration Statement did not mention, for example, that dozens of complaints had been filed by state chapters of the American Association of Orthodontics, that SDC was under investigation by the Dental Board of California for engaging in the unlicensed practice of dentistry, and that legislation passed by the California Senate required fundamental changes in SDC's business models (including requiring teledentistry platforms to provide each customer with the treating dentist's name, license number and dental board contact; mandating reviews of a patient's most recent radiographs prior to beginning orthodontic treatment; and requiring teledentistry providers to conduct a full patient examination prior to the enactment of their plan).[22]

20. Plaintiffs allege that a series of events took place between September 12, 2019, and March 12, 2020, that "brought to light the truth about the Company's business model and its declining results."[23] According to Plaintiffs, SDC's stock price declined "immediately and significantly" after each alleged partial curative event.[24] By March 12, 2020, SDC's share price had declined to $5.30 per share, 77% below the $23 IPO price and the price at which Plaintiffs allege Defendants had sold more than $625 million of their own SDC Stock.[25]

## VI. Assessment of Market Efficiency

21. It is my understanding that, in order to invoke the *Basic* "fraud on the market" presumption of reliance, courts have required (among other things) that the plaintiff establish that the security was traded in an efficient market during the relevant period.[26]

---

[21] Memorandum Opinion, p. 4 (citations omitted).

[22] Memorandum Opinion, p. 4 (citations omitted).

[23] Consolidated Complaint, ¶ 13.

[24] Memorandum Opinion, pp. 4-5 (citations omitted) and Consolidated Complaint, ¶ 13. I note that the term "curative event" may refer to a "corrective disclosure" and that these terms are sometimes used interchangeably. For instance, as the court explained in *Bond v. Clover Health Invs. Corp.*, 587 F. Supp. 3d 641 (M.D. Tenn. 2022):

> The event revealing the truth is typically referred to as a "corrective disclosure." *Willis v. Big Lots, Inc.,* 242 F. Supp. 3d 634, 656-57 (S.D. Ohio 2017). Sometimes a corrective disclosure is actually a disclosure in the traditional sense – that is, a statement by the defendant admitting to the truth. Other times, the corrective "disclosure" comes from a third party's uncovering the truth and informing the market. And, in some cases, it is, in essence, the passage of time itself that does the disclosing, when the truth comes to light, not through any person's statement, but through the real-world materialization of a risk that had been concealed. *See Ohio Pub. Employees Ret. Sys.*, 830 F.3d at 385.

> I also recognize that courts and other authorities have referred to these terms in different ways and have drawn certain distinctions between these terms. I express no opinion or view on the legal definitions of these terms. For the purpose of this report, I do not draw an economic distinction between these terms and refer to a curative event as the revelation of information to market participants that partially or fully corrects previous alleged misstatements and/or omissions, or otherwise reveals the truth about an alleged fraud, including the materialization of allegedly concealed risks, irrespective of the source of such information.

[25] Memorandum Opinion, p. 5 (citations omitted).

[26] *Basic Inc. v. Levinson*, 485 U.S. 224, 245-46 (1988) ("*Basic*"); *Halliburton Co. v. Erica P. John Fund, Inc.*, 573 U.S. 258, 277-78 (2014) ("*Halliburton II*").



22.     It is widely accepted that prices of shares traded on major exchanges such as the Nasdaq respond to new value-relevant information; that is, such markets are informationally efficient with respect to publicly available information.  As prominent academics have noted, "economists generally agree that material information—whether truthful or fraudulent—will generally affect the price of a stock and that the effect will be in a predictable direction."[27]

23.     According to the efficient market hypothesis ("EMH"), in an efficient market, the price of an investment reflects all available information in the market.  The economic literature identifies three forms of the EMH:[28]

a.     The weak form suggests that all information contained in past prices is incorporated in the current price of a traded asset.

b.     The semi-strong form of the EMH states that all publicly available information is reflected in the price of a traded asset.

c.     The strong form of market efficiency suggests that all public and private information is incorporated in the price of a traded asset.

24.     A finding that shares trade in a semi-strong form efficient market indicates that the prices of those shares incorporate new value-relevant public information about the issuer.[29]  Consistent with this principle, I understand that courts have considered evidence that a security traded in a market characterized by the semi-strong form of the EMH as a basis to invoke the "fraud on the market" presumption with respect to that security in the context of securities litigation.[30]

25.     Practitioners and courts have found that shares of large companies traded on major exchanges generally trade in semi-strong form efficient markets.[31]  Throughout the Class Period, SDC traded on the Nasdaq, self-described as "the largest single venue of liquidity for trading U.S.-listed cash equities."[32]  Throughout the Class Period, SDC was a part of the Nasdaq Composite Index and S&P Total Market

---

[27]   Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton II*, 2014 WL 526436, *13-14 (U.S. Feb 5, 2014).

[28]   Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, 25(2), May 1970; Papers and Proceedings of the Twenty-Eighth Annual Meeting of the American Finance Association New York, N.Y., Dec. 28-30, 1969, pp. 383-417.  *See also*, John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 22.

[29]   For the purposes of this discussion, general references to market efficiency refer to the semi-strong form unless otherwise noted.

[30]   *Basic*, 485 U.S. at 245-46; John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 22.

[31]   *See*, *e.g.*, *Todd v. STAAR Surgical Co.*, 2017 WL 821662, at *5-6 (C.D. Cal. Jan. 5, 2017) (quoting *Vinh Nguyen*, 287 F.R.D. at 573 n.7 ("[T]he federal courts are unanimous in their agreement that a listing on the NASDAQ or a similar national market is a good indicator of efficiency")); *id*. (quoting *Loritz v. Exide Techs.*, No. 2:13-CV-02607-SVW-E, 2015 WL 6790247, at *9 (C.D. Cal. July 21, 2015) ("Courts have found a stock's listing on NASDAQ to be a good indicator of efficiency.")); *id.* (quoting *Freeman v. Laventhol & Horwath*, 915 F.2d 193, 199 (6th Cir. 1990) ("[I]t appears that securities traded in national secondary markets such as the New York Stock Exchange ... are well suited for application of the fraud-on-the-market theory.  The high level of trading activity ensures that information from many sources is disseminated into the marketplace and consequently is reflected in the market price.  This is the premise upon which the fraud on the market theory rests."))  *See also*, Brief of Testifying Economists as *Amici Curiae* in Support of Respondent, *Halliburton II*, 2014 WL 507164, at *7-8 (U.S. Feb. 5, 2014).

[32]   Nasdaq, Inc Form 10-K for period ended December 31, 2020, p. 3.



Index.[33]  Inclusion in such indices is based on a firm's shares meeting certain criteria with regard to market capitalization, public float, liquidity, and reasonable prices, similar to those typically used to evaluate whether a stock trades in semi-strong form efficient markets.[34]

26.  I understand that courts regularly consider the five factors set forth in *Cammer v. Bloom* in assessing market efficiency.[35]  These five factors are:

    a.    average weekly trading volume relative to outstanding shares;

    b.    number of analysts following the stock;

    c.    market maker and arbitrage activity;

    d.    ability to issue new securities through an S-3 registration statement; and

    e.    empirical facts showing a cause-and-effect relation between unexpected corporate events or financial releases and stock price movement.

27.  In addition to the factors outlined in *Cammer*, I understand that courts have considered additional factors relevant in demonstrating the efficiency of a market, including:

    a.    market capitalization and float;[36]

    b.    bid-ask spread;[37]

    c.    presence of autocorrelation in stock price returns;[38] and

    d.    constraints on short selling.[39]

28.  Each of these factors is considered below.

## A.  *Cammer* Factors

### 1)  *Cammer* Factor 1: Average Weekly Trading Volume

29.  In *Cammer*, the court observed that an actively traded security is indicative of market efficiency "because it implies significant investor interest in the company," which, "in turn, implies a likelihood that

---

[33] Based on Bloomberg L.P. ("Bloomberg").

[34] "S&P Total Market Index Factsheet," *S&P*, https://www.spglobal.com/spdji/en/indices/equity/sp-total-market-index-tmi/ and "S&P U.S. Indices Methodology," *S&P*, https://www.spglobal.com/spdji/en/documents/methodologies/methodology-sp-us-indices.pdf.

[35] *Cammer v. Bloom* ("*Cammer*"), 711 F. Supp. 1264 (D.N.J. 1989).

[36] *Krogman v. Sterritt* ("*Krogman*"), 202 F.R.D. 467, 477-78 (N.D. Tex. 2001); *Unger v. Amedisys Inc.* ("*Unger*"), 401 F.3d 316, 323 (5th Cir. 2005).

[37] *Krogman*, 202 F.R.D. 467, 477-78 (N.D. Tex. 2001); *Unger*, 401 F.3d 316, 323 (5th Cir. 2005).

[38] *In re DVI Inc. Sec. Litig.*, 249 F.R.D. 196 (E.D. Pa. 2008).

[39] *Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC* ("*Barclays*"), 310 F.R.D. 69, 81 n.77 (S.D.N.Y. 2015).



many investors are executing trades on the basis of newly available or disseminated corporate information."[40] The court identified weekly turnover (average weekly trading volume relative to the shares outstanding) as a relevant indicator of active trading, concluding that "[t]urnover measured by average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption."[41] The following chart shows weekly turnover in SDC Stock throughout the Class Period:

**Chart 1.   SDC Weekly Stock Turnover** [42]



30.    Weekly turnover (expressed in terms of shares outstanding) averaged 38.8 percent per week (on average, 40.2 million shares traded out of 103.8 million shares outstanding) throughout the Class Period and exceeded the 2 percent threshold for a strong presumption of efficiency in every week of the Class Period.[43] This supports an inference of an efficient market for SDC common stock throughout the Class Period.

### 2) *Cammer* Factor 2: Analyst Coverage

31.    Widespread dissemination and discussion of company developments facilitates the incorporation of information into stock prices. *Cammer* stated that a "significant" number of securities analysts following a stock would be indicative of market efficiency, because "[t]he existence of such analysts would imply, for example, [relevant financial reports] were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors."[44]

---

[40]    *Cammer*, 711 F. Supp. at 1286.
[41]    *Cammer*, 711 F. Supp. at 1286 (citing Bromberg, Alan R. & Lowenfels, Lewis D., 4 *Securities Fraud and Commodities Fraud*, § 8.6 (Aug. 1988) ("Bromberg")).
[42]    Weekly trading volume and total shares outstanding for SDC as reported by Bloomberg and S&P Capital IQ.
[43]    Based on SDC Class A shares.  SDC Class B shares are unlisted and not publicly traded during the Class Period.
[44]    *Cammer*, 711 F. Supp 1264 (D.N.J. 1989), at 1286.



32.     Securities analysts from major financial institutions who follow SDC make buy and sell recommendations about SDC to their investors on a regular basis.  Bloomberg, L.P. reports the number of such analyst recommendations, which I have analyzed over the Class Period.  Bloomberg indicates that eight securities analysts initiated coverage on SDC on October 7, 2019, with a total of ten securities analysts covering SDC by the end of the Class Period on March 12, 2020.[45]

33.     I identified 80 individual analyst reports discussing SDC during the Class Period.  These reports include detailed analyses of SDC's business and operations.  In addition to supporting analysts' buy/sell recommendations and price targets for SDC, these reports also reflect analysts' responses, from both a quantitative and qualitative perspective, to new value-relevant information.

34.     I also identified over 650 reports from financial media, wire services and general media discussing SDC during the Class Period in publications including *Barron's, Forbes,* and the *Nashville Post*.[46]  These reports include discussion and dissemination of value-relevant information regarding SDC's strategy, acquisitions, financial disclosures, and other events, making such information widely distributed to general audiences.  This news media coverage facilitated the flow of information to the market related to SDC, thereby promoting market efficiency.[47]

35.     The breadth and depth of analyst and media coverage during the Class Period demonstrates that newly available, value-relevant financial information was actively monitored and scrutinized by a network of investment professionals and media outlets, who quickly digested new information and disseminated their reactions to SDC investors.  Such coverage supports the proposition that SDC's shares traded in an efficient market.

### 3)  *Cammer* Factor 3: Existence of Market Makers, Institutional Investors, and Arbitrageurs

36.     The court in *Cammer* found that "[t]he existence of market makers and arbitrageurs would ensure completion of the market mechanism; these individuals would react swiftly to company news and reported financial results by buying or selling stock and driving it to a changed price level."[48]

37.     The SEC defines a market maker as "a firm that stands ready to buy or sell a stock at publicly quoted prices."[49]  Market makers hold shares of securities to fill buy or sell orders on demand, thereby offering investors liquidity.  The presence of market makers ensures that buyers and sellers of a stock have

---

[45]    Based on Bloomberg data.  J.P. Morgan, Guggenheim, William Blair, Loop Capital Markets, Stifel, Jefferies, Credit Suisse, and Citi initiated coverage on SDC on October 7, 2019.  By March 12, 2020, Goldman Sachs, Wolfe Research, and Craig-Hallum were also covering SDC.  Citi dropped coverage on November 25, 2019.

[46]    *See* **Appendix B**.  These media reports were accessed through Factiva.

[47]    *Cheney v. Cyberguard Corp.* ("*Cheney*")*,* 213 F.R.D. 484, 499 (S.D. Fla. 2003).

[48]    *Cammer*, 711 F. Supp. at 1286-87.

[49]    "Fast Answers: Market Maker," *SEC*, https://www.sec.gov/fast-answers/answersmktmakerhtm.html.



a ready counterparty available for the "completion of the market mechanism" as new value-relevant information becomes available.[50]

38. SDC was listed on the Nasdaq throughout the Class Period. Trading on a major exchange such as the Nasdaq, which ensures there are multiple market makers for each security, indicates that an ample number of registered firms are available to act as market makers.[51]

39. From Bloomberg, I identified at least 92 financial institutions that disclosed that they made a market in SDC common stock during the Class Period, as set forth in **Exhibit 1**.[52] The presence of multiple market makers ensures that buyers and sellers are able to routinely exchange shares at market-clearing prices, which ensures prices are reflective of information known by market participants.

40. *Cammer* also points to the presence of arbitrageurs, who "react swiftly to company news and reported financial results," as another indication of market efficiency.[53] Arbitrageurs maintain market efficiency by identifying opportunities to buy/sell securities that are under/over-priced. This ensures that prevailing prices reflect available value-relevant information.

41. One way to measure the extent to which a security is owned by the type of well-informed investors that typically act as arbitrageurs is to examine the percentage of shares owned by institutional investors such as mutual funds or money managers. Institutional investors are presumed to be well-informed about the securities they hold and able to interpret and act upon new information.[54] Such investors have the capital, information, and resources required to take advantage of even relatively small arbitrage opportunities, ensuring that share prices reflect value-relevant information.

42. During the Class Period, institutional investors owned an average of 74 percent of SDC's public float.[55] This is broadly consistent with the level of institutional ownership of stocks included in major indices such as the S&P 500.[56] This suggests that SDC's stock was primarily held by sophisticated, well-informed

---

[50] *Cammer*, 711 F. Supp. at 1286-87; "Fast Answers: Market Maker," https://www.sec.gov/fast-answers/answersmktmakerhtm.html.

[51] *See, e.g.,* "Initial Listing Guide*," Nasdaq,* January 2023*,* p. 7; Kat Tretina and John Schmidt, "An Introduction to the Nasdaq Stock Exchange," *Forbes*, August 12, 2021.

[52] Based on Bloomberg's Broker Activity Summary. I excluded market makers with brokerage activity but whose identity was not provided on Bloomberg.

[53] *Cammer*, 711 F. Supp. at 1286-87.

[54] Brad M. Barber, et al., "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, Winter 1994, p. 292.

[55] Percentage of SDC Class A shares held by institutional holders based on Bloomberg data. I note that Bloomberg lists SDC's institutional ownership as over 100% of public float for certain periods during the Class Period. I understand from Bloomberg that this is due to timing discrepancies in SEC Form 13F filings (from which this data is gathered), institutional lending of shares, and other technical issues. I also understand that there may be a timing delay between the reporting of holdings from institutional holders and when the shares were actually purchased or acquired. Despite these discrepancies, this data is properly read as a directional indication that a significant portion of SDC shares were owned by institutional investors after the IPO. I cap the reported percentage of float held by institutional holders at 100% to account for these discrepancies.

[56] *See, e.g.*, Charles McGrath, "80% of equity market cap held by institutions," *Pensions & Investments,* April 25, 2017; "S&P Global," *CNN Business*, https://money.cnn.com/quote/shareholders/shareholders.html?symb=SPGI&subView=institutional.



investors who were in a position to consider and react to new value-relevant information during the Class Period.[57]

43. The level of institutional ownership, coupled with the participation of multiple market makers and the fact that SDC traded on the Nasdaq, points to the presence of arbitrageurs who closely track SDC and who readily contribute to the swift dissemination of information and the price discovery of SDC Stock, which indicates that SDC Stock traded in an efficient market.

### 4) *Cammer* Factor 4: Eligibility to File an S-3 Registration Statement

44. The SEC allows "more seasoned" companies to file a Form S-3 to register securities.[58] The court in *Cammer* found "the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient" as "it is the largest and most well-known companies which register equity securities on Form S-3."[59]

45. Form S-3 provides for an expedited registration of public securities by a company that already has registered a class of securities under the Securities Act and which has been in compliance with the reporting requirements under the Securities Act without defaulting on debts during the previous year.[60] A company is eligible to register an equity offering with an expedited Form S-3 when its common equity held by non-affiliates (its "public float") is worth at least $75 million.[61] According to *Cammer*, "[t]he 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed [prospectus]. … It is this aspect of the Form S-3 requirements that calls into play the efficient market hypothesis."[62]

46. I understand that throughout the Class Period, SDC traded on the Nasdaq and met the principal requirements to file a Form S-3.[63] At all points during the Class Period, I understand SDC had the ability to file a Form S-3, which is further evidence that its shares traded in an efficient market.[64]

---

[57]  Based on data retrieved from Bloomberg, I identified over 150 institutional investors.

[58]  *Cammer*, 711 F. Supp. at 1284.

[59]  "As stated by the SEC: … Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. … Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient."  *Cammer*, 711 F. Supp. at 1284-85.  *See also, Krogman*, 202 F.R.D. at 476 (finding that the SEC permits the filing of a Form S-3 "only on the premise that the stock is already traded on an open and efficient market, such that further disclosure is unnecessary").

[60]  Form S-3 Registration Statement Under the Securities Act of 1933, pp. 2-3, https://www.sec.gov/files/forms-3.pdf.

[61]  Alternatively, I understand companies that do not have a public float of at least $75 million can file a Form S-3 if they meet all other S-3 requirements, are not a shell company, have their stock listed and registered on a national securities exchange, and limit their offerings to no more than one third of the market value of stock held by non-affiliates.  *See* Form S-3 Registration Statement Under the Securities Act of 1933, pp. 3, 5, https://www.sec.gov/files/forms-3.pdf.

[62]  *Cammer*, 711 F. Supp. at 1285 and n. 33.

[63]  While SDC did not file a Form S-3 during the Class Period, I note that SDC did file a Form S-3 on September 9, 2022.

[64]  Form S-3 Registration Statement Under the Securities Act of 1933, pp. 2-3, https://www.sec.gov/files/forms-3.pdf.



### 5) *Cammer* Factor 5: Empirical Evidence of Cause-and-Effect Relationship Between Events and Stock Price Movements

47.     The fifth *Cammer* factor relates to a cause-and-effect relationship between the release of unexpected company news and stock price movements.  As the court explained:

> [I]t would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price.  This, after all, is the essence of an efficient market and the foundation for the fraud on the market theory.[65]

48.     The fifth *Cammer* factor implies that on days when new information that is relevant to the value of a company whose stock trades in an efficient market becomes available, price movements (both positive and negative) tend to be larger than price movements on days without such information.[66]  Since information has the potential to change expectations about a company and, therefore, the value of its shares, on average one would expect days on which new information was released to be associated with a relatively higher frequency of significant abnormal returns in an efficient market in which shares react to new information.

#### a)     Release Days

49.     In order to analyze the fifth *Cammer* factor with regard to SDC, I identify a subset of days on which SDC released value-relevant information through press releases ("Release Days").  The Release Days are therefore days on which one would expect value-relevant information to have become available to the market.  I compare the frequency of statistically significant abnormal returns on Release Days (the treatment group) to that of other days in the Class Period (the control group) to test whether Release Days tended to be accompanied by significant changes in SDC's share price.

50.     For the purpose of this analysis, I classify days on which SDC issues quarterly/annual financial results via earnings announcements ("Earnings Release Days") and days on which SDC released a Form 8-K ("8-K Release Days") as Release Days.[67]  Academic articles and treatises explain theoretically and demonstrate empirically that new value-relevant information disclosed in conjunction with earnings

---

[65]   *Cammer*, 711 F. Supp., 1287.

[66]   An abnormal price movement on all days when information is released is not necessary for a finding of market efficiency because information included in certain releases may have been small relative to the size of the firm or expected by market participants.

[67]   Earnings Release Days are a subset of 8-K Release Days.  If the release was disseminated after the market close, I examine the impact on the stock price on the next trading day.  Limiting my Release Days to Earnings Release Days and 8-K Release Days does not mean that there are no other days within the Class Period on which new value-relevant information was released.



announcements can cause investors to significantly reevaluate the worth of a particular security.[68] Not every Release Day, however, contains new value-relevant information, as sometimes releases contain information that the market had broadly expected and already factored into its evaluation of the firm. Finance literature, nonetheless, generally accepts the proposition that the flow of company-specific information is elevated on earnings announcement dates because, while not every earnings announcement necessarily conveys new value-relevant information, new value-relevant information is more often conveyed via earnings announcements than via other means.[69]

51. Conversely, Non-Release Days need not be devoid of new value-relevant information. But if there exist Non-Release Days upon which new value-relevant information is released, the selection of a limited number of Release Days potentially biases my results toward a finding of no cause-and-effect relationship because such circumstances would decrease the likelihood of observing a difference in the frequency of statistically significant abnormal returns across Release Days and other days. By only considering earnings announcements and Form 8-K releases, therefore, I ensure that the manner in which I identified Release Days is consistent with the principles of economic hypothesis testing and is objective and replicable. Finding evidence of a cause-and-effect relationship using such a parsimonious strategy avoids debates about whether or not releases on other days may or may not contain value-relevant information.

52. The Class Period in this case spans September 12, 2019 through March 12, 2020, encompassing 126 trading days, which corresponds to 125 daily share price returns.[70] I identified three Release Days during the Class Period, two of which were associated with earnings releases issued by SDC (November 12, 2019 and February 25, 2020 when SDC announced its 3Q 2019 an 4Q 2019 financial results, respectively), and one associated with an 8-K release (September 17, 2019 when SDC announced the official closing of its IPO).[71]

---

[68] *See, e.g.*, William H. Beaver, "The Information Content of Annual Earnings Announcements," *Journal of Accounting Research* 6, 1968, pp. 67-92; William H. Beaver, *Financial Reporting: An Accounting Revolution* (3rd ed. 1998), p. 38 ("No other figure in the financial statements receives more attention by the investment community than earnings per share. The relationship between accounting earnings and security prices is probably the single most important relationship in security analysis, and its prominence is reflected in the attention given to price-earnings ratios."); Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research* 9, 1971, pp. 119-163; Joseph Aharony and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance* 35(1), 1980, pp. 1-12.

[69] William Beaver, *Financial Reporting: An Accounting Revolution* (3rd ed. 1998), p. 38; and François Degeorge et al., "Earnings Management to Exceed Thresholds," Journal of Business, Vol. 72, No. 1, 1999, p. 1.

[70] SDC Stock's IPO price was $23 per share on September 11, 2019, with the first day of trading on the Nasdaq exchange on September 12, 2019, such that the first secondary market return was on September 13, 2019. *See* "Smile Direct Club Announces Pricing of Initial Public Offering of Class A Common Stock," *SDC Press Release*, September 11, 2019.

[71] The earnings releases were announced after-hours on November 12, 2019, and February 25, 2020, and the 8-K release was announced after-hours on September 17, 2019. I examine the share price impact on the following trading days on November 13, 2019, and February 26, 2020, for the two Earnings Release Days, and on September 18, 2019, for the 8-K Release Day. I note that the 8-K associated with the official closing of the IPO on September 16, 2019, would not necessarily be expected to convey new or economically significant information, which is consistent with my finding that the abnormal return on that day was also not statistically significant at the 5 percent significance level.



Case 3:19-cv-00962    Document 137-3    Filed 06/05/23    Page 17 of 66 PageID #: 3176

53. In order to ensure my results are robust, I extend my *Cammer* 5 analysis period to also include the two years after the Class Period (the "Extended Period"). If the market for SDC Stock was informationally efficient over the longer Extended Period, and also features substantial evidence of efficiency during the Class Period, it is yet further evidence that the market was informationally efficient during the Class Period. While there was an operational change in SDC's business model in early January 2020, I did not find evidence of material changes at SDC between the Extended Period and the Class Period that would limit the inferences that can be drawn about market efficiency between these periods. I also examined whether characteristics that would support an inference of market efficiency for SDC Stock existed in the Extended Period. I find that SDC Stock during the Extended Period exhibited *Cammer* 1-4[72] and other indicia of efficiency;[73] these analyses further support the inference that SDC Stock traded in a semi-strong form efficient market during the Extended Period.[74]

54. The Extended Period contains 629 trading days, including ten Earnings Release Days and twenty-five 8-K Release Days.[75]

### b) Event Study

55. In order to examine the extent to which SDC's share price responded to information disclosed on Release Days, I apply a widely accepted technique known as an event study.[76] Event studies examine share price returns corresponding to a particular *event window*, during which the event in question occurred. An event study may be used to isolate the impact of an announcement corresponding to a particular event from other factors that would have affected the share price at that time, such as macroeconomic news affecting broad market indices.

---

[72] The average weekly turnover for the two years after the Class Period and the Class Period was 34.8 percent and 38.8 percent, respectively. There were at least 10 and 8 covering analysts during the two years after the Class Period and the Class Period, respectively. There were at least 90 and 92 market makers and institutional holders of SDC Stock for the two years after the Class Period and the Class Period, respectively. Finally, SDC was eligible to file an S-3 registration statement both for the two years after the Class Period and the Class Period.

[73] In addition to the *Cammer* Factors, I also examined SDC's market capitalization and float, bid-ask spread, autocorrelation, and short-sell constraints for the two years after the Class Period. SDC's market capitalization exceeded $0.7 billion with no less than 384 million shares outstanding on any trading day for two years after the Class Period. SDC's public float also remained above 72 percent for the two years after the Class Period (compared to 54 percent during the Class Period). SDC's market capitalization and public float were substantially similar between the two years after the Class Period and the Class Period. SDC's bid-ask spread averaged 0.19 percent for the two years after the Class Period (compared to 0.16 percent during the Class Period). SDC's returns also did not exhibit evidence of statistically significant autocorrelation during the Class Period; however, in the two-year period after the Class Period, SDC Stock exhibited evidence of negative autocorrelation between the share price return and the return on the previous day at the 10 percent significance level, which may be partially attributable to market dynamics following the impact of COVID-19 in March and April 2020. Removing returns in March and April 2020 from the two-year period after the Class Period eliminates the observed autocorrelation at the 10 percent significance level. Finally, SDC's delivery failure rate was not substantially different between the two years after the Class Period and the Class Period; specifically, SDC's delivery failure rate exceeded one-half of one percent on 68 out of 506 trading days (or approximately 13.5 percent of the time) during the two years after the Class Period, compared to 22 out of 126 trading days (or approximately 17 percent of the time) during the Class Period.

[74] Additional details can also be found in my reliance materials.

[75] *See* **Exhibit 2**.

[76] John Campbell, et al., *The Econometrics of Financial Markets* (1997), Chapter 4. *See also*, *Halliburton II*, 573 U.S., 280-81.



