| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, ) ) | Civil Action No. 3:19-cv-00962 **(Consolidated)** |
| Plaintiff, ) | CLASS ACTION |
| vs. ) ) | Judge Eli J. Richardson Magistrate Judge Jeffery S. Frensley |
| SMILEDIRECTCLUB, INC., et al., ) ) | DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF JOINT DISCOVERY DISPUTE STATEMENT CONCERNING DOCUMENTARY DISCOVERY FROM UNDERWRITER DEFENDANTS |
| Defendants. ) ) ) | |

I, CHRISTOPHER M. WOOD, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of Tennessee, including this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Plaintiffs 1199SEIU Health Care Employees Pension Fund and Bucks County Employees Retirement System (collectively, Plaintiffs") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached as Exhibits 1-12 are true and correct copies of documents produced by defendants   J.P. Morgan   Securities LLC;   Guggenheim   Securities LLC;   Stifel,   Nicolaus & Company, Inc.;  and  Citigroup  Global  Markets Inc. (collectively, the "Producing Parties")  in discovery.  We have included narrow redactions to the documents that the Producing Parties believe

4883-3362-1867.v1

should not be publicly filed and that Plaintiffs and the Producing Parties agree are irrelevant to the resolution of this dispute in any event.

3.  Attached as Exhibits 13-20 are true and correct copies of publicly available orders (Exs. 13-18), correspondence between the parties (Ex. 19), and document requests exchanged between Plaintiffs and the Producing Parties during discovery (Ex. 20).

Exhibit 1:   Email chain from Michelle M. Chen to Neil G. Dalal, *et al.*, with attachments, dated July 12, 2019 (JPMC-SMILE-00094950) [REDACTED];

Exhibit 2:   Email chain from Philip Harrison to Christopher T. Grose, dated November 14, 2018 (JPMC-SMILE-00105573) [REDACTED];

Exhibit 3:   Email chain from Neil G. Dalal to Chirag Dhami, with attachments, dated July 2, 2019 (JPMC-SMILE-00023529) [REDACTED];

Exhibit 4:   Email chain from Neil G. Dalal to Anshita Khandelwal, *et al.*, dated September 15, 2019 (JPMC-SMILE-00021359) [REDACTED];

Exhibit 5:   Email chain from Paul J. Mule to Avery Burns and Miya M. Swofford, dated September 21, 2019 (JPMC-SMILE-00052830) [REDACTED];

Exhibit 6:   Email chain from Phil Boyd to Kevin McDonough, with attachments, dated August 30, 2019 (GNHM-SMILE-00006523) [REDACTED];

Exhibit 7:   Email chain from Seth Rubin to Adam Kohn, *et al.*, dated September 12, 2019 (STIFEL-SMILE-00002403) [REDACTED];

Exhibit 8:   Email chain from Kevin Gallagher to Robert Jackey and Russell G. Chong, dated June 12, 2019 (CITI-SMILE-00014892) [REDACTED];

Exhibit 9:   Email chain from Kevin Gallagher to Russell G. Chong and Robert Jackey, dated June 16, 2019 (CITI-SMILE-00018363) [REDACTED];

Exhibit 10:  Email chain from Kevin Gallagher to Robert Jackey and Russell G. Chong, dated June 17, 2019 (CITI-SMILE-00018485) [REDACTED];

Exhibit 11:  Email chain from Russell G. Chong to Robert Jackey, dated June 11, 2019 (CITI-SMILE-00014874) [REDACTED];

Exhibit 12:  Email chain from Kevin Gallagher to Russell G. Chong and Robert Jackey, dated June 11, 2019 (CITI-SMILE-00014855) [REDACTED];

Exhibit 13:  Order Instituting Administrative and Cease-and-Desist Proceedings, Pursuant to Sections 15(b) and 21c of the Securities Exchange Act of 1934, Making

