# EXHIBIT 1
# [REDACTED]

| | |
|---|---|
| **From:** | Chen, Michelle M █████████████████████ |
| **To:** | Dalal, Neil G █████████████████████ ;Khandelwal, Anshita ██████████████████████████████ ;Dhami, Chirag ███████████████████████████ |
| **Sent:** | 7/12/2019 2:28:06 PM |
| **Subject:** | RE: Checking in |
| **Attachments:** | Clean Typeset.pdf |

Yep – going to upload the latest from Rebekah (Clean Typeset version, attached for reference) shortly and send invites – let me know if anyone disagrees.

Best,
Michelle

**Michelle Chen** | Technology Investment Banking | **J.P. Morgan** | 383 Madison Avenue, 26th floor, New York, NY 10179 | O:███████ | M:███████ |
███████████████████

---

**From:** Dalal, Neil G
**Sent:** Friday, July 12, 2019 10:15 AM
**To:** Khandelwal, Anshita; Dhami, Chirag; Chen, Michelle M
**Subject:** RE: Checking in

Will the data room be opened today with the s1

Neil Dalal
Vice President
J.P. Morgan
████████████ (M)

---

**From:** Khandelwal, Anshita █████████████████████
**Date:** Friday, Jul 12, 2019, 9:38 AM
**To:** Dalal, Neil G █████████████████████ , Dhami, Chirag █████████████████████ , Chen, Michelle M
███████████████████
**Subject:** Checking in

Morning team,

Hope all is well. I'll be in flight in an hour for the next 19 hours(!) and without reliable Wi-Fi. Lmk if there's anything we should catch up on before I take off. I'll be checking email everyday, but please whatsapp or iMessage me if you need me to pay attention to anything in real time. I'll be back stateside on 27th morning. A huge thank you in advance for covering for me. I really appreciate it! 🙏🫠

Best,
Anshita

Anshita Khandelwal
Associate, Healthcare IB
J.P. Morgan
O: ████████████
M: ████████████

Confidential - Case No. 19-CV-962 (M.D. Tenn.)

JPMC-SMILE-00094950