# EXHIBIT 2
# [REDACTED]

| From: | Philip Harrison <philip.harrison@smiledirectclub.com> |
|---|---|
| To: | Grose, Christopher T ███████████████ |
| Sent: | 11/14/2018 7:04:10 PM |
| Subject: | FW: UBS - SDC Introduction! |

FYI – just texted you. Let me know if you can chat live at some point today.

Thanks,
Philip

**Philip Harrison**
**Director of Finance & Analytics**
**SmileDirectClub**
414 Union St, 8th Floor
Nashville, TN 37219
Mobile 646.530.2023
SmileDirectClub

DISCLAIMER: This message is being sent by SmileDirectClub. The information transmitted by this email, including any attachments, is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material, and/or protected by state and federal law, including but not limited to HIPAA. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete all electronic and paper copies of this message and any attachments.

**From:** Alex Fenkell <afenkell@smiledirectclub.com>
**Sent:** Wednesday, November 14, 2018 12:48 PM
**To:** Philip Harrison <philip.harrison@smiledirectclub.com>
**Subject:** Re: UBS - SDC Introduction!

Alright cool - give him the context of it being my girlfriends brother and it being super high level...he just sent me the below note

As you know, Kevin Caliendo, the Healthcare Technology & Distribution analyst at UBS, has been eager to talk to you for some time now. Kevin will be covering Align, HSIC, and other public healthcare companies that are directly or indirectly attached to the clear aligner business, which safe to say has becoming increasingly important.

I think you mentioned that someone else on your team would be the right person to talk to an analyst (and that maybe you'd hop on the line just to listen if you happened to have time)?. Kevin's primary objective is simply to learn more about industry/competitive dynamics, but I'm guessing he can also offer some interesting industry insight for you as well.

**Alex Fenkell**
**Co-founder**
**SmileDirectClub**
414 Union St, 8th Floor
Nashville, TN 37219
Office 629.401.3222
Mobile 248.721.1645
SmileDirectClub

On Nov 14, 2018, at 12:40 PM, Philip Harrison <philip.harrison@smiledirectclub.com> wrote:

I'll text Chris now to get his feedback.

Thanks,
Philip

**Philip Harrison**
**Director of Finance & Analytics**
**SmileDirectClub**
414 Union St, 8th Floor
Nashville, TN 37219
Mobile 646.530.2023
SmileDirectClub

**From:** Alex Fenkell <afenkell@smiledirectclub.com>
**Sent:** Wednesday, November 14, 2018 12:39 PM
**To:** Philip Harrison <philip.harrison@smiledirectclub.com>
**Subject:** Re: UBS - SDC Introduction!

I will speak with DK after sync and will follow up with them today. I sent a note to David telling him that with the context of our bankers advising against but I'm looking into.

**Alex Fenkell**
**Co-founder**
**SmileDirectClub**
414 Union St, 8th Floor
Nashville, TN 37219
Office 629.401.3222
Mobile 248.721.1645
SmileDirectClub

Confidential - Case No. 19-CV-962 (M.D. Tenn.)

JPMC-SMILE-00105573

On Nov 14, 2018, at 12:02 PM, Philip Harrison <philip.harrison@smiledirectclub.com> wrote:

Alex – please let me know what you would like for me to do.

Thanks,
Philip

**Philip Harrison**
**Director of Finance & Analytics**
**SmileDirectClub**
414 Union St, 8th Floor
Nashville, TN 37219
Mobile 646.530.2023
SmileDirectClub

**From:** █████████████████████████████████
**Sent:** Wednesday, November 14, 2018 11:57 AM
**To:** Philip Harrison <philip.harrison@smiledirectclub.com>
**Cc:** █████████████████; Alex Fenkell <afenkell@smiledirectclub.com>
**Subject:** RE: UBS - SDC Introduction!

Philip –

Just following up. I was wondering if you had any time before Thanksgiving to catch up?

Thanks!
Kevin

**Kevin Caliendo | UBS** | Investment Research | Healthcare Supply Chain and HCIT
Executive Director | 1285 Avenue of the Americas, Floor 3 | New York, NY 10019
Office: ████████ | Cell: ████████ | ████████

**From:** Philip Harrison [mailto:philip.harrison@smiledirectclub.com]
**Sent:** Friday, November 09, 2018 10:50 AM
**To:** Caliendo, Kevin
**Cc:** Silberman, David; Alex Fenkell
**Subject:** [External] RE: UBS - SDC Introduction!

Thanks for the introduction, Alex.

Kevin – nice to meet you over email. Will come back to you next week on timing for a call.

