# EXHIBIT 3
# [REDACTED]

| From: | Dalal, Neil G |
| --- | --- |
| To: | Dhami, Chirag |
| Sent: | 7/2/2019 5:18:01 AM |
| Subject: | RE: SDC - Funnel Page |
| Attachments: | image001.png; image002.png; image003.jpg |

I texted w Chris — let's do 6-8x 2020 — thank you!

**Neil Dalal** | Vice President | Technology Investment Banking | **J.P. Morgan** | T: ▮▮▮▮ | C: ▮▮▮▮ |

**From:** Dhami, Chirag
**Sent:** Tuesday, July 02, 2019 1:17 AM
**To:** Dalal, Neil G
**Subject:** RE: SDC - Funnel Page

Think 7-9x makes sense, especially after pegging it to the Align current multiple.

Looked through a few previous versions of this we did (not sure which ones Kyle previewed):
- Philips (May 2019) — 5-7x, based on $1,448 CY2020
- Comps refresh internal (April 2019) - 6-8x, based on $1,600 CY2020 (pre accounting changes)
- Athena (March 2019) — 6-8x, based on $1,600 CY2020 (pre accounting changes)

Thanks,
Chirag

**Chirag Dhami**
Technology Investment Banking | **J.P. Morgan** | 383 Madison Avenue, New York, NY 10179
O: ▮▮▮▮ | M: ▮▮▮▮ |

**From:** Dalal, Neil G
**Sent:** Tuesday, July 02, 2019 1:08 AM
**To:** Dhami, Chirag
**Subject:** RE: SDC - Funnel Page

So align trades at 7.1x 2020, so our starting point should be parity which we can call 7x 2020. I am fine showing 7-9x

I am trying to remember the last time we showed them a valuation?

**Neil Dalal** | Vice President | Technology Investment Banking | **J.P. Morgan** | T: ▮▮▮▮ | C: ▮▮▮▮ |

**From:** Dhami, Chirag
**Sent:** Tuesday, July 02, 2019 1:02 AM
**To:** Dalal, Neil G
**Subject:** RE: SDC - Funnel Page

Hi Neil — one last question if you have a quick minute. We re-did the AVP based on the discussion earlier. When we did that, I realized the total value was a little lower (since we went back one year), so we adjusted the range to 6-10x CY2020 (provides implied CY2021 multiples of 4-7x fully distributed FV / revenue). Also, note, the CY2020 revenue figure is based on the street case model and not management projections.

Let me know if you have any other suggestions / thoughts and happy to adjust.

Confidential - Case No. 19-CV-962 (M.D. Tenn.)

JPMC-SMILE-00023529

🖻 cid:image003.png@01D5306F.9EB0AEE0

Thanks,
Chirag

**Chirag Dhami**
Technology Investment Banking | **J.P. Morgan** | 383 Madison Avenue, New York, NY 10179
O: ███████ | M: ███████ | ███████████████

**From:** Dhami, Chirag
**Sent:** Tuesday, July 02, 2019 12:58 AM
**To:** Dalal, Neil G
**Cc:** Khandelwal, Anshita; Chen, Michelle M; Chintalapati, Anusha
**Subject:** RE: SDC - Funnel Page

Thanks Neil – that is pretty much it (appreciate the direction).

They have a new reportable segment ("Homes" – basically the resale of houses). This reportable segment is pretty much a pass through business, so it is causing synthetically higher volumes of revenue, but contributes little to the Gross Margin of the business.

The non-Homes segments are growing in the ~mid-teens, which is definitely different than SDC and we can exclude from our analysis for this page.

Confidential - Case No. 19-CV-962 (M.D. Tenn.)

JPMC-SMILE-00023530



Thanks,
Chirag

**Chirag Dhami**
Technology Investment Banking | **J.P. Morgan** | 383 Madison Avenue, New York, NY 10179
O: ▉▉▉▉▉ | M: ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉

---

**From:** Dalal, Neil G
**Sent:** Tuesday, July 02, 2019 12:44 AM
**To:** Dhami, Chirag
**Cc:** Khandelwal, Anshita; Chen, Michelle M; Chintalapati, Anusha
**Subject:** RE: SDC - Funnel Page

Is there revenue really revenue or is gross income the right measure?

---

**Neil Dalal** | Vice President | Technology Investment Banking | **J.P. Morgan** | T: ▉▉▉▉▉ | C: ▉▉▉▉▉ | ▉▉▉▉▉▉▉

**From:** Dhami, Chirag
**Sent:** Monday, July 01, 2019 8:47 PM
**To:** Dalal, Neil G ▉▉▉▉▉▉▉▉▉
**Cc:** Khandelwal, Anshita ▉▉▉▉▉▉▉▉▉; Chen, Michelle M
▉▉▉▉▉▉▉▉▉; Chintalapati, Anusha ▉▉▉▉▉▉▉▉
**Subject:** SDC - Funnel Page

Hi Neil,

Have tried to cut the data a few different ways and am still struggling to exclude Zillow – their numbers are very similar to ours (or slightly better for both CY19 and CY20).

Let me know if you have any suggestions and happy work through.

Case 3:19-cv-00962      Document 138-4      Filed 06/20/23      Page 4 of 5 PageID #: 3471

Confidential - Case No. 19-CV-962 (M.D. Tenn.)                    JPMC-SMILE-00023531

Thanks,
Chirag

**Chirag Dhami**
Technology Investment Banking | **J.P. Morgan** | 383 Madison Avenue, New York, NY 10179
O: ██████████ | M: ██████████ | ████████████████

Confidential - Case No. 19-CV-962 (M.D. Tenn.)

JPMC-SMILE-00023532