# EXHIBIT 4
# [REDACTED]

| From: | Dalal, Neil G █████████████████ |
|---|---|
| To: | Khandelwal, Anshita █████████████████ ;Dhami, Chirag █████████████████ ;PEGASUSIPO WG ◄█████████████████► |
| Sent: | 6/15/2019 4:00:00 PM |
| Subject: | RE: SDC - TTW Presentation 6.18.19 v6.pdf |

Kyle just texted me – pls send

---

**Neil Dalal** | Vice President | Technology Investment Banking | **J.P. Morgan** | C:█████████ |█████████████

**From:** Khandelwal, Anshita
**Sent:** Saturday, June 15, 2019 11:59 AM
**To:** Dhami, Chirag ; PEGASUSIPO_WG
**Subject:** RE: SDC - TTW Presentation 6.18.19 v6.pdf

Thanks, looks good.

Best,
Anshita

Anshita Khandelwal
Associate, Healthcare IB
J.P. Morgan
O: █████████
M: █████████

---

**From:** Dhami, Chirag █████████████████
**Date:** Saturday, Jun 15, 2019, 11:50 AM
**To:** PEGASUSIPO_WG █████████████████
**Subject:** RE: SDC - TTW Presentation 6.18.19 v6.pdf

Team – see attached for latest. Will share with Kyle shortly. Biggest additional changes outside of Kyle's comments, was that I updated price to 1,895 throughout (as per his comment at the beginning). I have tagged the Unit Economics page as that may change pending the price increase and we may need the SDC to confirm before change numbers

Will call it out in my email to Kyle as well..

Thanks,
Chirag

**Chirag Dhami**
Technology Investment Banking | **J.P. Morgan** | 383 Madison Avenue, New York, NY 10179
O: █████████ | M: █████████ |█████████████

---

**From:** Grose, Christopher T
**Sent:** Friday, June 14, 2019 9:10 PM
**To:** PEGASUSIPO_WG
**Subject:** FW: SDC - TTW Presentation 6.18.19 v6.pdf

Can the team pick this up right after pencils down? Quick changes. Agree with Kyle om removing the RR figures on page 14.

**From:** Kyle Wailes [mailto:Kyle.Wailes@smiledirectclub.com]

Case 3:19-cv-00962    Document 138-5    Filed 06/20/23    Page 2 of 3 PageID #: 3474
Confidential - Case No. 19-CV-962 (M.D. Tenn.)                                JPMC-SMILE-00021359

J158947_0008611

**Sent:** Friday, June 14, 2019 5:40 PM
**To:** Dalal, Neil G ████████████████████████; Grose, Christopher T ██████████████████████████
**Subject:** SDC - TTW Presentation 6.18.19 v6.pdf

Here are my comments. Can I get an updated turn in the AM on this?

KW

**Kyle Wailes**
**Chief Financial Officer**
**SmileDirectClub**
414 Union St, 8th Floor
Nashville, TN  37219
Mobile 401.378.7336
SmileDirectClub

DISCLAIMER: This message is being sent by SmileDirectClub. The information transmitted by this email, including any attachments, is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material, and/or protected by state and federal law, including but not limited to HIPAA. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete all electronic and paper copies of this message and any attachments.

Confidential - Case No. 19-CV-962 (M.D. Tenn.)                                                JPMC-SMILE-00021360

J158947_0008611