# EXHIBIT 5
# [REDACTED]

| From: | Mule, Paul J ▮▮▮▮▮▮▮▮▮▮▮ |
|---|---|
| To: | Burns, Avery ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ;Swofford, Miya M |
| | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| Sent: | 9/21/2019 1:10:41 AM |
| Subject: | RE: SDC post mortem |

Awesome! Anything material? I just texted him and he told me he spoke to you as well

---

**Paul J. Mulé** | Executive Director | Equity Capital Markets | **J.P. Morgan**
383 Madison Avenue, 28th Floor, New York, NY 10179 | T: ▮▮▮▮▮▮▮ | F: ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮

---

**From:** Burns, Avery (CIB ECM, USA)
**Sent:** Friday, September 20, 2019 8:11 PM
**To:** Mule, Paul J (CIB ECM, USA); Swofford, Miya M (CIB ECM, USA)
**Subject:** RE: SDC post mortem

Don't hate me for the emails…all set on the below question re: Millman as he just called and I got his remaining comments and cleared that up. Thanks!

**Avery Burns** | Healthcare Equity Capital Markets | Investment Banking | **J.P. Morgan**
560 Mission Street, 26th Floor, San Francisco, CA 94105
T: ▮▮▮▮▮▮ | M: ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮

---

**From:** Burns, Avery (CIB ECM, USA)
**Sent:** Friday, September 20, 2019 4:42 PM
**To:** Mule, Paul J (CIB ECM, USA); Swofford, Miya M (CIB ECM, USA)
**Subject:** RE: SDC post mortem

Paul – Sorry for all of the comments…we are almost there.

For Mike's comment to page 1 format, I drafted the attached but I really prefer the way we had it. Any suggestions or thoughts from your end?

Once we have this reflected, should we send back to Tommy and say we may hear more from Millman?

**Avery Burns** | Healthcare Equity Capital Markets | Investment Banking | **J.P. Morgan**
560 Mission Street, 26th Floor, San Francisco, CA 94105
T: ▮▮▮▮▮▮ | M: ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮

---

**From:** Mule, Paul J (CIB ECM, USA)
**Sent:** Friday, September 20, 2019 4:09 PM
**To:** Burns, Avery (CIB ECM, USA); Swofford, Miya M (CIB ECM, USA)
**Subject:** RE: SDC post mortem

Yea, send his way and say ltest and we're inccoprting mike and liz comments now

I'm now deep in something we related for mike. He's not focused on this now

---

**Paul J. Mulé** | Executive Director | Equity Capital Markets | **J.P. Morgan**
383 Madison Avenue, 28th Floor, New York, NY 10179 | T: ▮▮▮▮▮▮▮ | F: ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮

---

**From:** Burns, Avery (CIB ECM, USA)
**Sent:** Friday, September 20, 2019 7:07 PM
**To:** Mule, Paul J (CIB ECM, USA); Swofford, Miya M (CIB ECM, USA)

Confidential - Case No. 19-CV-962 (M.D. Tenn.)                                    JPMC-SMILE-00052830

J158941_0012698

**Subject:** RE: SDC post mortem

Paul – Quick question, should we send this next version to Chris too? Should I send him the latest now while we work on Liz's comments? Wanted to get your thoughts but conscious that this needs to get out to JD tonight…let me know, thanks!

**Avery Burns** | Healthcare Equity Capital Markets | Investment Banking | **J.P. Morgan**
560 Mission Street, 26th Floor, San Francisco, CA 94105
T: ███████ | M: ███████ | ███████████

---

**From:** Mule, Paul J (CIB ECM, USA)
**Sent:** Friday, September 20, 2019 3:52 PM
**To:** Burns, Avery (CIB ECM, USA); Swofford, Miya M (CIB ECM, USA)
**Subject:** RE: SDC post mortem

I wasn't unfortunately

---

**Paul J. Mulé** | Executive Director | Equity Capital Markets | **J.P. Morgan**
383 Madison Avenue, 28th Floor, New York, NY 10179 | T: ███████ | F: ███████ | ███████████

---

**From:** Burns, Avery (CIB ECM, USA)
**Sent:** Friday, September 20, 2019 6:48 PM
**To:** Swofford, Miya M (CIB ECM, USA); Mule, Paul J (CIB ECM, USA)
**Subject:** RE: SDC post mortem

Miya – I spoke with Paul live on these points and additional edits are below. We're getting Mike's comments live so stay tuned…

New bullet for page 1 to go under "size" in the 2nd part of the page
- "Demand: Gross and 1x1 subscription levels below average for jumbo deals"

Page 11 – "Strong conviction on the SmileDirectClub story and valuation coming out of TTW, including guidance on valuation between high single to low double-digit 2020 multiples"

Page 15 – Move Day 1 and Day 2 to the left (probably need to make font smaller) to make room for a new section "Beyond Day 2" with these bullets:
- Volume continued to dry up post Day 2 which allowed greater impact from the use of the greenshoe and J.P. Morgan's balance sheet
- In stabilizing, J.P. Morgan noted a ceiling and floor that are present which make it clear that a catalyst is needed
  - o Upcoming catalysts:
    - § Research initiation reports
    - § Q3 earnings
    - § [Corporate announcements on business and strategic options] Paul, were you on the call today? May want to ask TVR about this one

We aren't commenting on page 14 – think that is going to be a voiceover

**Avery Burns** | Healthcare Equity Capital Markets | Investment Banking | **J.P. Morgan**
560 Mission Street, 26th Floor, San Francisco, CA 94105
T: ███████ | M: ███████ | ███████████

---

**From:** Swofford, Miya M (CIB ECM, USA)
**Sent:** Friday, September 20, 2019 3:11 PM
**To:** Burns, Avery (CIB ECM, USA); Mule, Paul J (CIB ECM, USA)
**Subject:** RE: SDC post mortem

Confidential - Case No. 19-CV-962 (M.D. Tenn.)

