# EXHIBIT 6
# [REDACTED]

**From:** Boyd, Phil ██████████████████
**Sent:** 8/30/2019 3:41:23 AM
**To:** McDonough, Kevin ██████████████████
**Subject:** RE: Committee Meeting
**Attachments:** image001.png


No need to resend. Thanks


Phil Boyd
Guggenheim Securities, LLC
330 Madison Avenue
New York, NY 10017
Office: ██████████
Cell: ████████████████
██████████████████

---

**From:** McDonough, Kevin <██████████████████>
**Date:** Thursday, Aug 29, 2019, 11:32 PM
**To:** Boyd, Phil <██████████████████>
**Subject:** RE: Committee Meeting

Here is the updated CCM material with these changes added in to the comparables section.

Best,
Kevin

Kevin McDonough
Healthcare Investment Banking
**Guggenheim Securities, LLC**
O: ████████████
██████████████████

---

**From:** Boyd, Phil ██████████████████
**Sent:** Thursday, August 29, 2019 11:06 PM
**To:** McDonough, Kevin ██████████████████
**Subject:** RE: Committee Meeting

Thanks. Can you please add smile direct club at the high and low to both tables for comparison?

Phil Boyd
Guggenheim Securities, LLC
330 Madison Avenue
New York, NY 10017
Office: ██████████
Cell: ████████████████
██████████████████

---

**From:** McDonough, Kevin <██████████████████>
**Date:** Thursday, Aug 29, 2019, 11:01 PM
**To:** Boyd, Phil ██████████████████
**Subject:** RE: Committee Meeting

Confidential

GNHM-SMILE-00006523

Yeah I was planning on being in there in person but I will take it from my desk and give you a call so that I can patch you in. Here is the info that we have on comps / benchmarking:

For the benchmarking exercise, I grabbed each company's revenue and EBITDA for the fiscal year prior to the IPO from the S-1 and then grabbed initiating reports that forecasted revenue and EBITDA. A bunch of these companies had negative EBITDA at IPO (like SDC) or were in different stages of growth so the growth rates were all over the place or "NM"

### EXHIBIT A: COMPANY PEERS

| Company | % of 52-Wk High | Current Price | Equity Value | Cash | Debt | Ent. Value | Revenue LTM | EBITDA LTM | E.V. / LTM Revenue | E.V. / LTM EBITDA |
|---|---|---|---|---|---|---|---|---|---|---|
| Primary | | | | | | | | | | |
| Align Technology, Inc. | 44% | $176.19 | $14,175 | $721 | $- | $13,454 | $2,189 | $574 | 6.1x | 23.4x |
| Dental | | | | | | | | | | |
| Henry Schein, Inc. | 66% | $60.71 | $9,168 | $85 | $1,225 | $11,215 | $9,738 | $876 | 1.2x | 12.8x |
| DENTSPLY SIRONA, Inc. | 88% | $52.06 | $11,783 | $250 | $1,498 | $13,032 | $3,944 | $777 | 3.3x | 16.8x |
| Danaher Corporation | 94% | $136.40 | $100,600 | $5,434 | $28,668 | $123,836 | $23,453 | $5,904 | 5.3x | 21.0x |
| Direct to Consumer | | | | | | | | | | |
| Tesla Inc | 57% | $215.00 | $38,514 | $4,955 | $13,520 | $49,814 | $24,941 | $3,015 | 2.0x | 16.5x |
| Slack Technologies, Inc. Class | 74% | $30.97 | $18,870 | $793 | $- | $17,888 | $454 | ($123) | NM | NM |
| Wayfair, Inc. Class A | 62% | $108.30 | $11,321 | $714 | $575 | $11,182 | $8,008 | ($302) | 1.4x | NM |
| Stitch Fix, Inc. Class A | 36% | $19.89 | $2,042 | $292 | $- | $1,751 | $1,464 | $44 | 1.2x | 39.5x |
| Maximum | 94% | | $100,600 | $5,434 | $28,668 | $123,836 | 24,941 | 5,904 | 6.1x | 39.5x |
| Mean | 65% | | $25,909 | $1,655 | $5,722 | $30,271 | 9,274 | 1,346 | 2.8x | 21.7x |
| Median | 64% | | $12,979 | $718 | $900 | $13,243 | 5,976 | 676 | 2.0x | 18.8x |
| Minimum | 36% | | $2,042 | $85 | $- | $1,751 | 454 | (302) | 1.2x | 12.8x |

Source: FactSet and Company filings. Data as of 08/26/19.

### Peer IPO Benchmarking

| Company | IPO Date | Revenue | | | EBITDA | | |
|---|---|---|---|---|---|---|---|
| | | Latest FYE | Latest FYE + 2 | Growth Rate | Latest FYE | Latest FYE + 2 | Growth Rate |
| Align Technology, Inc. | 1/26/2001 | $0.4 | $47.8 | 978.4% | ($14.1) | ($83.2) | NM |
| Henry Schein, Inc. | 11/10/1995 | 616.2 | 1,000.0 | 27.4% | 19.8 | 40.8 | 43.7% |
| DENTSPLY SIRONA, Inc. | 8/21/1987 | -- | NA | NA | NA | NA | NA |
| Danaher Corporation | 1/5/1979 | -- | NA | NA | NA | NA | NA |
| Tesla Inc | 6/29/2010 | 14.7 | 147.0 | 215.8% | (45.0) | (165.0) | NM |
| Slack Technologies | 4/26/2019 | 400.6 | 868.3 | 47.2% | (114.3) | 11.1 | NM |
| Wayfair, Inc. Class A | 10/1/2014 | 915.8 | 1,605.3 | 32.4% | (2.9) | (55.7) | NM |
| Stitch Fix, Inc. Class A | 11/16/2017 | 977.1 | 1,412.4 | 20.2% | 60.6 | 32.5 | NM |

The Excel backup is saved here: \\WANLINK.US\DFSRoot\APPS\IB\Deal Folders\2019\Financing\GIB-2019-Dentist\Working Files\Excel\CCM Template_SmileDirectClub_August 2019_vCurrent.xlsx

Best,
Kevin


Kevin McDonough
Healthcare Investment Banking
**Guggenheim Securities, LLC**
O: ███████████
████████████████████████

**From:** Boyd, Phil ███████████████████████████████
**Sent:** Thursday, August 29, 2019 10:48 PM

Confidential                    GNHM-SMILE-00006524

**To:** McDonough, Kevin ███████████████████████████
**Subject:** RE: Committee Meeting

? I'm going to be driving tomorrow morning so text is no good. Can you just call me and patch us into the call?

Phil Boyd
Guggenheim Securities, LLC
330 Madison Avenue
New York, NY 10017
Office: ███████████
Cell: ███████████
████████████████████

---

**From:** McDonough, Kevin ████████████████████████
**Date:** Thursday, Aug 29, 2019, 10:29 PM
**To:** Boyd, Phil ████████████████
**Subject:** Committee Meeting

Hey Phil,

I asked some of the guys that sit near me how the commitment meeting is normally structured and they let me know the committee asks general questions about the company and how it makes money (even though they asked similar questions at the last committee meeting. They said occasionally the committee asks what work has been done to date as well. If I text you tomorrow when they finish up with Glen do you think you would be able to dial in? I think it might be kind of quiet if I have my phone up on speaker.

Best,
Kevin

Kevin McDonough
Healthcare Investment Banking
**Guggenheim Securities, LLC**
O: ████████████
████████████████████

Confidential    GNHM-SMILE-00006525