# EXHIBIT 7
# [REDACTED]

| | |
|---|---|
| **From:** | Rubin, Seth (Investment Banking) [/O=STIFEL NICOLAUS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RUBIN, SETH (SAN FRANCISCO MONTGOMERY CTR] |
| **Sent:** | 9/12/2019 12:52:54 AM |
| **To:** | Kohn, Adam (Investment Banking) ███████████ |
| **CC:** | Mbanefo, Ikenna (Investment Banking) ███████████; Lister, Keith (Investment Banking) ███████████; White, Mark (Investment Banking) ███████████; Dodge, Charles (Investment Banking) ███████████; McLeod, John (Investment Banking) ███████████ |
| **Subject:** | Re: SmileDirectClub, Inc. (NASDAQ: SDC) Initial Public Offering - Syndicate Launch Email ***FOR SYNDICATE USE ONLY*** |

Kyle sent text and said will be what he originally said

SR

——————————

Seth Rubin
███████████
███████████

On Sep 11, 2019, at 5:35 PM, Kohn, Adam (Investment Banking) <███████████> wrote:

So let's wait for company. That's BS. It was a percentage

————————————————

Adam J. Kohn
Managing Director - Healthcare
███████████

---

**From:** "Rubin, Seth (Investment Banking)" <███████████>
**Date:** Wednesday, September 11, 2019 at 8:33:54 PM
**To:** "Mbanefo, Ikenna (Investment Banking)" <███████████>
**Cc:** "Kohn, Adam (Investment Banking)" <███████████>, "Lister, Keith (Investment Banking)" <███████████>, "White, Mark (Investment Banking)" <███████████>, "Dodge, Charles (Investment Banking)" <███████████>, "McLeod, John (Investment Banking)" <███████████>
**Subject:** Re: SmileDirectClub, Inc. (NASDAQ: SDC) Initial Public Offering - Syndicate Launch Email ***FOR SYNDICATE USE ONLY***

Sneaky JPM. They kept our shares the same and gave upsize only to themselves and citi

SR

——————————

Seth Rubin
███████████
███████████

On Sep 11, 2019, at 5:28 PM, Mbanefo, Ikenna (Investment Banking) <███████████> wrote:

John caught it as well, but thanks Adam.

On Sep 11, 2019, at 8:27 PM, Kohn, Adam (Investment Banking) <███████████> wrote:

Confidential - Case No. 19-CV-962 (M.D. Tenn.)

STIFEL-SMILE-00002403

Incentive was always going to books per email. Great catch Ike. Let me know when we hear.

————————————————————

Adam J. Kohn
Managing Director - Healthcare
███████████████

**From:** "Rubin, Seth (Investment Banking)" <████████████████>
**Date:** Wednesday, September 11, 2019 at 8:26:30 PM
**To:** "Lister, Keith (Investment Banking)" <███████████████>
**Cc:** "Kohn, Adam (Investment Banking)" <███████████████>, "Mbanefo, Ikenna (Investment Banking)" <████████████████>, "White, Mark (Investment Banking)" <███████████████>, "Dodge, Charles (Investment Banking)" <████████████████>
**Subject:** Re: SmileDirectClub, Inc. (NASDAQ: SDC) Initial Public Offering - Syndicate Launch Email ***FOR SYNDICATE USE ONLY***

Big ass change and I don't know expect anything else on the incentive

SR

————————————

Seth Rubin
███████████████
███████████████

On Sep 11, 2019, at 5:22 PM, Lister, Keith (Investment Banking) <███████████████> wrote:

From JPM's desk, do not reach out to their desk, wait for CFO to respond

**From:** "Matthews, Ryan" <█████████████████████████>
**Date:** Wednesday, September 11, 2019 at 4:51:36 PM
**To:** ████████████████████████████

Confidential - Case No. 19-CV-962 (M.D. Tenn.)                                STIFEL-SMILE-00002404

████████████████████████████████████████████ ,

"Stifel Deal Team" <███████████████████>, "White, Mark (Investment Banking)"

████████████████████████
████████████████████████████
████████████████████████████
████████ █████████████████
████████████████

**Subject:** RE: SmileDirectClub, Inc. (NASDAQ: SDC) Initial Public Offering - Syndicate Launch Email ***FOR SYNDICATE USE ONLY***

We are priced. Wires and retail will be out tomorrow morning.
The incentive fee (50bps) was awarded to JPM/CITI on a pro-rata basis and blended through mgmt/uw. Selling concession econs will stay the same.

**SmileDirectClub, Inc. (NASDAQ: SDC)**

*Initial Public Offering*

| | | SYNDICATE | UW ECONS | U/W Shares |
|---|---|---|---|---|
| Amount: | $1,346,351,000 | JPM | 49.82% | 29,162,138 |
| | | CITI | 24.36% | 14,257,045 |
| Price: | $23.00 | BAML | 5.48% | 3,206,810 |
| | | JEFF | 5.48% | 3,206,810 |
| | | UBS | 5.48% | 3,206,810 |
| | | CS | 2.35% | 1,374,347 |
| Shares: | 58,537,000 | LOOP | 2.35% | 1,374,347 |
| Shoe: | 8,780,550 | GUGG | 1.57% | 916,231 |
| | | STFL | 1.57% | 916,231 |
| Spread (%): | 5.00% | WMBL | 1.57% | 916,231 |
| | | | | |
| Spread ($): | $1.150 | TOTAL | 100.00% | 58,537,000 |
| | | | | |
| Mgmt: | $0.2645 | | | |
| U/W: | $0.2645 | | | |
| S/C: | $0.6210 | | | |
| | | | | |
| Trade: | 9/12/2019 | | | |
| Settle: | 9/16/2019 | | | |

