# EXHIBIT 8
# [REDACTED]

I have called and texted 3x. last text and vm were "we are gonna send this unless I hear from you".

Go ahead and shoot it over, but just to him at this point

Kevin

Kevin Gallagher, Managing Director
EMEA Healthcare Group, Corporate & Investment Banking
Institutional Clients Group

Citigroup Centre, Canada Square, Canary Wharf, London E14 5LB
T +██████████████ | M ██████████████
██████████████

**From:** Jackey, Robert [ICG-BCMA] ██████████████
**Date:** Wednesday, 12 Jun 2019, 3:58 pm
**To:** Chong, Russell G [ICG-BCMA] ██████████████ , Gallagher, Kevin [ICG-BCMA] ██████████████
**Subject:** RE: SDC

Let's just shoot over and let him know we're available whenever he has a moment to give some color on what we sent

**From:** Chong, Russell G [ICG-BCMA]
**Sent:** Wednesday, June 12, 2019 10:55 AM
**To:** Gallagher, Kevin [ICG-BCMA]; Jackey, Robert [ICG-BCMA]
**Subject:** RE: SDC

Can I send boys?

**From:** Gallagher, Kevin [ICG-BCMA]
**Sent:** Wednesday, June 12, 2019 2:16 AM
**To:** Chong, Russell G [ICG-BCMA]; Jackey, Robert [ICG-BCMA]
**Subject:** RE: SDC

Sorry I wasn't feeling well and wasn't expecting to be needed at midnight so had turned in early...

I think the full document is fine to send as is. I will call Kyle first thing to ensure nothing we cover will cause a problem.

Kevin Gallagher, Managing Director
EMEA Healthcare Group, Corporate & Investment Banking

Confidential

CITI-SMILE-00014892

Institutional Clients Group

Citigroup Centre, Canada Square, Canary Wharf, London E14 5LB
T ▬▬▬▬▬▬▬▬▬ | M ▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

---

**From:** Chong, Russell G [ICG-BCMA] <▬▬▬▬▬▬▬▬▬▬>
**Date:** Tuesday, 11 Jun 2019, 11:55 pm
**To:** Jackey, Robert [ICG-BCMA] <▬▬▬▬▬▬▬▬▬▬>, Gallagher, Kevin [ICG-BCMA]
<▬▬▬▬▬▬▬▬▬>
**Subject:** RE: SDC

Can you ping Kevin via text or something?

---

**From:** Jackey, Robert [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:53 PM
**To:** Chong, Russell G [ICG-BCMA]; Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

Got it

---

**From:** Chong, Russell G [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:52 PM
**To:** Jackey, Robert [ICG-BCMA]; Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

Did you look at page 1?

Depending on the outcome of the early TTW meetings, there can potentially be a second round

It's worth discussing

---

**From:** Jackey, Robert [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:49 PM
**To:** Chong, Russell G [ICG-BCMA]; Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

Looking more closely, I'd remove the TTW reference in middle of right side of page 4 given that ship has already sailed.

---

**From:** Jackey, Robert [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:47 PM
**To:** Chong, Russell G [ICG-BCMA]; Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

Definitely think Russ should send today.

I'd argue we include the BR comparison page too though. by now he has to have seen every bank's version of a league table that shows their respective bank as #1. No harm in also doing so. Maybe just caveat it's a page we think is helpful in comparing capabilities, largely using quantitative data and our view of the relative platform capabilities

Confidential

CITI-SMILE-00014893

**From:** Chong, Russell G [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:15 PM
**To:** Gallagher, Kevin [ICG-BCMA]; Jackey, Robert [ICG-BCMA]
**Subject:** RE: SDC

Listen, if we haven't heard back, I think I would drop page 5, and let me send the document to him as is.

I would like to speak to him before suggesting competitive comparisons amongst other banks

What are your thoughts?

---

**From:** Gallagher, Kevin [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 1:37 PM
**To:** Chong, Russell G [ICG-BCMA]; Jackey, Robert [ICG-BCMA]
**Subject:** RE: SDC

Just sent

**Kevin Gallagher,** Managing Director
EMEA Healthcare Group, Corporate & Investment Banking
Institutional Clients Group

Citigroup Centre, Canada Square, Canary Wharf, London E14 5LB
T  | M



© 2018 Citigroup Global Markets Limited

---

**From:** Chong, Russell G [ICG-BCMA]
**Sent:** 11 June 2019 18:37
**To:** Jackey, Robert [ICG-BCMA]
**Cc:** Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

I have it in front of me

Did we hear back from Kyle on the unanswered text from Saturday?

---

**From:** Jackey, Robert [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 1:36 PM
**To:** Chong, Russell G [ICG-BCMA]
**Cc:** Gallagher, Kevin [ICG-BCMA]
**Subject:** SDC

Just checking in on the follow ups around IPO structuring for Kyle

Also, make sense to catch up this afternoon to discuss vetting process?

Confidential

CITI-SMILE-00014894