# EXHIBIT 10
# [REDACTED]

I will text on the side to see if this is convenience to us or something else


Kevin Gallagher, Managing Director
EMEA Healthcare Group, Corporate & Investment Banking
Institutional Clients Group

Citigroup Centre, Canada Square, Canary Wharf, London E14 5LB
T █████████ | M ██████████
████████████

---

**From:** Jackey, Robert [ICG-BCMA] < ██████████████ >
**Date:** Tuesday, 17 Sep 2019, 4:29 am
**To:** Chong, Russell G [ICG-BCMA] < ██████████████ >, Gallagher, Kevin [ICG-BCMA]
< ████████ >
**Subject:** RE: IPO fees

Kyle pushing to just do by phone. I told him we moved things around to accommodate in person, but he doesn't think necessary.



Robert Jackey | Managing Director
Citi Investment Banking | Global Healthcare
388 Greenwich St. | 34th Fl. | NY 10013
O: █████████ | C: ███████
E: ██████████

---

**From:** Chong, Russell G [ICG-BCMA] < ████████████ >
**Date:** Monday, Sep 16, 2019, 5:02 PM
**To:** Jackey, Robert [ICG-BCMA] < ██████████████ >, Gallagher, Kevin [ICG-BCMA]
< ██████████ >
**Subject:** RE: IPO fees

Chirico and I moved our calendars to get down to Nashville Thursday. As long as we fly in and out Thursday we can do it. We have stuff to talk about.

Should I reach out or should you?

Confidential

CITI-SMILE-00018485

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Jackey, Robert [ICG-BCMA] <███████████████████>
**Date:** Sunday, Sep 15, 2019, 1:38 PM
**To:** Chong, Russell G [ICG-BCMA] <██████████████████>, Gallagher, Kevin [ICG-BCMA]
<████████████████>
**Subject:** RE: IPO fees

Agreed. Thanks for heads up

---

Robert Jackey | Managing Director
Citi Investment Banking | Global Healthcare
388 Greenwich St. | 34th Fl. | NY 10013
O: ████████████ | C: ██████████████
E: ████████████████████

---

**From:** Chong, Russell G [ICG-BCMA] <███████████████████>
**Date:** Sunday, Sep 15, 2019, 4:36 PM
**To:** Jackey, Robert [ICG-BCMA] <████████████████████>, Gallagher, Kevin [ICG-BCMA]
<████████████████>
**Subject:** FW: IPO fees

FYI

I've already agreed. FYI

Chirico aware and supportive

Right thing to do.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Chong, Russell G [ICG-BCMA] <███████████████████>
**Date:** Sunday, Sep 15, 2019, 4:32 PM
**To:** [jpmorgan.com] Rueger, Tommy <███████████████████>
**Subject:** RE: IPO fees

Tommy

Thanks. Citi is totally supportive of the ask.

We should get done prior to settle/close.

Confidential

CITI-SMILE-00018486

Let us know how we can help and how you propose to paper and settle.

Thanks
Russ

Russell G. Chong
Managing Director
Citigroup Equity Capital Markets
390 Greenwich St, First Floor
NY NY 10013
Office: ███████
Fax: ███████
████████

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** [jpmorgan.com] Rueger, Tommy <████████████████>
**Date:** Sunday, Sep 15, 2019, 3:15 PM
**To:** Chong, Russell G [ICG-BCMA] <███████████████>
**Subject:** FW: IPO fees

Tommy Rueger
J.P. Morgan
Equity Capital Markets

████████
████████

---

**From:** David Katzman <dkatzman@camelotvg.com>
**Date:** Saturday, Sep 14, 2019, 10:06 AM
**To:** Rueger, Tommy (CIB, USA) <████████████████>, Grose, Christopher T (CIB, USA)
<████████████████>
**Cc:** Kyle Wailes <kyle.wailes@smiledirectclub.com>
**Subject:** IPO fees

Tommy and Chris, while we are cautiously optimistic at this point, we do not feel paying the 0.5% incentive *fee for performance* makes any sense. In fact, it is more like pouring salt in the wound. We are invested in our long term partnership, however, we could argue a discount to the full fee of 4.5% is in order based on performance. When SDC doesn't perform, we provide our customers a discount to help ease the disappointment. I will leave that to JPM to decide what is the right thing to do.

Confidential

CITI-SMILE-00018487

Happy to discuss further if needed.

Not a great chart to be #1 on setting a record.

https://finance.yahoo.com/news/smiledirectclub-sets-record-worst-first-230734210.html

## David B. Katzman
734-679-8448  cell
"A mind is like a parachute.....it works best when open!"

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

Confidential

CITI-SMILE-00018488