# EXHIBIT 11
# [REDACTED]

If he hasn't been pinging us for the data - he's too busy otherwise he'd come back to Kevin

I say we given Kevin his morning for input, then I send tomorrow am first thing?

Russell G. Chong
Managing Director
Citigroup Equity Capital Markets
390 Greenwich St, First Floor
NY NY 10013
Office: ███████████
Fax: ██████████
████████████

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Jackey, Robert [ICG-BCMA] <███████████████>
**Date:** Tuesday, Jun 11, 2019, 7:39 PM
**To:** Chong, Russell G [ICG-BCMA] <███████████████>
**Subject:** RE: SDC

Tried that and ringing cell. Nada

Robert Jackey | Managing Director
Citi Investment Banking | Global Healthcare
388 Greenwich St. | 34th Fl. | NY 10013
O: ████████████ | C: ███████████
E: ████████████████

**From:** Chong, Russell G [ICG-BCMA] <███████████████>
**Date:** Tuesday, Jun 11, 2019, 6:55 PM
**To:** Jackey, Robert [ICG-BCMA] <███████████████>, Gallagher, Kevin [ICG-BCMA] <███████████████>
**Subject:** RE: SDC

Can you ping Kevin via text or something?

**From:** Jackey, Robert [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:53 PM

Case 3:19-cv-00962    Document 138-12    Filed 06/20/23    Page 2 of 4 PageID #: 3507

Confidential

CITI-SMILE-00014874

**To:** Chong, Russell G [ICG-BCMA]; Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

Got it

---

**From:** Chong, Russell G [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:52 PM
**To:** Jackey, Robert [ICG-BCMA]; Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

Did you look at page 1?

Depending on the outcome of the early TTW meetings, there can potentially be a second round

It's worth discussing

---

**From:** Jackey, Robert [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:49 PM
**To:** Chong, Russell G [ICG-BCMA]; Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

Looking more closely, I'd remove the TTW reference in middle of right side of page 4 given that ship has already sailed.

---

**From:** Jackey, Robert [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:47 PM
**To:** Chong, Russell G [ICG-BCMA]; Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

Definitely think Russ should send today.

I'd argue we include the BR comparison page too though. by now he has to have seen every bank's version of a league table that shows their respective bank as #1. No harm in also doing so. Maybe just caveat it's a page we think is helpful in comparing capabilities, largely using quantitative data and our view of the relative platform capabilities

---

**From:** Chong, Russell G [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 6:15 PM
**To:** Gallagher, Kevin [ICG-BCMA]; Jackey, Robert [ICG-BCMA]
**Subject:** RE: SDC

Listen, if we haven't heard back, I think I would drop page 5, and let me send the document to him as is.

I would like to speak to him before suggesting competitive comparisons amongst other banks

What are your thoughts?

---

**From:** Gallagher, Kevin [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 1:37 PM
**To:** Chong, Russell G [ICG-BCMA]; Jackey, Robert [ICG-BCMA]
**Subject:** RE: SDC

Just sent

Confidential

CITI-SMILE-00014875

**Kevin Gallagher,** Managing Director
EMEA Healthcare Group, Corporate & Investment Banking
Institutional Clients Group

Citigroup Centre, Canada Square, Canary Wharf, London E14 5LB
T  | M



© 2018 Citigroup Global Markets Limited

---

**From:** Chong, Russell G [ICG-BCMA]
**Sent:** 11 June 2019 18:37
**To:** Jackey, Robert [ICG-BCMA]
**Cc:** Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

I have it in front of me

Did we hear back from Kyle on the unanswered text from Saturday?

---

**From:** Jackey, Robert [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 1:36 PM
**To:** Chong, Russell G [ICG-BCMA]
**Cc:** Gallagher, Kevin [ICG-BCMA]
**Subject:** SDC

Just checking in on the follow ups around IPO structuring for Kyle

Also, make sense to catch up this afternoon to discuss vetting process?

Confidential

CITI-SMILE-00014876