# EXHIBIT 12
# [REDACTED]

| | |
|---|---|
| **From:** | Gallagher, Kevin [ICG-BCMA] ███████████████ |
| **Sent:** | 6/11/2019 5:36:48 PM |
| **To:** | Chong, Russell G [ICG-BCMA] ███████████████ ; Jackey, Robert [ICG-BCMA] ████████████████ |
| **Subject:** | RE: SDC |

Just sent

**Kevin Gallagher,** Managing Director
EMEA Healthcare Group, Corporate & Investment Banking
Institutional Clients Group

Citigroup Centre, Canada Square, Canary Wharf, London E14 5LB
T ███████████ | M ███████████
███████████.



© 2018 Citigroup Global Markets Limited

---

**From:** Chong, Russell G [ICG-BCMA]
**Sent:** 11 June 2019 18:37
**To:** Jackey, Robert [ICG-BCMA]
**Cc:** Gallagher, Kevin [ICG-BCMA]
**Subject:** RE: SDC

I have it in front of me

Did we hear back from Kyle on the unanswered text from Saturday?

---

**From:** Jackey, Robert [ICG-BCMA]
**Sent:** Tuesday, June 11, 2019 1:36 PM
**To:** Chong, Russell G [ICG-BCMA]
**Cc:** Gallagher, Kevin [ICG-BCMA]
**Subject:** SDC

Just checking in on the follow ups around IPO structuring for Kyle

Also, make sense to catch up this afternoon to discuss vetting process?

Confidential    CITI-SMILE-00014855