MOTION GRANTED.



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>    Defendants. | Civil Action No. 3:19-cv-00962<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>**JOINT MOTION TO MODIFY THE AMENDED CASE MANAGEMENT ORDER** |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants,[1] through their counsel, respectfully move the Court to modify the Amended Case Management Order (ECF 134) to extend certain pretrial deadlines, which do not affect the schedule for dispositive motions or trial. In support of their joint motion, the Parties state the following:

1.    On March 30, 2023, the Court entered the governing Amended Case Management Order. (ECF 134.)

2.    On June 5, 2023, in accordance with the Amended Case Management Order, Plaintiffs filed a motion for class certification. (ECF 135.) Under the current schedule,

---

[1]  "Plaintiffs" refers to 1199SEIU Health Care Employees Pension Fund and Bucks County Employees Retirement System. "Defendants" refers to SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Richard Schnall, Susan Greenspon Rammelt, and Camelot Venture Group (together, "SmileDirectClub Defendants"), J.P. Morgan Securities LLC, Citigroup Global Markets Inc., BofA Securities, Inc., UBS Securities LLC, Jefferies LLC, Credit Suisse Securities (USA) LLC, Guggenhein Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, L.L.C., and Loop Capital Markets LLC (together, "Underwriter Defendants"). Plaintiffs and Defendants are collectively referred to herein as the "Parties."

Defendants' response to the motion for class certification is due July 10, 2023, and Plaintiffs' reply is due August 11, 2023.  (ECF 134 at 1.)  Defendants respectfully submit that additional time is needed to respond to Plaintiffs' motion for class certification in light of other ongoing substantial discovery efforts in this case and the related state court action[2], including preparation for more than 20 fact depositions in July and August.  Plaintiffs do not oppose extending Defendants' time to respond to the motion for class certification.  Therefore, the Parties respectfully request that the deadline for Defendants' response to the motion be extended from July 10, 2023, to August 28, 2023, and the deadline for Plaintiffs' reply be extended accordingly from August 11, 2023, to September 29, 2023.

3.     Additionally, the Amended Case Management Order inadvertently changed the deadline to file a joint proposed pretrial order, joint proposed jury instructions and verdict forms, witness lists, exhibit lists, stipulations, and expert reports to August 25, 2024, which is after trial is slated to begin.  Therefore, the Parties respectfully request that the deadline be changed back to the original deadline of July 8, 2024.  (*See* ECF 122.)

4.     These proposed changes do not affect the schedule for dispositive motions or trial. The new proposed schedule will still provide 90 days between the completion of summary judgment briefing and the start of trial, in accordance with Local Rule 16.01(h)(1).

---

[2]     *In re SmileDirectClub, Inc. Sec. Litig.*, No. 19-1169-IV (Tenn. Ch. Ct.).

5.    For these reasons, the Parties respectfully request that the Court modify the Amended Case Management Order as follows:

| EVENT | CURRENT DEADLINE | PROPOSED MODIFICATION |
|---|---|---|
| Deadline to file any response brief in opposition to the motion for class certification | July 10, 2023 | **August 28, 2023** |
| Deadline to file any reply brief in support of the motion for class certification | August 11, 2023 | **September 29, 2023** |
| Deadline to complete depositions and fact discovery | August 14, 2023 | No change |
| Deadline to identify and disclose all affirmative expert witnesses and provide expert reports | October 13, 2023 | No change |
| Deadline to identify and disclose any rebuttal expert witnesses and rebuttal reports | November 27, 2023 | No change |
| Deadline to complete expert depositions | December 1, 2023 | No change |
| Deadline to file dispositive motions | January 30, 2024 | No change |
| Deadline to file responses to dispositive motions | March 15, 2024 | No change |
| Deadline to file optional replies in support of dispositive motions | April 15, 2024 | No change |
| Deadline to file motions *in limine* and motions objecting to expert testimony | July 1, 2024 | No change |
| Deadline to file responses to motions *in limine* and motions objecting to expert testimony | July 8, 2024 | No change |
| Deadline to file joint proposed pretrial order, joint proposed jury instructions and verdict forms, witness lists, exhibit lists, stipulations, and expert reports | August 25, 2024 | **July 8, 2024** |
| Pretrial conference | July 15, 2024 | No change |
| Trial | July 23, 2024 | No change |

