UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:19-cv-00962<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>[PROPOSED] ORDER MODIFYING<br>DEPOSITION LIMIT |

The matter comes before the Court on Plaintiffs' Unopposed Motion Requesting Modification of the Deposition Limit (the "Motion") moving to expand the number of fact depositions Plaintiffs may take in this action.

For good cause shown, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Court's December 2, 2022 Initial Case Management Conference Order (ECF 121) is modified to permit Plaintiffs and Defendants to take up to 30 fact witness depositions for each side.

DATED:  July 21, 2023

_____
THE HONORABLE JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE