**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, Plaintiff,** | ) ) ) | |
| | ) | |
| **v.** | ) ) | **Case No. 3:19-cv-00962 (Consolidated)** **Judge Richardson/Frensley** |
| **SMILEDIRECTCLUB, INC., et al., Defendants.** | ) ) ) | |

**ORDER**

This matter is now before the Court upon Plaintiffs' Motion for Leave to File Under Seal, which seeks to file under seal Plaintiffs' Notice of Supplemental Evidence in Support of the Joint Discovery Dispute Statement, the Declaration of Christopher M. Wood in Support Thereof, and Exhibits 1-7 attached thereto. Docket No. 150; Docket Nos. 149, 149-1 through 149-8. Plaintiffs seek to file these documents under seal because they are required to do so as the documents "contain or directly cite documents or deposition testimony Defendants in this action have designated 'Confidential.'" Docket No. 150, p. 1-2, *citing* Docket No. 131. Plaintiffs assert that they "believe there is no basis for the documents to remain under seal." *Id.* at 2 (footnote omitted). Defendants have not responded to the Motion.

Currently, there is no information before the Court that would allow it to seal the documents in question. Therefore, the documents (Docket Nos. 149, 149-1 through 149-8) will be unsealed unless, no later than September 26, 2023, Defendants file a brief explaining why they meets the Sixth Circuit's standard for sealing documents.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**