# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>                           Plaintiff,<br><br>          vs.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>                           Defendants. | Civil Action No. 3:19-cv-00962<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley |

## NOTICE OF SUGGESTION ON PENDENCY OF BANKRUPTCY FOR <u>SMILEDIRECTCLUB, INC., *ET AL.*, AND AUTOMATIC STAY OF PROCEEDINGS</u>

**PLEASE TAKE NOTICE** that, on September 29, 2023, SmileDirectClub, Inc. and certain of its subsidiaries and affiliates (collectively, the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), in the United States Bankruptcy Court for the Southern District of Texas (the "<u>Bankruptcy Court</u>"). The Debtors' chapter 11 cases are pending before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, and are being jointly administered under the lead case *SmileDirectClub, Inc.*, Case No. 23-90786 (CML) (collectively, the "<u>Chapter 11 Cases</u>"). A copy of the voluntary petition of the lead Debtor, SmileDirectClub, Inc., is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or

- 1 -

could have been commenced before the commencement of the Chapter 11 Cases or; (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement, against any of the Debtors or against any property of each of the Debtors' bankruptcy estates, of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[1]  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that pleadings filed in the Chapter 11 Cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/SmileDirectClub or by calling (844) 626-7278 (toll free) or + 1 (646) 651-1180 (International).  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.sdtx.uscourts.gov/ (PACER login and password required) in accordance with the procedures and fees set forth therein.

---

[1]	Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned cases.  The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

Dated:  October 3, 2023

*s/ Steven A. Riley*

Steven A. Riley (BPR #6258)
Elizabeth O. Gonser (BPR #26329)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee  37203
Telephone:  (615) 320-3700
Facsimile:  (615) 320-3737
sriley@rjfirm.com
tmcgee@rjfirm.com
egonser@rjfirm.com

*-and-*

BENESCH, FRIEDLANDER,
     COPLAN & ARONOFF LLP
Andrew G. Fiorella (*pro hac vice*)
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  (216) 363-4500
Facsimile:  (216) 363-4588
afiorella@beneschlaw.com

Attorneys for Defendants SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Susan Greenspon Rammelt, Richard Schnall, and Camelot Venture Group

Case 3:19-cv-00962    Document 157    Filed 10/03/23    Page 3 of 6 PageID #: 3854

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and exact copy of the foregoing *Notice of Suggestion on Pendency of Bankruptcy for SmileDirectClub, Inc., et al., and Automatic Stay of Proceedings* was filed electronically and served via the Court's CM/ECF system upon the parties as indicated below on October 3, 2023:

Christopher Nelson
James M. Ficaro
THE WEISER LAW FIRM, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
(610) 225-2677
cln@weiserlawfirm.com
jmf@weiserlawfirm.com

*Counsel for Adam Franchi*

Richard A. Maniskas
SCHIFFRIN, BARROWAY,
    TOPAS & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
rmaniskas@sbtklaw.com

Counsel for Adam Franchi

Wade B. Cowan
DAVIES, HUMPHREYS,
    HORTON & REESE, PLC
P.O. Box 50617
Nashville, TN 37205-0617
(615) 256-8125
wcowan@dhhrplc.com

Counsel for Adam Franchi

Christopher M. Wood
Henry Scattergood Bator
ROBBINS GELLER
    RUDMAN & DOWD LLP
200 31st Avenue N.
Nashville, TN 37203
(615) 244-2203
cwood@rgrdlaw.com
hbator@rgrdlaw.com

*Counsel for Bucks County Employees Retirement System*

Stephen Johnson
ROBBINS GELLER
    RUDMAN & DOWD LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
(513) 659-6113
sjohnson@rgrdlaw.com

*Counsel for Bucks County Employees Retirement System*

E. Powell Miller
THE MILLER LAW FIRM
950 W. University Drive
Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com

Counsel for Richard Andre

*Sharon L. Nelles*
Andrew J. Finn
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
finna@sullcrom.com
nelless@sullcrom.com

Counsel for Defendants J.P. Morgan
Securities LLC, Citigroup Global Markets
*Inc., BofA Securities, Inc., Jefferies LLC, UBS*
*Securities LLC, Credit Suisse Securities*
*(USA) LLC, Guggenheim*
*Securities, LLC, Stifel, Nicolaus &*
*Company, Incorporated, William Blair &*
*Company, LLC and Loop Capital Markets*
*LLC*

Ashley M. Kelly
Danielle S. Myers
Darren J. Robbins
Jeffrey J. Stein
Michael Albert
Scott H. Saham
Ting H. Liu
ROBBINS GELLER
         RUDMAN & DOWD LLP
655 W. Broadway
Suite 1900
San Diego, CA 92101
619-744-4915
akelly@rgrdlaw.com
danim@rgrdlaw.com
darrenr@rgrdlaw.com
jstein@rgrdlaw.com
malbert@rgrdlaw.com
scotts@rgrdlaw.com
tliu@rgrdlaw.com

Counsel for 1199 SEIU Health Care
*Employees Pension Fund*

Ira M. Press
KIRBY MCINERNEY LLP
250 Park Avenue
Suite 820
New York, NY 10177
212-371-6600
ipress@kmllp.com

Counsel for Barry Ginsberg

2

*Christopher E. Thorsen*
John S. Hicks
BAKER, DONELSON, BEARMAN,
      CALDWELL & BERKOWITZ, PC
1600 West End Avenue
Suite 2000
Nashville, TN 37203
(615) 244-2582
cthorsen@bakerdonelson.com
jhicks@bakerdonelson.com

Counsel for Defendants J.P. Morgan
*Securities LLC, Citigroup Global Markets*
*Inc., BofA Securities, Inc., Jefferies LLC, UBS*
*Securities LLC, Credit Suisse Securities*
*(USA) LLC, Guggenheim*
*Securities, LLC, Stifel, Nicolaus &*
*Company, Incorporated, William Blair &*
*Company, LLC and Loop Capital Markets*
*LLC*

Jay B. Kasner
Scott D. Musoff
Michael C. Griffin
SKADDEN, ARPS, SLATE,
      *MEAGHER & FLOM LLP*
*Four Times Square*
*New York, NY 10036-6522*
*(212) 735-3000*
*jay.kasner@skadden.com*
*scott.musoff@skadden.com*
michael.griffin@skadden.com

*Counsel for SmileDirectClub, Inc.,*
*David Katzman, Kyle Wailes,*
*Steven Katzman, Jordan Katzman,*
*Alexander Fenkell, Susan Greenspon*
*Rammelt, Richard Schnall, and Camelot*
*Venture Group*

*s/ Steven A. Riley*

3