## IN THE 20th JUDICIAL DISTRICT
## CHANCERY COURT FOR DAVIDSON COUNTY, TENNESSEE
### PART IV

| | | |
|---|---|---|
| IN RE: SmileDirectClub, INC. | ) | **N**Ⲫ |
| SECURITIES LITIGATION | ) | Consolidated Case No. 19-1169-IV |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | <u>CLASS ACTION</u> |
| ALL ACTIONS. | ) | |
| | ) | |

### <u>ORDER ON PLAINTIFFS' MOTION TO MODIFY THE COURT'S ORDER STAY PROCEEDINGS</u>

On October 20, 2023, the Court held a hearing on Plaintiffs' Motion to Modify the Court's Order Staying Proceedings. Having considered the pleadings and hearing oral argument, the Court **GRANTS IN PART AND DENIES IN PART** Plaintiffs' motion. Accordingly, it is hereby ORDERED that the Court's October 4, 2023 Order staying the action against all defendants will remain in effect until **December 1, 2023 at 12:00pm.** Thereafter, the stay shall be lifted as to all defendants except SmileDirectClub, Inc.

CHANCELLOR RUSSELL T. PERKINS

1

Respectfully submitted this 24th day of October, 2023 by:

*/s/ Steven A. Riley (with permission)*
**Steven A. Riley (#6258)**
**Milton S. McGee, III (#24150)**
**Elizabeth O. Gonser (#26329)**
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
sriley@rjfirm.com
tmcgee@rjfirm.com
egonser@rjfirm.com

*-and-*

Jay B. Kasner (*pro hac vice*)
Scott D. Musoff (*pro hac vice*)
Michael C. Griffin (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
michael.griffin@skadden.com
scott.musoff@skadden.com

-and-

Andrew G. Fiorella (*pro hac vice*)
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
afiorella@beneschlaw.com

*Attorneys for Defendants SmileDirectClub,
Inc. and Individual Defendants*

-and-

*/s/ Matthew E. McGraw*
**Jerry E. Martin (#20193)**
**Seth M. Hyatt (#031171)**
**Matthew E. McGraw (#032257)**
**David W. Garrison (#24968)**
BARRETT JOHNSTON
MARTIN & GARRISON, PLLC
Philips Plaza
200 31st Ave North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com
mmcgraw@barrettjohnston.com
dgarrison@barrettjohnston.com

*-and-*

Max R. Schwartz (*pro hac vice*)
Jonathan M. Zimmerman (*pro hac vice*)
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 233-6334
mschwartz@scott-scott.com
jzimmerman@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

2

John S. Hicks (TN #10478)
Christopher E. Thorsen (TN #21049)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
jhicks@bakerdonelson.com
cthorsen@bakerdonelson.com

-and-

Sharon L. Nelles (*pro hac vice*)
Andrew J. Finn (*pro hac vice*)
Shane M. Palmer (*pro hac vice*)
SULLIVAN & CROMWELL, LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
nelless@sullcrom.com
finna@sullcrom.com
palmersh@sullcrom.com

*Attorneys for Underwriter Defendants*

3