**In the Matter Of:**

*In Re - SmileDirectClub, Inc.*

*DAVID KATZMAN*

*November 05, 2023*



A.    Well, now it's, you know, zero as the process unfolds.

Q.    You take the view that you have a zero percent equity position in the company, in SDC, now?

A.    After the Chapter 11 proceedings, yes.

Q.    What are your current responsibilities at SDC post-petition?

A.    CEO of the company.

Q.    Have you had any change in your day-to-day role pre- and post-petition?

A.    No.

Q.    Have you participated in special committee meetings?

A.    No.

Q.    Have you attended any special committee meetings?

            MR. JONES:  I don't believe this question is asking for privileged information.  I just want to give, you know, a statement on the record to be cautious with privileged information that you receive in your role as an officer of the company, as an officer of the debtors.  I just wanted to flag that going forward in the content of your answers, Mr. Katzman.

            You can answer.

A.    Can you repeat the question.