# Videotaped Deposition of

# **Jordan Katzman**

## August 18, 2023

Franchi

vs.

SmileDirectClub



www.aptusCR.com | 866.999.8310

Case 3:19-cv-00962   Document 162-3   Filed 11/13/23   Page 1 of 3 PageID #: 4179

projects that you currently are working on relate to your new scanning technology on smartphones, right?

A.   Yes.

Q.   And I would say this, Mr. Katzman, to make this easier, like that's an obvious typo.  When I see that, rather than you struggling to have to write it over and over again.  I can do what I just did.  We'll try to see if that makes things a little more efficient.

ATTORNEY FIORELLA:  I think that makes sense.

BY ATTORNEY MARTIN:

Q.   When the company moved to Nashville, did you -- I know you always had the title of founder.  I want to know if you had any other titles when, you know, at that point in time when the company moved to Nashville, other than founder and board member?  I know that you had those titles.

Did you have any other titles when the SmileDirect located to Nashville, Tennessee?

A.   No, I did not.

Q.   How would you -- at that point in time when SmileDirect moved to Nashville, how would you describe your role in the company beyond founder

www.aptusCR.com

and board member in terms of the day-to-day operation of the company?

A. No day-to-day responsibilities. Really more involved as an advisor and work on special projects.

Q. Okay. I want to come back to that. I think what you are saying is that you did not have day-to-day responsibilities after the company moved to Nashville, but that you served more as an advisor and you worked on special projects, correct?

A. Yes.

Q. At some point in the company's history, you did have day-to-day job responsibilities, right?

A. Yes, early days.

Q. And that would be like during the time of the pilot, correct?

A. Yes.

Q. After -- explain to me sort of how your role in terms of -- or the reason, justification of why your day-to-day responsibilities diminished from the early days to the point that the company moved to Nashville and you were mostly just advising and working on special projects?

ATTORNEY FIORELLA: Object to the form.

A. I'm more of an idea, early stage person. Once the

www.aptusCR.com