Videotaped Deposition of

# Alex Fenkell

August 17, 2023

Franchi

vs.

SmileDirectClub



www.aptusCR.com | 866.999.8310

A. The main channel of communications is always, like, weekly sync calls and, you know, emails, like, broad communications like the emphasis of everything.  I'm sure there has been one-offs.

Q. Do you keep texts in your phone?

A. Yeah.

Q. So do you have texts from Dr. Ackerman on your phone right now?

A. I mean, no reason to believe I wouldn't.  I haven't deleted any text messages.

Q. Okay.  All right.  Has your counsel in this case told you to preserve those texts and not delete them moving forward?

A. They just made a point to remind us we're in a case and you can't be deleting text messages, which we haven't.

Q. Okay.  And so in these articles that Dr. Ackerman wrote based on your conversation are basically a rebuttal to the AAO's position that SmileDirect doesn't provide adequate care, right?

A. That's what it looks like, yeah.

Q. I wanted to revisit something you said right before the break.

So you said that at certain times, customers could talk to doctors directly and other

Case 3:19-cv-00962   Document 162-4   Filed 11/13/23   Page 2 of 3 PageID #: 4183

www.aptusCR.com

times, they couldn't.  It was always changing, right?

A.  I mean, there was always a way to get a communication to your doctor.  The actual format, the processes leading up to it, is what was changing.  I also haven't been involved in the company the last, at least, year, outside of just being on the board.  That's why when I say, like, Dr. Sulitzer, he is the closest to it, he can tell you each evolution of it.

Q.  **Was there ever a time when a customer would receive contact information for a doctor directly?**

A.  I mean, it's definitely possible.  Again, it's always changing and evolving.  I can tell you that we have connected and facilitated those conversations.  You know, I can't speak to the detail.  I can't imagine we were just giving out a cell phone number, but we always facilitated, and the process has changed a lot from inception to, I'm sure, today.

Q.  **Was part of the process ever that the customer could initiate contact with the doctor directly?**

A.  I can't speak to that in detail.

Q.  **So you don't recall a time when that was the case?**

A.  I can tell you that if a customer had a specific

www.aptusCR.com