Videotaped Deposition of

# Richard J. Schnall

August 14, 2023

Franchi

vs.

SmileDirectClub



www.aptusCR.com | 866.999.8310

A.    Uh-huh.

Q.    Second sentence:  A director is expected to spend the time and effort necessary to properly discharge such director's responsibilities.

Do you see that?

A.    Uh-huh.

Q.    Do you recall how much time you devoted to SDC's board as a director?

A.    I don't.

Q.    Generally speaking, was it under 40 hours a week?

A.    Under 40 hours a week for sure.

Q.    How about under 20?

A.    For sure.

Q.    Okay.  So ballpark estimate, could it be around 15 hours and under?

A.    Per week as a director?  Absolutely under 15 hours a week.

Q.    How about under 10?

A.    Yeah, absolutely.  I would say as a director of SDC, it was somewhere in the range of one to three hours a week depending on the week.

Q.    If you could turn to the second page of the document, Mr. Schnall, bold -- actually, the independence of the board.

www.aptusCR.com

Case 3:19-cv-00962    Document 162-5    Filed 11/13/23    Page 2 of 2 PageID #: 4186