UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SMILEDIRECTCLUB, INC., et al., <br><br> Defendants. | Civil Action No. 3:19-cv-00962 **(Consolidated)** <br><br> <u>CLASS ACTION</u> <br><br> Judge Eli J. Richardson <br> Magistrate Judge Jeffery S. Frensley <br><br> PLAINTIFFS': (1) FURTHER RESPONSE TO THE COURT'S OCTOBER 13, 2023 ORDER; AND (2) NOTICE REGARDING SMILEDIRECTCLUB'S MOTION TO DISMISS ITS BANKRUPTCY PETITION |

Plaintiffs respectfully submit this Further Response and Notice to apprise the Court of significant developments in SmileDirectClub, Inc.'s ("SDC") bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas.[1]

In support of their arguments for a broader stay, Defendants previously made assertions regarding SDC's reorganization and its potential emergence from bankruptcy. *E.g.*, ECF 159 at 1, 3, 11; ECF 160 at 2, 11-13. Since that time, and following the submission of Plaintiffs' Response to the Court's October 13, 2023 Order (ECF 161), SDC's reorganization efforts have failed, "[a]s a result, the Debtors' business is no longer operating," and SDC has moved to dismiss the bankruptcy

---

[1] "Plaintiffs" are Lead Plaintiff 1199SEIU Health Care Employees Pension Fund and plaintiff Bucks County Employees Retirement System. "Defendants" are, collectively, David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Richard Schnall, Susan Greenspon Rammelt, J.P. Morgan Securities LLC, Citigroup Global Markets, Inc., BofA Securities Inc., UBS Securities LLC, Jefferies LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, LLC, Loop Capital Markets LLC, Camelot Venture Group, and SDC.

- 1 -

proceedings in their entirety. Exhibit A, ¶8 (attached hereto). A hearing on SDC's dismissal motion is set for January 18, 2024. *See id.* at 1.

Plaintiffs are submitting this Further Response and Notice to ensure the Court has a contemporaneous record. Plaintiffs will submit supplemental briefing on the matter should the Court so order.

DATED: January 5, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
HENRY S. BATOR, #040431


s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
hbator@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SCOTT H. SAHAM
JEFFREY J. STEIN
ASHLEY M. KELLY
TING H. LIU
STEPHEN JOHNSON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
scotts@rgrdlaw.com
jstein@rgrdlaw.com
akelly@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 2 -