UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendants. | Civil Action No. 3:19-cv-00962<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>PLAINTIFFS': (1) FURTHER RESPONSE TO THE COURT'S OCTOBER 13, 2023 ORDER; AND (2) SECOND NOTICE REGARDING SMILEDIRECTCLUB'S MOTION TO DISMISS ITS BANKRUPTCY PETITION |

Plaintiffs respectfully submit this Further Response and Second Notice to apprise the Court of significant developments in SmileDirectClub, Inc.'s ("SDC") bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas.[1]

Plaintiffs' previous update to the Court reported that SDC had moved for approval of a sale (the "Sale") of substantially all of its assets to its Debtor-in-Possession Lenders (the "DIP Lenders") and a settlement among SDC, its Creditors' Committee, and the DIP Lenders and, thereafter, the structured dismissal of SDC's bankruptcy case (the "Structured Dismissal"). ECF 164, Ex. A. The

---

[1]    "Plaintiffs" are Lead Plaintiff 1199SEIU Health Care Employees Pension Fund and plaintiff Bucks County Employees Retirement System. "Defendants" are, collectively, David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Richard Schnall, Susan Greenspon Rammelt, J.P. Morgan Securities LLC, Citigroup Global Markets, Inc., BofA Securities Inc., UBS Securities LLC, Jefferies LLC, Credit Suisse Securities (USA) LLC, Guggenheim Securities, LLC, Stifel, Nicolaus & Company, Incorporated, William Blair & Company, LLC, Loop Capital Markets LLC, Camelot Venture Group, and SDC.

bankruptcy court held a lengthy evidentiary hearing regarding SDC's motions to approve the Sale and Structured Dismissal on January 18, 2024 and January 24, 2024. At the conclusion of the hearing, the bankruptcy court denied both motions and announced that it would convert SDC's Chapter 11 bankruptcy case to a Chapter 7 liquidation. On January 26, 2024, the bankruptcy court issued an order that: (1) denied SDC's motions to approve the Sale and Structured Dismissal; and (2) converted SDC's bankruptcy case to a proceeding under Chapter 7 of the Bankruptcy Code. *See* Exhibit B (attached hereto). A Chapter 7 trustee has been appointed and is now in control of SDC's liquidation, displacing the board of directors and management. Conversion of SDC's bankruptcy case to Chapter 7 does not impact Plaintiffs' ability to continue to pursue this action against any defendant other than SDC.

Plaintiffs are submitting this Further Response and Second Notice to ensure the Court has a contemporaneous record. Plaintiffs will submit supplemental briefing on the matter should the Court so order.

DATED: January 31, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SCOTT H. SAHAM
JEFFREY J. STEIN
ASHLEY M. KELLY
TING H. LIU
STEPHEN JOHNSON

s/ Jeffrey J. Stein
JEFFREY J. STEIN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
scotts@rgrdlaw.com
jstein@rgrdlaw.com
akelly@rgrdlaw.com
tliu@rgrdlaw.com
sjohnson@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977
HENRY S. BATOR, #040431
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com
hbator@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 31, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jeffrey J. Stein
JEFFREY J. STEIN

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: jstein@rgrdlaw.com

# Mailing Information for a Case 3:19-cv-00962 Franchi v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Henry Scattergood Bator**
  hbator@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Allyson R. Cady**
  acady@beneschlaw.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Andrew Fiorella**
  afiorella@beneschlaw.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,aclark@rjfirm.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,trutledge@bakerdonelson.com,lkroll@bakerdonelson.com,jcalouette@bakerdonelson.com,mbarrass@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Stephen Johnson**
  sjohnson@rgrdlaw.com

- **Lewis S. Kahn**
  Lewis.Kahn@ksfcounsel.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Ashley M. Kelly**
  akelly@rgrdlaw.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com

- **MICHAEL J MORSE**
  PKNASHLAW@AOL.COM

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **E. Powell Miller**
  epm@millerlawpc.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

Case 3:19-cv-00962    Document 166    Filed 01/31/24    Page 5 of 6 PageID #: 4226

- **Christopher Nelson**
  cln@weiserlawfirm.com

- **Melinda A. Nicholson**
  Melinda.Nicholson@ksfcounsel.com

- **Michael J. Palestina**
  Michael.Palestina@ksfcounsel.com

- **Ira M. Press**
  ipress@kmllp.com

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **Jeffrey J. Stein**
  jstein@rgrdlaw.com,JStein@ecf.courtdrive.com

- **Hannah Stowe**
  hstowe@beneschlaw.com,docket2@beneschlaw.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Christopher E. Thorsen**
  cthorsen@bakerdonelson.com,pmontei@bakerdonelson.com,mbarrass@bakerdonelson.com,jcalender@bakerdonelson.com,csanko@bakerdonelson.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@rgrdlaw.coom,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,CReis@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,AKel

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 3:19-cv-00962    Document 166    Filed 01/31/24    Page 6 of 6 PageID #: 4227