IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADAM FRANCHI, ET AL.          )
          )
       Plaintiffs,          )
          )
v.          )       Civil Case No.  3:19-cv-00962
          )       JUDGE RICHARDSON
SMILEDIRECTCLUB, INC., ET AL.,          )
          )
       Defendants.          )

## **ORDER**

The instant case is stayed as to Defendant SmileDirectClub, Inc. pursuant to 11 U.S.C. § 362(a). (Doc. No. 158).  The case is not stayed with respect to the other Defendants. (Doc. No. 170). As long as the case is stayed as to a Defendant who has not been severed from the other Defendants, the Court cannot proceed with the trial of this matter. Accordingly, the trial scheduled for July 23, 2024, the pretrial conference scheduled for July 15, 2024, and all related deadlines are canceled, to be rescheduled if and when appropriate.

By June 21, 2024, Plaintiff and Defendants (at least those as to whom the case has not been stayed) shall file a joint status update (if feasible) or separate status updates (if a joint status updated is not feasible).

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE