IN THE 20TH JUDICIAL DISTRICT
CHANCERY COURT FOR DAVIDSON COUNTY, TENNESSEE
PART IV

| | |
|---|---|
| IN RE: SmileDirectClub, Inc., SECURITIES LITIGATION, | ) ) ) ) ) Consolidated Case No. 19-1169-IV ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | |

## NOTICE OF APPEARANCE

Please take notice that David A. Rammelt of the law firm Benesch, Friedlander, Coplan, & Aronoff LLP hereby files his Appearance as counsel for Defendants.

Respectfully submitted,

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/David A. Rammelt*
David A. Rammelt (BPR #038918)
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.767.9192
drammelt@beneschlaw.com

Andrew G. Fiorella (*pro hac vice*)
Allyson R. Cady (*pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
afiorella@beneschlaw.com
acady@beneschlaw.com

*Attorneys for Defendants SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Susan Greenspon Rammelt Richard Schnall, and Camelot Venture Group*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice of Appearance was filed electronically and served via the Court's e-filing system on September 10, 2024.

*/s/ David A. Rammelt*
David A. Rammelt
