# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

ADAM FRANCHI, Individually and on )
Behalf of All Others Similarly Situated, )
)
     Plaintiff, )
)
v. )     **Case No. 3:19-cv-00962 (Consolidated)**
)     **Judge Richardson/Frensley**
SMILEDIRECTCLUB, INC., et al., )
)
     Defendants. )

## ORDER

This matter is now before the Court on Plaintiffs' Motion to Ascertain Status of Pending Request for a Discovery Conference, which seeks to elicit the status of a Request for Discovery Conference previously filed jointly by Plaintiffs and the individual Defendants (for the purposes of this Motion, "the Parties"). Docket No. 186, *see* Docket No. 184. As further set forth below, Plaintiffs' Motion (Docket No. 186) is GRANTED.

The Court is considering the Parties' request. To assist the Court in determining the best resolution of the pending discovery dispute, the Parties must submit a Joint Discovery Dispute Statement, not to exceed twenty pages, no later than March 14, 2025. The Statement must address the following topics:

- The extent to which Plaintiffs have or had access to the disputed documents up to this point.

- The current status of the database hosting by Consilio, with specific attention to the mechanics by which the Parties could access the data and whether the data is in any danger of becoming unavailable.

- Any information or arguments the Parties have as to the existence and viability of privileges or other protections over the disputed documents.

**IT IS SO ORDERED.**

**Jeffery S. Frensley**
**United States Magistrate Judge**

2