# EXHIBIT C

DocuSign Envelope ID: CA2DEF90-92B5-4178-BFBD-A7E555A0F405



## MASTER SERVICES AGREEMENT

THIS MASTER SERVICES AGREEMENT (this "Agreement") is entered into as of February 26, 2019, (the "Agreement Date") by and between **Legility, LLC** ("Legility"), a Tennessee limited liability company having its principal offices located at 112 Westwood Place, Suite 350, Brentwood, TN 37027 and **SmileDirectClub, LLC** ("CLIENT"), with offices at 414 Union Street 8th Floor, Nashville, TN 37219.

In consideration of the mutual promises and covenants set forth herein, CLIENT and Legility agree as follows:

## PROFESSIONAL SERVICES

Legility is a legal services company providing, either directly or through its affiliates, data hosting and management, consulting, technology based services, flexible legal talent and managed solutions to law departments of corporations and law firms (the "Business"), as modified by Legility from time to time. Specifically, Legility's business includes, but is not limited to the following services ("Services"):

- **"Data Management Services"**: Services relating to the collection, duplication, conversion, analysis, and other handling and management of hardcopy materials and/or electronically stored information, including but not limited to, assisting clients in the processing/loading, review, and production of data, as well as culling data through objective filters (date range, email domain, file type, etc.), to identify and promote documents for review by counsel.
- **"Managed Solutions Services"**: Project based or outsourced legal services that are administratively managed by Legility and involve any elements of document review, project management, technology applications and execution of quality control processes, generally performed in the areas of litigation / managed review / eDiscovery, commercial contracts, corporate transactions, and regulatory and compliance.
- **"Flexible Talent Services"**: Provision of temporary short-term or long-term contract attorneys and legal professionals, as well as permanent placements.
- **"Legal Operations Services"**: Consulting services and provision of proprietary technology tools in the area of operations-focused processes, analytical tools and dashboards for legal departments.

CLIENT may engage Legility in any or all of the Services from time to time and in CLIENT's sole discretion. The purpose of this Agreement is to establish the general terms and conditions applicable to Legility's provision of all Services. The provision of Services requested from time to time will be further detailed and set forth in and pursuant to a specific Purchase Order ("PO") for Flexible Talent Services or a specific Statement of Work ("SOW") for all other Services and issued hereunder. Changes to an executed PO or SOW, particularly changes in scope and project size which may result in an hour and/or fee increase or decrease or a change to the end date set forth in such PO/SOW for Legility's engagement or delivery of the Services, must be agreed to in writing by both parties hereto (email is acceptable).

CLIENT agrees to accept and pay for the Services in accordance with the terms and conditions herein. The parties, intending to be legally bound, hereby agree that the terms set forth in this Agreement shall govern all Services, except to the extent that specific terms within this Agreement are superseded by subsequent POs or SOWs or other written agreements between Legility and CLIENT.

CLIENT acknowledges and agrees that Data Management Services may be performed through a wholly owned subsidiary of Legility, Legility Data Solutions, LLC ("Legility Data").

Case 3:19-cv-00962    Document 194-3    Filed 03/14/25    Page 2 of 8 PageID #: 4795

## FLEXIBLE TALENT SERVICES

In connection with requests for Flexible Talent Services performed by individual Legility attorneys or other legal professionals (the "Talent") for CLIENT, CLIENT and Legility shall complete and execute a PO prior to the start of performance, setting forth the details of such assignment.

*Legility's Commitment.* Each time that CLIENT contacts Legility with respect to a Talent need, Legility will engage to ascertain from CLIENT the information necessary to find the right Talent for the job, including, among other things, the type of work to be performed, the academics and expertise required for the position, the individual to whom the Talent will be reporting, and the rate for contract work or the salary and benefits information for a permanent placement, if applicable. After obtaining this information, Legility will begin contacting its Talent roster who meet CLIENT's specified criteria and needs. Prior to sending any information about any Talent, including resumes, to CLIENT, Legility will have interviewed the Talent and verified required credentials in accordance with its internal policies in effect from time to time and CLIENT's instructions.