Page 15 of 32

56.     A widely used application of the event study is known as the market model.[77]  The market model is based on regression analysis, which provides a statistical framework for examining the nature and form of the relationship between two or more variables.  In this case, a market model may be used to explain or predict changes in the dependent variable, in this case SDC's share price returns, as a function of changes in the values of the independent variables, such as returns to the overall U.S. stock market and a comparable index.

57.     The market model works by predicting what the share price return would have been based on movements in market indices on a particular day.[78]  By subtracting predicted returns from the actual returns, one can estimate the change in the company's share price that is not explained by wider market phenomena, which is known as the *abnormal return*.  Thus, the abnormal return is the difference between the return predicted by the market model and the actual return associated with the event at issue.  In cases where the abnormal return is statistically significant, it may be reasonable to conclude that it was caused by the event in question, provided the news became available to the market at the time of (or just prior to) the abnormal movement.[79]

58.     The market model controls for the effects of broad market movements as well as industry-specific information that is not specific to the company.  In addition, market models may include indicator variables to control for other events, such as earnings announcements, on which one would expect to affect share price returns on days outside the event window.

59.     To estimate abnormal returns during the Class Period, I use two estimation windows consisting of all trading days in the Class Period other than the one predicted.[80]  On January 6, 2020, SDC announced the launch of a new line of oral care products to be made available exclusively at Walmart, and on January 14, 2020, SDC announced plans to expand access to its clear aligners and open its network to dentists and orthodontists following the December 31, 2019 expiration of its exclusive supply agreement with Align Technology, Inc.[81]  Due to SDC's operational change in business model in early January 2020, I use the following two sub-periods for the estimation windows: (1) September 12, 2019 through December 31, 2019,

---

[77]   John Campbell, et al., *The Econometrics of Financial Markets* (1997), Chapters 4-6.  *See also,* A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature,* Vol. 35. No. 1, Mar. 1997.

[78]   Share price returns are computed as the percentage movements in the security price.  For the purposes of estimating the market model, share price returns are typically expressed as logarithmic returns, or log returns.  Specifically, a log return is the natural logarithm of the ratio of two daily closing security prices: $\ln(P_t/P_{t-1})$, where 'ln' is the natural logarithm, '$P_t$' refers to the security price on day $t$ and '$P_{t-1}$' refers to the security price one trading day prior to day $t$.

[79]   Statistical significance represents the likelihood that a result or observed relationship between two variables is unlikely under a specific hypothesis.  Hypothesis testing is traditionally employed to determine if a result is statistically significant or not.  This provides a "p-value" representing the probability of observing data as extreme as that which was measured if the null hypothesis is indeed true.  A statistically significant result at the one percent significance level is one in which there is a less than one percent probability of observing this data if the null hypothesis were true.  Such p-values can be described in terms of confidence levels by subtracting the p-value from 100 percent.  *See*, *for instance*, Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach* (6th ed. 2016), p. 119.

[80]   As set forth in my reliance materials, the results of my *Cammer* Factor Five analysis are not sensitive to the estimation window.

[81]   "Smile Direct Club Launches New Line of Oral Care Products Available Exclusively at Walmart," *SDC Press Release*, January 6, 2020; "Smile Direct Club Clear Aligners Now Available at Dentist and Orthodontist Offices," *GlobeNewswire*, January 14, 2020.



and (2) January 1, 2020 through March 12, 2020.[82]  For the two years after the Class Period, I use a static 63-day estimation window for the estimation of abnormal returns between March 13, 2020 and June 12, 2020 and a trailing 63-day estimation window for the estimation of abnormal returns after June 12, 2020 through March 11, 2022.

60.  When using estimation periods that coincide with the Class Period to fit the model, I control for the effects of the alleged fraud when estimating SDC's abnormal returns.[83]  In order to control for the potential impact of events related to the alleged fraud, I include indicator, or dummy, variables on Release Days and days on which there was any alleged fraud ("Alleged Fraud-Related Days").

61.  I apply a market model to estimate SDC's abnormal returns for the Class Period and Extended Period using the following independent variables:[84]

  a.  An independent variable representing the daily log return of the Nasdaq Composite Total Return Index (the "Market Index"), calculated as the natural logarithm of the ratio of its consecutive daily closing prices, or $\ln(P(MRKT)_t/P(MRKT)_{t-1})$.[85]

  b.  An independent variable representing the daily log return of the Nasdaq Health Care Total Return Index (the "Industry Index"), calculated as the natural logarithm of the ratio of its consecutive daily closing prices, or $\ln(P(IND)_t/P(IND)_{t-1})$.[86]

  c.  Indicator, or dummy, variables that have a value of one on Release Days and Alleged Fraud-Related Days and zero on all other days.[87]

62.  I use the market model to predict SDC's expected share price return on each day of the Class Period and Extended Period.  I then compare the frequency of statistically significant abnormal returns on Release Days to abnormal returns on all other trading days during the Class Period and Extended Period.

---

[82]  As set forth in my reliance materials, the results of my *Cammer* Factor Five analysis are not sensitive to the break in estimation windows.  Applying one estimation window during the Class Period yields similar results.

[83]  As set forth in my reliance materials, the results of my *Cammer* Factor Five analysis are not sensitive to the indicator variables.  Applying only the 8-K Release Days as indicator variables yields similar results.

[84]  As set forth in my reliance materials, the results of my analysis are not sensitive to the selection of a particular index.  Applying alternative market and industry indices yields similar results.

[85]  "Nasdaq Composite Total Return," *Nasdaq*, https://indexes.nasdaqomx.com/Index/Overview/xcmp.  I have removed the impact of SDC's market capitalization-weighted return from the return for each day during the Class Period.  I also performed this analysis using alternative market indices, including (1) the S&P 500 Total Return Index and (2) the New York Stock Exchange Composite Index.

[86]  "Nasdaq Health Care," *Nasdaq,* https://indexes.nasdaq.com/Index/Overview/IXHC.  According to Nasdaq, the Nasdaq Health Care Index contains securities of Nasdaq-listed companies classified according to the Industry Classification Benchmark as Health Care. They include health care providers, medical equipment, medical supplies, biotechnology, and pharmaceuticals.  I have removed the impact of SDC's market capitalization-weighted return from the return for each day during the Class Period.  I also performed this analysis using alternative industry indices, including (1) the S&P 500 Health Care Sector Total Return Index, (2) the Solactive Gene Technology and Innovative Medication Index, (3) a market-weighted bespoke index comprised of 31 companies identified as comparable companies or peers by securities analysts, and (4) an equal-weighted bespoke index comprised of 31 companies identified as comparable companies or peers by securities analysts.  The comparable companies identified as peers are listed in **Exhibit 3**.

[87]  *See* **Exhibit 4**.  I understand the following 18 Alleged Fraud-Related Days are alleged in the Consolidated Complaint to be dates when the market reacted to the alleged fraud: September 24-26, October 4-10, October 14, October 17, October 21, and November 13, 2019, and February 14-20, February 26, and March 12, 2020.



Page 17 of 32

### c) Analysis of Abnormal Returns

63. The market model ensures that the abnormal return on any Release Day is indicative of a stock's reaction to new information, after controlling for returns that may be predicted from broader market movements. When statistically significant abnormal returns systematically follow the release of new information, one can infer that the value-relevant information is causing returns.[88]

64. When an event related to firm value (such as an information release) takes place on a specific day and the return following that event is significantly different from the prediction, it can be inferred that the stock price responded to the event or release of information on that day. For instance, if a day's return following such an event is statistically significant at the 5 percent level, then this implies that there is less than a 5 percent chance one would observe such an abnormal return under the null hypothesis that the market model fully explains SDC's returns.[89]

65. I evaluate evidence of a cause-and-effect relationship between the release of value-relevant information and stock price movements by testing a hypothesis that the frequency of statistically significant abnormal returns differs between Release Days and other trading days. If SDC trades in an efficient market, I expect a higher frequency of statistically significant abnormal returns on days on which news is released to the market relative to other trading days. I do not expect statistically significant returns to occur on all Release Days, since not all information released to the market is necessarily material or differs from expectations (*e.g.*, market prices may already reflect the information if the event was previously expected).

66. The set of Release Days that I identified in the Class Period provides sufficient statistical power from which to draw reliable inferences as to the responsiveness of SDC Stock to new value-relevant information:

   a. I find a significantly higher frequency of statistically significant abnormal returns on Release Days compared to other days, with two out of three Release Days (66.7 percent) having abnormal returns that are significant at the 5 percent level.

   b. In contrast, for the remaining 122 days in the Class Period, only twelve days (9.8 percent) have abnormal returns that are significant at the 5 percent level.

---

[88] The absence of a statistically significant abnormal return does not necessarily imply that a company's stock did not react to a particular set of information since, for instance, significant positive and negative news released at the same time can have offsetting effects, resulting in an abnormal return that is not statistically significant. Accordingly, although a statistically significant share price reaction to news is indicative of market efficiency, a finding of non-significance does not necessarily indicate that the market for a stock is inefficient, because a non-significant reaction may be expected depending on the circumstances.

[89] Although p-values of 0.05 are often applied as a threshold for statistical significance, the American Statistical Association ("ASA") has cautioned against relying on bright-line thresholds without considering the broader context of the analysis, explaining that "[p]ractices that reduce data analysis or scientific inference to mechanical 'bright-line' rules (such as 'p < 0.05') for justifying scientific claims or conclusions can lead to erroneous beliefs and poor decision making. A conclusion does not immediately become 'true' on one side of the divide and 'false' on the other." *See,* Ronald L. Wasserstein and Nicole A. Lazar, "The ASA Statement on p-Values: Context, Process, and Purpose," *The American Statistician*, 2016, 70:2, 129-133.



Case 3:19-cv-00962    Document 137-3    Filed 06/05/23    Page 21 of 66 PageID #: 3180

67.     My analysis of the Extended Period, which includes the two years after the Class Period, further demonstrates the responsiveness of SDC Stock to new value-relevant information:

    a.    I find a significantly higher frequency of statistically significant abnormal returns on Release Days compared to other days, with eight out of 25 Release Days (32.0 percent) having abnormal returns that are significant at the 5 percent level.

    b.    In contrast, for the remaining 604 days in the Class Period, only 40 days (6.6 percent) have abnormal returns that are significant at the 5 percent level.

68.     Chi-squared and Fisher's exact tests confirm the statistical significance of the difference in the frequency of significant abnormal returns on Release Days as compared to non-Release Days[90] during the Class Period and Extended Period.[91]

69.     My results are consistent with the hypothesis that there is a cause-and-effect relationship between information revealed on Release Days and SDC's stock price movements.  The results indicate that large abnormal returns are much more common on Release Days (*e.g.*, when financial results were announced) than on non-Release Days, as would be expected in an efficient market.

### d)     Conclusion

70.     My analysis of SDC's abnormal returns during the Class Period demonstrates that SDC's shares responded systematically to new information about the company, which directly supports a conclusion that SDC's common stock traded in an efficient market during the Class Period.

### B.     Additional Indicators of Market Efficiency

71.     In addition to those factors identified in *Cammer*, I understand courts have considered other factors when assessing market efficiency.

### 1)     Market Capitalization and Public Float

72.     The size of a stock's market capitalization and public float have been found to be indicators of market efficiency, as larger companies are more likely to be traded and a larger public float may represent greater trading opportunities for sophisticated investors.[92]

---

[90]    Under both tests, the null hypothesis is that Release Days are *not* more likely than non-Release Days to have abnormally large price returns.

[91]    The null hypothesis is rejected at the 5 percent significance level for the Class Period and at the 1 percent significance level for Extended Period under both tests.

[92]    *Krogman*, 202 F.R.D. at 477-78; *Unger*, 401 F.3d at 323; *Cheney*, 213 F.R.D. 484, 502 (S.D. Fla. 2003).



73. On every day throughout the Class Period, SDC's market capitalization exceeded $2.0 billion with no less than 382 million Class A and Class B shares outstanding on every trading day.[93] For the Class A shares at issue in this matter, the market capitalization for those shares exceeded $548 million with no less than 102 million shares outstanding on every trading day during the Class Period.[94] SDC's public float as a percent of total Class A shares outstanding fluctuated, with a minimum value of 54.0 percent and a maximum value of 73.4 percent.[95] SDC's market capitalization and public float throughout the Class Period further supports the evidence that SDC Stock traded in an efficient market during the Class Period.

### 2) Bid-Ask Spread

74. The bid-ask spread for a security is the difference between the price that a buyer is willing to pay and the price that a seller is willing to accept.[96] Stocks trading at high volumes with multiple market makers tend to have many ready buyers and sellers, such that bid-ask spreads are smaller than those of more thinly traded stocks, which tend to have fewer market participants and larger bid-ask spreads.

75. Certain courts have established threshold values for bid-ask spreads that are deemed to weigh in favor of market efficiency. For instance, the court in *Cheney* found that a bid-ask spread of 2.44 percent weighed in favor of market efficiency.[97]

76. Bloomberg reports that the average bid-ask spread for SDC Stock for each trading day during the Class Period averaged 0.16 percent.[98]

77. SDC's narrow bid-ask spread is consistent with evidence that its shares traded in an efficient market during the Class Period.

### 3) Statistical Properties of Stock Price and Returns

78. Econometric techniques can be used to evaluate market efficiency by assessing whether lagged price returns are predictors of future price returns (*i.e.*, whether price returns are autocorrelated). If share price returns systematically predict returns on the next day, then investors could, in theory, profitably trade on past market data, implying that the market for that stock is not efficient.[99]

---

[93] SDC's historical market capitalization and shares outstanding as reported by Bloomberg and S&P Capital IQ. Market capitalization represents the market value of a company's issued and outstanding stock. "CFA Program Curriculum Level I Volume 5: Equity and Fixed Income, *CFA Institute*, 2019, p. 44.

[94] Based on Bloomberg.

[95] Based on Bloomberg. SDC Class B shares are unlisted and not publicly traded during the Class Period.

[96] "CFA Program Curriculum Level I Volume 5: Equity and Fixed Income, *CFA Institute*, 2019, p. 44.

[97] *Cheney*, 213 F.R.D. at 501.

[98] SDC bid-ask spread percent based on data provided by Bloomberg.

[99] *See*, *e.g.*, John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 22.



79.     I first test for autocorrelation in SDC returns by examining the relationship between each day's share price return and the return on the previous day using regression analysis.  I find no statistically significant relationship at the five-percent level.[100]

80.     When news released into the market affects the stock price unpredictably over time and in a non-systematic manner—that is, when returns respond to new information—the price series is said to have what is known as a "unit root."[101]  The presence of a unit root suggests that historical information does not have a persistent effect on returns.[102]  The Augmented Dickey-Fuller test evaluates the presence of a "unit root" in a time-series.[103]  Performing the Augmented Dickey-Fuller on SDC Stock price during the Class Period indicates that SDC's price series has a unit root, which is consistent with the evidence that SDC's stock traded in an efficient market.[104]

81.     These tests are consistent with the evidence that lagged returns could not be used to predict future returns during the Class Period.[105]

### 4)   Lack of Constraints on Short Selling

82.     I understand that the presence of short sellers is another factor that courts have considered as evidence of market efficiency.[106]  Short sellers increase trading volumes and enhance the ability of a market to adjust for new information (*e.g.*, as a check on share prices).

83.     Substantial constraints on short sellers, all else equal, could reduce market participation and potentially affect market efficiency.  To assess whether short-selling constraints exist, regulatory agencies rely on certain factors, including "fails-to-deliver" in a short transaction.  The SEC requires self-regulating organizations (like the Nasdaq) to maintain lists of "threshold securities" that may have heightened risk of short sale constraints.[107]  A threshold security is one that meets the following criteria:

---

[100]   In regression analysis, the null hypothesis being tested is that the coefficient on the independent variables is zero.  In this case, the coefficient on the independent variable is not statistically significant during the Class Period.  Robert S. Pindyck and Daniel L. Rubinfeld, *Econometric Models and Economic Forecasts* (4th ed. 1998), p. 43.

[101]   "Augmented Dickey-Fuller unit root test," *Stata Time Series Reference Manual* (Release 15, 2017), p. 157.

[102]   *See, e.g.*, John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 30.

[103]   David Dickey and Wayne Fuller, "Distribution of the Estimators for Autoregressive Time Series with a Unit Root," *Journal of the American Statistical Association*, Vol. 74, Issue 366, June 1979, pp. 427-431.

[104]   The Augmented Dickey Fuller test evaluates the presence of a unit root in a time-series.  The null hypothesis being tested is that a unit root exists.  In this case, the test fails to reject the presence of a unit root in SDC's stock price *series* and rejects the presence of a unit root exists in SDC's stock price *returns*.

[105]   In addition, the direct evidence from the event study that SDC responds to new value-relevant information is also evidence that returns are not predictable from historical prices.

[106]   *See, e.g., Schleicher v. Wendt*, 618 F.3d 679, 685 (7th Cir. 2010); *Barclays*, 310 F.R.D., 81 n.77.

[107]   *See, e.g.*, Intercontinental Exchange, NYSE Regulation Threshold Securities, https://www.nyse.com/regulation/threshold-securities; Nasdaq Threshold List, *Nasdaq Trader*, https://www.nasdaqtrader.com/trader.aspx?id=RegSHOThreshold.



a. there is an aggregate fail to deliver position at a registered clearing agency for five consecutive settlement days;[108]

b. there are aggregate fails to deliver at a registered clearing agency of 10,000 shares or more per security;[109] and

c. the level of fails is equal to at least one-half of one percent of the issuer's total shares outstanding.[110]

84. The SEC tracks the total fails-to-deliver shares for each security. While some level of delivery failures is common, the SEC tracks securities with delivery failures exceeding one-half of one percent for more than five consecutive settlement dates.[111] The SEC also notes that securities designated as "threshold securities" tend to have higher fees.[112] High fees can also limit short selling by consuming profits and deterring investors who might otherwise engage in short transactions.

85. As shown in the chart below, SDC was below the threshold established by the SEC during most of the Class Period:

**Chart 2.   SDC Failed-to-Deliver Shares[113]**



86. I found that the SEC has declared SDC to be a threshold security during the Class Period. Out of 126 trading days in the Class Period, SDC's delivery failure rate exceeded one-half of one percent on 22 trading days (or approximately 17.5 percent of the time). SDC was designated a threshold security on 16 trading days (on 7 consecutive days between January 22 and January 30, 2020, and on 9 consecutive days between March 2 and March 12, 2020).[114] This evidence suggests that the majority of days during the

---

[108]   In the context of short selling, fails-to-deliver shares "represent the aggregate net balance of shares that failed to be delivered as of a particular settlement date."   Fails-to-Deliver Data, *SEC*, https://www.sec.gov/data/foiadocsfailsdatahtm; Threshold Securities, *SEC*, https://www.investor.gov/introduction-investing/investing-basics/glossary/threshold-securities.

[109]   Threshold Securities, *SEC*, https://www.investor.gov/introduction-investing/investing-basics/glossary/threshold-securities.

[110]   SEC Rule 203(c)(6).

[111]   SEC Rule 203(c)(6).

[112]   *In the Matter of Gary S. Bell*, SEC Release No. 65941, Dec. 13, 2011 (noting that "threshold securities are hard-to-borrow and therefore command large fees in the stock loan market").

[113]   Fails-to-Deliver Data, *SEC*, https://www.sec.gov/data/foiadocsfailsdatahtm; shares outstanding as reported by Bloomberg.

[114]   Historical Threshold Lists, *Nasdaq*, ftp://ftp.nasdaqtrader.com/SymbolDirectory/regsho/.



Class Period were not subject to short sale constraints.  On balance, this factor partially supports the inference that SDC Stock traded in an efficient market during the Class Period.

## C.    Conclusion

87.    I understand courts have not established a single test to determine whether a security trades in an efficient market; rather, a finding of market efficiency is based on multiple factors.[115]  The following table summarizes my findings for each of the factors I examined:

**Table 1.   Summary of Market Efficiency Findings**

| Factor | Results | Supports EMH |
|---|---|---|
| **Cammer Factors** | | |
| **Stock trading volume** | 38.8 percent average weekly turnover during Class Period | Yes |
| Number of analysts and news outlets following and reporting on stock | At least eight analysts covering SDC during the Class Period; 80 analyst reports and 650 general media reports during the Class Period | Yes |
| Market makers and institutional investors | At least 92 market makers and high proportion of institutional ownership | Yes |
| Eligibility to file an S-3 registration statement | Eligible during the Class Period | Yes |
| Cause-and-effect relationship between events and stock price movements | Statistically significant differences between Release Days and Non-Release Days | Yes |
| **Other Factors** | | |
| Market capitalization and float | $2.0 billion; 54.0 to 73.4 percent of shares publicly floated. | Yes |
| Bid-ask spread | Average spread of 0.16 percent | Yes |
| Statistical properties | No indication of autocorrelation in returns; unit root illustrates no persistence of historical information in returns | Yes |
| Constraints on short selling | Evidence of limited short-sale constraints on select days during the Class Period | Partially |

---

[115]   *Cammer*, 711 F. Supp. at 1287.



88.     Shares that trade in an efficient market do not necessarily have to meet each of the above criteria.  Shares of SDC's common stock, however, met these criteria throughout the Class Period.  In my opinion, SDC's stock traded in an efficient market, which is supported by my analysis of the *Cammer* and other factors.

## VII.  Measuring Damages to Shareholders on a Class-wide Basis

### A.     Under Section 10(b) of the Exchange Act

89.     Under Plaintiffs' liability theory, Defendants' misrepresentations and omissions of material facts caused SDC common stock to trade at artificially inflated prices between September 12, 2019, and March 12, 2020, by inducing artificial inflation in the price of SDC common stock and/or maintaining existing artificial inflation.  It is my understanding that, according to Plaintiffs, individual shareholders were harmed to the extent they experienced losses arising from such artificial inflation.  As the Court explained:

> Plaintiffs allege that Defendants deceived Plaintiffs and the Class through their false and misleading statements, which artificially inflated SDC's stock prices and resulted in economic harm to Plaintiffs and the Class when the truth reached the market and SDC's stock price fell precipitously as the prior artificial inflation came out of the stock price. Plaintiffs support this theory with a series of plausible allegations regarding Plaintiffs and class members suffering losses when the SDC shares they had purchased declined in value following the disclosure of the Registration Statement's misrepresentations and omissions.[116]

90.     I understand that according to the Court, the Sixth Circuit has recognized two methods by which a plaintiff can establish loss causation: (1) through a corrective disclosure; and (2) through the materialization of a concealed risk:

> Under the first method, a corrective disclosure reveals the fraud and the market reacts negatively to the disclosure of [what was concealed by] the fraud." Under the materialization of the risk theory, "a misstatement or omission is the 'proximate cause' of an investment loss if the risk that caused the loss was within the zone of risk concealed by the misrepresentations and omissions alleged by a disappointed investor.[117]

91.     As the Court stated, Plaintiffs' theory is supported by allegations that investors "suffer[ed] losses when the SDC shares they had purchased declined in value following the *disclosure* of the Registration Statement's misrepresentations and omissions."[118]  From an economic perspective, share price inflation under both categories referenced by the Court may be measured by reference to a company's

---

[116]  Memorandum Opinion, pp. 36-37.
[117]  Memorandum Opinion, pp. 35-36.  Internal footnotes omitted.
[118]  Memorandum Opinion, pp. 36-37.  Emphasis added.



share price when a stock trades in a semi-strong form efficient market, as SDC did during the Class Period. For completeness, I discuss the economic approaches and techniques that may be used to measure share price inflation under both categories, which can be applied to estimate inflation in SDC Stock and class-wide damages (subject to statutory limitations) in this matter.[119]

92.    As previously discussed, curative events are events in which previously withheld information was revealed to market participants, or when previously concealed risks materialized, such that artificial price inflation was removed from the share price.  Curative events may be used to measure the extent to which the share price had been inflated by alleged misrepresentations or omissions of information or concealed risks.  Given that SDC's shares traded in a semi-strong form efficient market, the share price reactions to new value-relevant information reflect the effects of such events on the share price.  Therefore, in order to assess the extent to which artificial inflation was removed from SDC's share price when market participants became aware of the information that Defendants allegedly concealed, one can investigate the impact of curative events on SDC's share price using the abnormal returns, if any, following the revelation of the corrective information using an event study approach.

93.    For example, if a curative event involves a disclosure that corrected facts and circumstances about a company that were previously withheld, then one may use an event study to measure the abnormal return following the disclosure to estimate the impact of the corrective information on the company's share price.  If the abnormal return following the curative event is statistically significant, it may be reasonable to conclude that the return was caused by the event in question provided the news became available to the market at the time of (or just prior to) the abnormal movement.  If no other information was released at the same time as the event, then the abnormal return may be used as an estimate of the event's effect on the value of the company's shares.

94.    To the extent there are issues complicating the quantification of artificial inflation at the time of a curative event, such as the release of confounding information (information unrelated to the alleged fraud) that became known at the same time as the curative event and also caused the share price to react, standard financial analysis and valuation tools can be applied to measure inflation and damages in accordance with Plaintiffs' theory of liability.  For instance, practitioners routinely measure the value of expected earnings using income and market approaches, which may be used to quantify the impact of changes in expectations and perceived risk associated with a business or earnings stream.[120]  Such techniques may be used to measure the share price impact of alleged misrepresentations directly or to

---

[119]   The approaches and techniques I discuss herein reflect my opinions from an economic perspective, recognizing that certain terms that I use may also carry legal connotations, on which I express no opinions.

[120]   *See, for instance,* Shannon P. Pratt, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies* (5th ed. 2008), Chapters 3, 9, and 11.  Under the income approach, value today equals future cash flows discounted at the opportunity cost of capital, which reflects the risk associated with those cash flows.  The market approach generally applies a multiple to a measure of future income, such as earnings.



corroborate the observed share price impact of a curative event, as well as to quantify the impact of confounding information that coincided with the curative event.

95. For example, in a case involving shareholder allegations of misrepresentations regarding the financial position and performance of an Australian retailer, Dick Smith Holdings ("DSH"), I computed share price inflation associated with multiple alleged misrepresentations in DSH's IPO prospectus and subsequent announcements of financial results, which affected the company's reported net assets, earnings, and pro forma results. I estimated inflation by reference to the company's share price reaction to multiple curative events (in the form of company earnings releases and other disclosures) over a period of more than 18 months.[121] I also applied standard financial and valuation techniques to remove the impact of confounding information that became known at the same time as the corrective information and, in addition, to directly estimate inflation associated with the alleged misrepresentations.[122]

96. Standard economic and financial techniques can also be used to measure share price inflation in matters involving the materialization of allegedly concealed risks. In a matter involving shareholder claims against Corrections Corporation of America ("CCA"), for instance, Defendants allegedly concealed the risk that the company could lose its private prison contracts with the Federal Bureau of Prisons ("BOP").[123] These allegedly concealed risks materialized through two curative events: first, when the company announced it had lost one of its BOP contracts and, second, when the Deputy Attorney General released a memorandum indicating that the BOP would reduce its use of private prisons.[124] Thus, under plaintiff's theory, market participants would have placed a lower value on CCA's BOP contracts if the company had disclosed the extent of the risks associated with these contracts; however, even if such a disclosure had been made, CCA's share price still would have declined (though by a lesser degree) when the events actually occurred (*i.e.,* when the risk materialized).[125] By applying standard economic and valuation techniques, including event studies and fundamental valuation, I isolated the impact of the allegedly concealed risks from share price declines attributable to the materialization of these risks when they actually occurred in order to estimate inflation in CCA's share price caused by the alleged

---

[121] *Dick Smith Representative Proceedings*, Supreme Court of New South Wales, No. 2018/52431.

[122] My inflation estimates in that matter were based on multiple scenarios involving different counterfactual disclosures that the parties alleged should have been made, such that inflation could be computed for subsets of counterfactual disclosures that the finder-of-fact may determine should have been made as well as inflation associated with the misrepresentations jointly.