4883-3362-1867.v1

Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, *In the Matter of J.P. Morgan Secs. LLC*, Administrative Proceeding File No. 3-20681, SEC Release No. 93807 (Dec. 17, 2021);

Exhibit 14: Order Instituting Administrative and Cease-and-Desist Proceedings, Pursuant to Sections 15(b) and 21c of the Securities Exchange Act of 1934, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, *In the Matter of BofA Secs., Inc. and Merrill Lynch, Pierce, Fenner & Smith Inc.*, Administrative Proceeding File No. 3-21166, SEC Release No. 95921 (Sept. 27, 2022);

Exhibit 15: Order Instituting Administrative and Cease-and-Desist Proceedings, Pursuant to Sections 15(b) and 21c of the Securities Exchange Act of 1934, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, *In the Matter of Citigroup Glob. Mkts. Inc.*, Administrative Proceeding File No. 3-21165, SEC Release No. 95920 (Sept. 27, 2022);

Exhibit 16: Order Instituting Administrative and Cease-and-Desist Proceedings, Pursuant to Sections 15(b) and 21c of the Securities Exchange Act of 1934, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, *In the Matter of UBS Fin. Servs., Inc. and UBS Secs. LLC*, Administrative Proceeding File No. 3-21174, SEC Release No. 95929 (Sept. 27, 2022);

Exhibit 17: Order Instituting Administrative and Cease-and-Desist Proceedings, Pursuant to Sections 15(b) and 21c of the Securities Exchange Act of 1934, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, *In the Matter of Credit Suisse Secs. (USA) LLC*, Administrative Proceeding File No. 3-21171, SEC Release No. 95926 (Sept. 27, 2022);

Exhibit 18: Order Instituting Administrative and Cease-and-Desist Proceedings, Pursuant to Sections 15(b) and 21c of the Securities Exchange Act of 1934, Making Findings, and Imposing Remedial Sanctions and a Cease-and-Desist Order, *In the Matter of Jefferies LLC*, Administrative Proceeding File No. 3-21168, SEC Release No. 959263 (Sept. 27, 2022);

Exhibit 19: Letter from Jeffrey J. Stein to Shane M. Palmer, dated March 14, 2023; and

Exhibit 20: Plaintiffs' First Requests for Production of Documents to the Underwriter Defendants, dated December 15, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2023, at Nashville, Tennessee.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on June 20, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)


Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:19-cv-00962 Franchi v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Andrew Fiorella**
  afiorella@beneschlaw.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,sfordice@rjfirm.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,lkroll@bakerdonelson.com,jcalouette@bakerdonelson.com,mbarrass@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Stephen Johnson**
  sjohnson@rgrdlaw.com

- **Lewis S. Kahn**
  Lewis.Kahn@ksfcounsel.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Ashley M. Kelly**
  akelly@rgrdlaw.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com

- **MICHAEL J MORSE**
  PKNASHLAW@AOL.COM

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **E. Powell Miller**
  epm@millerlawpc.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Christopher Nelson**
  cln@weiserlawfirm.com

- **Melinda A. Nicholson**
  Melinda.Nicholson@ksfcounsel.com

- **Michael J. Palestina**
  Michael.Palestina@ksfcounsel.com

- **Ira M. Press**
  ipress@kmllp.com

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **Jeffrey J. Stein**
  jstein@rgrdlaw.com,JStein@ecf.courtdrive.com

- **Hannah Stowe**
  hstowe@beneschlaw.com,docket2@beneschlaw.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Christopher E. Thorsen**
  cthorsen@bakerdonelson.com,nkhan@bakerdonelson.com,faltaie@bakerdonelson.com,mbarrass@bakerdonelson.com,joboyle@bakerdonelson.com,jcalender@bakerd

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com,creis@rgrdlaw.com,AKellyRGRI

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 3:19-cv-00962     Document 138-1     Filed 06/20/23     Page 6 of 6 PageID #: 3461