Thanks,
Philip

**Philip Harrison**
**Director of Finance & Analytics**
**SmileDirectClub**
414 Union St, 8th Floor
Nashville, TN 37219
Mobile 646.530.2023
SmileDirectClub

DISCLAIMER: This message is being sent by SmileDirectClub. The information transmitted by this email, including any attachments, is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material, and/or protected by state and federal law, including but not limited to HIPAA. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete all electronic and paper copies of this message and any attachments.

**From:** Alex Fenkell <afenkell@smiledirectclub.com>
**Sent:** Thursday, November 8, 2018 4:14 PM
**To:** █████████████████
**Cc:** █████████████████; Philip Harrison <philip.harrison@smiledirectclub.com>
**Subject:** Re: UBS - SDC Introduction!

Hey Kevin,

Nice to meet you! On this email is Phil Harrison who will follow up with you tomorrow.

Best,
Alex

Sent from my iPhone

**Alex Fenkell**
**Co-founder**
**SmileDirectClub**
414 Union St, 8th Floor
Nashville, TN 37219
Office 629.401.3222
Mobile 248.721.1645
SmileDirectClub

> On Nov 8, 2018, at 9:30 AM, █████████████████████████████ wrote:
>
> Hi Alex!
>

Confidential - Case No. 19-CV-962 (M.D. Tenn.)                    JPMC-SMILE-00105574

> And thanks David for the introduction. Alex, as David said, I am the equity analyst covering the dental space here at UBS. I'd love to talk to you or someone on your team about your industry and SDC's strategy.
>
> We are generally free over the next several days leading into thanksgiving. If there is a good time/s for you I'm sure we can make it work.
>
> Thanks and I look forward to speaking!
>
> Kevin
>
>
>
>
> From: Silberman, David █████████████
> Date: Thursday, Nov 08, 2018, 10:18 AM
> To: afenkell@smiledirectclub.com <afenkell@smiledirectclub.com>>
> Cc: Caliendo, Kevin █████████████
> Subject: UBS - SDC Introduction!
>
> Hey Alex,
>
> As you know, Kevin Caliendo, the Healthcare Technology & Distribution analyst at UBS, has been eager to talk to you for some time now.  Kevin will be covering Align, HSIC, and other public healthcare companies that are directly or indirectly attached to the clear aligner business, which safe to say has becoming increasingly important.
>
> I think you mentioned that someone else on your team would be the right person to talk to an analyst (and that maybe you'd hop on the line just to listen if you happened to have time)?.  Kevin's primary objective is simply to learn more about industry/competitive dynamics, but I'm guessing he can also offer some interesting industry insight for you as well.
>
> I'll let Kevin share his availability and we can all coordinate perhaps a 30 min call? I'm looking forward to this!
>
> Thanks man,
>
>
>
>
>
>
>
>
>
>
> David Silberman
> Electrical Equipment & Multi-Industry
> UBS Investment Research
> 1285 Avenue of Americas
> New York, New York 10019
> Office: █████████
> Cell: ████████████
> ████████████████
>
>
> UBS does and seeks to do business with companies covered in its
> research reports. As a result, investors should be aware that the
> firm may have a conflict of interest that could affect the
> objectivity of such reports. Investors should consider research
> reports as only a single factor in making their investment decision.
> Important information including analyst certification and required
> disclosures regarding specific companies, derivatives or other
> instruments discussed in the email is included in the relevant
> latest research report.  Such reports are provided to our clients
> through UBS Neo and, where appropriate, UBS.com. Where such report
> is not attached and/or hyperlinked to this email you should refer
> to UBS Neo for a copy. This email is to be read in conjunction
> with such information. You should also refer to the public
> disclosures website at https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.ubs.com%2Fdisclosures&
data=02%7C01%7Cafenkell%40smiledirectclub.com%7Ce561420b5f084b7c9dd108d6458f1c7b%7C05407a0fba104829b1f8b12ddb83619e%7C0%7C0%7C636772878289474107&
sdata=uoSJaJ%2BtCJbWLeEfbSUb5qsnB82JA1uKjcsVq2kAgTE%3D&reserved=0 for required
> disclosures regarding specific companies.
>
> The message is subject to the Global Research Disclaimer
> available at https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.ubs.com%2Fdisclosures&
data=02%7C01%7Cafenkell%40smiledirectclub.com%7Ce561420b5f084b7c9dd108d6458f1c7b%7C05407a0fba104829b1f8b12ddb83619e%7C0%7C0%7C636772878289474107&
sdata=uoSJaJ%2BtCJbWLeEfbSUb5qsnB82JA1uKjcsVq2kAgTE%3D&reserved=0.
>
> @UBS 2018. All rights reserved. Intended for recipient only and
> not for further distribution without the consent of UBS.
>

Confidential - Case No. 19-CV-962 (M.D. Tenn.)

JPMC-SMILE-00105575