JPMC-SMILE-00052831

J158941_0012698

Thanks Avery, turning other comments now

**Miya Swofford** | Healthcare Equity Capital Markets | Investment Banking | **J.P. Morgan** | 383 Madison Avenue, Floor 28, New York, NY 10179 | T: ▮▮▮ ▮▮▮ | M: ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮

**From:** Burns, Avery (CIB ECM, USA)
**Sent:** Friday, September 20, 2019 6:08 PM
**To:** Swofford, Miya M (CIB ECM, USA) ; Mule, Paul J (CIB ECM, USA)
**Subject:** FW: SDC post mortem

Paul, Miya – My comments on Liz's additions are below in red. Miya, can you start working on the straightforward ones?

The ones we should discuss as a team are:
· Wording for page 1
· Page 10 – it will be really crowded to add their % fill and % participation from other deals but maybe good to have for Tommy for back pocket?
· Page 11 – I'm not sure this fits on page 11 unless she's positioning it as start of roadshow versus where we ended up on T. Rowe. Paul, would love your thoughts here
· Page 14 – Need Tommy to opine

Free and able to talk whenever. Thanks!

**Avery Burns** | Healthcare Equity Capital Markets | Investment Banking | **J.P. Morgan**
560 Mission Street, 26th Floor, San Francisco, CA 94105
T: ▮▮▮▮▮▮ | M: ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮

---

**From:** Myers, Elizabeth P (CIB, USA)
**Sent:** Friday, September 20, 2019 2:54 PM
**To:** Burns, Avery (CIB ECM, USA); Millman, Michael (CIB, USA); Zajkowski, Jeff J (CIB, USA)
**Cc:** Rueger, Tommy (CIB, USA); Mule, Paul J (CIB ECM, USA); Swofford, Miya M (CIB ECM, USA); Briefcase
**Subject:** RE: SDC post mortem

A few thoughts from my end:

Page 1 I want to think on this
Should we list the Order Book Complexion itself among the items we reflect on? Could use some of the statistical comparisons from page 9 and 10.
We have only listed our allocation statistics but I assume these reflect the overall order book:
- % HF was the second highest of the 7 large IPO precedents
- 2nd lowest number of orders among the 7 large IPO precedents – indication of lack of broader appeal?
- Highest % retail among the 7 deals – was this forced by client or a plug?
P 3
I'd label Areas of Continued Diligence as "Concerns" ok

P 4 title about 3Q doesn't really match the content on the page – Let's change the title to "…with Q3 performance being a key point of focus, along with business and macro concerns"

Page 5 – too many blue lines. Use other colors. I'd label the title as a "trading rotation" rather than sentiment shift. ok

Page 6 – page 9/10 seem to belong following this page ok move the pages up

Page 9
- Make these key stats in the middle of the page a bar chart so the comparison can be seen visually like the cut at the bottom of the page. For key statistics she's talking about the allocations so would add a chart that

Confidential - Case No. 19-CV-962 (M.D. Tenn.)    JPMC-SMILE-00052832

J158941_0012698

is LO/HF split and then below have retail and top 25 HF/LO (per her third comment here). then would move this bar graph above the breakdown of inst. allocations and make the table smaller – does that make sense?
- Include aftermarket performance of the big deals on the page Just label "Pricing and after-market performance" above f/o
- Indicate our % allocation to the top 25 was within the range of other similar deals We have on 2nd page but maybe add that under Retail and then retitle Full Book Allocations as "Allocations"

Page 10
- list accounts who did not come in that were resident in the other deals let's bold names who were top 25 on other deals but did not play SDC at all – i.e. T. Rowe
- Consider showing our top allocations and then read across what % of deal and fill rate they got in other deals as an additional cut on the same data. I want to think on this

Page 11
- Is there any comment to make on our shadow book at the end of TTW versus other deals?  Subtle reference to TRowe fade… I'm not sure this makes sense for page 11, Paul – do you think she means something else?

Page 14
- This page doesn't jump out as anything conclusive.  Did we open too late – is this worth of page 1 things we reflect on? Tommy / Elan should opine

Page 15
- Add that the volume continues to dry up post Day 2 which has allowed greater impact from the use of the shoe and our capital.  In doing so, we've noted a ceiling and floor that are present which make it clear that a catalyst is needed.  Research date helps, but earnings is a long time away…wonder if they could move up? Ok, I can send across points to add here

**Elizabeth P. Myers** | Head of Global Equity Capital Markets | **J.P. Morgan** | 383 Madison Avenue, 28th Floor, New York, NY 10179 | T: ██████████ |
████████████████

---

**From:** Burns, Avery (CIB ECM, USA)
**Sent:** Friday, September 20, 2019 3:56 PM
**To:** Myers, Elizabeth P (CIB, USA); Millman, Michael (CIB, USA); Zajkowski, Jeff J (CIB, USA)
**Cc:** Rueger, Tommy (CIB, USA); Mule, Paul J (CIB ECM, USA); Swofford, Miya M (CIB ECM, USA); Briefcase
**Subject:** SDC post mortem

Liz, Mike, Jeff –

Please find attached the SmileDirectClub post-mortem materials. Please let us know if you have any questions or would like to discuss.

Thanks,
Avery

**Avery Burns** | Healthcare Equity Capital Markets | Investment Banking | **J.P. Morgan**
560 Mission Street, 26th Floor, San Francisco, CA 94105
T: ████████ | M: ████████ | ████████████

Confidential - Case No. 19-CV-962 (M.D. Tenn.)                                     JPMC-SMILE-00052833

J158941_0012698