JPM stab, b&d

**From:** Matthews, Ryan
**Sent:** Friday, September 06, 2019 3:40 PM
**To:** ██████████████████████
██████████████████████████
██████████████████████████
████████████████████████████
████████████████████████
███████ ███████████████████
██████████████████████
████████████████████████████
████████████ █ ████████████
██████████████████████████
████████████████

Confidential - Case No. 19-CV-962 (M.D. Tenn.)                    STIFEL-SMILE-00002405

**Subject:** RE: SmileDirectClub, Inc. (NASDAQ: SDC) Initial Public Offering - Syndicate Launch Email ***FOR SYNDICATE USE ONLY***

Please send initial retail demand. Thank you

**From:** Matthews, Ryan
**Sent:** Wednesday, September 04, 2019 3:35 PM
**To:** ███████████████████████████████████████

**Subject:** RE: SmileDirectClub, Inc. (NASDAQ: SDC) Initial Public Offering - Syndicate Launch Email ***FOR SYNDICATE USE ONLY***

**Group International Investor Call**
DATE: **Monday, September 9, 2019**
TIME: 6:45am ET
DOMESTIC DIAL IN#: ███████████
INT'L DIAL IN#: ██████████
PASSCODE: ██████

**From:** Matthews, Ryan
**Sent:** Wednesday, September 04, 2019 9:03 AM
**To:** ███████████████████████████████████████

**Subject:** RE: SmileDirectClub, Inc. (NASDAQ: SDC) Initial Public Offering - Syndicate Launch Email ***FOR SYNDICATE USE ONLY***

The **SmileDirectClub, Inc**. Video NetRoadshow is now available and will be valid through 09/11/2019 at 8:00PM ET.

To access the presentation, please go to:

FINAL LINK: www.netroadshow.com/nrs/home/#!/?show=e8ecf9ea (Recommended)

OR

Visit www.netroadshow.com and enter the deal entry code: **dentistry8** (not case-sensitive)


**A registration statement relating to these securities has been filed and has not yet become effective. These securities may not be sold nor may offers to buy be accepted prior to the time the registration statement becomes effective. A written prospectus for the offering meeting the requirements of Section 10 of the**

Confidential - Case No. 19-CV-962 (M.D. Tenn.)                                    STIFEL-SMILE-00002406

**Securities Act of 1933 (other than a free writing prospectus as defined in Securities Act Rule 405), including a price range where required by the rule, may be obtained from J.P. Morgan Securities LLC, c/o Broadridge Financial Solutions, 1155 Long Island Avenue, Edgewood, NY 11717, Phone:** ██████ ██.

This notice does not constitute an offer to sell or a solicitation of an offer to buy securities in any jurisdiction where such offer or solicitation would be unlawful, and does not constitute an offer to sell or a solicitation of an offer to buy or an advertisement in respect of securities in any province or territory of Canada other than the provinces of Quebec and Ontario unless the issuer has securities listed or quoted on one of the exchanges or markets referred to in the definition of "OTC Issuer" in Multilateral Instrument 51-105.

You should not reply to this announcement. Any reply e-mail communication, including those you generate by using the "Reply" function on your email software, will be ignored or rejected.

Any disclaimer or other notice that may appear below is not applicable to this communication and should be disregarded. Such disclaimer or notice was automatically generated as a result of this communication being sent by Bloomberg or another email system.

***APPROVED FOR EXTERNAL DISTRIBUTION***

**From:** Considine, Michael
**Sent:** Tuesday, September 03, 2019 6:54 AM
**Cc:** ███████████████████████████████████████████████ Matthews, Ryan
**Subject:** SmileDirectClub, Inc. (NASDAQ: SDC) Initial Public Offering - Syndicate Launch Email ***FOR SYNDICATE USE ONLY***

Gross Spread:        4.50% + 50bp incentive fee

**Management Presentation to Sales**
DATE: **Tuesday, September 3, 2019**
TIME: 8:30am ET
LOCATION: J.P. Morgan – 383 Madison Ave – 13th Fl, Room 1305
DOMESTIC DIAL IN#: ████████████
INT'L DIAL IN#: ████████████
PASSCODE: ██████

**Roadshow Schedule / Host:**
Tue, September 3: New York Launch
Wed, September 4: Boston + Group Breakfast (JOINT)
**8:00am Group Breakfast: The Ritz-Carlton – 10 Avery St – 2nd Fl, Hamilton Room**
Thurs, September 5: Los Angeles (XXX)
Fri, September 6: San Francisco + Group Meeting (XXX)
**10:00am Group Meeting: Omni – 500 California St – 2nd Fl, Russian Hill Room**
Mon, September 9: New York + Group Breakfast & Group Lunch (JOINT)
**8:00am Group Breakfast: The St. Regis – 2 East 55th St – 2nd Fl, Library**
**12:30pm Group Lunch: The St. Regis – 2 East 55th St – 20th Fl, The Roof**
Tue, September 10: New York + Group Breakfast (JOINT) / Baltimore (XXX)
**8:00am Group Breakfast: The St. Regis – 2 East 55th St – 2nd Fl, Library**
Wed, September 11: New York + Pricing (JOINT)
Thanks,
Mike

Confidential - Case No. 19-CV-962 (M.D. Tenn.)                    STIFEL-SMILE-00002407

**Michael Considine** | Associate | Equity Capital Markets/Syndicate | **J.P. Morgan** | Floor 4, 383 Madison Avenue, New York, NY 10179 | T: ███████████ | ████████████████████████████

This message is confidential and subject to terms at:https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

Confidential - Case No. 19-CV-962 (M.D. Tenn.)

STIFEL-SMILE-00002408