6.    A proposed Second Amended Case Management Order is attached hereto as Exhibit A.

DATED: July 10, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
HENRY S. BATOR, #040431

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
hbator@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SCOTT H. SAHAM
JEFFREY J. STEIN
ASHLEY M. KELLY
TING H. LIU
STEPHEN JOHNSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
scotts@rgrdlaw.com
jstein@rgrdlaw.com
akelly@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

- 4 -

DATED:  July 10, 2023

RILEY & JACOBSON, PLC
STEVEN A. RILEY (#6258)
MILTON S. (TREY) MCGEE, III (#24150)
ELIZABETH O. GONSER (#26329)

<u>s/ Steven A. Riley</u>
STEVEN A. RILEY

1906 West End Avenue
Nashville, TN  37203
Telephone:  615/320-3700
615/320-3737 (fax)
sriley@rjfirm.com
tmcgee@rjfirm.com
egonser@rjfirm.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
JAY B. KASNER
SCOTT D. MUSOFF
MICHAEL C. GRIFFIN
One Manhattan West
New York, NY  10001
Telephone:  212/735-3000
917/735-2000 (fax)
jay.kasner@skadden.com
scott.musoff@skadden.com
michael.griffin@skadden.com

BENESCH, FRIEDLANDER,
      COPLAN & ARONOFF LLP
ANDREW G. FIORELLA
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Telephone:  (216) 363-4453
Facsimile:  (216) 363-4588
afiorella@beneschlaw.com

*Counsel for Defendants SmileDirectClub, Inc.,
David Katzman, Kyle Wailes, Steven Katzman,
Jordan Katzman, Alexander Fenkell, Richard
Schnall, Susan Greenspon Rammelt and Camelot
Venture Group*

- 5 -

DATED:  July 10, 2023

BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
JOHN S. HICKS (TN# 10478)
CHRISTOPHER E. THORSEN (TN# 21049)


s/ Christopher E. Thorsen
CHRISTOPHER E. THORSEN

1600 West End Avenue, Suite 2000
Nashville, TN  37203
Telephone: 615/726-5600
615/726-0464 (fax)
jhicks@bakerdonelson.com
cthorsen@bakerdonelson.com

SULLIVAN & CROMWELL LLP
SHARON L. NELLES
ANDREW J. FINN
125 Broad Street
New York, NY  10004
Telephone:  212/558-4000
212/558-3588 (fax)
nelless@sullcrom.com
finna@sullcrom.com

*Counsel for Defendants J.P. Morgan Securities
LLC, Citigroup Global Markets Inc., BofA
Securities, Inc., Jefferies LLC, UBS Securities
LLC, Credit Suisse Securities (USA) LLC,
Guggenheim Securities, LLC, Stifel, Nicolaus &
Company, Incorporated, William Blair &
Company, LLC and Loop Capital Markets LLC*

- 6 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on July 10, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Steven A. Riley

# Mailing Information for a Case 3:19-cv-00962 Franchi v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Andrew Fiorella**
  afiorella@beneschlaw.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,sfordice@rjfirm.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,lkroll@bakerdonelson.com,jcalouette@bakerdonelson.com,mbarrass@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Stephen Johnson**
  sjohnson@rgrdlaw.com

- **Lewis S. Kahn**
  Lewis.Kahn@ksfcounsel.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Ashley M. Kelly**
  akelly@rgrdlaw.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com

- **MICHAEL J MORSE**
  PKNASHLAW@AOL.COM

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **E. Powell Miller**
  epm@millerlawpc.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Christopher Nelson**
  cln@weiserlawfirm.com

- **Melinda A. Nicholson**
  Melinda.Nicholson@ksfcounsel.com

- **Michael J. Palestina**
  Michael.Palestina@ksfcounsel.com

- **Ira M. Press**
  ipress@kmllp.com

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **Jeffrey J. Stein**
  jstein@rgrdlaw.com,JStein@ecf.courtdrive.com

- **Hannah Stowe**
  hstowe@beneschlaw.com,docket2@beneschlaw.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Christopher E. Thorsen**
  cthorsen@bakerdonelson.com,nkhan@bakerdonelson.com,faltaie@bakerdonelson.com,mbarrass@bakerdonelson.com,joboyle@bakerdonelson.com,jcalender@bakerd

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com,creis@rgrdlaw.com,AKellyRGRl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)