*CLIENT's Commitment*. All information provided to CLIENT, including the identity of any Talent and any rate structure, is deemed confidential, and CLIENT agrees to use this information solely for the purpose of considering the Talent for fulfilling the need identified to Legility and shall not share or distribute same. CLIENT agrees to not hire any Talent submitted by Legility to CLIENT directly or indirectly, except for and subject to the permanent placement provisions set forth below. CLIENT acknowledges that Legility spends significant effort and resources on identifying and matching Talent. In the event CLIENT wishes to hire any Legility Talent on a permanent basis, the placement fee is 25% of any attorney's first-year base salary or compensation and 20% of any other legal professional's first-year base salary or compensation. Should CLIENT initially engage Legility Talent to work on a contract or temporary basis under a PO, Legility will reduce any subsequent permanent placement fee related to such Talent *pro rata* based upon a 2,000-hour year (i.e., if the Legility Talent worked 1,000 hours, the fee would be reduced by 50%).

*Time Entry*. All Talent will enter their time within Legility's electronic timekeeping system, recording the time worked. Documentation detailing the time entries will be included with CLIENT's invoice. CLIENT will be billed the hours worked multiplied by the hourly rate. Talent may be entitled to overtime for any hours worked in excess of 40 per week depending on the nature of the assignment and as set forth in a PO.

## MANAGED SOLUTIONS SERVICES

In connection with requests for Managed Solutions Services, CLIENT and Legility, prior to the start of performance, shall complete and execute a SOW setting forth the details of such Managed Solutions Services.

*Legility's Management Commitment.* Subject to details set forth in a SOW, among other things, Legility will (i) provide a management structure to its Talent performing Services for CLIENT that will facilitate and document the CLIENT Supervising Attorney's (as defined below) instructions and decisions while managing the work schedules, quality control process, reporting on budget and timelines and (ii) incorporate written and oral instructions to the Talent to facilitate best practices and complete CLIENT objectives. Legility may provide technical management and project management for purposes of establishing and managing workflows and databases to create efficiencies and deliver CLIENT's results. While Legility's project managers and technical staff often are licensed attorneys, their involvement would not create a CLIENT relationship, as their involvement is limited to the process, protocols and technology needed by the Talent performing the substantive work, as well as analysis of metrics for project-related purposes, including but not limited to projections and reporting on tasks, budget and completion, unless specifically stated otherwise.

*Deliverables and IP.* All rights, interest and title to the deliverables described in a SOW as part of the Services (the "Deliverables") shall vest in and be the property of the CLIENT. All rights and title to all proprietary information and knowledge, patents, copyrights, trademarks, instruction manuals, on-line help files, concepts, templates, tools, ideas, inventions (whether or not patentable), specifications, general flow charts, processes, outlines, trade secrets and know-how (collectively "IP") of Legility and its affiliates, and all partial versions thereof, (the "Legility IP") used in the development and performance of the Services and the creation of the Deliverables for CLIENT remain with and vest in Legility and its affiliates and shall be Confidential Information. To the extent Legility IP is part of the Deliverables, Legility and its affiliates hereby grant CLIENT a fully paid-up, perpetual, non-exclusive license to such limited Legility IP exclusively for the use of the Deliverables.

## DATA MANAGEMENT SERVICES

In connection with requests for the performance of Data Management Services by CLIENT, the parties hereto shall complete and execute a SOW setting forth the details of such services. At Legility's election, an email communication between the parties hereto confirming and accepting CLIENT's request for Services and detailing volume, pricing and expected turnaround time may also serve as adequate written record binding the parties thereunder.

*CLIENT's Responsibilities.* CLIENT shall be solely responsible for all acts and actions of its representatives and end users accessing any third party systems and shall use reasonable care in the protection of any passwords or access requirements. Legility and its affiliates use reasonably available technology to maintain the security of data; however, CLIENT acknowledges that there are no guarantees of security of information maintained on computers and on the internet, and in the event of any loss of data or other information, Legility will only be responsible to the extent of Legility's or its affiliates gross negligence or willful malfeasance and otherwise subject to the limitations set forth below. CLIENT will take all necessary steps to protect its information when transmitting data via ftp or sftp. In addition, it is CLIENT's responsibility to back up the software and data that is stored on CLIENT's computers, hard disk drive(s), and/or on any other storage devices CLIENT may have and Legility or any of its affiliates shall not be responsible at any time for any loss, alteration, or corruption of any software, data, or files, unless due to Legility's or its affiliates gross negligence or willful malfeasance. In addition, Legility and its affiliates shall not be liable in any way, unless due to Legility's or its affiliates gross negligence or willful malfeasance, for damages arising from any part, equipment, peripheral, software or other product supplied to CLIENT by Legility or its affiliates.