[123] *Grae v. Corrections Corporation of America*, U.S. District Court, Middle District of Tennessee, No. 3:16-cv-02267.

[124] I note that the source through which market participants learned that the allegedly concealed risks had materialized was different for each curative event; the first was a company announcement (confirming local news reports of a prison closure) while the second was a memorandum released by the Deputy Attorney General (not an announcement made by the company). Conceptually, this is consistent with the Court's observation that "[c]orrective disclosures can come in a multitude of forms" (Memorandum Opinion, p. 36).

[125] Whether or not it is appropriate to remove some portion of a share price decline following the materialization of a concealed risk can vary based on the specific facts and allegations. For example, if defendants are alleged to have concealed a risk that had already materialized or knowledge that an event viewed by market participants to be a risk would actually occur, then it may be appropriate to estimate inflation by reference to the unadjusted abnormal return corresponding to the revelation that the risk had materialized, assuming there was no other confounding information associated with the abnormal return.



Case 3:19-cv-00962    Document 137-3    Filed 06/05/23    Page 29 of 66 PageID #: 3188

misrepresentations and omissions regarding the extent of the risks associated with CCA's BOP contracts.[126]

97.     Given the share price inflation at the time of the curative events, it is possible to ascertain the share price inflation that existed for each day in the Class Period using widely accepted economic, financial, and valuation tools and techniques.  In some cases, alleged misrepresentations may have caused a company's share price to become inflated at the time allegedly false statements were made.[127]  In other cases, alleged misrepresentations or omissions may have maintained share prices at artificially inflated levels from the beginning of the relevant period or from the time the shares began to trade.  It may be appropriate to adjust inflation estimates during the Class Period to account for the removal of inflation through partial curative events or to reflect allegations that the impact of allegedly concealed information changed.  It also may be appropriate to adjust inflation estimates to account for significant structural changes in the business that could affect the economic impact of allegedly withheld information during the Class Period.  For example:

a.      In the DSH matter, I estimated share price inflation based on a series of assumed counterfactual disclosures during the relevant period, such that inflation estimates changed in connection with the cumulative impact of the allegedly withheld information. Using fundamental valuation techniques, I estimated the impact of each counterfactual disclosure and developed scaling factors that I applied to inflation estimates based on my event study analysis.

b.      In the CCA matter, I estimated share price inflation assuming the trier-of-fact determined that information revealed through the curative events was within the zone of risk concealed through Defendants' alleged fraud.[128]  I applied fundamental valuation analysis to adjust my inflation estimates during the Class Period to account for the partial curative event related to the loss of the first BOP contract, prior to the revelation of

---

[126]  My inflation estimates in that matter allowed for the allegations associated with each curative event to be considered jointly or individually, depending on whether the trier-of-fact found that risks associated with the different facilities had been concealed.

[127]  In such cases, the same approaches used to measure negative share price reactions following curative events may be applied to estimate the extent to which alleged misstatements caused share prices to increase.

[128]  As the Sixth Circuit stated:

"Loss causation is the causal link between the alleged misconduct and the economic harm ultimately suffered by the plaintiff." *Lentell v. Merrill Lynch & Co.*, 396 F.3d 161, 172 (2d Cir. 2005) (internal quotation marks omitted). It partakes of the traditional elements of loss and proximate causation. See *Dura Pharm.*, 544 U.S. at 346, 125 S.Ct. 1627. Any analogy to the common law tort concept, however, would be imperfect because the alleged misstatements do not generally cause a security to drop in value, but rather, the "underlying circumstance that is concealed or misstated." *Lentell*, 396 F.3d at 173. Thus, in the securities fraud context, "a misstatement or omission is the 'proximate cause' of an investment loss if the risk that caused the loss was within the zone of risk concealed by the misrepresentations and omissions alleged by a disappointed investor." *Id.* (emphasis in original). *See, Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corporation*, 830 F.3d 376 (2016), at 384.

Although the CCA matter involved the materialization of an allegedly concealed risk, it may also be appropriate to predicate inflation on a finding that information revealed through curative events is within the zone of risk allegedly concealed in cases involving other types of curative events (*i.e.,* those that do not involve the materialization of a concealed risk) depending on the facts and allegations of the case and subject to any legal limitations as to the application of such an approach.



information about the other facilities at the end of the relevant period.  I also applied a scaling factor to my inflation estimates during the period before CCA converted from a corporation to a real estate investment trust, in order to account for differences in the tax structure between the two types of entities.

98.  The details of my approach in this matter will depend on the record I am asked to consider, which I understand is not complete because discovery remains ongoing.  Regardless, SDC's share price was a function of information about the stock's expected economic benefits and risks throughout the Class Period.  By measuring the impact of allegedly false information (after accounting for the effects, if any, of confounding information) on SDC's share price, one can estimate the extent (if any) to which SDC's share price was inflated due to the alleged misrepresentations and omissions on every day in the Class Period.

99.  Once share price inflation has been estimated for each day of the Class Period, an individual plaintiff's recoverable damages are based on the difference between: (a) share price inflation associated with shares purchased at the time they were purchased; and (b) share price inflation associated with shares sold at the time they were sold after one or more curative events (or zero for shares sold or held after the last curative event once inflation is removed).  Under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), a plaintiff's damages "shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."[129]  Additionally, "if the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period," then "damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security."[130]

100.  The methods and techniques I describe are widely accepted and may be applied to any and all members of the proposed Class in this matter.

## B.  Under Section 20(a) of the Exchange Act

101.  I understand that Section 20(a) of the Exchange Act imposes liability upon a company's "controlling person" for Rule 10b-5 violations:[131]

> Every person who, directly or indirectly, controls any person liable under any provision of this chapter or of any rule or regulation thereunder shall also be liable jointly and severally with

---

[129]  15 U.S.C. § 78u-4.
[130]  15 U.S.C. § 78u-4.
[131]  Memorandum Opinion, p. 12.



Page 28 of 32

and to the same extent as such controlled person to any person to whom such controlled person is liable (including to the Commission in any action brought under paragraph (1) or (3) of section 78u(d) of this title), unless the controlling person acted in good faith and did not directly or indirectly induce the act or acts constituting the violation or cause of action.[132]

102. I understand from counsel that the measure of damages under Section 20(a) would be the same as the damages under Section 10(b) of the Exchange Act, and that this provision addresses liability with respect to the company's controlling person.

**C.   Under Section 11 of the Securities Act**

103. Under Section 11(e) of the Securities Act, I understand that the measure of damages that is applicable in this matter is defined as follows:

> The suit authorized under subsection (a) may be to recover such damages as shall represent the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and (1) the value thereof as of the time such suit was brought, or (2) the price at which such security shall have been disposed of in the market before suit, or (3) the price at which such security shall have been disposed of after suit but before judgment if such damages shall be less than the damages representing the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and the value thereof as of the time such suit was brought.[133]

104. Section 11 sets forth a methodology that can be used to calculate damages for each Class member on a class wide basis. I have been instructed by counsel for the Plaintiffs that the Class includes all purchasers of SDC Stock during the Class Period "pursuant and traceable to the Registration Statement" and includes persons or entities who purchased SDC Stock in the secondary market during the Class Period. The measure of damages for Class members under Section 11 therefore depends on (1) when the shares were purchased or acquired, (2) the price of the shares when they were purchased or acquired, (3) when the shares were sold or disposed of, (4) the price of the shares when they were sold or disposed of, and (5) the value of the shares as of the date of suit (if sold or disposed of after date of suit). The method of calculating Section 11 damages specified above may be applied to any and all members of the proposed Class.

105. I understand that Plaintiffs filed their complaint in the above-captioned action on October 29, 2019 (the "Date of Suit").[134] For shares of SDC Stock purchased and sold prior to the Date of Suit, I understand the measure of damages per share is equal to the difference between (a) the amount paid for

---

[132] 15 U.S.C. § 78t.

[133] 15 U.S.C. § 77k(e). I understand from counsel that the market price of the SDC Stock may be used as the "value" and "price" of the security under Section 11(e) of the Securities Act.

[134] Class Action Complaint for Violations of the Federal Securities Law, filed October 29, 2019. If the court or trier-of-fact determines another date of suit (or any other date) to be more appropriate, the measure of damages set forth under Section 11 of the Securities Act can be computed by reference to such date on a class-wide basis.



the security (not to exceed the offering price of $23.00), and (b) the price at which the shares of SDC Stock were sold.

106.   For shares of SDC Stock purchased and subsequently sold after the Date of Suit, the measure of damages per share is equal to the difference between: (a) the amount paid for the security (not to exceed the offering price of $23.00), and (b) the greater of (i) the value of the shares of SDC Stock as of the Date of Suit, and (ii) the price at which the shares of SDC Stock were sold.  For shares of SDC Stock purchased and retained through judgment, I understand the measure of damages per share is equal to the difference between (a) the amount paid for the security (not to exceed the offering price of $23.00), and (b) the value of the shares of SDC Stock as of the Date of Suit.  This method of calculating Section 11 damages may be applied to any and all members of the proposed Class members for Section 11.

107.   I understand that Section 11 allows Defendants to offset some or all of the computed damages to the extent they can prove that any (or all) portions of such damages can be attributable to factors unrelated to the alleged misstatements and/or omissions:

> Provided, [t]hat if the defendant proves that any portion or all of such damages represents other than the depreciation in value of such security resulting from such part of the registration statement, with respect to which his liability is asserted, not being true or omitting to state a material fact required to be stated therein or necessary to make the statements therein not misleading, such portion of or all such damages shall not be recoverable.[135]

108.   I further understand that any such deductions are Defendants' burden to prove.  I reserve the right to amend my opinion or file a rebuttal report if presented with what Defendants may contend to be evidence of negative causation.

### D.    Under Section 12(a)(2) of the Securities Act

109.   Under Section 12(a)(2) of the Securities Act, I understand that the measure of damages or amount recoverable that is applicable in this matter is calculated as "the consideration paid for such security with interest thereon, less the amount of any income received thereon, upon the tender of such security, or for damages if [the plaintiff] no longer owns the security."[136]

110.   Similar to Section 11, Section 12 of the Securities Act also sets forth a methodology that can be used to calculate damages for each Class member on a class wide basis, which includes all purchasers of SDC Stock during the Class Period "pursuant and traceable to the Registration Statement" and includes members who purchased SDC Stock in the secondary market during the Class Period.  I understand Plaintiffs seek "the right to rescind and recover the consideration paid for their shares, and hereby tender their shares to the defendants sued herein" and for "for damages to the extent permitted by law" for "[c]lass

---

[135]   15 U.S.C. § 77k(e).
[136]   15 U.S.C. § 77l(a)(2).



members who have sold their shares of common stock."[137] If the Class member sold or disposed of the security such that rescission is no longer a remedy, I understand that damages can still be computed based on an equivalent measure consistent with rescission by reference to sale proceeds received at the time of sale or disposition in lieu of tender of the security. This method of calculating Section 12(a)(2) damages may be applied to any and all members of the proposed Class.

111. I understand that Section 12 allows Defendants to offset some or all of the computed damages to the extent they can prove that any (or all) portions of such damages can be attributable to factors unrelated to the alleged misstatements and/or omissions:

> [I]f the person who offered or sold such security proves that any portion or all of the amount recoverable under subsection (a)(2) of this section represents other than the depreciation in value of the subject security resulting from such part of the prospectus or oral communication, with respect to which the liability of that person is asserted, not being true or omitting to state a material fact required to be stated therein or necessary to make the statement not misleading, then such portion or amount, as the case may be, shall not be recoverable.[138]

112. I further understand that any such deductions are Defendants' burden to prove. I reserve the right to amend my opinion or file a rebuttal report if presented with what Defendants may contend to be evidence of negative causation.

### E. Under Section 15 of the Securities Act

113. I understand that Section 15 of the Securities Act provides secondary liability for persons who control others who are liable under Section 11 or 12 of the Securities Act:[139]

> Every person who, by or through stock ownership, agency, or otherwise, or who, pursuant to or in connection with an agreement or understanding with one or more other persons by or through stock ownership, agency, or otherwise, controls any person liable under section 77k or 77l of this title, shall also be liable jointly and severally with and to the same extent as such controlled person to any person to whom such controlled person is liable, unless the controlling person had no knowledge of or reasonable ground to believe in the existence of the facts by reason of which the liability of the controlled person is alleged to exist.[140]

114. I understand from counsel that the measure of damages under Section 15 would be the same as the damages under Section 11 or 12 of the Securities Act, and that this provision addresses secondary liability on controlling person(s).

---

137  Consolidated Complaint, ¶ 82 and Prayer of Relief, (F) and (G).
138  15 U.S.C. § 77l(b).
139  Memorandum Opinion, p. 11.
140  15 U.S.C § 77o(15).



## VIII. Further Work

115. My analysis is ongoing, and I reserve the right to supplement my opinions as additional information is made available to me.

W. Scott Dalrymple, CFA
BVA Group
Partner

Case 3:19-cv-00962   Document 137-3   Filed 06/05/23   Page 35 of 66 PageID #: 3194



**SCOTT DALRYMPLE,** CFA
*Partner*

Scott Dalrymple is an economist specializing in valuation, securities analysis, antitrust, econometrics, statistics, financial markets, and intellectual property.

Mr. Dalrymple has led numerous consulting, commercial litigation, and restructuring engagements on behalf of multinational companies, investors, financial institutions, and government agencies in the U.S., Europe, and Australia. He has testified in federal and state court and has advised clients in areas including:

- Application of economic, valuation, and quantitative methods used in securities analysis, commercial litigation, financial forecasting, and antitrust analyses;

- Construction of event studies, market efficiency analyses, and financial economic models to assess share price artificiality associated with alleged misrepresentations and omissions;

- Quantification of certificate holder damages and civil penalty assessments related to the securitization of residential mortgage-backed assets;

- Estimation of price artificiality arising from alleged manipulations in crude oil futures and options markets through monopolization of cash forward contracts;

- Valuation of interests in complex securities based on collateral level econometric models and simulations;

- Analysis of reasonable royalty and lost profits damages arising from patent infringement claims;

- Development of economic and financial forecast models for purposes of capital restructurings, evaluating investment opportunities, and managing working capital;

- Design of sampling procedures and statistical inferences drawn from samples used in fraud investigations, product evaluations, accounting reviews, and class certification analyses.

Mr. Dalrymple holds a Master of Science in Economics with a concentration in Industrial Organization from the London School of Economics and Political Science and a Bachelor of Business Administration in Finance and Business Honors from the University of Texas at Austin. He has presented to chapters of the American Bar Association, the Licensing Executives Society, and other organizations on topics including commercial damages, quantitative analysis, and macroeconomic trends. Mr. Dalrymple also contributed to the AICPA Practice Aid on Intellectual Property Infringement Damages and has been published in *Law360* and the *Securities Regulation Law Journal*. He is a member of the CFA Society of Dallas-Fort Worth.

Prior to joining BVA, Mr. Dalrymple worked at AlixPartners and was an economist in the London office of a global economics consulting firm. Mr. Dalrymple began his career at PricewaterhouseCoopers and also worked in corporate finance and transaction advisory roles for a publicly traded technology company.

**Direct** *+1.214.619.4960*
**Mobile** *+1.214.842.0078*
**Email** *sdalrymple@bvagroup.com*

**SCOTT DALRYMPLE,** CFA

*Partner*

## TESTIMONY AND PUBLICATIONS

**DEPOSITION:**

*Robert Strougo, Individually and on behalf of All Others Similarly Situated v. Tivity Health, Inc., et al.*
Civil Action No. 3:20-cv-00165
United States District Court, Middle District of Tennessee, Nashville Division

*Lewis Stein, Individually and on Behalf of All Others Similarly Situated v. U.S. Xpress Enterprises, Inc., et al.*
Civil Action No. 1:19-cv-00098
United States District Court, Eastern District of Tennessee, Chattanooga Division

*In re FirstEnergy Corp. Securities Litigation*
Civil Action No. 2:20-cv-03785-ALM-KAJ
United States District Court, Southern District of Ohio, Eastern Division

*Indiana Public Retirement System v. Michael T. Cartwright, et al.*
Civil Action No. 3:19-cv-00407
United States District Court, Middle District of Tennessee, Nashville Division

*St. Clair County Employees' Retirement System, Individually and on Behalf of All Others Similarly Situated v. Acadia Healthcare Company, Inc. et al.*
Civil Action No. 3:18-cv-00988
United States District Court, Middle District of Tennessee, Nashville Division

*Highfields Capital I LP, et al. v. SeaWorld Entertainment, Inc., et al.*
Civil Action No. 3:18-cv-01276
United States District Court, Southern District of California, San Diego

*Farmland Partners Inc., v. Rota Fortunae a/k/a David Quinton Mathews, QKM, L.L.C., et al.*
Civil Action No. 1:18-cv-02351
United States District Court, District of Colorado

*Nikki Bollinger Grae, individually and on Behalf of All Others Similarly Situated, v. Corrections Corporation of America, et al.*
Civil Action No. 3:16-cv-02267
United States District Court, Middle District of Tennessee

*Leaf Trading Cards, LLC v. The Upper Deck Company*
Civil Action No. 3:17-CV-03200-N
United States District Court, Northern District of Texas, Dallas Division

*Samsung Electronics America, Inc., v. All Pro Distributing, Inc., et al.*
Civil Action No. 3:15-CV-04108-D
United States District Court, Northern District of Texas, Dallas Division

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. The Bank of New York Mellon, as Trustee*
Cause No. 14-CV-6502
United States District Court, Southern District of New York

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. HSBC Bank USA, National Association, as Trustee*
Cause No. 14-CV-08175
United States District Court, Southern District of New York

*Avaya Inc., v. Interactive Intelligence, Inc.*
Cause No. 01-16-0004-7193
AAA Commercial Arbitration

CONFIDENTIAL DO NOT DISTRIBUTE WITHOUT CONSENT

---

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. Wells Fargo Bank, N.A., as Trustee*
Cause No. 14-CV-9764
United States District Court, Southern District of New York

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. U.S. Bank National Association, as Trustee*
Cause No. 14-CV-2590
United States District Court, Southern District of New York

*Galt Strategies, LLC v. Critter Control, Inc., Kevin Clark, ABCN Services Corp., et al.*
Cause No. DC-15-05281
162nd Judicial District Court, Dallas County, Texas

*Royal Park Investments SA/NV, Individually and on Behalf of All Others Similarly Situated v. Deutsche Bank National Trust Company, as Trustee*
Cause No. 14-CV-4394
United States District Court, Southern District of New York

*Maxus Healthcare Partners, LLC ("Maxus"), v. Texas RHH, LLC d/b/a Renew Home Health, et al.*
Cause No. 017-275219-14
17th Judicial District Court, Tarrant County, Texas

*GTG Holdings, Inc. v. Amvensys Capital Group, LLC, ACG Telecom, LLC, and Z. Edward Lateef*
Case No. 3:13-cv-03107-M
United States District Court, Northern District of Texas, Dallas Division

*In The Matter of the Marriage of Jessica L. Jones and David E. Jones and in the Interest of David E. Jones, Jr., Jackson H. Jones and William A. Jones, Children*
Case No. D-1-FM-13-001139
250th Judicial District Court, Travis County, Texas

**TRIAL AND HEARING:**

*James JN-Marie, Individually and on behalf of all others similarly situated, v. Spartan Concrete Products, LLC and Heavy Materials, LLC*
Civil Action No. ST-2017-CV-486
Superior Court of the Virgin Islands, Division of St. Thomas & St. John

*Robert Strougo, Individually and on behalf of All Others Similarly Situated v. Tivity Health, Inc., et al.*
Civil Action No. 3:20-cv-00165
United States District Court, Middle District of Tennessee, Nashville Division

*Shirley Jones, Individually and on Behalf of Her IRAs, et al., v. WFG Investments, Inc., WFG Advisors, LP, Wilson H. Williams, and David W. Williams*
Case No. 16-03743
Financial Industry Regulatory Authority

*Smith Walker v. E\*Trade Securities LLC and E\*Trade Clearing LLC*
Case No. 16-03022
Financial Industry Regulatory Authority

*Avaya Inc., v. Interactive Intelligence, Inc.*
Cause No. 01-16-0004-7193
AAA Commercial Arbitration

**CONFIDENTIAL DO NOT DISTRIBUTE WITHOUT CONSENT**

bvagroup® | Valuation. Disputes. Advisory.

## SCOTT DALRYMPLE, CFA

*Partner*

---

*Maxus Healthcare Partners, LLC ("Maxus"), v. Texas RHH, LLC d/b/a Renew Home Health, et al.*
Cause No. 017-275219-14
17th Judicial District Court, Tarrant County, Texas

*Galt Strategies, LLC v. Critter Control, Inc., Kevin Clark, ABCN Services Corp., et al.*
Cause No. DC-15-05281
162nd Judicial District Court, Dallas County, Texas

*Edward Kennard Andrew and Mark L. Hepworth v. Southwest Securities, Inc.*
Case No. 14-02566
Financial Industry Regulatory Authority

*In the Matter of the Marriage of Jessica L. Jones and David E. Jones and in the Interest of David E. Jones, Jr., Jackson H. Jones and William A. Jones, Children*
Case No. D-1-FM-13-001139
250th Judicial District Court, Travis County, Texas

**PRESENTATIONS AND PUBLICATIONS:**

"Odd Lot Illusion: The Lack of Discounts for Non-Agency Residential Mortgage Backed Securities after the Crisis," (with Joseph R. Mason and Jody Bland), *Securities Regulation Law Journal*, Spring 2023.

"The SEC's Modernized Marketing Rule and Performance Measurement Issues for Investment Advisers," (with Jody Bland and Todd Goldwasser), *Securities Regulation Law Journal*, Vol. 49 No. 3, Fall 2021.

"Collateralized Loan Obligations: Overview and Challenges," (with Joseph R. Mason and Jody Bland), *BVA Group*, May 14, 2020.

"COVID-19 Business Interruption Claims: Causation May be Key," (with Robert Manz and Emily Chiu), *BVA Group*, April 24, 2020.

"Financial Supervision and Regulation in the US: Dodd-Frank Reform," (with Joseph R. Mason and Jeffrey D. Balcombe), *European Parliament*, December 2018.

Contributing Author, Hitchner, James R., *Financial Valuation: Applications and Models*, Fourth Edition, April 2017.

*Series N and Super Priority Preferred: The Unintended Consequences of Increasing Complexity in Today's Capital Markets*, Houston Bar Association Securities Litigation and Arbitration Section, April 11, 2017.

Co-Author, "Don't Shoot the Methodology: Use and (Mostly) Misuse of the Nash Bargaining Solution," *Law360*, March 2014.

*Economic Factors That Influence Royalties: Application of Game Theory*, LES Seattle Chapter Presentation, November 14, 2013.

*Bargaining Power in Licensing Negotiations*, LES San Diego Chapter Presentation, March 12, 2013.

*Bargaining Theory in Reasonable Royalty Calculations,* ABA Webinar, December 14, 2012.

Contributing Author, "Calculating Intellectual Property Infringement Damages," AICPA Practice Aid 06-1, 2012.

**AFFILIATIONS:**

The Economic Club of Washington D.C., panelist judge for the Philip M. Dearborn and Vernon E. Jordan fellowships for graduate students pursuing doctoral degrees in the fields of economics, finance, and business, 2014 to 2020.

CFA Institute and CFA Society of Dallas–Fort Worth.

---

CONFIDENTIAL DO NOT DISTRIBUTE WITHOUT CONSENT

bvagroup® | Valuation. Disputes. Advisory.

**SCOTT DALRYMPLE,** CFA

*Partner*

## PARTIAL LIST OF CASES

Mr. Dalrymple has worked on a wide range of cases in a consulting and/or testifying capacity:

**VALUATION AND SECURITIES ANALYSIS**

- Estimated share price inflation arising from the materialization of allegedly concealed risks by a publicly traded operator of private prisons, including adjustments for changes in the company's operations and corporate structure.

- Estimated share price inflation and damages attributable to opt-out investors' allegations that a publicly traded entertainment company concealed and misrepresented the impact of negative media attention on its theme park attendance following a documentary film about its main attractions.

- Provided expert and rebuttal opinions on IPO and secondary market share price inflation and aggregate damages on behalf of a former Australian electronics retail chain, including class-wide damages calculations for thousands of funds, individual investors, and other group members.

- Provided expert testimony on damages and losses on behalf of a broker/dealer arising from a series of private placement investments and offerings.

- Quantified the foregone control value of a publicly traded company due to management's alleged failure to relinquish control of the board of directors following a proxy battle.

- Estimated the values of pre- and post-merger damages claims arising from an opt-out investor's holdings of allegedly inflated shares before and after the announcement and completion of a business combination.

- Quantified the impact of trustees' alleged failures to repurchase loans on behalf of a residential mortgage-backed securitization (RMBS) investor.

- Analyzed performance disclosures and mark-to-market values of fixed income investments in response to the SEC's investigation of a fund advisor.

- Provided expert testimony in support of class certification on behalf of residential mortgage-backed securitization (RMBS) holders.

- Analyzed market efficiency of common shares in support of fairness and solvency opinions related to shares of publicly traded companies in the energy sector.

- Prepared event studies and damages analyses based on various share matching (LIFO, FIFO, offsets) and account consolidation conventions on behalf of security holders evaluating class action opt outs.

- Analyzed trading activity and valuations of restricted and unrestricted shares associated with an alleged pump-and-dump scheme following a reverse merger.

- Provided expert opinions and rebuttal of opposing expert analysis regarding share price inflation damages on behalf of an Australian industrial conglomerate involved in a shareholder class action lawsuit.

- Served as a testifying expert in an arbitration matter involving the liquidation of margin positions.

- Provided economic and statistical analysis of loan collateral characteristics, performance, and alleged misrepresentations associated with residential and commercial mortgage-backed securities on behalf of multinational financial institutions and investors.

- Developed econometric models to establish relationships between crude oil futures and options prices and numerous industrial, financial, and macroeconomic variables in a securities class action lawsuit.

- Provided expert testimony on the valuation of a healthcare services company.

CONFIDENTIAL DO NOT DISTRIBUTE WITHOUT CONSENT

- Served as a consulting expert for government agencies in negotiations of multibillion-dollar civil penalty settlements involving the origination, sale, and securitization of residential mortgages.

- Assessed the value of residual interests in Canadian mortgage-backed securities on behalf of the bankrupt sponsor based on econometric models and Monte Carlo simulations used to predict mortgage cash flows.

- Provided expert opinions regarding the solvency of a debtor subsidiary in the telecom industry facing fraudulent transfer allegations.

- Analyzed the economic merits of civil penalties assessed by the U.S. SEC, related to the sale of restricted stock.

- Assessed the appropriateness of private equity investments related to the investment policy statement of a family limited partnership.

- Evaluated the economic merits of breach of fiduciary duty claims related to options trading strategies in a jointly held investment account.

- Quantified share price inflation damages on behalf of an Australian contracting and development company involved in a shareholder class action lawsuit.

- Evaluated share price inflation allegations against an Australian real estate investment trust and quantified damages based on various share purchase matching conventions and detailed shareholder trading data.

- Investigated quantitative methods used to value structured credit portfolios of a global investment and insurance company.

- Analyzed plaintiff and defendant shareholder damages models related to claims against an Australian commodities company in a shareholder class action lawsuit.

- Advised a major U.S. bank on the write-down of its structured finance portfolio.

- Quantified share price inflation and corresponding damages based on allegations against an Australian gaming corporation in a shareholder class action lawsuit.

- Analyzed the effects of management representations on a U.S. technology firm's share price in a shareholder class action lawsuit.

- Examined the impact of accounting scandal revelations on the share price of a U.S. media firm in a shareholder class action lawsuit.

- Constructed a Monte Carlo simulation to estimate the value of performance-based incentives in the UK media industry.

## ANTITRUST AND REGULATION

- Provided expert testimony on relevant market definitions, market power, and vertical restraints of competition on behalf of a manufacturer in a case involving allegations of market foreclosure.