Legility, its affiliates and/or its third party service providers reserve the right at any time to refrain from providing the Services, wholly or in part, on the basis that the minimum system requirements are not met or the technical needs (including wiring or overcoming physical or technical barriers) or other requirements of the CLIENT are unusual or extensive and beyond the scope of these Service terms as determined by Legility.

*CLIENT Data.* Legility and its affiliates disclaim any ownership in any original documents provided by CLIENT and the intellectual property contained within them (the "CLIENT Data"). CLIENT represents and warrants that the delivery of any data, materials, documentation or other information hereunder by CLIENT in connection with the provision of Data Management Services by Legility do not and shall not infringe any copyright, patent or other intellectual property or proprietary rights of any third parties. Legility or its affiliates own (or directly or indirectly licenses for its own account) any software systems ("Software Systems") and other materials provided by Legility in connection with the performance of Data Management Services and any copyrights, trademarks, patents, trade secrets and other proprietary rights related thereto. Legility represents and warrants that Legility's Software Systems and other materials provided by Legility in connection with the performance under this Agreement do not and shall not infringe any copyright, patent or other intellectual property or proprietary rights of any third parties. CLIENT shall not gain access nor grant third party access to such Software Systems, except as specifically authorized by Legility, nor reverse engineer or copy any such Software Systems in any fashion or use, disclose or divulge to others information related to the Software Systems for the purpose of reverse engineering or copying them.

## LEGILITY TALENT

*Talent.* Legility is not, and none of its affiliates are, a law firm and neither do, and will not at any time, provide legal advice or services. Legility is a "New Law" company whose Talent works directly and only under the direction and supervision of those attorneys who engage them. When Legility supplies Talent, it does so only to handle specified assignments for CLIENT under the direction, supervision, and control of the CLIENT's supervising attorney as identified in each PO or SOW issued hereunder ("Supervising Attorney"). Legility maintains professional liability insurance for errors and omissions, covering its business and its employees (including all Talent) while acting within the scope of their duties to Legility. Legility does not carry legal malpractice insurance.

*Employment Relationship.* Legility is the statutory employer of all Talent and, as such, is responsible for compensating all Talent and for withholding and matching taxes, unemployment, social security and worker's compensation coverage. Legility provides any and all benefits to which the Talent may be entitled.

*Attorneys Conflict Checks.* Prior to starting on any assignment or project on behalf of CLIENT, any Legility Talent who is an attorney so assigned will check his or her conflicts log and confirm to Legility that he or she does not have any conflict of interest in accepting the assignment. CLIENT will provide the conflicts check information relevant to a particular project/case/matter prior to the start of any assignment so that the attorneys can conduct this check.

*Professional Judgement of Attorneys.* Legility Talent who are attorneys working on assignments for CLIENT are attorneys at law, and, subject to the direction, supervision, and control of CLIENT, each such attorney will employ his or her own expertise and apply his or her own judgment to the assignment and all tasks required or directed by CLIENT. CLIENT will specify the tasks to be accomplished and the times, places, and manner in which the tasks should be carried out. Legility does not, and will not at any time, exercise any influence over the advice given, if any, by any Talent. All legal work, if any, will be done under the direction, supervision, and control of the CLIENT's Supervising Attorney.

*CLIENT'S Talent Rights.* If at any time CLIENT has questions about any Talent working on a CLIENT assignment, or is not satisfied with performance of the work, CLIENT shall contact Legility immediately to discuss the matter. Legility will endeavor to resolve the matter to the CLIENT's satisfaction as soon as possible, including removing Talent from the assignment for any reason, if requested and/or necessary.

## TERM; TERMINATION

The term of this Agreement shall begin on the Agreement Date and shall continue until terminated in accordance herewith. Either party may terminate this Agreement at any time by giving the other party at least fifteen (15) days advance written notice of intent to terminate.

Legility shall have the right to terminate this Agreement and cease performance of all Services immediately, upon notice to CLIENT, if: (i) CLIENT fails to make any payment due hereunder; (ii) CLIENT commits a material breach or default with respect to any of its other duties or obligations under this Agreement; (iii) CLIENT violates any legal requirements, or (iv) CLIENT makes an assignment for the benefit of creditors, or files a voluntary petition of bankruptcy, insolvency, reorganization or similar petition or proceeding.