- Quantified damages on behalf of a plaintiff class alleging overcharges on purchases of accessory items.

- Analyzed the impact of alleged collusive behavior involving two oil and gas exploration companies on mineral lease bonuses and royalties.

- Provided expert opinions in support of class certification in a case involving alleged overcharges of building materials.

- Quantified the impact of price artificiality associated with alleged market manipulations in crude oil futures and options markets.

- Assessed the impact of monopolization claims on prices in the European automobile parts market.

CONFIDENTIAL DO NOT DISTRIBUTE WITHOUT CONSENT

- Evaluated monopolization claims in the market for remanufactured printer cartridges.

- Analyzed the price impact of alleged false advertising claims in the market for fruit juices.

- Assisted a European competition authority in a review of its financial services sector based on event studies used to estimate the effect of firm entry on lending rates.

- Examined the impact of competition policies on the personal banking sector in a national European market based on quantitative analysis of current account activity associated with major banks.

- Analyzed the impact of a UK pharmaceutical firm's alleged predatory pricing behavior on sales of its primary competitor.

- Quantified the impact of regulatory and commercial changes on a portfolio of media and gambling rights in the UK.

- Developed an industrial analysis framework used to evaluate competitive drivers across several manufacturing sectors for purposes of valuing a European manufacturing firm.

## INTELLECTUAL PROPERTY

- Provided testimony rebutting an opposing expert's lost profits calculations arising from claims of intellectual property infringement, trade secret misappropriations, tortious interference, and other allegations.

- Led the analysis of reasonable royalty damages on behalf of more than 150 defendants alleged to infringe a single patent covering widely used website features related to geographic location services.

- Provided expert testimony regarding the economics of contractual royalty calculations on behalf of a U.S. communications company.

- Served as a testifying expert on behalf of a consulting firm seeking damages arising from alleged misappropriations of trade secrets.

- Assessed the merits of trade secret misappropriation claims against a global energy services company.

- Evaluated reasonable royalty claims associated with alleged U.S. patent infringements related to numerous technologies, including:
  - Telephony and cellular network;
  - Network architecture;
  - Hardware and software technology;
  - Digital media;
  - Remote access technologies;
  - Power converter architectures;
  - E-commerce;
  - Garments and apparel;
  - Automotive parts;
  - Food processing;
  - Methods for check payment processing;
  - Geographic location services; and
  - Oil and gas exploration.

**CONFIDENTIAL DO NOT DISTRIBUTE WITHOUT CONSENT**

- Advised patent holders on strategic opportunities and licensing strategy for purposes of monetizing patent portfolios in the network technology and electronic storage industries.

- Computed lost profits, unjust enrichment, and reasonable royalty damages arising from theft of trade secrets claims brought by a specialized provider of electronic components against former employees.

- Assessed damages associated with contingency fee agreements between a law firm and former client arising from the settlement of a patent litigation lawsuit.

- Analyzed lost profits damages arising from patent infringement claims covering a wide range of network, software, and industrial applications.

- Composed a series of intellectual property valuations submitted to European tax authorities on behalf of a global steel manufacturer.

- Assessed the economic merits of injunction claims against a major provider of rail track inspection services.

- Evaluated price erosion claims on behalf of defendants accused of patent infringement in industrial applications.

- Assessed damages arising from trade secret claims involving tens of millions of transactions in the freight industry.

- Evaluated damages arising from trademark infringement claims against companies in the financial services, technology, and automotive industries.

## COMMERCIAL LITIGATION AND INVESTIGATIONS

- Designed sampling procedures and advised on statistical inferences drawn from samples used in fraud investigations, accounting reviews, and class certification analyses.

- Provided expert opinions based on statistical and econometric models used to evaluate employee allegations of discrimination under U.S. Title VII.

- Led the sampling, investigation, and extrapolation of results from transaction data retrieved from various accounting systems for purposes of identifying unreported IT costs in a breach of contract dispute involving a major U.S. hospital network.

- Provided expert opinions on lost wages associated with an alleged wrongful termination of a public services officer.

- Assessed damages associated with contingency fee agreements between a law firm and former client arising from the settlement of a patent litigation lawsuit.

- Constructed a series of econometric and financial models used to evaluate breach of contract claims in the freight and shipping industry based on the analysis of tens of millions of individual shipping records.

- Quantified the effects of a U.S. publicity scandal on Japanese sales of celebrity-sponsored products based on a quantitative analysis of sales data, controlling for numerous macroeconomic factors.

- Analyzed the forgone acquisition value of a UK retailer due to an alleged breach of fiduciary duty.

## TURNAROUND AND RESTRUCTURING

- Advised a debtor on its plan of reorganization based on valuations of competing bids from secured lenders and distressed debt funds involving various combinations of proposed cash infusions, credit bids, and post reorganization capital structures.

- Analyzed the impact of trading activity and related market events on behalf of municipal bond insurers affected by the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

**SCOTT DALRYMPLE,** CFA

*Partner*

- Assisted a regional hospital in preparing for Chapter 11 proceedings.

- Implemented a weekly cash projection process and advised on working capital strategies that enabled a U.S. manufacturer to operate within its asset-based facility.

- Managed the implementation of financial models and weekly cash management processes on behalf of a U.S. metals distributor.

- Developed a series of integrated financial models that enabled a public U.S. technology firm to evaluate restructuring opportunities and secure long-term and short-term funding.

- Implemented a short-term cash management tool and monthly strategic model for a private equity portfolio company.

- Developed cash forecast and liquidation models on behalf of creditors of a U.S. metal fabricator.

- Assisted a U.S. hospital operator in developing financial plans used to secure additional funding.

- Estimated the impact of an audit firm's alleged misrepresentations on the unsecured claims against a U.S. company's bankrupt estate.

- Quantified the value of life insurance and executive benefit claims against a U.S. bankruptcy estate based on various actuarial assumptions.

- Advised on the reliability of a U.S. distributor's financial model and business plan based on a series of financial and statistical tests.

- Negotiated the settlement of numerous employee claims on behalf of a U.S. bankruptcy estate.

- Managed bankruptcy proceedings on behalf of a regional U.S. electronics chain.

**BUSINESS ADVISORY AND CORPORATE FINANCE**

- Designed econometric models to measure revenue impacts of product placements for a global consumer product company.

- Advised a U.S. freight company on the design and implementation of financial and economic forecasting tools.

- Designed sampling procedures to optimize new sporting goods product tests given limited access to college-level athletes.

- Identified demand drivers for an equipment manufacturer based on econometric analyses of distribution channels and inventory levels.

- Developed a comprehensive IT framework that enabled a U.S. manufacturer to project short-term borrowing requirements in a consolidated database/ERP system.

- Designed weekly cash management and monthly financial reporting tools for multiple private equity portfolio companies in the marketing and broadcast industries.

- Managed numerous projects for a public U.S. technology firm, including product pricing and bundling analysis, development of operational metrics, and the redesign of the commission structure.

- Designed and implemented automation tools used in numerous business planning and reporting applications for clients in the retail, shipping, and manufacturing sectors.

- Advised a commercial real estate client on the sale of a major U.S. shopping mall.

**CONFIDENTIAL DO NOT DISTRIBUTE WITHOUT CONSENT**

**Franchi, et al. v. SmileDirectClub, Inc., et al.**
**Appendix B - Information Considered**

**Court Documents:**
(1) Class Action Complaint for Violations of the Federal Securities Law, October 29, 2019
(2) Amended Consolidated Complaint for Violations of the Federal Securities Laws, March 30, 2021
(3) Memorandum Opinion, September 30, 2022

**Analyst Reports:**
(1) Bank of America Merrill Lynch, "SDC and 10x Genomics Conference Call, Straight Teeth and Single Cells for All," October 7, 2019
(2) Bank of America Merrill Lynch, "You Can't Buy Happiness, But This Smile is for Sale," October 7, 2019
(3) Credit Suisse, "Life Science Tools & Diagnostics," October 7, 2019
(4) Credit Suisse, "Setting Things Straight," October 7, 2019
(5) Guggenheim, "Best Idea, Initiating Coverage with a BUY Rating and $24 Price Target," October 7, 2019
(6) Jefferies, "SDC Knows DTC, The Clear Leader in At Home Aligner Therapy," October 7, 2019
(7) JPMorgan, "There's a Lot to Smile About," October 7, 2019
(8) Loop Capital Markets, "We Expect Rapid Share Gains; Initiating with Buy Rating," October 7, 2019
(9) UBS, "Initiating With a Buy," October 7, 2019
(10) William Blair, "A Direct to Consumer Clear Aligner Provider; Time to Join the Club," October 7, 2019
(11) Bank of America Merrill Lynch, "Reminder, SDC and 10x Genomics Conf Call, Straight Teeth and Single Cells for All," October 8, 2019
(12) Guggenheim, "New CA Legislation Elevates Regulatory Uncertainty, Investors Await More Detailed Response from Management," October 14, 2019
(13) UBS, "California AB 1519 Bill Signed Into Law," October 14, 2019
(14) Credit Suisse, "Catching Up with SDC," October 17, 2019
(15) buysellsignals, "SmileDirectClub Sinks 51% in Past Month," October 18, 2019
(16) UBS, "Regulatory Update Post Call with Candid," October 18, 2019
(17) Guggenheim, "Review of the Process Surrounding AB1519 Suggest Unique Issues, Unlikely to Recur in Most Other States," October 23, 2019
(18) JPMorgan, "Getting the Story Straight, Addressing the Outstanding Legal & Legislative Questions," October 28, 2019
(19) S&P Global Compustat, "SmileDirectClub 2019_11_07," November 7, 2019
(20) Credit Suisse, "3Q Volume, Profits Ahead, but Guidance Light," November 12, 2019
(21) Guggenheim, "Impressive 3Q Revenue Beat Overshadowed in After Mkt by Implied Conservative 4Q Guide," November 12, 2019
(22) Jefferies, "Strong 3Q19 Beat + Conservative 4Q19 Guide," November 12, 2019
(23) JPMorgan, "A Beat and Conservative Guide for SDC's First Public Quarter," November 12, 2019
(24) Loop Capital Markets, "First Post IPO Quarter Shows Upside But Light Guidance," November 12, 2019
(25) Bank of America Merrill Lynch, "Results are good enough, but 4Q Guide is Well Short, Expect the Debate to Continue," November 13, 2019
(26) UBS, "3Q Wrap, 4Q Guidance Trajectory Overshadows Solid 3Q Top Line," November 13, 2019
(27) William Blair, "Third Quarter Results Generally Ahead of Expectations, Though Guidance Implies Fourth Quarter Revenues Slightly Below Target," November 13, 2019
(28) buysellsignals, "Q3 2019, SmileDirectClub Loss Declines 4.4%," November 20, 2019
(29) Guggenheim, "Model Update, SDC," November 20, 2019
(30) S&P Global Compustat, "SmileDirectClub 2019_12_05," December 5, 2019
(31) buysellsignals, "SmileDirectClub Plummets 9% in Past Month," December 13, 2019
(32) buysellsignals, "SmileDirectClub Decreases 3% in Past Month," December 17, 2019
(33) JPMorgan, "Model Update," December 20, 2019
(34) GlobalData, "SmileDirectClub LLC," December 23, 2019
(35) buysellsignals, "SmileDirectClub Plunges 10% in Past Month," December 24, 2019
(36) S&P Global Compustat, "SmileDirectClub 2020_01_02," January 2, 2020
(37) buysellsignals, "SmileDirect Club Plummets 10% in Past Month," January 3, 2020
(38) BofA Global Research, "Walmart News Comes With a Big Pop, But What Does it Mean for 2020," January 6, 2020
(39) Craig Hallum, "By Moving Dentists to the Cloud, SDC's Teledentistry Platform Is Giving Patients a Reason to Smile," January 6, 2020
(40) UBS, "WMT Partnership Positive for Brand Awareness," January 6, 2020
(41) Jefferies, "SmileShop Tracker, New Opens in Asia, Partnerships Ramping, and Now Walmart," January 7, 2020
(42) William Blair, "Walmart Partnership Expands SDC Business Model in Two Respects, Lifetime Value and Awareness," January 7, 2020
(43) Credit Suisse, "Life Science Tools and Diagnostics, Company Update," January 8, 2020
(44) Wolfe Research, "Initiate at Underperform, PT $7," January 8, 2020
(45) Credit Suisse, "Short Interest Higher for Life Sciences, Highlighting SDC, ICLR," January 13, 2020
(46) BofA Global Research, "Expanding Beyond DTC to Offer Aligners Via Dentist Offices, Quick Thoughts," January 14, 2020
(47) JPMorgan, "JPMorgan Healthcare Conference," January 14, 2020
(48) JPMorgan, "JP Morgan Healthcare Conference," January 14, 2020
(49) Stephens, "First Look, SDC Announces Business Model Change," January 14, 2020
(50) UBS, "SDC to Offer Clear Aligners Through GP, Ortho Channel in 2020," January 14, 2020
(51) William Blair, "Thoughts on SmileDirectClub's Surprising Decision to Also Sell Clear Aligners Via Dentist and Orthodontist Channel," January 14, 2020
(52) Wolfe Research, "Entry to Ortho Supply Market," January 14, 2020
(53) Jefferies, "Initial Thoughts on SDC's Entry Into Traditional In Office Aligner Channel," January 15, 2020
(54) Loop Capital Markets, "Raising PT on Wholesale Opportunity," January 17, 2020
(55) Wolfe Research, "Consumer Survey Details, What 264 People Think," January 17, 2020
(56) Jefferies, "Field Check, Walmart Visits Show Early Progress With New Product Roll Outs," January 21, 2020
(57) Guggenheim, "4Q Preview, Proprietary Analysis Offers Puts and Takes, LT Opportunity Remains Robust," January 28, 2020
(58) S3 Partners, "January Short Squeeze Candidates," January 29, 2020

(59) UBS, "TeleDentistry Legislative Update, New CA Bill Proposed," January 30, 2020
(60) S&P Global Compustat, "SmileDirectClub 2020_02_06," February 6, 2020
(61) UBS, "Candid Co Raise Price on Its Aligner," February 10, 2020
(62) Jefferies, "Tools, Dx, Dental, Short Report, CDNA, QTNT, SDC," February 12, 2020
(63) buysellsignals, "SmileDirectClub Advances 10% in Past Month," February 14, 2020
(64) Credit Suisse, "QTD Dental Trends Mixed Heading Into XRAY, HSIC, PDCO, SDC Reports," February 18, 2020
(65) Stephens, "First Look, A Legal Win for SDC," February 18, 2020
(66) William Blair, "Our Thoughts on Recent Negative Media Coverage, Previewing Fourth Quarter Expectations," February 18, 2020
(67) Credit Suisse, "4Q Volume, Profits Miss, Initial 2020 Guidance Shortfall, Cutting Estimates, TP," February 25, 2020
(68) Guggenheim, "Disappointing 4Q Guide, But Valuation Has to Matter Eventually," February 25, 2020
(69) Loop Capital Markets, "Profitability Pushed Out by a Year in Our Model," February 25, 2020
(70) UBS, "4Q19 First Take, Growth Algorithm Shifts, Cash Burn Increases, Rating and PT Under Review," February 25, 2020
(71) BofA Global Research, "Not What the Doctor Ordered, Growth Rate Drops as SDC Scales Back Investment," February 26, 2020
(72) Craig Hallum, "SDC Chooses Quality Over Growth, Creating a Pivot We Were Not Expecting," February 26, 2020
(73) Jefferies, "Downgrade to Hold, Moving to Sidelines as Conviction in Prior Thesis Wanes," February 26, 2020
(74) JPMorgan, "Disappointing 4Q and 2020 Guide, Lowering PT to $16," February 26, 2020
(75) William Blair, "Fourth Quarter Analysis, Significantly Lowering Estimates and Outlook Following Soft Quarter and Guidance," February 26, 2020
(76) Wolfe Research, "4Q EBITDA Miss, Long Range Outlook 15 to 20% Below," February 26, 2020
(77) GlobalData, "SmileDirectClub LLC," February 27, 2020
(78) Guggenheim, "Model Update, HMSY, SDC," February 28, 2020
(79) UBS, "4Q19 Wrap, Downgrading to Neutral on Execution Concerns," March 2, 2020
(80) S&P Global Compustat, "SmileDirectClub 2020_03_05," March 5, 2020

**Media**
(1) "Money & Markets Digest," Associated Press Newswires, September 11, 2019
(2) "SmileDirectClub Announces Pricing of Initial Public Offering of Class A Common Stock," Contify Retail News, September 11, 2019
(3) "Calendar of Equity Issues Expected to Price This Week," Dow Jones Newswires, September 11, 2019
(4) "SmileDirect Club Announces Pricing of Initial Public Offering of Class A Common Stock," Dow Jones Newswires, September 11, 2019
(5) "SmileDirectClub IPO Prices Above Range at $23 a Share," Dow Jones Newswires, September 11, 2019
(6) "SmileDirectClub Shares Expected to Begin Trading on Nasdaq Global Select Market Under the Symbol SDC on Sept 12," Dow Jones Newswires, September 11, 2019
(7) "SmileDirectClub to Price IPO at $23 Per Share, Source Says," Dow Jones Newswires, September 11, 2019
(8) "SmileDirectClub Gets Chilly Reception in Latest Billionaire Minting IPO," Forbes, September 11, 2019
(9) "SmileDirectClub Notches $9 Billion Valuation in Latest Billionaire Minting IPO," Forbes, September 11, 2019
(10) "SmileDirectClub Announces Pricing of Initial Public Offering of Class A Common Stock," PR Newswire, September 11, 2019
(11) "SmileDirectClub Prices IPO at $23 Per Share, Above Target," Reuters, September 11, 2019
(12) "SmileDirectClub Prices IPO at $23 Per Share," Reuters, September 11, 2019
(13) "SmileDirectClub Prices IPO at $23 Share, Valuing Co at $8.9 bln," Reuters, September 11, 2019
(14) "SmileDirectClub 58.54M Share IPO Priced at $23...," TheFlyOnTheWall, September 11, 2019
(15) "SmileDirectClub's IPO Draws Cheers From Teledentistry Rivals; Venture Investors Have Backed Several Startups In the Sector...," WSJ Pro Venture Capital, September 11, 2019
(16) "Markets at a Glance," Associated Press Newswires, September 12, 2019
(17) "SmileDirectClub Opens 10% Below IPO Price," Barron's, September 12, 2019
(18) "SmileDirectClub Will Begin Trading Today at $23, Above the IPO Range It Had Set," Barron's, September 12, 2019
(19) "SmileDirectClub Execs Focused on Long Term Growth, Not Big First Day Drop," Benzinga, September 12, 2019
(20) "SmileDirectClub Opens Below IPO Price," Benzinga, September 12, 2019
(21) "Teeth Straightening Startup SmileDirect Club Tumbled in Its Stock Market Debut," Business Insider, September 12, 2019
(22) "Teeth Straightening Startup SmileDirectClub Just Tumbled in Its Stock Market Debut," Business Insider, September 12, 2019
(23) "Glancy Prongay & Murray LLP Announces Investigation on Behalf of SmileDirectClub Investors," Business Wire, September 12, 2019
(24) "INVESTOR ALERT; Law Offices of Howard G. Smith Announces Investigation on Behalf of SmileDirectClub Investors," Business Wire, September 12, 2019
(25) "SmileDirectClub Stock Falls 18% Below IPO Price," CNN, September 12, 2019
(26) "DJ NASD Most Active Issues," Dow Jones Newswires, September 12, 2019
(27) "NASD Most Active Issues," Dow Jones Newswires, September 12, 2019
(28) "SmileDirectClub Plunges 28% on First Day of Trading," Dow Jones Newswires, September 12, 2019
(29) "SmileDirectClub Prices IPO at $23 a Share for Valuation of $10 Billion," Dow Jones Newswires, September 12, 2019
(30) "SmileDirectClub Shares Fall 11% After IPO Prices Above Range," Dow Jones Newswires, September 12, 2019
(31) "SmileDirectClub Slides 15% in Trading Debut," Dow Jones Newswires, September 12, 2019
(32) "SmileDirectClub's Stock Opens With a Thud," Dow Jones Newswires, September 12, 2019
(33) "SmileDirectClub to Ring the Nasdaq Stock Market Opening Bell," GlobeNewswire, September 12, 2019
(34) "SmileDirectClub Stock Slides After IPO," Investing, September 12, 2019
(35) "Dow Jones Rally Led by Financials; Is Goldman Sachs Ready to Break Out," Investor's Business Daily, September 12, 2019
(36) "SmileDirectClub Went Public; 5 Things to Know about the Teeth Straightening Startup...," MarketWatch, September 12, 2019
(37) "NBA Star Helps SmileDirectClub Ring Opening Bell, But Share Price Deflates," Nashville Business Journal, September 12, 2019
(38) "SmileDirect IPO Prices Above Range; Five Year Old Company Set to Start Trading Today," Nashville Post, September 12, 2019
(39) "SmileDirect Stumbles Out of the Gate; Stock Off More than 20% From Above Range IPO Price," Nashville Post, September 12, 2019
(40) "Investors Frown as SmileDirectClub IPO Flops, Stock Closes Down 27.5%," Reuters, September 12, 2019
(41) "SmileDirectClub Falls 11% in US Market Debut," Reuters, September 12, 2019

(42) "SmileDirectClub Shares Open 10.7% Below IPO Price in Debut," Reuters, September 12, 2019
(43) "SmileDirectClub Founder Says IPO Pricing Not Going to Dictate Company...," TheFlyOnTheWall, September 12, 2019
(44) "SmileDirectClub Indicated to Open at $20.75, IPO Priced at $23," TheFlyOnTheWall, September 12, 2019
(45) "SmileDirectClub Indicated to Open at $21.50, IPO Priced at $23," TheFlyOnTheWall, September 12, 2019
(46) "SmileDirectClub Indicated to open at $22, IPO Priced at $23," TheFlyOnTheWall, September 12, 2019
(47) "SmileDirectClub Indicated to Open at $23, IPO Priced at...," TheFlyOnTheWall, September 12, 2019
(48) "SmileDirectClub Opens at $20.55, IPO Priced at $23 Per Share," TheFlyOnTheWall, September 12, 2019
(49) "Summit Backs French Software Co; Indigena Capital's Blood Tribe Bet," WSJ Pro Private Equity, September 12, 2019
(50) "Plant Based Food Strategies Evolve; SmileDirectClub IPO; California Gig Economy Passes," WSJ Pro Venture Capital, September 12, 2019
(51) "Global Brands Trust Smartling to Manage Localization at Scale," Arab Finance, September 13, 2019
(52) "SmileDirectClub Shares Expected to Commence Trading on Nasdaq; AP Planner; Future News Item," Associated Press, September 13, 2019
(53) "SmileDirectClub Stock's First Day Was the Biggest Flop in Decades," Barron's, September 13, 2019
(54) "Dispensed; A Digital Health IPO Bust, Walmart's Push Into Healthcare, and an MIT Project That Didn't Live Up to the Hype," Business Insider, September 13, 2019
(55) "The Schall Law Firm Announces It Is Investigating Claims Against SmileDirectClub...," Business Wire, September 13, 2019
(56) "The IPO Market is Heating Up But Investors Are Shunning Unprofitable Companies," CNN Wire, September 13, 2019
(57) "Cloudflare's Stock Surges at Open, With First Trade 20% Above IPO Price," Dow Jones Newswires, September 13, 2019
(58) "NASD Most Active Issues," Dow Jones Newswires, September 13, 2019
(59) "Broadcom, Merck Fall in Premarket, Amazon Rises," Investing, September 13, 2019
(60) "SmileDirectClub Shares Expected to Commence Trading on Nasdaq...," Kantar Media, September 13, 2019
(61) "Weekly Summary Corporate Dividends, Name Changes, New Listings," The Canadian Press, September 13, 2019
(62) "SmileDirectClub Left Frowning After Debut," The Daily Telegraph, September 13, 2019
(63) "Nashville Firm's Stock Slides After Hyped IPO; SmileDirectClub Is Now Listed on Nasdaq Market," The Tennessean, September 13, 2019
(64) "Legalist Raises $100 Million; TPG in $1.2 Billion Asia Hospital Deal; SmileDirectClub Sinks; Blackstone's Ch 11 Stearns Bid Wins...," WSJ Pro Private Equity, September 13, 2019
(65) "Meditation Apps Draw Venture Interest; WeWork Opts for Nasdaq, Plans Governance Changes; Verizon Ventures Prepares for 5G," WSJ Pro Venture Capital, September 13, 2019
(66) "SmileDirectClub Owns Trademark for SMILEPM," Australian Government News, September 14, 2019
(67) "Dental IPO Creates Pair of 30 Year Old Billionaires," National Post, September 14, 2019
(68) "Cramer Talks Thursday's SmileDirectClub IPO, Gives Buying Advice," Benzinga, September 16, 2019
(69) "Eric Krull on SmileDirectClub IPO; They Don't Make Money," Benzinga, September 16, 2019
(70) "Detroit Digits," Crain's Detroit Business, September 16, 2019
(71) "SmileDirectClub's $1 Billion+ IPO Starts With a Thud," Crain's Detroit Business, September 16, 2019
(72) "Smile, You're Worth a Billion," i, September 16, 2019
(73) "Incisor Trading; Draymond Green Scores Investment Win, Aims To Be a Billionaire," San Francisco Chronicle, September 16, 2019
(74) "Pomerantz Law Firm Investigates Claims on Behalf of Investors of SmileDirectClub," GlobeNewswire, September 17, 2019
(75) "The Schall Law Firm Announces It Is Investigating Claims Against SmileDirectClub...," GlobeNewswire, September 18, 2019
(76) "SmileDirectClub Prices IPO of Class A Common Stock," M2 Banking & Credit News, September 18, 2019
(77) "SmileDirectClub Files Registration Statement With SEC for Proposed Initial Public Offering," Mergers & Acquisitions Week, September 18, 2019
(78) "SmileDirectClub; Consumer Sentiment Is On Our Side Despite Rough IPO Debut," USA Today, September 18, 2019
(79) "Robbins Arroyo LLP Is Investigating SmileDirectClub," Business Wire, September 19, 2019
(80) "Rosen, a Leading Law Firm, Announces Investigation of Securities Claims Against SmileDirectClub," GlobeNewswire, September 19, 2019
(81) "Braces Alternative Smiles Through IPO," USA Today, September 19, 2019
(82) "Meet Goldman Sachs' Top Quant, Bankers in Portland, Alt Data May Not Be a Gold Mine," Business Insider, September 21, 2019
(83) "SmileDirectClub; Patent Issued for Technologies For Merging Three Dimensional Models of Dental Impressions," Journal of Engineering, September 23, 2019
(84) "SmileDirect Investigation by Former Louisiana Attorney General; Kahn Swick & Foti, LLC Following Suit by Doctors & Consumers," Business Wire, September 25, 2019
(85) "Doctors, Consumer File Class Action Against SmileDirectClub; Downtown Based Orthodontics Venture Went Public Earlier This Month," Nashville Post, September 25, 2019
(86) "Peloton Raises $1.2 Billion After IPO Prices at Top of Range," Reuters, September 25, 2019
(87) "CD&R Agrees to Buy Socotec Stake at $2 Billion Valuation; Investment in French Construction Services Company...," WSJ Pro Private Equity, September 25, 2019
(88) "The Schall Law Firm Announces It Is Investigation Claims Against SmileDirectClub, Inc...," African Manager, September 26, 2019
(89) "Peloton Slides in First day of Trading, Marking 3rd Worst Mega IPO Debut Since Financial Crisis," Business Insider, September 26, 2019
(90) "Peloton Wipes Out More than $900 Million of Investor Wealth In Its First Day of Public Trading," Business Insider, September 26, 2019
(91) "Peloton Plunges in Another Tough Unicorn Debut," CFO, September 26, 2019
(92) "SmileDirectClub Faces Lawsuit Filed by Orthodontists, Consumer," Louisville Business First Online, September 26, 2019
(93) "CORRECTED Media and Events Company Endeavor Downsizes IPO Amid Market Pushback," Reuters, September 26, 2019
(94) "Fitness Startup Peloton's Shares Fall 7% in Market Debut," Reuters, September 26, 2019
(95) "UPDATE 2 Talent Agency Endeavor Abandons IPO Amid Weak Investor Demand," Reuters, September 26, 2019
(96) "New IPO Blows for Wall Street," The Australian, September 26, 2019
(97) "Ademi & O'Reilly, LLP Investigates Possible Securities Fraud of SmileDirectClub, Inc," Dow Jones Institutional News, September 27, 2019
(98) "Talent Agency Endeavor Abandons IPO; source; Last Minute," National Post, September 27, 2019