CLIENT shall have the right to terminate this Agreement and cease payments of all Services immediately, upon notice to Legility, if; (i) Legility commits a material breach or default with respect to any of its other duties or obligations under this Agreement; (ii) Legility violates any legal requirements, or (iii) Legility makes an assignment for the benefit of creditors, or files a voluntary petition of bankruptcy, insolvency, reorganization or similar petition or proceeding.

In the event of a termination, CLIENT shall pay for all Services performed through the effective date of termination. Upon termination of this Agreement, all obligations of the parties under this Agreement will terminate, except that the Billing and Payment, Confidentiality, Indemnification, and Limitation of Liability provisions set forth below will survive in accordance with the terms thereof; provided, however, that termination of this Agreement will not preclude a party from bringing an indemnification claim against any other party to this Agreement for a breach arising prior to such termination pursuant to the terms and conditions set forth herein.

## BILLING AND PAYMENT TERMS

Legility will bill the CLIENT at the address and contact provided in each PO or SOW on a biweekly basis for all Services, except that Data Management Services shall be invoiced monthly. CLIENT agrees to pay Legility the undisputed amount of each invoice within thirty (30) days of the date CLIENT receives the invoice. In connection with Data Management Services, access to any and all hosting websites and access to CLIENT Data shall be suspended if undisputed outstanding balances exceed ninety (90) days and will remain suspended until all undisputed amounts are paid. CLIENT further agrees to pay service charges on all past due amounts at an annual rate of the lesser of eighteen percent (18%) or the maximum allowable rate. If CLIENT requires Legility or its affiliates to use a particular process or electronic system for the submission, approval and payment of invoices ("Billing System"), CLIENT agrees to reimburse Legility for any and all costs or fees incurred by Legility in connection with the use of such Billing System.

## RELATIONSHIP OF PARTIES

This Agreement is not intended to create, and does not create, any partnership, joint venture, agency, fiduciary, employment, or other relationship between the parties, beyond the relationship of independent parties to a commercial contract. Neither party is, nor will either party hold itself out to be, vested with any authority to bind the other party contractually, or to act on behalf of the other party as a broker, agent, or otherwise.

## CONFIDENTIALITY

Confidentiality. Each party shall keep confidential, and not disclose to any other person or use for its own benefit or the benefit of any other person (except to the extent on a need-to-know basis in relation to the Services provided hereunder), any confidential or proprietary information obtained from the other party(ies) ("Confidential Information") in connection with this Agreement. Each party shall hold all Confidential Information in confidence, use such Confidential Information

only for the purposes of fulfilling their obligations hereunder or any SOW or PO issued hereunder, and not copy, reproduce, sell, assign, license, market, transfer, give or otherwise disclose such information to third parties. Each party hereto agrees to disclose the Confidential Information only to those employees, consultants or agents ("Agents") on a need to know basis, provided that such Agents are bound by restrictions on confidentiality no less restrictive than those imposed herein and advise such Agents receiving the Confidential Information of their obligations to keep such information confidential. All Confidential Information provided or disclosed to the other party shall remain the sole property of the disclosing party. Nothing in this Agreement shall be construed as either (a) granting or conferring any current or future right, title or interest in or to any Confidential Information or proprietary right now owned or licensed by the disclosing party to the receiving party or (b) obligating the Disclosing Party to disclose Confidential Information to the Receiving Party. The obligation of the parties under this section shall not apply to information which is: (a) generally available to the public other than as a result of improper disclosure by the receiving party, (b) lawfully obtained by the receiving party from a third party under no obligation of confidentiality, (c) independently developed by the receiving party without any use of the confidential information, (d) previously known to, developed by or in the possession of the receiving party at the time of receipt thereof from the disclosing party, or (e) required to be disclosed pursuant to any legal requirement, court order or legal proceeding, or audit, provided that the receiving party notifies the disclosing party with sufficient time to allow the disclosing party to take reasonable steps to obtain a protective order or obtain approval to limit the disclosure, if the disclosing party in its sole discretion elects to do so, and the receiving party makes diligent efforts to limit such disclosure to that which is reasonably required.

Nonsolicitation. During the term of this Agreement and for a period of one (1) year thereafter, CLIENT shall not induce or attempt to induce any employee, contractor, vendor or other business relation of Legility or any of Legility's affiliates engaged in the provision of Services hereunder to terminate any relationship with Legility or its affiliates or otherwise interfere with the relationship between Legility and its affiliates and any such employee, contractor, vendor or other business relation without the prior written consent of Legility.