(99) "Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $50,000 Investing in SmileDirectClub, Inc to Contact the Firm," Newsfile, September 27, 2019

(100) "Ademi & O'Reilly, LLP Investigates Possible Securities Fraud of SmileDirectClub, Inc," PR Newswire, September 27, 2019

(101) "IPO Market Takes Hit as Endeavor Retreats," The Wall Street Journal, September 27, 2019

(102) "Debacle of Startups on Wall Street; Peloton, the Last to Fall After Its Debut," CE NoticiasFinancieras, September 28, 2019

(103) "Orthodontists, Customer Target SmileDirectClub; Nashville Company Hit With Lawsuit," The Commercial Appeal, September 28, 2019

(104) "Pelton, Endeavor Duds Give IPO Bankers Another Black Eye," Vancouver Sun, September 28, 2019

(105) "Orthodontists, Customer Hit SmileDirectClub With Lawsuit," The Jackson Sun, September 29, 2019

(106) "Don't Brace Yourself," The Sunday Mirror, September 29, 2019

(107) "As Investors Bet on Money Losing Start Ups, 2019 Shapes Up As Year of Fad IPO," The Washington Post, September 29, 2019

(108) "AB InBev's Asia Business Jumps More Than 4$ in First Day of Hong Kong Trading," CNN, September 30, 2019

(109) "Median 2019 IPO Underperforming by Historic Margin," Dow Jones Institutional News, September 30, 2019

(110) "Median 2019 IPO Underperforming by Historic Margin," Dow Jones NewsWires, September 30, 2019

(111) "Rosen, a Globally Recognized Law Firm, Announces Investigation of Securities Claims Against SmileDirectClub...," GlobeNewswire, September 30, 2019

(112) "SmileDirectClub to Report Third Quarter 2019 Financial Results on November 12, 2019," Dow Jones Institutional News, October 1, 2019

(113) "SmileDirectClub to Report Third Quarter 2019 Financial Results on November 12, 2019," GlobeNewswire, October 1, 2019

(114) "Align Technology Product Superior Relative to Competition, Says Piper...," TheFlyOnTheWall, October 1, 2019

(115) "Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of SmileDirectClub, Inc Investors," Business Wire, October 2, 2019

(116) "Airbnb Could Save the IPO Market in 2020," CNN Wire, October 2, 2019

(117) "Kaskela Law LLC Announces Investigation of SmileDirectClub, Inc on Behalf of Investors," GlobeNewswire, October 3, 2019

(118) "Kehoe Law Firm, PC Investigating Claims on Behalf of SmileDirectClub, Inc Investors, Class Action Filed Against SmileDirectClub," GlobeNewswire, October 3, 2019

(119) "Lawsuit for Investors in SmileDirectClub Shares Announced by Shareholders Foundation," GlobeNewswire, October 3, 2019

(120) "Dick Costolo Settles Into His Latest Role as a Venture Capitalist; the Former Twitter Chief Discusses the Differences Between...," WSJ Pro Venture Capital, October 3, 2019

(121) "Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $100,000 Investing in SmileDirectClub, Inc to Contact the Firm," Al Riyadh, October 4, 2019

(122) "Moving Fast and Breaking Things in Peoples' Mouths; A Research Firm Said SmileDirectClub Has 85% Downside Just Weeks After It Notched...," Business Insider, October 4, 2019

(123) "Kahn Swick & Foti, LLC Reminds Investors With Losses in Excess of $100,000 of Lead Plaintiff Deadline in Class Action Lawsuit Against...," Business Wire, October 4, 2019

(124) "Law Offices of Howard G. Smith Announces the Filing of a Securities Class Action on Behalf of SmileDirectClub, Inc Investors," Business Wire, October 4, 2019

(125) "Hagens Berman Notifies Investors in SmileDirectClub of Securities Lawsuit and Pertinent Matters," Dow Jones Institutional News, October 4, 2019

(126) "Kaplan Fox Investigates SmileDirectClub, Inc," Dow Jones Institutional News, October 4, 2019

(127) "Securities Class Action Has Been Filed Against SmileDirectClub, Inc; Block & Leviton LLP Encourages Shareholders to Contact the Firm," GlobeNewswire, October 4, 2019

(128) "SmileDirectClub Says Lawsuit is Using Legal System to Promote Falsehoods," Nashville Business Journal, October 4, 2019

(129) "SmileDirectClub Issues Statement on Organized Dentistry's Anti Competitive Legal Actions," PR Newswire, October 4, 2019

(130) "SmileDirectClub Issues Statement on Recent Legal Actions," Reuters, October 4, 2019

(131) "SmileDirectClub, Up After Co Denies Short Seller's Accusations," Reuters, October 4, 2019

(132) "Hindenburg Research Issues Short Report on SmileDirectClub, sees 85%...," TheFlyOnTheWall, October 4, 2019

(133) "SmileDirectClub Denies Allegations Made in Class Action Lawsuit," TheFlyOnTheWall, October 4, 2019

(134) "SmileDirectClub Says No Factual Basis to Allegations Following Media...," TheFlyOnTheWall, October 4, 2019

(135) "Instagram Influencers Under Scrutiny for Teeth Straightener Push," WA Today, October 4, 2019

(136) "Venture Backed IPOs Hit Fundraising Record; Money Raised in Large Listings by Uber and Others This Year Breaks Record Set During...," WSJ Pro Venture Capital, October 4, 2019

(137) "Rosen, a Leading Law Firm, Announces Filing of Securities Class Action Lawsuit Against SmileDirectClub Inc...," Dow Jones Institutional News, October 5, 2019

(138) "Dentists Say Social Media Ads Break Law; Instagram Stars Targeted," The Sydney Morning Herald, October 5, 2019

(139) "Sola Salon Studios Hosts Open House," The Biltmore Beacon, October 6, 2019

(140) "Former Nasdaq CEO On IPO Debacle; Companies Need to Show Path to Profitability," Benzinga, October 7, 2019

(141) "Meaningful First Mover Advantage; SmileDirectClub Analysts Sound Optimistic Note After Rough First Month," Benzinga, October 7, 2019

(142) "SmileDirectClub, Lawsuit Is Using Legal System to Promote Falsehoods," Boston Business Journal, October 7, 2019

(143) "SmileDirectClub Whiplashes After a Slew of Wall Street Analysts Unanimously Rate Its Shares a Buy," Business Insider, October 7, 2019

(144) "SmileDirectClub Kicks Off Second Annual Gift of Grin Contest," Contify Retail News, October 7, 2019

(145) "Berger Montague Investigates Class Action Claims Against SmileDirectClub, Inc," Dow Jones Institutional News, October 7, 2019

(146) "JPMorgan, Stifel Rate SmileDirectClub a Buy Just Days After Short Seller Slams Company," Dow Jones Institutional News, October 7, 2019

(147) "SmileDirectClub Initiated at Buy by Loop Capital," Dow Jones Institutional News, October 7, 2019

(148) "SmileDirectClub Initiated at Outperform by Credit Suisse," Dow Jones Institutional News, October 7, 2019

(149) "SmileDirectClub Initiated at Outperform by William Blair," Dow Jones Institutional News, October 7, 2019

(150) "SmileDirectClub Initiated at Overweight by JP Morgan," Dow Jones Institutional News, October 7, 2019

(151) "Statement From SmileDirectClub on Analyst Initiations," Dow Jones Institutional News, October 7, 2019

(152) "SmileDirectClub Initiated at Buy by Loop Capital," Dow Jones Newswires, October 7, 2019

(153) "SmileDirectClub Initiated at Buy by Stifel," Dow Jones Newswires, October 7, 2019

(154) "SmileDirectClub Initiated at Outperform by Credit Suisse," Dow Jones Newswires, October 7, 2019

(155) "SmileDirectClub Initiated at Overweight by JP Morgan," Dow Jones Newswires, October 7, 2019

(156) "SmileDirectClub Initiated at Buy by Citi," Down Jones Newswires, October 7, 2019

(157) "Kaplan Fox Investigates SmileDirectClub, Inc," iCrowdNewswire, October 7, 2019

(158) "SmileDirectClub Stock Falls Then Recovers After Scathing Report From Short Seller...," MarketWatch, October 7, 2019

(159) "Short Seller Frowns at SmileDirect Model, Prospects; Analysts Says Stock Should Fall 70%+, Company Defends Place in Market," Nashville Post, October 7, 2019

(160) "Berger Montague Investigates Class Action Claims Against SmileDirectClub, Inc," PR Newswire, October 7, 2019

(161) "SmileDirectClub Kicks Off Second Annual Gift of Grin Contest," PR Newswire, October 7, 2019

(162) "Statement from SmileDirectClub on Analyst Initiations," PR Newswire, October 7, 2019

(163) "Brokerages Bullish on SmileDirectClub Even As Its Stock Underwhelms," Reuters, October 7, 2019

(164) "SmileDirectClub Tumbles After IPO Banks Give Thumbs Up," Reuters, October 7, 2019

(165) "Align Technology Shares Oversold at Current Levels, Says Stifel...," TheFlyOnTheWall, October 7, 2019

(166) "SmileDirectClub Initiated With a Buy at BofA, MerrillBofA, Merrill...," TheFlyOnTheWall, October 7, 2019

(167) "SmileDirectClub Initiated With a Buy at Loop Capital...," TheFlyOnTheWall, October 7, 2019

(168) "SmileDirectClub Initiated With a Buy Rating at Citi Analyst...," TheFlyOnTheWall, October 7, 2019

(169) "SmileDirectClub Initiated With a Buy Rating at Guggenheim...," TheFlyOnTheWall, October 7, 2019

(170) "SmileDirectClub Initiated With a Buy Rating at Jefferies...," TheFlyOnTheWall, October 7, 2019

(171) "SmileDirectClub Initiated With a Buy Rating at Stifel analyst...," TheFlyOnTheWall, October 7, 2019

(172) "SmileDirectClub Initiated With an Outperform at Credit Suisse...," TheFlyOnTheWall, October 7, 2019

(173) "SmileDirectClub Initiated With an Outperform Rating at William...," TheFlyOnTheWall, October 7, 2019

(174) "SmileDirectClub Initiated With an Overweight Rating at...," TheFlyOnTheWall, October 7, 2019

(175) "The Next 12, 24, 36 Months and Beyond; Our Entrance Into the Public Market...," TheFlyOnTheWall, October 7, 2019

(176) "Top Five Analyst Initiations Catch Up On Today's Top Five...," TheFlyOnTheWall, October 7, 2019

(177) "William Blair Calls SmileDirectClub Next Big Growth Story in Dental," TheFlyOnTheWall, October 7, 2019

(178) "SmileDirectClub Pledges 850 Manufacturing Jobs to Kyle," Austin Business Journal, October 8, 2019

(179) "Lifshitz & Miller LLP Announces Investigation of Aflac Inc, BeiGene, Ltd, Meredith Corporation, New Relic, Inc, Ollie's...," Dow Jones Institutional News, October 8, 2019

(180) "SmileDirectClub to Hire Nearly 1,000 Workers in Texas," Nashville Business Journal, October 8, 2019

(181) "SmileDirect Seals Texas Expansion Deal; State, Local Authorities Kicking in Incentives for 850 Jobs," Nashville Post, October 8, 2019

(182) "Lifshitz & Miller LLP Announces Investigation of Aflac Inc, BeiGene, Ltd, Meredith Corporation, New Relic, Inc, Ollie's Bargain Outlet...," PR Newswire, October 8, 2019

(183) "Wall Street Gives SmileDirectClub a Fat Lip," Reuters, October 8, 2019

(184) "Gov Abbott Announces SmileDirectClub's Access Dental Lab Manufacturing Facility in Kyle," US Fed News, October 8, 2019

(185) "Claimsfiler Reminds CVET, MO, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," African Manager, October 9, 2019

(186) "Hagens Berman Reminds Investors in SmileDirectClub of Securities Lawsuit and Pertinent Matters," Agence Marocaine De Presse, October 9, 2019

(187) "Wolf Haldenstein Adler Freeman & Herz LLP Announces That a Securities Class Action Lawsuit Has Been Filed in the United States District for...," Al Riyadh, October 9, 2019

(188) "SmileDirectClub Stock Is Slumping But Analysts Love It," Barron's, October 9, 2019

(189) "SmileDirectClub Announces Expansion Into New Zealand to Increase Access to Affordable and Convenient Teeth Straightening Solutions," Contify Retail News, October 9, 2019

(190) "Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $100,000 Investing in SmileDirectClub, Inc to Contact the Firm," Newsfile, October 9, 2019

(191) "SmileDirectClub to Bring 850 Jobs to Kyle," Hays Free Press, October 9, 2019

(192) "Just One Day After a Short Seller Slammed SmileDirectClub, All 10 Banks on Its IPO Rate It a Buy...," MarketWatch, October 9, 2019

(193) "Rosen, a Top Ranked Law Firm, Reminds SmileDirectClub Inc Investors of Important Deadline in Securities Class Action," PR Newswire, October 9, 2019

(194) "SmileDirectClub Announces Expansion Into New Zealand to Increase Access to Affordable and Convenient Teeth Straightening Solutions," Reuters, October 9, 2019

(195) "High Tech Dental Lab Coming to Kyle; SmileDirectClub to Bring 850 New Jobs to Area, Extended $2.2 Million Texas Enterprises Grant," San Marcos Daily Record, October 9, 2019

(196) "SmileDirectClub Announces Expansion Into New Zealand," TheFlyOnTheWall, October 9, 2019

(197) "NASD Most Active Issues," Dow Jones Newswires, October 10, 2019

(198) "Germany's BioNTech Raises $150 mln in Smaller Than Planned US IPO Amid Market Volatility," Postmedia Breaking News, October 10, 2019

(199) "Claimsfiler Reminds MO, MTCH, RUHN, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, October 11, 2019

(200) "Glancy Prongay & Murray LLP Files Securities Class Action on Behalf of SmileDirectClub, Inc Investors," Marketing Weekly News, October 11, 2019

(201) "Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $100,000 Investing in SmileDirectClub, Inc to Contact the Firm," Newsfile, October 11, 2019

(202) "Bronstein, Gerwirtz & Grossman, LLC Notifies Investors of Class Action and Lead Deadline, December 2, 2019," African Manager, October 12, 2019

(203) "DIY Dentistry Something to Sink Your Teeth Into," The Press, October 12, 2019

(204) "Top Local Business Stories of the Week," Austin American Statesman, October 13, 2019

(205) "Rosen, a Globally Recognized Law Firm, Reminds SmileDirectClub Inc Investors of Important Deadline in Securities Class Action...," Business Wire, October 14, 2019

(206) "The Law Offices of Howard G. Smith Reminds Investors of Looming Deadline in the Class Action Lawsuit Against SmileDirectClub," Business Wire, October 14, 2019
(207) "SmileDirectClub Shares Hit Low After California Bill," Dow Jones Institutional News, October 14, 2019
(208) "SmileDirectClub Statement on California Assembly Bill 1519," Dow Jones Institutional News, October 14, 2019
(209) "SmileDirectClub Shares Trading Lower Day After Calif Dental Bill Signed," Dow Jones Newswires, October 14, 2019
(210) "SmileDirectClub Started trading on Sept 12 at $20.55, Below $23 Share IPO Price," Dow Jones Newswires, October 14, 2019
(211) "SmileDirectClub Stock Closes at Record Low $9.70, Down 13% for the Day," Dow Jones Newswires, October 14, 2019
(212) "SmileDirect Sinks to Single Digits on California Bill; Also, Cracker Barrel to Shrink Board upon Bradford Exit," Nashville Post, October 14, 2019
(213) "SmileDirectClub Statement on California Assembly Bill 1519," PR Newswire, October 14, 2019
(214) "SmileDirectClub Statement on California Assembly Bill 1519," Reuters, October 14, 2019
(215) "Shareholder Alert by Former Louisiana Attorney General; KSF Reminds MO, MTCH, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, October 14, 2019
(216) "A Bill That Was Intended to Reauthorize the Dental Board of California Until...," TheFlyOnTheWall, October 14, 2019
(217) "SmileDirectClub Drops After Dental Board of California Sunset Bill...," TheFlyOnTheWall, October 14, 2019
(218) "SmileDirectClub May Have to Place Dentists in CA Shops Due to New Law, Says UBS," TheFlyOnTheWall, October 14, 2019
(219) "SmileDirectClub May or May Not Be Hurt From AB1519, Says Stifel...," TheFlyOnTheWall, October 14, 2019
(220) "SmileDirectClub Says Nothing in AB1519 Requires Ceasing or Modify...," TheFlyOnTheWall, October 14, 2019
(221) "Broadcom, SmileDirectClub and More Fast Money Halftime Report Picks from October 15," Benzinga, October 15, 2019
(222) "Stocks That Hit 52 Week Lows on Tuesday," Benzinga, October 15, 2019
(223) "Correction to SmileDirectClub on Oct 14," Dow Jones Institutional News, October 15, 2019
(224) "Stocks to Watch; JPMorgan Chase, Citigroup, Wells Fargo, Uber, Harley Davidson, SmileDirectClub," Dow Jones Institutional News, October 15, 2019
(225) "Pomerantz Law Firm Investigates Claims on Behalf of Investors of SmileDirectClub, Inc," GlobeNewswire, October 15, 2019
(226) "Wolf Haldenstein Adler Freeman & Herz LLP Announces That a Securities Class Action Lawsuit Has Been Filed in the United States District...," GlobeNewswire, October 15, 2019
(227) "SmileDirectClub Stock Slides 13% as California Gov Newsom Signs Law to Change Teledentistry Rules...," MarketWatch, October 15, 2019
(228) "SmileDirectClub Shares Hit Low After California Bill; Legislation Includes Language Threatening to Make It Tougher for Teeth...," The Wall Street Journal, October 15, 2019
(229) "SmileDirectClub Should Consider Pre Announcing Q3 Results, Says...," TheFlyOnTheWall, October 15, 2019
(230) "Pomerantz Law Firm Investigates Claims on Behalf of Investors of SmileDirectClub, Inc," Agence Marocaine De Presse, October 16, 2019
(231) "SmileDirectClub Announces Expansion Into New Zealand," Fuseworks Media, October 16, 2019
(232) "SmileDirectClub Shareholder Alert by Former Louisiana Attorney General; Kahn Swick & Foti, LLC Reminds Investors With Losses in Excess...," iCrowdNewswire, October 16, 2019
(233) "SmileDirectClub Tanks After Short Seller Tweets That Its Stores Were Raided by the Dental Board of California," Business Insider, October 17, 2019
(234) "PowerBar Maker BellRing May End Up as 2019's Last Big US IPO," Daily Herald, October 17, 2019
(235) "SmileDirectClub Files Lawsuit Against California Dental Board After Raids, Investigatio...," Dow Jones Newswires, October 17, 2019
(236) "Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against SmileDirectClub," GlobeNewswire, October 17, 2019
(237) "New Allegations Concerning SmileDirectClubcom Arise; Block & Leviton Encourages Shareholders to Contact the Firm," GlobeNewswire, October 17, 2019
(238) "SmileDirectClub Announces Expansion into NZ," Scoop, October 17, 2019
(239) "SmileDirectClub Admits to Shops in California Being Raided...," TheFlyOnTheWall, October 17, 2019
(240) "SmileDirectClub Down 7% Following Short Seller Tweet About Raid on...," TheFlyOnTheWall, October 17, 2019
(241) "SmileDirectClub Lawsuit Claims Conspiracy Aimed to Hurt Business in California," TheFlyOnTheWall, October 17, 2019
(242) "SmileDirectClub Reaction to CA Assembly Bill 1519 Overdone, says...," TheFlyOnTheWall, October 17, 2019
(243) "Rigrodsky & Long, PA Reminds Investors of SDC and SONM of Upcoming Deadlines," Agence Marcaine De Presse, October 18, 2019
(244) "Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against SmileDirectClub, Inc," Agence Marocaine De Presse, October 18, 2019
(245) "Claimsfiler Reminds MO, MTCH, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," Al Riyadh, October 18, 2019
(246) "Bernstein Liebhard Files Class Action," Class Action Reporter, October 18, 2019
(247) "Block & Leviton Files Class Action," Class Action Reporter, October 18, 2019
(248) "Glancy Prongay Files Securities Class Suit," Class Action Reporter, October 18, 2019
(249) "Disrupters vs Dentists, Barron's," Dow Jones Institutional News, October 18, 2019
(250) "SmileDirectClub's Founders Are No Longer Billionaires as Stock Unravels," Forbes, October 18, 2019
(251) "Shareholder Alert by Former Louisiana Attorney General, KSF Reminds MO, MTCH, SDC Investors of Lead Plaintiff Deadline in Class Action...," GlobeNewswire, October 18, 2019
(252) "The Law Offices of Howard G. Smith Reminds Investors of Looming Deadline in the Class Action Lawsuit Against SmileDirectClub," GlobeNewswire, October 18, 2019
(253) "SmileDirectClub Lawsuit Alleges Conspiracy," Los Angeles times, October 18, 2019
(254) "SmileDirectClub Sues California Board Following Raids on Stores," Nashville Business Journal, October 18, 2019
(255) "SmileDirect Sues California Board; Also, AB Adds to High Yield Lending Lineup," Nashville Post, October 18, 2019
(256) "SmileDirectClub Lawsuit Alleges Conspiracy; It Claims California Dental Board Actions Hurt Its Business," San Diego Union Tribune, October 18, 2019
(257) "Jim Cramer Gives His Opinion on SmileDirectClub, Zebra Technologies and More," Benzinga, October 19, 2019
(258) "SmileDirectClub Inc CL A, Inst Holders, 3Q 2019," Dow Jones Institutional News, October 19, 2019

(259) "Rosen, a Leading Law Firm, Reminds SmileDirectClub Inc Investors of Important Deadline in Securities Class Aciton," GlobeNewswire, October 19, 2019

(260) "SmileDirectClub Stock Falls Anew After Company Files Suit Against California Dental Board...," MarketWatch, October 19, 2019

(261) "SmileDirect, DoorDash and 23andMe Top D2C Ad Spenders," MediaPost, October 20, 2019

(262) "Investigation Launched Into Marketing of Clear Teeth Straighteners," WAToday, October 20, 2019

(263) "Disrupters vs Dentists," Barron's, October 21, 2019

(264) "FeganScott Law Firm Launches Probe on Practice," Class Action Reporter, October 21, 2019

(265) "US Teledentistry Pioneer SmileDirectClub Brings Affordable and Convenient Smiles to Ireland," Dow Jones Institutional News, October 21, 2019

(266) "Claimsfiler Reminds MO, MTCH, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, October 21, 2019

(267) "US Teledentistry Pioneer SmileDirectClub Brings Affordable and Convenient Smiles to Ireland," PR Newswire, October 21, 2019

(268) "SmileDirectClub Inc Announces That It is Launching in Ireland and Opening SmileShops in Dublin and Cork," Reuters, October 21, 2019

(269) "US Teledentistry Firm to Straighten Irish Teeth Based on Uploaded 3D Scans," The Irish Times, October 21, 2019

(270) "Health Regulator Targets Four Providers," The Sydney Morning Herald, October 21, 2019

(271) "SmileDirectClub to Launch in Ireland," TheFlyOnTheWall, October 21, 2019

(272) "Straighten Up," Irish Daily Mail, October 22, 2019

(273) "Dental Industry Company Has 500 Jobs in Costa Rica," CE NoticiasFinancerias, October 23, 2019

(274) "SmileDirectClub Will Hire 500 People to Provide Services in the Dental Sector," CE NoticiasFinancieras, October 23, 2019

(275) "Docs Over 2019 IPO Misleading, Vang Says," Class Action Reporter, October 23, 2019

(276) "Pomerantz Law Firm Investigates Claims on Behalf of Investors of SmileDirectClub, Inc," GlobeNewswire, October 23, 2019

(277) "Shareholder Alert by Former Louisiana Attorney General; KSF Reminds MO, MTCH, SDC Investors of Lead Plaintiff Deadline in Class Action...," GlobeNewswire, October 23, 2019

(278) "Guggenheim Says SmileDirect California Situation More Unique Than...," TheFlyOnTheWall, October 23, 2019

(279) "Kirby McInerney LLP Files a Securities Class Action Lawsuit Against SmileDirectClub, Inc," Business Wire, October 24, 2019

(280) "Shoppers Drug Mart and SmileDirectClub Launch Pilot to Expand Access and Affordability to Canadians Seeking a Straighter...," Canada NewsWire, October 24, 2019

(281) "SmileDirectClub and Shoppers Drug Mart Launch Pilot to Expand Access and Affordability to Canadians Seeking a Straighter...," Dow Jones Institutional News, October 24, 2019

(282) "Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against SmileDirectClub, Inc," GlobeNewswire, October 24, 2019

(283) "SmileDirectClub Announces Pilot Launch of Brand's Signature Smileshop Experience Within Shoppers Drug Mart Stores," Reuters, October 24, 2019

(284) "Airbnb Could Save the IPO Market, in 2020," ENP Newswire, October 25, 2019

(285) "Claimsfiler Reminds MO, MTCH, RUHN, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, October 25, 2019

(286) "Rigrodsky & Long, PA Reminds Investors of TEUM, SDC and SONM of Upcoming Deadlines," GlobeNewswire, October 28, 2019

(287) "Rosen, a Highly Ranked Law Firm, Reminds SmileDirectClub Inc Investors of Important Deadline in Securities Class Action," GlobeNewswire, October 28, 2019

(288) "Unicorns Are Losing Their Luster," The New York Times, October 28, 2019

(289) "JPMorgan Calls SmileDirectClub One of the Best Buying Opportunities...," TheFlyOnTheWall, October 28, 2019

(290) "JPMorgan Sees SmileDirect as One of the Best Opportunities Amid...," TheFlyOnTheWall, October 28, 2019

(291) "Faces Ginsberg Suit Over IPO Related Claims," Class Action Reporter, October 29, 2019

(292) "Faces Shareholder Class Action Over IPO," Class Action Reporter, October 29, 2019

(293) "Sued for Practicing Unlicensed Dentistry," Class Action Reporter, October 29, 2019

(294) "Pomerantz Law Firm Investigates Claims on Behalf of Investors of SmileDirectClub, Inc," GlobeNewswire, October 29, 2019

(295) "NY Firm Aims for Class Action Against SmileDirect; Also, Tivity Partnering on Walmart Health Venture," Nashville Post, October 29, 2019

(296) "Claimsfiler Reminds MO, MTCH, RUHN, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," Globenewswire, October 30, 2019

(297) "The Law Offices of Howard G. Smith Reminds Investors of Looming Deadline in the Class Action Lawsuit Against SmileDirectClub, Inc," GlobeNewswire, October 30, 2019

(298) "Images Released for Apartment Tower Units; Also, Permit Issued for SmileDirectClub Space," Nashville Post, October 30, 2019

(299) "Share Limits Come Back to Haunt High Flying IPOs; Unicorns' Magic Losing Pull on Investors," National Post, October 30, 2019

(300) "Expiration of Share Lock Ups Come Back to Haunt IPOs," Regina Leader Post, October 30, 2019

(301) "Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $100,000 Investing in SmileDirectClub, Inc to Contact the Firm," Newsfile, October 31, 2019