A breach by any party of this Confidentiality Section cannot be reasonably or adequately compensated in damages in an action at law, and either party will be entitled to, among other remedies, and without posting any bond or other undertaking, injunctive relief, in connection with any such breach.

**LIMITATION OF LIABILITY, INDEMNIFICATION AND DISCLAIMER OF WARRANTIES**
NEITHER PARTY SHALL BE LIABLE FOR ANY INDIRECT, CONSEQUENTIAL, EXEMPLARY, PUNITIVE OR SPECIAL DAMAGES OR LOST PROFITS OR LOST REVENUES OF ANY KIND WHATSOEVER ARISING FROM OR IN CONNECTION WITH THIS AGREEMENT OR THE SERVICES PROVIDED HEREUNDER BY LEGILITY OR ANY OF ITS AFFILIATES, EVEN IF THE PARTIES ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR LOSSES. LEGILITY'S AND ITS AFFILIATES' MAXIMUM LIABILITY TO CLIENT ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT OR THE SERVICES PROVIDED HEREUNDER SHALL NOT EXCEED, IN THE AGGREGATE, THE AMOUNTS ACTUALLY PAID BY CLIENT TO LEGILITY AND ITS AFFILIATES UNDER THE PO OR SOW UNDER WHICH AFFECTED SERVICES ARE RENDERED DURING THE TWELVE (12) MONTHS PRIOR TO THE TIME THE CAUSE OF ACTION AROSE.

Indemnification. Each Party agrees to indemnify, defend, and hold harmless the other party (and its affiliates and their respective officers, directors, employees) from and against any and all losses, costs, obligations, liabilities, damages, actions, suits, causes of action, claims, demands, liens, encumbrances, security interests, settlements, judgments, and other expenses, (including but not limited to cost of defense, settlement, and reasonable attorneys' fees) of whatever type or nature, including, but not limited to, damage or destruction to property, injury (including death) to any person or persons, which are asserted against, incurred, imposed upon or suffered by the other party or any of its affiliates by reason of, or arising from: (a) third party claims caused by a Party's negligent, grossly negligent or willful acts or omissions; (b) a Party's actual or alleged infringement of any patent, copyright, trademark, trade secret or other property or contract right of any other person; or (c) a Party's failure to promptly pay sums due to the other party or third parties.

WARRANTIES AND DISCLAIMER.
LEGILITY WARRANTS THAT THE SERVICES WILL BE PERFORMED IN A PROFESSIONAL AND WORKMANLIKE MANNER CONSISTENT WITH INDUSTRY PRACTICES AND IN ACCORDANCE WITH ANY SPECIFIC STANDARDS SET FORTH IN A SOW. LEGILITY MAKES NO OTHER REPRESENTATION OR WARRANTY AND DISCLAIMS ALL OTHER EXPRESS OR IMPLIED CONDITIONS, REPRESENTATIONS AND WARRANTIES, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OR CONDITIONS OF MERCHANTABILITY, SUITABILITY, OR FITNESS FOR A PARTICULAR PURPOSE, INCLUDING ANY WARRANTY RELATING TO THE PERFORMANCE OF ANY IP PROVIDED HEREUNDER. WITH REGARD TO DATA MANAGEMENT SERVICES, LEGILITY MAKES NO WARRANTY THAT THE SERVICE WILL BE UNINTERRUPTED, NOR DOES LEGILITY MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICE.

Legility or its affiliates, upon prior approval by CLIENT, may partner with third parties, such as providers of artificial intelligence and other online document review platforms ("Third Party Vendors"), to provide a comprehensive solution to meet CLIENT needs. LEGILITY SPECIFICALLY DOES NOT WARRANT THE ACCURACY, CORRECTNESS, OR EFFICACY OF SERVICES PROVIDED THROUGH OR RECEIVED FROM THIRD PARTY VENDORS OR THE RESULTS OF THEIR PRODUCTS OR SERVICES, AND WILL NOT HAVE ANY LIABILITY TO CLIENT WITH RESPECT TO SUCH THIRD-PARTY SERVICES.

## MISCELLANEOUS

This Agreement and each PO or SOW shall be governed by and interpreted in accordance with the laws of the State of Tennessee, without giving effect to any of its conflict of laws provisions. By execution of this Agreement, the parties agree to be subject to the jurisdiction and venue of the state and federal courts located in Williamson County, Tennessee. Any and all actions or proceedings brought to enforce all or part of this Agreement or related in any way to this Agreement may only be brought in a court of competent jurisdiction located in Williamson County, Tennessee.