(302) "Corrected, Even After Lyft Beat, Wall Street Pummels Former Unicorns," Reuters, October 31, 2019

(303) "Even After Lyft Beat, Wall Street Pummels Former Unicorns," Reuters, October 31, 2019

(304) "Kirby McInerney LLP Reminds Investors of the Upcoming Deadline in SmileDirectClub, Inc Securities Litigation," Business Wire, November 1, 2019

(305) "Franchi Sues Over Decline in IPO Price," Class Action Reporter, November 1, 2019

(306) "Lawsuit Filed on Behalf of SmileDirect Investors," PR Newswire, November 1, 2019

(307) "Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against SmileDirectClub, Inc," African Manager, November 2, 2019

(308) "SmileDirectClub, Inc, Dropbox, Inc & Uber Technologies, Inc; Bronstein Gewirtz & Grossman, LLC Reminds Investors of Class Action," Al Riyadh, November 2, 2019

(309) "SDM Introduces Pilot With SmileDirectClub," Chain Drug Review, November 4, 2019

(310) "Claimsfiler Reminds MO, MTCH, RUHN, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, November 4, 2019

(311) "Rigrodsky & Long, PA Reminds Investors of TEUM, SDC and SONM of Upcoming Deadlines," GlobeNewswire, November 4, 2019

(312) "Pomerantz Law Firm Investigates Claims on Behalf of Investors of SmileDirectClub, Inc," Agency Tunis Afrique Press, November 5, 2019

(313) "RM Law Files Class Action Lawsuit Against SmileDirectClub, Inc," Dow Jones Institutional News, November 5, 2019

(314) "RM Law Files Class Action Lawsuit Against SmileDirectClub, Inc," iCrowdNewswire, November 6, 2019

(315) "LP Recruits SmileDirect Exec; Controller Also Has Experience in Regional CFO Roles as Asurion," Nashville Post, November 6, 2019

(316) "Bernstein Liebhard LLP Announces the Filling of a Securities Class Action Against SmileDirectClub, Inc," Business Wire, November 7, 2019

(317) "The Law Offices of Howard G. Smith Reminds Investors of Looming Deadlines in the Class Action Lawsuit Against SmileDirectClub, Inc," GlobeNewswire, November 7, 2019

(318) "LP Names Derek Doyle as Vice President, Controller and Chief Accounting Officer," News Central Asia, November 7, 2019

(319) "Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $100,000 Investing in SmileDirectClub, Inc to Contact the Firm," Newsfile, November 7, 2019

(320) "Andres Sues Over 44% Drop in Share Prices," Class Action Reporter, November 8, 2019

(321) "Claimsfiler Reminds MO, MTCH, RUHN, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, November 8, 2019

(322) "SmileDirectClub, Inc, Dropbox, Inc & Uber Technologies; Bronstein, Gewirtz & Grossman, LLC Reminds Investors of Class Action," GlobeNewswire, November 8, 2019

(323) "Zhang Investor Law Announces Securities Class Action Lawsuit Against SmileDirectClub, Inc," Agence Marocaine De Presse, November 9, 2019

(324) "Rosen, a Leading Global Law Firm, Reminds SmileDirectClub Inc Investors of Important Deadline in Securities Class Action," Business Wire, November 9, 2019

(325) "Level pegging Clear Braces Company SmileDirectClub Aims to Give Clients a Hollywood Smile Without Going to the Dentist," The Scottish Sun, November 10, 2019

(326) "SmileDirectClub Likely to Post 3Q Loss, Earnings Preview," Dow Jones Institutional News, November 11, 2019

(327) "Pomerantz Law Firm Investigates Claims on Behalf of Investors of SmileDirectClub, Inc," GlobeNewswire, November 11, 2019

(328) "Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $100,000 Investing in SmileDirectClub, Inc to Contact The Firm," Newsfile, November 11, 2019

(329) "Q3 2019 SmileDirectClub Inc Earnings Call, Final," CQ FD Disclosure, November 12, 2019

(330) "Correction to SmileDirectClub Earnings Story," Dow Jones Institutional News, November 12, 2019

(331) "SmileDirectClub Posts Losses on Sales, Marketing Spending," Dow Jones Institutional News, November 12, 2019

(332) "SmileDirectClub Reports Third Quarter 2019 Financial Results," Dow Jones Institutional News, November 12, 2019

(333) "SmileDirectClub Widens 3Q Losses as Expenses Climb," Dow Jones Institutional News, November 12, 2019

(334) "SmileDirectClub 3Q Loss Shr 89c," Dow Jones Newswires, November 12, 2019

(335) "SmileDirectClub Expects 78% Revenue Growth for FY19," Dow Jones Newswires, November 12, 2019

(336) "Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against SmileDirectClub, Inc," GlobeNewswire, November 12, 2019

(337) "Rosen, a Globally Recognized Law Firm, Reminds SmileDirectClub Inc Investors of Important December 2nd Deadline in Securities Class Action," GlobeNewswire, November 12, 2019

(338) "SmileDirectClub Reports Third Quarter 2019 Financial Results," GlobeNewswire, November 12, 2019

(339) "Dow Jones Futures; Apple Chipmaker Skyworks, IPO Stocks Datadog, Huya, SmileDirectClub Report Earnings Late," Investor's Business Daily, November 12, 2019

(340) "SmileDirectClub Inc, Losses of 83 Cents Announced for Third Quarter," Reuters, November 12, 2019

(341) "SmileDirectClub Reports Bigger Quarterly Loss on Higher Expenses," Reuters, November 12, 2019

(342) "SmileDirectClub Reports Third Quarter Results," Reuters, November 12, 2019

(343) "SmileDirectClub Sees More Losses for the Year; Shares Slump," Reuters, November 12, 2019

(344) "SmileDirectClub Reports Q3 EPS (89c), Consensus (98c) Reports Q3...," TheFlyOnTheWall, November 12, 2019

(345) "SmileDirectClub Reports Q3 Unique Aligner Shipments of...," TheFlyOnTheWall, November 12, 2019

(346) "SmileDirectClub Says Legal Expenses Doubled in Q3, Will Continue Into...," TheFlyOnTheWall, November 12, 2019

(347) "SmileDirectClub Sees FY19 Revenue $750M, $755M, Consensus $746.5M Sees...," TheFlyOnTheWall, November 12, 2019

(348) "SmileDirectClub Sees Q4 Revenue $196M, $201M, Consensus $207.57M Sees Q4...," TheFlyOnTheWall, November 12, 2019

(349) "SmileDirectClub Shares Fall 3% to $10.72 Following Q3 Results," TheFlyOnTheWall, November 12, 2019

(350) "SmileDirectClub Targets Long Term Marketing, Selling Expenses 40%, 45%...," TheFlyOnTheWall, November 12, 2019

(351) "Rosen, a Globally Recognized Law Firm, Reminds SmileDirectClub Inc Investors of Important December 2nd Deadline in Securities Class Action," African Manager, November 13, 2019

(352) "Rigrodsky & Long, PA Reminds Investors of TEUM, SDC and SONM of Upcoming Deadlines," Al Riyadh, November 13, 2019

(353) "SmileDirectClub Has Now Lost More than 60% Since Going Public, Erasing $5.5 Billion in Market Value in 2 Month," Business Insider, November 13, 2019

(354) "Correction to SmileDirectClub Ratings," Dow Jones Institutional News, November 13, 2019

(355) "SmileDirectClub Is Maintained at Buy by Loop Capital," Dow Jones Institutional News, November 13, 2019

(356) "SmileDirectClub Is Maintained at Outperform by Credit Suisse," Dow Jones Institutional News, November 13, 2019

(357) "Top Company News of the Day," Dow Jones Institutional News, November 13, 2019

(358) "NASD Most Active Issues," Dow Jones Newswires, November 13, 2019

(359) "SmileDirectClub Is Maintained at Buy by Loop Capital," Dow Jones Newswires, November 13, 2019

(360) "SmileDirectClub Is Maintained at Outperform by Credit Suisse," Dow Jones Newswires, November 13, 2019

(361) "SmileDirectClub, Inc CEO David Katzman on Q3 2019 Results, Earnings Call Transcript," Dow Jones Newswires, November 13, 2019

(362) "Claimsfiler Reminds MO, MTCH, RUHN, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, November 13, 2019

(363) "Canada Goose, Tesla Rise Premarket; Amazon, SmileDirectClub Fall," Investingcom, November 13, 2019

(364) "Dow Jones Futures Fall on China Trade Fears; Apple Chipmaker, 5 IPO Stocks Among Earnings Movers," Investor's Business Daily, November 13, 2019

(365) "Dow Jones Futures; Apple Chipmaker Skyworks, IPO Stocks Datadog, Huya, SmileDirectClub Report Earnings Late," Investor's Business Daily, November 13, 2019

(366) "SmileDirectClub Loss Widens for Quarter As Revenue Surges; Full Year Sales Outlook Above Wall Street View," MarketWatch, November 13, 2019

(367) "SmileDirectClub's Legal Bills Grow As It Ups Lobbying Efforts," Nashville Business Journal, November 13, 2019

(368) "SmileDirect Posts Big Q3 Loss; Aligner Marketer Still Investing Heavily in Growth," Nashville Post, November 13, 2019

(369) "Corrected; SmileDirectClub Shares Drop on Wider Loss Estimates," Reuters, November 13, 2019

(370) "US Stocks on the Move; Canada Goose, SmileDirectClub, Nuvectra, Chesapeake Energy, Nuvectra," Reuters, November 13, 2019

(371) "US Stocks on the Move; Nuvectra, Luckin Coffee, SmileDirectClub, Chesapeake Energy," Reuters, November 13, 2019

(372) "US Stocks on the Move; Nuvectra, SmileDirectClub, Chesapeake Energy, Canada Goose," Reuters, November 13, 2019

(373) "US Stocks on the Move; SmileDirectClub, Chesapeake Energy, DataDog, Tech Data," Reuters, November 13, 2019

(374) "Stocks to Watch; Datadog; SmileDirectClub; Skyworks Solutions and More...," The Wall Street Journal, November 13, 2019

(375) "Bull Bear Debate Seen Continuing After SmileDirectClub's First...," TheFlyOnTheWall, November 13, 2019

(376) "SmileDirectClub Bull Bear Debate Likely to Continue After Q3 Report...," TheFlyOnTheWall, November 13, 2019

(377) "SmileDirectClub Posted Solid Beat With Conservative Guide, Says...," TheFlyOnTheWall, November 13, 2019

(378) "SmileDirectClub Price Target Lowered to $15 from $20 at Loop Capital," TheFlyOnTheWall, November 13, 2019

(379) "SmileDirectClub Price Target Lowered to $17 From $18 at Credit...," TheFlyOnTheWall, November 13, 2019

(380) "SmileDirectClub Q4 Guidance Miss Reflects Conservatism, says...," TheFlyOnTheWall, November 13, 2019

(381) "SmileDirectClub Risk Reward Attractive After Q3 Results, says William...," TheFlyOnTheWall, November 13, 2019

(382) "SmileDirectClub Should Beat Conservative Outlook for Q4, Says...," TheFlyOnTheWall, November 13, 2019

(383) "Pawar Law Group Announces a Securities Class Action Lawsuit Against SmileDirectClub, Inc," African Manager, November 14, 2019

(384) "SmileDirect," Dow Jones Institutional News, November 14, 2019

(385) "SmileDirectClub Is Maintained at Buy by UBS," Dow Jones Newswires, November 14, 2019

(386) "SmileDirectClub Stock Slides Another 18% as Investor Sentiment Remains at Odds With Bullish Analyst Notes...," MarketWatch, November 14, 2019

(387) "Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $100,000 Investing in SmileDirectClub, Inc to Contact the Firm," Newsfile, November 14, 2019

(388) "Philadelphia Startup Launches New Take on At Home Teeth Straightening," Philadelphia Business Journal, November 14, 2019

(389) "Philly Is Getting Another New Teeth Straightening Service; Dandy, a New Clear Aligner Company Founded by University of Pennsyl...," Philadelphia Magazine, November 14, 2019

(390) "Third Point Reports Share Stake in Afya Ltd, SmileDirectClub," Reuters, November 14, 2019

(391) "The Dow Jones Industrial Average and the S&P 500 Posted Record Closing Highs...," The Herald, November 14, 2019

(392) "SmileDirect Can Still Straighten Itself Out," The Wall Street Journal, November 14, 2019

(393) "Stocks That 52 Week Lows on Friday," Benzinga, November 15, 2019

(394) "Bronstein, Gewirtz & Grossman, LLC Notifies Shareholders of Class Actions Against SmileDirectClub, Inc...," GlobeNewswire, November 15, 2019

(395) "Bernstein Liebhard LLP Announces the Filling of A Securities Class Action Against SmileDirectClub, Inc," Marketing Weekly News, November 15, 2019

(396) "Bronstein, Gewirtz & Grossman, LLC Notifies Shareholders of Class Actions Against SmileDirectClub, Inc., Dropbox, Inc and Uber Technologies, Inc," Al Riyadh, November 16, 2019

(397) "Kirby McInerney Files Class Action Lawsuit," Class Action Report, November 18, 2019

(398) "Claimsfiler Reminds MO, MTCH, RUHN, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, November 18, 2019

(399) "Rigrodsky & Long, PA Reminds Investors of TEUM, SDC and SONM of Upcoming Deadlines," GlobeNewswire, November 18, 2019

(400) "SmileDirectClub LLC; Patent Issued for Systems and Methods for Shearing Adjustment of a Dental Aligner Cutting Tool," Journal of Engineering, November 18, 2019

(401) "Law Offices of Howard G. Smith Reminds Investors of Class Actions on Behalf of Shareholders," Arab Times, November 19, 2019

(402) "Kirby McInerney LLP Alerts Investors to the Fast Approaching Deadline in SmileDirectClub, Inc Securities Litigation," Business Wire, November 19, 2019

(403) "Faruqi & Faruqi, LLP Encourages Investors Who Suffered Losses Exceeding $100,000 Investing in SmileDirectClub, Inc to Contact the Firm," Newsfile, November 19, 2019

(404) "Hello Sunshine; The Bachelor's Brooke Blurton Makes a Bold Entrance in Vibrant Yellow Dress as She Leads the Arrivals at the SmileDirectClub...," Mail Online, November 20, 2019

(405) "Marketing Leaders From Ford, Loreal, Northwestern Mutual, Monster, Petco, SmileDirectClub, Spotify, Teads, UM Universal...," National News Agency Lebanon, November 20, 2019

(406) "Glancy Prongay & Murray Reminds Investors of Looming Deadline in the Class Action Lawsuit Against SmileDirectClub, Inc," African Manager, November 21, 2019

(407) "Pomerantz Law Firm Investigates Claims on Behalf of Investors of SmileDirectClub, Inc," African Manager, November 21, 2019

(408) "Rosen, a Globally Ranked Law Firm, Reminds SmileDirectClub Inc Investors of Important December 2nd Deadline in Securities...," Agency Tunis Afrique Press, November 21, 2019

(409) "Rigrodsky & Long PA Reminds Investors of SONM and SDC of Upcoming Deadlines," African Manager, November 22, 2019

(410) "Zhang Investor Law Reminds Investors of Deadline in Securities Class Action Lawsuit Against SmileDirectClub, Inc," African Manager, November 22, 2019

(411) "Kahn Swick Reminds of Dec 2 Deadline," Class Action Reporter, November 22, 2019

(412) "Bronstein, Gewirtz & Grossman, LLC Reminds of Class Actions Against SDC, DBX & Uber," GlobeNewswire, November 22, 2019

(413) "Claimsfiler Reminds MO, MTCH, RUHN, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, November 22, 2019

(414) "Rigrodsky & Long, PA Reminds Investors of TEUM, SDC and SONM of Upcoming Deadlines," GlobeNewswire, November 24, 2019

(415) "Shareholder Alert by Former Louisiana Attorney General; KSF Reminds MO, MTCH, SDC Investor of Lead Plaintiff Deadline in Class Action...," GlobeNewswire, November 25, 2019

(416) "Rosen, a Global Law Firm, Reminds SmileDirectClub Inc Investors of Important December 2nd Deadline in Securities Class Action," PR Newswire, November 25, 2019

(417) "Law Offices of Howard G. Smith Reminds Investors of Class Actions on Behalf of Shareholders," African Manager, November 26, 2019

(418) "Claimsfiler Reminds MO, MTCH, RUHN, SDC Investors of Lead Plaintiff Deadline in Class Action Lawsuits," GlobeNewswire, November 27, 2019

(419) "Pomerantz Law Firm Investigates Claims on Behalf of Investors of SmileDirectClub, Inc," GlobeNewswire, November 27, 2019

(420) "Pawar Law Group Reminds Investors of December 2 Deadline in Securities Class Action Lawsuit Against SmileDirectClub, Inc," Al Riyadh, November 28, 2019

(421) "Bernstein Liebhard Reminds of Dec 2 Deadline," Class Action Reporter, November 28, 2019

(422) "Rosen, a Leading Law Firm, Reminds SmileDirectClub Inc Investors of Important December 2nd Deadline in Securities Class Action," GlobeNewswire, November 29, 2019

(423) "Bronstein, Gewirtz & Grossman, LLC Reminds Investors of Class Action Against SDC, DBX & Uber," African Manager, November 30, 2019

(424) "SmileDirectClub LLC; Patent Issued for Systems and Methods for Selecting and Marking A Location on a Dental Aligner," Journal of Engineering, December 2, 2019

(425) "Former Louisiana Attorney General and Kahn Swick & Foti, LLC Remind Investors With Losses in Excess of $100,000 of Deadline in Class...," African Manager, December 3, 2019

(426) "SmileDirect Investor Lawsuit Moves to Nashville; Plaintiffs, Including Union Pension Fund, Angle to Lead IPO Complaint," Nashville Post, December 4, 2019

(427) "Kirby McInerney Files Class Action Over IPO," Class Action Reporter, December 5, 2019

(428) "Metro Documents Reveal Two Incentive Deals Now in Limbo," Nashville Business Journal, December 5, 2019

(429) "Greater San Marcos Partnership Launches National Search for New President," San Marcos Daily Record, December 5, 2019

(430) "Year in Review, How Nashville Companies Fared on the Stock Market in 2019," Nashville Business Journal, December 9, 2019

(431) "List of Companies That Start BMV SIC Operation in 2019," CE NoticiasFinancieras, December 10, 2019

(432) "Squitieri & Fearon, LLP Announces Investigation of Potential Class Action for Stock Purchasers," Dow Jones Institutional News, December 10, 2019

(433) "Squitieri & Fearon, LLP Announces Investigation of Potential Class Action for Stock Purchasers," PR Newswire, December 10, 2019

(434) "GSMP Launches Search for New President," Hays Free Press, December 11, 2019

(435) "Healthcare IPOs That Delivered Solid Returns in 2019," RTT News, December 12, 2019

(436) "Teledentistry Pioneer Smile Direct Club Brings Smiles to Germany," Dow Jones Institutional News, December 17, 2019

(437) "Teledentistry Pioneer SmileDirectClub Brings Smiles to Germany," Dow Jones Institutional News, December 17, 2019

(438) "Fast Growing Health Care Company Expanding to Germany," Nashville Business Journal, December 17, 2019

(439) "SmileDirectClub Says Announced Plans to Increase International Expansion," Reuters, December 17, 2019

(440) "SmileDirectClub to Introduce Clear Aligner Therapy to Germany...," TheFlyOnTheWall, December 17, 2019

(441) "Plaintiffs Drop Class Action Claims Against SmileDirectClub," Dow Jones Institutional News, December 18, 2019

(442) "SmileDirectClub Initiated at Neutral by Goldman Sachs," Dow Jones Newswires, December 18, 2019

(443) "2019's Top Reads; Area Stocks; Featured, The Highs and Lows of SmileDirectClub, Executive and Board Moves at Tractor and AAC, Among Others," Nashville Post, December 18, 2019

(444) "SmileDirectClub Says 21 of Consumer Class Plaintiffs Under Ciccio Class Action Complaint Have Voluntarily Withdrawn Their Claims," Reuters, December 18, 2019

(445) "Teledentistry Pioneer SmileDirectClub Brings Smiles to Germany," Tehran Times, December 18, 2019

(446) "SmileDirectClub Initiated With a Neutral at Goldman Sachs...," TheFlyOnTheWall, December 18, 2019

(447) "SmileDirectClub Says Plaintiffs Drop Class Action Claims Against...," TheFlyOnTheWall, December 18, 2019

(448) "Plaintiffs Drop Class Action Claims Against SmileDirectClub," African Manager, December 19, 2019

(449) "SmileDirectClub Shares Rise After Some Plaintiffs Drop Class Action Claims," Dow Jones Institutional News, December 19, 2019

(450) "All But Two Plaintiffs Drop Class Action Lawsuit Against SmileDirectClub," Nashville Business Journal, December 19, 2019

(451) "2019's Top Reads; Health Care; Among the Items; VUMC and Pain Clinic Wrongdoing, Legal Matters at CHS and SmileDirect," Nashville Post, December 19, 2019

(452) "David Katzman CEO of SmileDirectClub in Top 11% of Nasdaq CEO Scorecard for Revenue Growth in Quarter Ended Sep 2019," News Bites Finance, December 20, 2019

(453) "Mail Order Teeth Aligners Are Controversial; Now They Have an Unlikely Promoter at Boston Children's," The Boston Globe, December 21, 2019

(454) "Dentist's Ties to SmileDirect Questioned," The Boston Globe, December 22, 2019

(455) "Andre Securities Suit Moved to MD Tennessee," Class Action Reporter, December 23, 2019

(456) "2019's Top Reads; Legal; Among the Headlines; Notable Passings, Attorney Malfeasance and a Titan Legend Taking a Gym to Court," Nashville Post, December 23, 2019

(457) "Ginsberg Securities Suit Moved to Tennessee," Class Action Reporter, December 26, 2019

(458) "Most SmileDirect Class Action Plaintiffs Drop Case; Also, NY Investor Goes Active on Tivity," Nashville Post, December 30, 2019

(459) "IPOs Fell Short of Expectations in 2019; Investors' New Focus on Profits Stung Hotly Anticipated Debuts Like Uber, Lyft and Slack," The Wall Street Journal, December 30, 2019

(460) "2019's Top Reads; Best in Show; On the List of Our 20 Most Viewed Stories; Tall Towers Downtown, Big Brands New to the City, Development...," Nashville Post, December 31, 2019

(461) "Why SA's Paying Lip Service to Smiles," The Advertiser, December 31, 2019

(462) "Recruitment Expected to Stay Strong; About 100 Businesses in Potential Expansion Pipeline," The Tennessean, January 1, 2020

(463) "SmileDirectClub LCC; Technologies for Merging Three Dimensional Models of Dental Impressions in Patent Application Approval...," Politics & Government Week, January 2, 2020

(464) "Hart Sues Over Breaches of Fiduciary Duty," Class Action Reporter, January 3, 2020

(465) "SmileDirectClub Expands Its Product Line With Walmart Partnership," Adweek, January 6, 2020
(466) "Money and Markets Digest," Associated Press Newswires, January 6, 2020
(467) "Stocks Lower, Oil Prices Higher, Borden Files for Bankruptcy," Associated Press Newswires, January 6, 2020
(468) "30 Stocks Moving in Monday's Mid Day Session," Benzinga, January 6, 2020
(469) "SmileDirectClub Launches Oral Care Products for Walmart," Benzinga, January 6, 2020
(470) "SmileDirectClub Surges 29% After Announcing a Line of Its Products Will Be Sold at Walmart," Business Insider, January 6, 2020
(471) "Walmart Is Taking Another Bite Out of a Multitrillion Dollar Industry and Bringing SmileDirectClub Electric Toothbrushes and Toothpaste...," Business Insider, January 6, 2020
(472) "SmileDirectClub Signs Exclusive Deal to Sell Dental Care at Walmart," CNN Wire, January 6, 2020
(473) "SmileDirectClub Launches New Line of Oral Care Products Available Exclusively at Walmart," Contify Retail News, January 6, 2020
(474) "DJ NASD Most Active Issues," Dow Jones Institutional News, January 6, 2020
(475) "SmileDirectClub Initiated at Buy by Craig Hallum," Dow Jones Institutional News, January 6, 2020
(476) "SmileDirectClub Launches New Line of Oral Care Products Available Exclusively at Walmart," Dow Jones Institutional News, January 6, 2020
(477) "SmileDirectClub Shares Rise on Plans to Sell Oral Care Products at Walmart," Dow Jones Institutional News, January 6, 2020
(478) "SmileDirectClub Shares Up 21% on Exclusive Products at Walmart," Dow Jones Institutional News, January 6, 2020
(479) "NASD Most Active Issues," Dow Jones Newswires, January 6, 2020
(480) "SmileDirectClub Initiated at Buy by Craig Hallum," Dow Jones Newswires, January 6, 2020
(481) "SmileDirectClub Launches Oral Care Line at Walmart," Drug Store News, January 6, 2020
(482) "SmileDirectClub Launches New Line of Oral Care Products Available Exclusively at Walmart," Reuters, January 6, 2020
(483) "U.S. Stocks on the Move, Under Armour, Habit Restaurants, Salesforcecom, SmileDirectClub," Reuters, January 6, 2020
(484) "US Stocks On the Move, Autozone, Nio, SmileDirectClub, Cal Maine Foods," Reuters, January 6, 2020
(485) "US Stocks on the Move, Nil, Cal Maine Foods, SmileDirectClub, Gold Miners," Reuters, January 6, 2020
(486) "US Stocks On the Move, SmileDirectClub, Alphabet, Habit Restaurants, Roku," Reuters, January 6, 2020
(487) "SmileDirectClub, Occidental Rise; Cal Maine, Xerox Fall," The San Diego Union Tribune, January 6, 2020
(488) "SmileDirectClub Initiated With a Buy at Craig Hallum...," TheFlyOnTheWall, January 6, 2020
(489) "SmileDirectClub Launches Line of Oral Care Products at Walmart," TheFlyOnTheWall, January 6, 2020
(490) "SmileDirectClub Brings Smile to Investors, Stock Jumps Over 20%," CE NoticiasFinancieras, January 7, 2020
(491) "SmileDirectClub, the Global Teledentistry Pioneer, Announces Expansion Into Hong Kong," Dow Jones Institutional News, January 7, 2020
(492) "SmileDirectClub Opens Two Hong Kong SmileShops, Its First Asia Locations," Dow Jones Newswires, January 7, 2020
(493) "SmileDirectClub, the Global Teledentistry Pioneer, Announces Expansion Into Hong Kong," GlobeNewswire, January 7, 2020
(494) "SmileDirect Rolls Out Retail Product Suite; Also, CoreCivic Buys 28 Building Portfolio," Nashville Post, January 7, 2020
(495) "SmileDirectClub Announces Expansion Into Hong Kong," Reuters, January 7, 2020
(496) "SmileDirectClub Brings Smile to Investors, Stock Jumps Over 20%," RTT News, January 7, 2020
(497) "SmileDirectClub Launches New Line of Oral Care Products Available Exclusively at Walmart," Sudan News Agency, January 7, 2020
(498) "SmileDirectClub to Participate in Upcoming Conference," Contify Retail News, January 8, 2020
(499) "NASD Most Active Issues," Dow Jones Newswires, January 8, 2020
(500) "SmileDirectClub Up 10%; Expands Into Hong Kong," Dow Jones Newswires, January 8, 2020
(501) "US Stocks on the Move; GrubHub, SmileDirectClub, Macy's, Walgreens, Constellation," Reuters, January 8, 2020
(502) "US Stocks on the Move; Luckin Coffee, Walgreens, Constellation Brands, Celect, SmileDirectClub, Cellect," Reuters, January 8, 2020
(503) "SmileDirectClub Extends Rally to Second Day After Announcing Hong Kong...," TheFlyOnTheWall, January 8, 2020
(504) "The Dow Is Up Because Investors Are Feeling a Little More Relaxed," Barron's, January 9, 2020
(505) "SmileDirectClub Initiated at Underperform by Wolfe Research," Dow Jones Institutional News, January 9, 2020
(506) "SmileDirectClub Initiated at Underperform by Wolfe Research," Dow Jones Newswires, January 9, 2020
(507) "Double the Fun; Take $100 Off SmileDirectClub Aligners and Get a $25 Amazon Card With This Code," Mashable, January 9, 2020
(508) "SmileDirectClub Initiated With an Underperform at Wolfe Research...," TheFlyOnTheWall, January 9, 2020
(509) "SmileDirectClub Scores Victory Over the New Jersey Dental Association," Dow Jones Institutional News, January 13, 2020
(510) "SmileDirectClub Scores Victory Over the New Jersey Dental Association," GlobeNewswire, January 13, 2020
(511) "SmileDirect Granted Motion for Summary Judgment Against NJ Dental...," TheFlyOnTheWall, January 13, 2020
(512) "Corporate Venture Arms Ramp Up; Casper Wakes Up IPO Market; Former Kleiner Investor Raises Fund," WSJ Pro Venture Capital, January 13, 2020
(513) "SmileDirectClub Shares Surge As Company Expands Business to Dental Professionals, Rival Align Dips," Benzinga, January 14, 2020
(514) "SmileDirectClub at 38th Annual JPMorgan Healthcare Conference, Final," CQ FD Disclosure, January 14, 2020
(515) "DJ NASD Most Active Issues," Dow Jones Institutional News, January 14, 2020
(516) "SmileDirectClub Clear Aligners Now Available at Dentist and Orthodontist Offices," Dow Jones Institutional News, January 14, 2020
(517) "NASD Most Active Issues," Dow Jones Newswires, January 14, 2020
(518) "SmileDirect Shares Spike Amid Key Announcements; Stock Up Nearly 30% Since Friday But Still Well Below IPO Threshold," Nashville Post, January 14, 2020
(519) "SmileDirectClub Jumps on Plans to Start Selling Aligners to Dentist," Reuters, January 14, 2020
(520) "SmileDirectClub Said Plans to Offer Clear Aligners Through Wholesale Channel, Providing Dentists & Orthodontists An In Office Option in 2020," Reuters, January 14, 2020
(521) "SmileDirectClub Jumps on Move to Sell Aligners Directly to...," TheFlyOnTheWall, January 14, 2020
(522) "SmileDirectClub Plans to Offer Clear Aligners Through Wholesale Channel," TheFlyOnTheWall, January 14, 2020
(523) "SmileDirectClub Wholesale Entrance Offers Incremental Sales, Says...," TheFlyOnTheWall, January 14, 2020
(524) "SmileDirectClub Shares Up Nearly 15% Following Latest Expansion," Boston Business Journal, January 15, 2020
(525) "SmileDirectClub to Sell Clear Aligners to Dentists, Orthodontists," CE NoticiasFinancieras, January 15, 2020
(526) "DJ NASD Most Active Issues," Dow Jones Institutional News, January 15, 2020
(527) "SmileDirectClub Shares Continue Rise, Up 14%," Dow Jones Institutional News, January 15, 2020