Notices, and other communications required to be given hereunder shall be given in writing and shall be deemed given (a) if by hand delivery, upon receipt thereof; (b) if mailed, five (5) days after deposit in the U.S. mail, postage prepaid, certified mail return receipt requested; (c) if sent via overnight courier, upon receipt; or if (d) if sent via electronic mail, the digital time stamp of delivery as recorded on both party's servers. All notices pertaining to this Agreement will be sent to the address indicated for each party in the first paragraph of this Agreement. Either party may change its address or its designated addressee by giving written notice to the other party in accordance with the terms of this Section.

If any of the terms, provisions, or conditions of this Agreement or any PO or SOW or the application thereof to any circumstances shall be ruled invalid or unenforceable, the validity or enforceability of the remainder of this Agreement shall not be affected thereby, and each of the other terms, provisions, and conditions of this Agreement shall be valid and enforceable to the fullest extent permitted by law.

If Legility or any of its affiliates, employees or consultants, in connection with the Services, are deposed or required to testify in any judicial, arbitral or administrative proceedings, or to produce documents or records through a subpoena or otherwise, CLIENT shall be solely liable for all of Legility's related fees and expenses as if CLIENT had requested such services pursuant to this Agreement or any PO or SOW, regardless of whether this Agreement has terminated. The foregoing provision shall not apply to any disputes between Legility and CLIENT.

If CLIENT or any of its affiliates, employees or consultants, in connection with the Services, are deposed or required to testify in any judicial, arbitral or administrative proceedings, or to produce documents or records through a subpoena or otherwise, Legility shall be solely liable for all of CLIENT's related fees and expenses as if Legility had requested such services pursuant to this Agreement or any PO or SOW, regardless of whether this Agreement has terminated. The foregoing provision shall not apply to any disputes between Legility and CLIENT.

No party may assign any of its rights or delegate any of its obligations under this Agreement without the prior written consent of the other party, except that either party may assign any of its rights and delegate any of its obligations under this Agreement (i) to any affiliate of the assigning party, and (ii) in connection with the sale of all or substantially all of the assets of the assigning party or any other business combination transaction involving the assigning party, provided that no such assignment or delegation will relieve the assigning party from any of its obligations hereunder. This Agreement will apply to, be binding in all respects upon, and inure to the benefit of the successors and assigns of the parties.

No action, regardless of form, arising out of or related to this Agreement or the Services provided hereunder may be brought by either party more than two years after the event(s) giving rise to such action.

This Agreement, together with each PO or SOW executed hereunder, shall be the entire agreement between Legility and CLIENT with respect to the Services to be performed hereunder and it supersedes all prior and/or contemporaneous agreements and understandings with respect hereto, whether oral, written, or in any other medium, that might exist between the parties with relation to the subject matter hereof. No modification to any provision of this Agreement or any PO or SOW shall be binding unless in writing and signed by both Legility and CLIENT.

Neither Legility nor its affiliates, stockholders, directors, officers, employees, and agents shall be liable in any way for any delay, failure in performance, loss, or damage arising out of or relating to any cause beyond Legility's or its affiliate's' reasonable control, including but not limited to, interruptions, omissions, malfunctions, delays, or errors of any communication system, telecommunication or similar carrier, operational or computer system, or access thereto, acts of God, war, riot, insurrection, strikes, lock outs or other industrial or labor disturbances, or lightning, hurricanes and other

Legility      2018.1

severe weather disturbances, which would have an impact on the CLIENT's access to or Legility's delivery of the Services provided hereunder.

The headings in this Agreement are for convenience of reference only and have no legal effect.

This Agreement and any PO or SOW may be executed by facsimile or electronic signature and as such facsimile or electronic signature by any party hereto shall be deemed to be an original signature and shall be binding on such party to the same extent as if such facsimile or electronic signature were an original signature. This Agreement may be executed in any number of counterparts, each of which shall be deemed an original but all of which shall constitute one and the same agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the Agreement Date.

**SmileDirectClub, LLC**

By: _____

Name: Susan Greenspon Rammelt

Title: General Counsel

Date: 02/27/2019

**Legility, LLC**

By: _____

Name: Alison Watts

Title: Treasurer

Date: 2/27/2019