(528) "NASD Most Active Issues," Dow Jones Newswires, January 15, 2020
(529) "Five Things for Pharma Marketers to Know; Wednesday, January 15, 2020," Medical Marketing & Media, January 15, 2020
(530) "SmileDirectClub Shares Up 35% in Two Days on Plan to Work With Orthodontists," Reuters, January 15, 2020
(531) "SmileDirectClub Clear Aligners Now Available at Dentist and Orthodontist Offices," Sudan News Agency, January 15, 2020
(532) "SmileDirect Traditional Channel Entry Makes Competitive Noise Says...," TheFlyOnTheWall, January 15, 2020
(533) "Battle for Better Teeth Heats Up," USA Today, January 15, 2020
(534) "DJ NASD Most Active Issues," Dow Jones Institutional News, January 16, 2020
(535) "NASD Most Active Issues," Dow Jones Newswires, January 16, 2020
(536) "Ciccio Suit Over False Advertising Underway," Class Action Reporter, January 17, 2020
(537) "8 Class Suits Filed Over IPO Documents," Class Action Reporter, January 17, 2020
(538) "SmileDirectClub Price Target Raised to $20 from $15 at Loop...," TheFlyOnTheWall, January 17, 2020
(539) "SmileDirectClub Inc CL A, Inst Holders, 4Q 2019," Dow Jones Institutional News, January 19, 2020
(540) "New Research Reveals Kiwis Are Losing Confidence," Scoop Independent News, January 20, 2020
(541) "City of Kyle Breaks Ground on New Tech Manufacturing Facility," The Swazi Observer, January 20, 2020
(542) "SmileDirectClub Worked to Limit Customer Dissatisfaction Information...," TheFlyOnTheWall, January 21, 2020
(543) "18 Medical Devices Stocks Moving In Wednesday's Session," Benzinga, January 22, 2020
(544) "Smile and Say Nothing," The New York Times, January 22, 2020
(545) "Pros and cons of DIY Teeth Straightening; In Home Treatments Can Save Thousands, But Not All Customers Are Left Smiling," Los Angeles Times, January 24, 2020
(546) "Want a Smile Like An Influencer; Two Australian TV Personalities Are the Latest to Cash in With Perfect Teeth," Mail Online, January 25, 2020
(547) "DIY Dental Work; In Home Teeth Straightening Business Is Booming, But Better Brace Yourself," Grand Forks Herald, January 27, 2020
(548) "Washington May Be Headed to Teledentistry Rules Like California's Says Stifel," TheFlyOnTheWall, January 27, 2020
(549) "AAO Reports Congressmen Write Letter to the FDA and FTC Regarding SmileDirectClub, While California Board of Dentistry Moves to Dismiss...," PR Newswire, January 28, 2020
(550) "Align Technology's 1Q Forecast Reflects Projected Disruption in China From Coronav," Dow Jones Newswires, January 29, 2020
(551) "The Strange Reason Tesla, Beyond Meat and Peloton Are Soaring," CNN, January 30, 2020
(552) "Reynolds Shakes Off Market Jitters With Year's First Big IPO," Reuters, January 30, 2020
(553) "Spark Raises $1.35 Billion to Find the Next Plaid or Slack; Venture Firm Rounds up $450 Million for Early Stage Startups and...," WSJ Pro Venture Capital, January 30, 2020
(554) "Clicks to Bricks Retailers Quadrupled in SoCal Over Last Four Years," Chain Store Age, January 31, 2020
(555) "One Medical is Going Public; 5 Things to Know About the Primary Care Startup; The Pitch Is Convenience, as Company Looks to Delight Working...," MarketWatch, January 31, 2020
(556) "When Nashville's Word Isn't Its Bond," Nashville Business Journal, January 31, 2020
(557) "Reynolds Shares Brave Market Jitters to Pop On Nasdaq Debut," Reuters, January 31, 2020
(558) "What's the Price of a Perfect Smile; US Teeth Straightening Start Up SmileDirectClub Aims to Shake Up Hong Kong's Dental...," South China Morning Post, February 2, 2020
(559) "Shake Up Looms for Hong Kong Dental Industry," South China Morning Post, February 3, 2020
(560) "SmileDirectClub to Report Fourth Quarter and Year End 2019 Results on February 25, 2020," Contify Retail News, February 4, 2020
(561) "In Home Teeth Straightening Business Is Booming; But Better Brace Yourself," The Philadelphia Tribune, February 4, 2020
(562) "SmileDirect Continues to Face Legal Challenges; Orthodontics Venture Sees Pushback As It Disrupts Industry," Nashville Post, February 5, 2020
(563) "Casper's IPO Leaves the DTC Industry With More Questions Than Answers," Adweek, February 6, 2020
(564) "Brace Yourself; In Home Teeth Straighteners Causing Concern," Mexico Ledger, February 6, 2020
(565) "Brace Yourself; In Home Teeth Straighteners Raising Questions," Record Journal, February 8, 2020
(566) "Brace Yourself; In Home Teeth Straighteners Raising Questions," Sentinel Standard, February 8, 2020
(567) "Philip Sues Over Unsolicited Text Messages," Class Action Reporter, February 10, 2020
(568) "Brace Yourself; In Home Teeth Straighteners Raising Questions," The Holland Sentinel, February 11, 2020
(569) "SmileDirectClub Inc Clinical Discussion Conference Call, Final," CQ FD Disclosure, February 13, 2020
(570) "Hedge Fund Investor Dan Loeb Bought Stock in Amazon and 2 More Companies," Barron's, February 14, 2020
(571) "NBC Stands by Story After SmileDirectClub Rebuke," Dow Jones Institutional News, February 14, 2020
(572) "SmileDirectClub Deems NBC News Coverage a Misrepresentation," Dow Jones Institutional News, February 14, 2020
(573) "SmileDirectClub Responds to Misrepresentation in the Media," Dow Jones Institutional News, February 14, 2020
(574) "SmileDirectClub Responds to Misrepresentations in the Media," Dow Jones Institutional News, February 14, 2020
(575) "Third Point Takes Stake in Amazon, ViacomCBS," Dow Jones Institutional News, February 14, 2020
(576) "NASD Most Active Issues," Dow Jones Newswires, February 14, 2020
(577) "SmileDirectClub Hits Back at NBC Story That Alleges Company Has Injured Customers," Dow Jones Newswires, February 14, 2020
(578) "SmileDirectClub Responds to Misrepresentations in the Media," GlobeNewswire, February 14, 2020
(579) "SmileDirectClub Stock Slides 15% As It Hits Back at NBC Report That It Harms Consumers...," MarketWatch, February 14, 2020
(580) "NBC News Investigates SmileDirectClub Amid Customer Complaints," Nashville Business Journal, February 14, 2020
(581) "SmileDirect Shares Plummet After NBC Report; Company Claims Reporter Showed Blatant Disregard for the Facts," Nashville Post, February 14, 2020
(582) "SmileDirectClub Says No Investigation Into Co By Federal Drug Administration or FTC," Reuters, February 14, 2020
(583) "SmileDirectClub Customers Reporting Problems With Aligners, NBC News...," TheFlyOnTheWall, February 14, 2020
(584) "SmileDirectClub Says NBC Piece Misrepresents Company, Quality of...," TheFlyOnTheWall, February 14, 2020
(585) "Is SmileDirectClub Safe; Teeth Straightening Service Slams NBC Report on Painful Problems," USA Today, February 14, 2020
(586) "SmileDirectClub Responds to Misrepresentations in the Media," Times of Oman, February 15, 2020
(587) "DIY Orthodontia Carries Risks; In Home Teeth Straightening Business Is Booming, But Complaints Also Have Increased," Daily Press, February 16, 2020

(588) "SmileDirectClub Bites Back at NBC's Report on Problems," USA Today, February 17, 2020

(589) "SmileDirectClub Slams NBC Report on Patient Pain," USA Today, February 17, 2020

(590) "Florida Board of Dentistry Closes Investigation Into SmileDirectClub," Dow Jones Institutional News, February 18, 2020

(591) "Florida Board of Dentistry Closes Investigation Into SmileDirectClub," GlobeNewswire, February 18, 2020

(592) "SmileDirectClub LLC; Patent Application Titled Systems and Methods for Mobile Dentition Scanning Published Online," Information Technology Newsweekly, February 18, 2020

(593) "SmileDirectClub Says Florida Board of Dentistry Closes Investigation Into Co," Reuters, February 18, 2020

(594) "Florida Board of Dentistry Closes Investigation Into SmileDirectClub...," TheFlyOnTheWall, February 18, 2020

(595) "SmileDirectClub Stands Behind Its Doctors," Dow Jones Institutional News, February 19, 2020

(596) "SmileDirectClub Says  Stands Behind Its Doctors After Media Reports With Allegations," Reuters, February 19, 2020

(597) "SmileDirectClub's Top Dentist Risks Losing License in California Crackdown," Reuters, February 19, 2020

(598) "Florida Board of Dentistry Closes Investigation Into SmileDirectClub," Tehran Times, February 19, 2020

(599) "SmileDirectClub's Chief Clinical Officer Risks Losing License, Reuters...," TheFlyOnTheWall, February 19, 2020

(600) "SmileDirectClub Hits Back at Media Reports That Say Its Chief Dentist Is At Risk of Losing License," Dow Jones Institutional News, February 20, 2020

(601) "SmileDirectClub Stands Behind Its Chief Dentist," Dow Jones Institutional News, February 20, 2020

(602) "SmileDirectClub Says Accusations Against Sulitzer Factually...," TheFlyOnTheWall, February 20, 2020

(603) "SmileDirectClub Says Stands Behind Chief Clinical Officer Jeffrey...," TheFlyOnTheWall, February 20, 2020

(604) "SmileDirectClub Says Sulitzer's License remains in Good Standing...," TheFlyOnTheWall, February 20, 2020

(605) "SmileDirectClub Stands Behind Its Chief Dentist," Syrian Arab News Agency, February 21, 2020

(606) "SmileDirect Top Dentist May Lose His License; California Regulatory Board Accuses Sulitzer of Fraud, Negligence After Two year Investigation," Nashville Post, February 21, 2020

(607) "SmileDirectClub Inc; A Loss of 9 Cents Per Share Anticipated for Fourth Quarter," Reuters, February 21, 2020

(608) "Brace Yourself; In Home Teeth Straighteners Raising Questions," The Shawnee News Star, February 21, 2020

(609) "SmileDirectClub Owns Trademark for SMILESPA," Australian Government News, February 23, 2020

(610) "SmileDirectClub Scores Another Class Action Lawsuit Dismissal," Dow Jones Institutional News, February 24, 2020

(611) "SmileDirectClub; NY Federal Court Dismisses Las Pending Consumer Class Action," Dow Jones Institutional News, February 24, 2020

(612) "SmileDirectClub Says Federal Court in New York Dismissed Plaintiffs' Consumer Class Action," Reuters, February 24, 2020

(613) "SmileDirectClub Announces Dismissal of Class Action Lawsuit in New...," TheFlyOnTheWall, February 24, 2020

(614) "SmileDirectClub Scores Another Class Action Lawsuit Dismissal," Al Riyadh, February 25, 2020

(615) "SmileDirectClub Shares Tank As Company Reports Q4 Earnings Miss," Benzinga, February 25, 2020

(616) "Q4 2019 SmileDirectClub Inc Earnings Call, Final," CQ FD Disclosure, February 25, 2020

(617) "SmileDirect Stock Tanks After Wider Company Loss, Sales Miss," Dow Jones Institutional News, February 25, 2020

(618) "SmileDirectClub Reports Fourth Quarter and Full Year 2019 Financial Results," Dow Jones Institutional News, February 25, 2020

(619) "SmileDirectClub 4Q Loss Shr 25c," Dow Jones Newswires, February 25, 2020

(620) "SmileDirectClub Reports Fourth Quarter and Full Year 2019 Financial Results," GlobeNewswire, February 25, 2020

(621) "AAC Extends Bank Talks Deadline; Also, SmileDirect Consumer Class Action Dismissed," Nashville Post, February 25, 2020

(622) "SmileDirectClub Reports Bigger Quarterly Loss Due to Higher Costs," Reuters, February 25, 2020

(623) "SmileDirectClub Down 17.9% After Reporting Q4 Results, Giving FY20...," TheFlyOnTheWall, February 25, 2020

(624) "SmileDirectClub Reports Q4 EPS (25c), Consensus (9c) Reports Q4 Revenue...," TheFlyOnTheWall, February 25, 2020

(625) "SmileDirectClub Says Achieving Profitability a Big Focus in...," TheFlyOnTheWall, February 25, 2020

(626) "SmileDirectClub Sees FY20 Revenue $1B, $1.1B, Consensus $1.14B Sees FY20...," TheFlyOnTheWall, February 25, 2020

(627) "What to Watch in SmileDirectClub's Earnings...," TheFlyOnTheWall, February 25, 2020

(628) "Money and Markets Digest," Associated Press Newswires, February 26, 2020

(629) "PreMarket Prep Stock of the Day; SmileDirectClub," Benzinga, February 26, 2020

(630) "SmileDirectClub Plummets 24% After Missing Quarterly Estimates and Reining in Expansion Plans," Business Insider, February 26, 2020

(631) "SmileDirect Shares Plunge on Sour Q4 Report," CFO, February 26, 2020

(632) "SmileDirectClub Reports Fourth Quarter and Full Year 2019 Financial Results," Contify Life Science News, February 26, 2020

(633) "SmileDirectClub Cut to Hold From Buy by Jefferies," Dow Jones Institutional News, February 26, 2020

(634) "SmileDirectClub Gets a Downgrade From Jefferies As Stock Plunges on Weak Forecast," Dow Jones Institutional News, February 26, 2020

(635) "SmileDirectClub Is Maintained at Buy by B of A Securities," Dow Jones Institutional News, February 26, 2020

(636) "SmileDirectClub Is Maintained at Outperform by Credit Suisse," Dow Jones Institutional News, February 26, 2020

(637) "SmileDirectClub Is Maintained at Overweight by JP Morgan," Dow Jones Institutional News, February 26, 2020

(638) "SmileDirectClub Shares Fall on 4Q Loss, Analyst Downgrade," Dow Jones Institutional News, February 26, 2020

(639) "SmileDirectClub Cut to Hold From Buy by Jefferies," Dow Jones Newswires, February 26, 2020

(640) "SmileDirectClub Is Maintained at Buy by B of A Securities," Dow Jones Newswires, February 26, 2020

(641) "SmileDirectClub Is Maintained at Outperform by Credit Suisse," Dow Jones Newswires, February 26, 2020

(642) "SmileDirectClub Is Maintained at Overweight by JP Morgan," Dow Jones Newswires, February 26, 2020

(643) "SmileDirectClub Is Maintained at Buy by Stifel," Down Jones Institutional News, February 26, 2020

(644) "SmileDirectClub Pokes," MarketWatch, February 26, 2020

(645) "SmileDirectClub Lays Off Local Workers, Plans to Slow Growth," Nashville Business Journal, February 26, 2020

(646) "Corrected; US Stocks on the Move; Tesla, Tonix Pharmaceuticals, Toll Brothers, SmileDirectClub, Ocwen Financial," Reuters, February 26, 2020

(647) "SmileDirectClub Sell Off Gives Short Sellers Reason to Grin," Reuters, February 26, 2020

(648) "SmileDirectClub's Disappointing Earnings Cast Doubt on Growth Prospects," Reuters, February 26, 2020

(649) "US Stocks on the Move; SmileDirectClub, Beyond Meat, Walt Disney, Toll Brothers," Reuters, February 26, 2020

(650) "Reuters Corrected; SmileDirectClub Eyes Controlled Growth and Profitability in 2020," Reuters, February 26, 2020

(651) "SmileDirectClub's Disappointing Earnings Cast Doubt on Growth Prospects," Reuters Health ELine, February 26, 2020

(652) "TJX, Alcon Rise; Dycom, Toll Brothers Fall," The San Diego Union Tribune, February 26, 2020

(653) "Stocks to Watch; Disney, Salesforce, Mattel, Toll Brothers; Here Are Some of the Companies With Shares Expected to Trade...," The Wall Street Journal, February 26, 2020

(654) "Below Her Forecast of 55%; the Analyst Adds That the Management Is More...," TheFlyOnTheWall, February 26, 2020

(655) "JPMorgan Nearly Halves SmileDirectClub Target After Disappointing," TheFlyOnTheWall, February 26, 2020

(656) "SmileDirectClub Downgraded to Hold From Buy at Jefferies...," TheFlyOnTheWall, February 26, 2020

(657) "SmileDirectClub Plunges as Wall Street Digests Earnings Miss Shares of...," TheFlyOnTheWall, February 26, 2020

(658) "SmileDirectClub Price Target Lowered to $12 From $17 at Stifel...," TheFlyOnTheWall, February 26, 2020

(659) "SmileDirectClub Price Target Lowered to $12 From $19 at BofA...," TheFlyOnTheWall, February 26, 2020

(660) "SmileDirectClub Price Target Lowered to $9 from $10 at Goldman...," TheFlyOnTheWall, February 26, 2020

(661) "SmileDirectClub LLC; Patent Application Titled Mouthpiece for Teeth Whitening Published Online," Politics & Government Week, February 27, 2020

(662) "The Digest," The New York Times, February 27, 2020

(663) "Headline Homes; January 2020; Among Those on This Month's List; The Diocese, a Member of SmileDirectClub's C Suite and a Soap Opera Actress," Nashville Post, February 28, 2020

(664) "SmileDirectClub Participates in a Conference Call with JPMorganMedical...," TheFlyOnTheWall, February 28, 2020

(665) "Brace Yourself," The Westerly Sun, March 1, 2020

(666) "SmileDirectClub Cut to Neutral From Buy by UBS," Dow Jones Institutional News, March 2, 2020

(667) "SmileDirectClub's Stock Heads for 9th Straight Loss After UBS Downgrade," Dow Jones Institutional News, March 2, 2020

(668) "SmileDirectClub Cut to Neutral From Buy by UBS," Dow Jones Newswires, March 2, 2020

(669) "SmileDirect Hits New Bottom; Analysts Have Slashed Targets Since Last Week's Q4 Report," Nashville Post, March 2, 2020

(670) "SmileDirectClub Downgraded to Neutral From Buy at USB Analyst Kevin...," TheFlyOnTheWall, March 2, 2020

(671) "Top Five Analyst Downgrades Catch Up On Today's Top Five...," TheFlyOnTheWall, March 2, 2020

(672) "SmileDirectClub Provides More Than One Million Customers Its Premium, Accessible Teeth Straightening Solutions," Dow Jones Institutional News, March 3, 2020

(673) "SmileDirectClub Applauds American Association of Dental Boards' Advocating Suggested Regulations of Teledentistry," Dow Jones Institutional News, March 4, 2020

(674) "Technology and Life Sciences IPO Survey; 2019, Full Year," Mondaq Business Briefing, March 4, 2020

(675) "Okta Works With Zurich North America to Provide Seamless, Secure Experiences for Workforce and Customers With the Okta Identity...," Contify Insurance News, March 5, 2020

(676) "SmileDirectClub Provides More Than One Million Customers Its Premium, Accessible Teeth Straightening Solutions," Namibian Sun, March 5, 2020

(677) "SmileDirectClub LLC; Patent Application Titled Mouthpiece for Teeth Whitening Published Online," Politics & Government Week, March 5, 2020

(678) "SmileDirectClub Applauds American Association of Dental Boards Advocating Suggested Regulations for Teledentistry," Syrian Arab News Agency, March 5, 2020

(679) "SmileDirectClub Owns Trademark for The Grin Life," Australian Government News, March 8, 2020

(680) "SmileDirectClub CMO Shares How the Company Is Experimenting With Connected TV Ads," Adweek, March 10, 2020

(681) "SmileDirectClub Expands Walmart Partnership to Canada," Benzinga, March 11, 2020

(682) "SmileDirectClub and Walmart Canada Launch In Store Shops," Contify Retail News, March 11, 2020

(683) "SmileDirectClub and Walmart Canada Launch In Store Shops," Dow Jones Institutional News, March 11, 2020

(684) "SmileDirectClub Shares Up 17% on Walmart Canada Partnership," Dow Jones Institutional News, March 11, 2020

(685) "SmileDirectClub Shares Up 17% on Walmart Canada Partnership," Dow Jones Newswires, March 11, 2020

(686) "SmileDirectClub and Walmart Canada Launch In Store Shops," Reuters, March 11, 2020

(687) "SmileDirectClub, Walmart Canada Launch In Store Shops SmileDirectClub...," TheFlyOnTheWall, March 11, 2020

(688) "SmileDirectClub and Walmart Canada Launch In Store Shops," Arab Times, March 12, 2020

(689) "SmileDirectClub Unveils Updates to Customer Experience," Dow Jones Institutional News, March 12, 2020

(690) "SmileDirectClub Unveils Updates to Customer Experience," GlobeNewswire, March 12, 2020

(691) "SmileDirectClub Reports on New Pre Screening Requirements, SmileShop...," TheFlyOnTheWall, March 12, 2020

**Public Filings and SEC Filings:**

(1) SDC Form S-1, August 16, 2019

(2) SDC Form S-1/A, September 3, 2019

(3) SDC Form S-1/A, September 9, 2019

(4) SDC Form 424B4, September 13, 2019

(5) SDC Form 8-K, September 17, 2019

(6) SDC Form 8-K, November 12, 2019

(7) SDC Form 10-Q for period ending September 30, 2019, filed November 14, 2019

(8) SDC Form 8-K, February 25, 2020

(9) SDC Form 10-K for period ending December 31, 2019, filed March 10, 2020

(10) SDC Form 8-K, March 20, 2020

(11) SDC Form 8-K, April 3, 2020

(12) SDC Form 8-K, April 17, 2020

(13) SDC Form 8-K, May 13, 2020

(14) SDC Form 8-K, June 9, 2020

(15) SDC Form 8-K, August 12, 2020

(16) SDC Form 8-K, November 16, 2020

(17) SDC Form 8-K, February 4, 2021

(18) SDC Form 8-K, February 5, 2021

(19) SDC Form 8-K, February 10, 2021
(20) SDC Form 8-K, February 16, 2021
(21) SDC Form 8-K, March 4, 2021
(22) SDC Form 8-K, April 1, 2021
(23) SDC Form 8-K (1 of 2), April 2, 2021
(24) SDC Form 8-K (2 of 2), April 2, 2021
(25) SDC Form 8-K, May 3, 2021
(26) SDC Form 8-K, May 10, 2021
(27) SDC Form 8-K, June 8, 2021
(28) SDC Form 8-K, August 9, 2021
(29) SDC Form 8-K, November 8, 2021
(30) SDC Form 8-K, December 7, 2021
(31) SDC Form 8-K, January 7, 2022
(32) SDC Form 8-K, January 24, 2022
(33) SDC Form 8-K, February 28, 2022
(34) NASDAQ, Inc Form 10-K for period ended December 31, 2020

**Articles and Books:**
(1) William H. Beaver, "The Information Content of Annual Earnings Announcements," *Journal of Accounting Research* 6, 1968
(2) Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, 25(2), May, 1970; Papers and Proceedings of the Twenty-Eighth Annual Meeting of the American Finance Association New York, N.Y., Dec., 28-30, 1969
(3) Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research* 9, 1971
(4) David Dickey and Wayne Fuller, "Distribution of the Estimators for Autoregressive Time Series with a Unit Root," *Journal of the American Statistical Association*, Vol. 74, Issue 366, Jun. 1979
(5) Joseph Aharony and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance* 35(1), 1980
(6) Brad M. Barber, et al., "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, Winter 1994
(7) John Campbell, et al., *The Econometrics of Financial Markets* (1997)
(8) A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature,* Vol. 35. No. 1, Mar. 1997
(9) William H. Beaver, *Financial Reporting: An Accounting Revolution* (3rd ed. 1998)
(10) Robert S. Pindyck and Daniel L. Rubinfeld, *Econometric Models and Economic Forecasts* (4th ed. 1998)
(11) François Degeorge, et al., "Earnings Management to Exceed Thresholds," *Journal of Business*, Vol. 72, No. 1, 1999
(12) Shannon P. Pratt, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies*, (5th ed. 2008)
(13) Jeffrey M. Wooldridge, *Introductory Econometrics: A Modern Approach* (6th ed. 2016)
(14) Ronald L. Wasserstein and Nicole A. Lazar, "The ASA Statement on p-Values: Context, Process, and Purpose," *The American Statistician*, 2016
(15) "Augmented Dickey-Fuller unit root test," *Stata Time Series Reference Manual* (Release 15, 2017)
(16) Charles McGrath, "80% of equity market cap held by institutions," *Pensions & Investments,* April 25, 2017
(17) "CFA Program Curriculum Level I Volume 5: Equity and Fixed Income, *CFA Institute* (2019)
(18) "Smile Direct Club Announces Pricing of Initial Public Offering of Class A Common Stock," *SDC Press Release*, September 11, 2019
(19) "Smile Direct Club Launches New Line of Oral Care Products Available Exclusively at Walmart," *SDC Press Release,* January 6, 2020
(20) "Smile Direct Club Clear Aligners Now Available at Dentist and Orthodontist Offices," *GlobeNewswire,* January 14, 2020
(21) Kat Tretina and John Schmidt, "An Introduction to the Nasdaq Stock Exchange," *Forbes*, August 12, 2021
(22) "Initial Listing Guide*," Nasdaq,* January 2023

**Case Law and Related Documents:**
(1) *Basic Inc. v. Levinson*, 485 U.S. 224 *(1988)*
(2) *Cammer v. Bloom,* 711 F. Supp. 1264 (D.N.J. 1989)
(3) *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D. Tex. 2001)
(4) *Cheney v. Cyberguard Corp.,* 213 F.R.D. 484 (S.D. Fla. 2003)
(5) *Unger v. Amedisys Inc*., 401 F.3d 316 (5th Cir. 2005)
(6) *In re DVI Inc. Sec. Litig.*, 249 F.R.D. 196 (E.D. Pa. 2008)
(7) *Schleicher v. Wendt*, 618 F.3d 679 (7th Cir. 2010)
(8) *Halliburton Co. v. Erica P. John Fund, Inc*., 573 U.S. (2014)
(9) Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton II*, 2014 WL 526436 (U.S. Feb 5, 2014)
(10) Brief of Testifying Economists as *Amici Curiae* in Support of Respondent, *Halliburton II*, 2014 WL 507164 (U.S. Feb. 5, 2014)
(11) *Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC*, 310 F.R.D. 69 (S.D.N.Y. 2015)
(12) *Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corporation*, 830 F.3d 376 (2016)
(13) *Todd v. STAAR Surgical Co.*, 2017 WL 821662 (C.D. Cal. Jan. 5, 2017)
(14) *Bond v. Clover Health Invs. Corp.*, 587 F. Supp. 3d 641 (M.D. Tenn. 2022)

**Other:**
(1) "NASDAQ Composite Total Return," *Nasdaq*, https://indexes.nasdaqomx.com/Index/Overview/xcmp
(2) "Nasdaq Health Care," *Nasdaq,* https://indexes.nasdaq.com/Index/Overview/IXHC
(3) Intercontinental Exchange, NYSE Regulation Threshold Securities, https://www.nyse.com/regulation/threshold-securities
(4) Nasdaq Threshold List, *Nasdaq Trader*, https://www.nasdaqtrader.com/trader.aspx?id=RegSHOThreshold

(5) "S&P Total Market Index Factsheet," *S&P*, https://www.spglobal.com/spdji/en/indices/equity/sp-total-market-index-tmi/

(6) "S&P U.S. Indices Methodology," S&P, https://www.spglobal.com/spdji/en/documents/methodologies/methodology-sp-us-indices.pdf

(7) "Fast Answers: Market Maker," *SEC*, https://www.sec.gov/fast-answers/answersmktmakerhtm.html

(8) "S&P Global," *CNN Business*, https://money.cnn.com/quote/shareholders/shareholders.html?symb=SPGI&subView=institutional

(9) Fails-to-Deliver Data, *SEC*, https://www.sec.gov/data/foiadocsfailsdatahtm

(10) Threshold Securities, *SEC*, https://www.investor.gov/introduction-investing/investing-basics/glossary/threshold-securities

(11) Historical Threshold Lists, *Nasdaq*, ftp://ftp.nasdaqtrader.com/SymbolDirectory/regsho/

(12) *In the Matter of Gary S. Bell*, SEC Release No. 65941, Dec. 13, 2011

(13) 15 U.S.C. § 77l(a)(2)

(14) 15 U.S.C. § 77l(b)

(15) 15 U.S.C. § 77k(e)

(16) 15 U.S.C. § 77o(15)

(17) 15 U.S.C. § 78t

(18) 15 U.S.C. § 78u-4

(19) SEC Rule 203(c)(6)

(20) Form S-3 Registration Statement Under the Securities Act of 1933, https://www.sec.gov/files/forms-3.pdf

(21) Bloomberg L.P.

(22) S&P Capital IQ

**Franchi et al. v. SmileDirectClub, Inc., et al.**
**Exhibit 1**
**List of Disclosed Market Makers**

### Market Maker

| | |
|---|---|
| ACS Execution Services, LLC | Jump Trading, LLC |
| Aegis Capital Corp. | Ladenburg, Thalmann & Co., Inc. |
| Allen & Company Inc. | Lake Street Capital Markets, LLC |
| Ameritrade, Inc. | Lampost Capital LLC |
| Andrew Garrett, Inc. | Leerink Swann & Co., Inc. |
| B. Riley and Co. Inc. | LEK Securities Corporation |
| Banyan Securities, LLC | Lime Brokerage LLC |
| Barclays Capital Inc. | Maxim Group, LLC |
| BATS Trading, Inc. | MKM Partners |
| Bay Crest Partners, LLC | Morgan Stanley & Co., Incorporated |
| Baypoint Trading LLC | National Financial Services LLC |
| BMO Capital Markets | Needham and Co. |
| BRUT, LLC | Noble Financial Capital Markets |
| BTIG, LLC | Northland Securities, Inc. |
| Canaccord Genuity Inc | Paulson Investment Co. Inc. |
| Cantor Fitzgerald & Co. | Pictet Overseas Inc. |
| Charles Schwab and Co., Inc. | Prebon Financial Products Inc. |
| Citadel Derivatives Group LLC | Puma Capital, LLC |
| Citadel Securities LLC | R.F. Lafferty & Co., Inc. |
| Citigroup Global Markets Inc. | Regal Discount Securities, Inc. |
| Clearpool Execution Services, LLC | Robert W. Baird & Co. Inc. |
| CLSA Americas, LLC | Roth Capital Partners, LLC |
| Craig-Hallum Capital Group LLC | Sagetrader, LLC |
| Credit Suisse First Boston LLC | Sanford C. Bernstein and Co. |
| Cutler Group, LP | SpeedRoute LLC |
| Daiwa Securities America Inc. | Stephens Inc. |
| Dart Executions, LLC | Stifel Nicolaus |
| Deutsche Bank Securities Inc. | Stock USA Investments |
| E*Trade Clearing LLC | SunTrust Capital Markets, Inc. |
| Electronic Brokerage Systems. LLC | T.R. Winston & Company, LLC |
| Electronic Transaction Clearing, Inc. | TD Securities (USA) Inc. |
| Fox River Execution Technology, LLC | The Vertical Group, Inc. |
| Global Execution Brokers, LP | Tradebot Systems, Inc. |
| Goldman Sachs | TRC Markets LLC |
| GTS Securities LLC | Two Sigma Securities |
| Guggenheim Securities, LLC | UBS Securities LLC. |
| HAP Trading, LLC | Vandham Securities Corp. |
| HSBC Securities (USA) Inc. | ViewTrade Securities, Inc. |
| Imperial Capital LLC | Virtu Americas |
| Instinet | Wall Street Access |
| Interactive Brokers LLC | Wedbush Morgan Securities Inc. |
| ITG Inc. | Wells Fargo Securities, LLC |
| Jefferies & Company, Inc. | William Blair & Company LLC |
| Johnson Rice and Co. | William O'Neil & Company |
| Jones and Associates Inc. | Wolverine Execution Services |
| Joseph Gunnar and Co. | Wolverine Securities |

**Source:**
Bloomberg L.P.

| Date | Time (2) | Impact Date | Release Day Earnings | 8K | SDC Log Return Actual | Abnormal | p-value | Sig (3) |
|---|---|---|---|---|---|---|---|---|
| 9/17/19 | 4:54 PM | 9/18/19 | | ✓ | 2.1% | 2.6% | 0.554 | |
| 11/12/19 | 4:10 PM | 11/13/19 | ✓ | ✓ | -22.7% | -22.7% | 0.000 | *** |
| 2/25/20 | 4:05 PM | 2/26/20 | ✓ | ✓ | -34.8% | -38.1% | 0.000 | *** |
| 3/20/20 | 4:03 PM | 3/23/20 | | ✓ | -0.2% | 0.2% | 0.975 | |
| 4/3/20 | 4:35 PM | 4/6/20 | | ✓ | 8.2% | -0.8% | 0.916 | |
| 4/17/20 | 4:04 PM | 4/20/20 | | ✓ | 0.7% | 1.3% | 0.860 | |
| 5/13/20 | 4:08 PM | 5/14/20 | ✓ | ✓ | -9.8% | -10.9% | 0.145 | |
| 6/9/20 | 6:03 AM | 6/9/20 | | ✓ | -7.8% | -8.2% | 0.272 | |
| 8/12/20 | 4:07 PM | 8/13/20 | ✓ | ✓ | -17.3% | -17.8% | 0.000 | *** |
| 11/16/20 | 4:20 PM | 11/17/20 | ✓ | ✓ | 2.9% | 3.3% | 0.487 | |
| 2/4/21 | 7:00 AM | 2/4/21 | | ✓ | -10.9% | -12.0% | 0.023 | ** |
| 2/5/21 | 7:00 AM | 2/5/21 | | ✓ | -3.0% | -3.8% | 0.459 | |
| 2/10/21 | 6:03 AM | 2/10/21 | | ✓ | 0.2% | -0.3% | 0.955 | |
| 2/16/21 | 5:03 PM | 2/17/21 | | ✓ | -1.8% | -2.4% | 0.651 | |
| 3/4/21 | 4:06 PM | 3/5/21 | ✓ | ✓ | -4.9% | -6.3% | 0.187 | |
| 4/1/21 | 4:34 PM | 4/5/21 | | ✓ | -3.6% | -4.6% | 0.285 | |
| 4/2/21 | 5:01 PM | | | ✓ | | | | |
| | 5:03 PM | | | ✓ | | | | |
| 5/3/21 | 4:21 PM | 5/4/21 | | ✓ | -21.1% | -18.1% | 0.000 | *** |
| 5/10/21 | 4:05 PM | 5/11/21 | ✓ | ✓ | 2.8% | 2.1% | 0.332 | |
| 6/8/21 | 4:16 PM | 6/9/21 | | ✓ | 4.0% | 2.9% | 0.327 | |
| 8/9/21 | 4:04 PM | 8/10/21 | ✓ | ✓ | -27.7% | -24.8% | 0.000 | *** |
| 11/8/21 | 4:06 PM | 11/9/21 | ✓ | ✓ | -23.0% | -21.7% | 0.000 | *** |
| 12/7/21 | 4:32 PM | 12/8/21 | | ✓ | -4.9% | -6.3% | 0.221 | |
| 1/7/22 | 4:53 PM | 1/10/22 | | ✓ | -0.5% | -1.3% | 0.726 | |
| 1/24/22 | 4:06 PM | 1/25/22 | | ✓ | 22.0% | 27.7% | 0.000 | *** |
| 2/28/22 | 4:05 PM | 3/1/22 | ✓ | ✓ | -7.1% | -6.1% | 0.159 | |

**Sources and Notes:**

(1) Abnormal returns based on market model with the Nasdaq Composite Total Return Index ("Market Index") and the Nasdaq Health Care Return Index ("Industry Index"), and includes indicator variables that have a value of one on Release Days and Alleged Fraud-Related Days and zero on all other days. For the Class Period between September 12, 2019 and March 12, 2020, I use the following two static sub-periods for the estimation windows: (1) September 12, 2019 through December 31, 2019, and (2) January 1, 2020 through March 12, 2020. For the period after the Class Period, I use a static 63-day estimation window for the estimation of abnormal returns between March 13, 2020 and June 12, 2021, and a trailing 63-day estimation window for the estimation of abnormal returns after June 12, 2021 through March 11, 2022.

(2) The timing of Release Days are sourced from S&P Capital IQ.

(3) Asterisks represent significance levels based on a two-tailed test: * p≤0.10, ** p≤0.05, *** p≤0.01.

| Bloomberg Ticker | Company Name | Company Description | Securities Analyst (1) (2) | | | | | | | | | | Bespoke Industry Index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BoA | Guggenheim | Jefferies | UBS | William Blair | CS | Loop Capital | JPM | Craig-Hallum | Wolfe Research | |
| ABMD | ABIOMED INC | ABIOMED, Inc. develops, manufactures, and markets cardiovascular products. The Company develops technologies designed to assist and replace the pumping function of the heart. Abiomed's products and services are used by health care professionals in worldwide. | X | X | X | X | X | | | X | | | X |
| ALGN | ALIGN TECHNOLOGY INC | Align Technology, Inc. is a global medical device company. The Company designs, manufactures, and markets clear aligners and intraoral scanners for dentistry, as well as computer-aided design and manufacturing software for dental laboratories and dental practitioners. Align Technology serves customers worldwide. | X | X | X | X | X | X | X | X | X | X | X |
| BIOL | BIOLASE INC | Biolase, Inc. develops, manufactures, and markets medical devices. The Company offers all and soft tissue dental lasers, as well as 3D intraoral scanner. Biolase serves customers in the State of California. | | | | | X | | | | | | X |
| COO | COOPER COS INC/THE | The Cooper Companies, Inc. through its subsidiaries, develops, manufactures, and markets specialty healthcare products. The Company's products include contact lenses for the vision care market and diagnostic products, surgical instruments, and accessories for gynecologists and obstetricians. | | | | | X | | | | | | X |
| DHR | DANAHER CORP | Danaher Corporation designs, manufactures, and markets professional, medical, industrial and commercial products, and services in the sectors of test and measurement, environmental, life sciences, dental, and industrial technologies. | | | | | | X | | | | | X |
| DXCM | DEXCOM INC | Dexcom, Inc. operates as a medical device company focused on the design and development of continuous glucose monitoring systems for people with diabetes. The Company develops a small implantable device that continuously measures glucose levels in subcutaneous tissue just under the skin and a small external receiver to which the sensor transmits glucose levels at specified intervals. | | X | X | X | X | | | X | | X | X |
| EHTH | EHEALTH INC | eHealth, Inc. sells health insurance over the Internet. The Company serves individuals, families, and small businesses. eHealth offers short-term, dental, vision, group, life, accident, critical illness, pet, and travel insurance services. eHealth serves customers in the United | | | | | | | | | | X | X |
| EW | EDWARDS LIFESCIENCES CORP | Edwards Lifesciences Corporation designs, develops, manufactures, and markets products and services to treat late-stage cardiovascular disease. The Company offers products such as tissue replacement heart valves, heart valve repair, hemodynamic monitoring devices, angioscopy equipment, oxygenators, and pharmaceuticals. Edwards Lifesciences supplies its products worldwide. | X | X | X | X | | | | | | X | X |
| EXAS | EXACT SCIENCES CORP | Exact Sciences Corp., is focused on developing and commercializing a non-invasive molecular screening test for the early detection and prevention of colorectal cancer. The Company's test is a stool-based DNA test that identifies both pre-cancer and cancer by detecting genetic mutations in colorectal cancer cells. | X | | X | X | X | | | | X | X | X |
| GH | GUARDANT HEALTH INC | Guardant Health, Inc. operates as a biotechnology company. The Company provides sequencing and cell diagnostics services for the cancer patients. Guardant Health serves patients worldwide. | | | | | X | | | | | | X |
| HCAT | HEALTH CATALYST INC | Health Catalyst, Inc. provides software solutions. The Company designs, develops, and delivers healthcare software solutons for hospitals to manage operational, financial, clinical, and research data. Health Catalyst serves customers in the State of Utah. | | X | | | | | | | | | X |
| HSIC | HENRY SCHEIN INC | Henry Schein, Inc. distributes healthcare products and services. The Company provides shop supplies, as well as dental and medical solutions and services to improve operational success and clinical outcomes. Henry Schein focuses on patients, dental laboratories, government and institutional clinics, health care professionals, and care sites worldwide. | X | | | X | X | X | | | | | X |
| IDXX | IDEXX LABORATORIES INC | IDEXX Laboratories, Inc. provides diagnostic, detection, and information systems for veterinary, food, and water testing applications. The Company also operates an international network of veterinary reference laboratories. IDEXX offers its products to customers worldwide. | X | X | | | | | | | | X | X |
| ILMN | ILLUMINA INC | Illumina, Inc. develops, manufactures and markets integrated systems for the large scale analysis of genetic variation and biological function. The Company provides a comprehensive line of products and services that currently serve the sequencing, genotyping and gene expression markets for genomic research centers, pharmaceutical companies, academic institutions and biotechnology companies. | X | X | X | | | | | | | | X |
| INSP | INSPIRE MEDICAL SYSTEMS INC | Inspire Medical Systems, Inc. operates as a medical technology company. The Company develops implantable neurostimulation systems to treat obstructive sleep apnea. Inspire Medical Systems operates in the the United States. | | | | | | | | X | | | X |



| Bloomberg Ticker | Company Name | Company Description | Securities Analyst (1) (2) | | | | | | | | | | Bespoke Industry Index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | BoA | Guggenheim | Jefferies | UBS | William Blair | CS | Loop Capital | JPM | Craig-Hallum | Wolfe Research | |
| IRTC | IRHYTHM TECHNOLOGIES INC | iRhythm Technologies, Inc. develops, produces, and distributes medical instruments. The Company offers cardiac rhythm monitoring devices for palpitation, shortness of breath, and fatigue. iRhythm Technologies serves physician, clinical staff, and patients in the United | | X | | | | | | X | | | X |
| ISRG | INTUITIVE SURGICAL INC | Intuitive Surgical, Inc. design, manufactures, and markets surgical systems. The Company offers endoscopes, endoscopic retractors and disectors, scissors, scalpels, forceps, needle holders, electrocautery, ultrasonic cutters, and accessories during surgical procedures. Intuitive Surgical operates worldwide. | X | | X | X | | | | | | X | X |
| LVGO | LIVONGO HEALTH INC | Livongo Health, Inc. operates as a biotechnology company. The Company develops applied health signals for the treatment of chronic health conditions. Livongo Health serves patients in the United States. | | X | | | | | | | | | X |
| MMM | 3M CO | 3M Company conducts operations in electronics, telecommunications, industrial, consumer and office, health care, safety, and other markets. The Company businesses share technologies, manufacturing operations, marketing channels, and other resources. 3M serves customers worldwide. | X | | | X | X | | | | | | X |
| NVST | ENVISTA HOLDINGS CORP | Envista Holdings Corporation operates as a holding company. The Company, through its subsidiaries, provides dental consumables, equipment, and services to dental professionals. Envista Holdings offers its services in the United States. | | X | | | X | | | | X | | X |
| PDCO | PATTERSON COS INC | Patterson Companies Inc. distributes dental products, veterinary supplies for companion pets, and rehabilitation supplies. The Company sells and markets to dental clinics and laboratories, veterinarians, and to the physical and occupational therapy markets. Patterson operates in the United States. | | | | | | X | | | | | X |
| PEN | PENUMBRA INC | Penumbra, Inc. designs, develops, manufactures, and markets medical devices. The Company offers peripheral vascular and neurovascular devices that help patients suffering from stroke and other neurovascular diseases. Penumbra operates in the United States. | | | | | X | | | | | | X |
| PODD | INSULET CORP | Insulet Corporation operates as a medical device company. The Company develops, manufactures, and markets an insulin infusion system for people with insulin-dependent diabetes. Insulet markets its products in the United Kingdom, Canada, and United States. | X | | X | | X | | | X | | X | X |
| RGEN | REPLIGEN CORP | Repligen Corporation is a bioprocessing company focused on the development, production, and commercialization of innovative products used in the process of manufacturing biologic drugs. The Company's customers include life sciences companies, global biopharmaceutical companies, and contract manufacturers worldwide. | | | X | | | | | | | X | X |
| SAUHY | STRAUMANN HOLDING AG-UNS ADR | Straumann Holding AG develops, produces and sells dental implants. The Company manufactures metal devices implantable in the jaw, in place of missing teeth, to which prosthetic teeth are attached. Straumann has subsidiaries throughout Europe and North America. The Company sells its products worldwide. | X | | X | X | X | X | | | X | | X |
| SILK | SILK ROAD MEDICAL INC | Silk Road Medical, Inc. produces and distributes surgical equipment. The Company offers develops and manufactures less-invasive medical devices intended to improve the treatment of carotid artery disease through proprietary transcarotid therapies. Silk Road Medical serves medical sector in the United States. | | | | | X | | | | | | X |
| SIRO | SIRONA DENTAL SYSTEMS INC | Sirona Dental Systems, Inc. develops, manufactures, and markets dental equipment. The Company provides restorative, orthodontics, endodontics, implants, prosthetics, imaging systems, and instruments. Sirona Dental Systems serves clients worldwide. | | | | | | X | | | | | X |
| STAA | STAAR SURGICAL CO | STAAR Surgical Company develops, manufactures, and markets high margin visual implants that improve a patient's quality of vision. The Company manufactures implantable contact lenses to treat refractive disorders such as myopia. STAAR also manufactures products for cataract surgery and glaucoma surgery. | | | | | X | | | | | | X |
| TDOC | TELADOC HEALTH INC | Teladoc Health, Inc. provides healthcare services. The Company diagnoses, recommends treatment, and prescribes medication for routine medical issues through phone and video consultations. Teladoc Health serves patients worldwide. | X | X | | | | | | X | X | X | X |
| TECH | BIO-TECHNE CORP | Bio-Techne Corp develops, manufactures and sells biotechnology products and clinical diagnostic controls. The Company specializes in proteins, cytokines, growth factors, immunoassays and small molecules. | | | X | | | | | | | | X |
| XRAY | DENTSPLY SIRONA INC | DENTSPLY SIRONA Inc. manufactures dental solutions. The Company offers endodontics, implantology, dental lab, restorative, orthodontics, imaging, instruments, and hygiene systems. DENTSPLY SIRONA serves clients worldwide. | X | | | X | X | X | | | | | X |



**Franchi et al. v. SmileDirectClub, Inc., et al.**
**Exhibit 3**
**Bespoke Index Members**

| Bloomberg Ticker | Company Name | Company Description | BoA | Guggenheim | Jefferies | UBS | William Blair | CS | Loop Capital | JPM | Craig-Hallum | Wolfe Research | Bespoke Industry Index |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

**Sources and Notes:**

(1) Only includes publicly-traded U.S. companies identified as peers, competitors, or comparable companies by securities analysts.

(2) Bank of America Merrill Lynch, "You can't buy happiness, but this 'Smile' is for sale - Initiate Buy on SDC," October 7, 2019, pp. 7, 9 and 15.  Excludes companies not publicly traded in the U.S: Candid Co., Uniform Teeth, and Orthly.

Guggenheim, "SDC - Best Idea - Initiating Coverage with a BUY Rating and $24 Price Target," October 7, 2019, pp. 4, 5, and 11.  Excludes companies not publicly traded in the U.S: Candid Co. and SmileLove.

Jefferies, "SDC Knows DTC: The Clear Leader in At-Home Aligner Therapy; Initiate at Buy," October 7, 2019, pp. 20 and 33.  Excludes companies not publicly traded in the U.S: Candid Co.

UBS, "Initiating with a Buy," October 7, 2019, pp. 14 and 31.  Excludes companies not publicly traded in the U.S: Candid Co., Smilelove, SnapLove, and SnapCorrect.

William Blair, "A Direct-to-Consumer Clear Aligner Provider; Time to Join the Club? Initiating Coverage With Outperform Rating ," October 7, 2019, pp. 8 and 25.  Excludes companies not publicly traded in the U.S: Candid Co., Smilelove, SnapCorrect, and Byte.

Credit Suisse, "Life Science Tools & Diagnostics - SmileDirectClub (SDC); Initiate Outperform, $18 Target Price," October 7, 2019, p. 16.  Excludes companies not publicly traded in the U.S: Coltene Holdings (CLTN).

Loop Capital Markets, "We Expect Rapid Share Gains; Initiating with Buy Rating," October 7, 2019, p. 1.

J.P. Morgan, "There's a Lot to Smile About; Initiate at OW, $31 PT," October 7, 2019, pp. 25-26.

Craig-Hallum, "By Moving Dentists To The Cloud, SDC's Teledenistry Platform is Giving Patients A Reason to Smile," January 6, 2020, pp. 11 and 23.  Excludes companies not publicly traded in the U.S: Candid Co., Smilelove, and SnapCorrect.

Wolfe Research, "Initiate at Underperform, PT $7," January 8, 2020, p. 5.



**Franchi et al. v. SmileDirectClub, Inc., et al.**
**Exhibit 4**
**Summary of Alleged Fraud-Related Days during the Class Period**

| Date | Time | | Impact Date | Alleged Curative Event | Consolidated Complaint |
|---|---|---|---|---|---|
| 9/24/19 | 11:56 AM | (1) | 9/24/19 | Ciccio et al. v. SDC Complaint Filed | |
| | | | 9/25/19 | | ¶¶ 124-125 |
| | | | 9/26/19 | | |
| 10/4/19 | 9:44 AM | (2) | 10/4/19 | Hindenburg Research Issues Short-Selling Report | |
| | 12:54 PM | (3) | | SDC Issues Statement Dismissing Allegations | |
| 10/7/19 | | | 10/7/19 | | ¶¶ 126-130 |
| 10/8/19 | | | 10/8/19 | | |
| 10/9/19 | | | 10/9/19 | ADA Response Highlighting SDC's Purported Violations | |
| | | | 10/10/19 | | |
| 10/13/19 | Sunday | | 10/14/19 | California Bill AB 1519 Passed | ¶¶ 131-135 |
| 10/16/19 | 4:47 PM | (4) | 10/17/19 | SDC Files Suit Against Dental Board of California Revealing Prior Raids | ¶¶ 136-139 |
| 10/19/19 | 9:50 AM | (5) | 10/21/19 | Market Watch article re: Previously Undisclosed Raids and Investigation | ¶ 140 |
| 11/12/19 | 4:10 PM | (6) | 11/13/19 | 8K: 3Q 2019 Financial Results | ¶¶ 141-143 |
| 2/13/20 | 6:30 PM | (7) | 2/14/20 | NBC Nightly News Report on SDC | |
| | | | 2/18/20 | | ¶¶ 144-148 |
| 2/19/20 | 1:36 PM | (8) | 2/19/20 | Reuters Article re: SDC Top Dentist Risk Losing License in CA | |
| | 9:36 PM | (9) | 2/20/20 | SDC Statement re: Standing Behind Its Doctors | |
| 2/25/20 | 4:05 PM | (10) | 2/26/20 | 8K: 4Q 2019 Financial Results | ¶¶ 149-150 |
| 3/12/20 | 9:36 AM | (11) | 3/12/20 | SDC Unveils Updates Overhauling Rules | ¶¶ 151-155 |

**Notes:**

(1) I understand from counsel that the complaint was filed before market close at 10:56am CT (or 11:56am ET).

(2) Based on timestamp of Hindenburg Research twitter tweet.

(3) "Smile Direct Club issues statement on Organized Dentistry's Anti-Competitive Legal Actions," PR Newswire, October 4, 2019

(4) I understand from counsel that the complaint was filed after market close at 1:47pm PT (or 4:47pm ET).  Accordingly, I only include the next trading day (October 17, 2019) following the disclosure of the lawsuit.

(5) "SmileDirectClub Stock Falls Anew After Company Files Suit Against California Dental Board," MarketWatch, October 19, 2019

(6) The timing of Earnings Release Days are sourced from S&P Capital IQ.

(7) NBC Nightly News is broadcast live from 6:30pm to 7:00pm ET.

(8) "SmileDirectClub's Top Dentist Risks Losing License in California Crackdown," Reuters, February 19, 2020

(9) "Smile Direct Club Says Stands Behind Its Doctors," GlobeNewswire, February 19, 2020

(10) The timing of Earnings Release Days are sourced from S&P Capital IQ.

(11) "Smile Direct Club Unveils Updates to CustomerExperience," SDC Press Release, March 12, 2020

