# EXHIBIT F

Counsel,

Several highly relevant documents from the Align production that originated from SDC were not produced to plaintiffs in either securities action. The chart below lists several documents that should have been produced based on the search terms and custodians we used (the list is not exhaustive). These documents were known to Defendants, as they were featured in depositions in the Align Arbitration. We do not understand why these materials were withheld and they do not appear on SDC's privilege log. Please provide an explanation for withholding these documents by March 11, 2025.

Best regards,

**Jeffrey J. Stein**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



| Begno | Endno | Align Bates | FileName | Custodian Hits | Search Terms |
|---|---|---|---|---|---|
| ALGNSUBP0113307 | ALGNSUBP0113311 | SDC_CICCIO;SDCSPLY | J205.pdf | Lacey Chessor Susan Greenspon Rammelt | (case) w/30 (SDC or smiledirectclub or sulitzer) |
| ALGNSUBP0113312 | ALGNSUBP0113314 | SDC_CICCIO;SDCSPLY | J206.pdf | Lacey Chessor Susan Greenspon Rammelt | (case) w/30 (SDC or smiledirectclub or sulitzer) (SDC OR smiledirectclub) AND (10-K OR 10-Q OR 8-K OR S-1 OR release* OR registration OR prospectus) |
| | | | | | (case) w/30 (SDC or smiledirectclub or sulitzer) (customer* OR patient* OR member*) AND (complaint* OR incident* OR claim* OR lawsuit OR suit OR suing OR sue) (dentist or |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | doctor or orthodontist or assistant or hygienist*) w/10 (treatment*) (dentist or doctor or orthodontist or assistant or hygienist*) w/25 (review* or oversight) (dentist OR doctor OR professional OR orthodontist OR assistant OR hygienist*) w/5 (approv* OR den* w/3 (patient OR member OR plan OR treatment*)) (member* or members or customer* or consumer* or patient*) w/5 (complain* or disatisf*) (polic* OR procedure* OR guideline* OR standard* OR require* w/10 (dentist* OR doctor OR professional OR orthodontist OR assistant OR hygienist*)) (shop* or smileshop or facility or facilities or store or stores or locat*) AND (incident* or complain*) |
| ALGNSUBP0114016 | ALGNSUBP0114020 | SDC_CICCIO;SDCSPLY | P565.pdf | Lacey Chessor Susan Greenspon Rammelt | |
| | | | | | (case) w/30 (SDC or smiledirectclub or sulitzer) (SDC OR |

| | | | | Lacey Chessor Susan Greenspon Rammelt | smiledirectclub) AND (10-K OR 10-Q OR 8-K OR S-1 OR release* OR registration OR prospectus) |
|---|---|---|---|---|---|
| ALGNSUBP0121958 | ALGNSUBP0121962 | SDC_CICCIO;SDCSPLY | Chessor 11 (Supply).pdf | | (customer* OR patient* OR member*) AND (complaint* OR incident* OR claim* OR lawsuit OR suit OR suing OR sue) (dentist or doctor or orthodontist or assistant or hygienist*) w/25 (review* or oversight) (member* OR customer* OR consumer* OR patient*) w/5 refund* (member* or members or customer* or consumer* or patient*) w/5 (complain* or disatisf*) (SDC OR smiledirectclub) AND (10-K OR 10-Q OR 8-K OR S-1 OR release* OR registration OR prospectus) (shop* or smileshop or facility or facilities or store or stores or locat*) AND (incident* or complain*) (Smilecheck or "smile check") AND (conversion or convert* or rate* or mandated or |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | mandating or mandates) (SmileCheck OR "smile check") AND (conversion OR rate OR rates OR mandate* OR compensat* OR reject* OR approv* OR sale* OR profit*) (SmileCheck OR "smile check") AND (doctor or dr) (Smilecheck or "smile check") |
| ALGNSUBP0021838 | ALGNSUBP0021880 | SDC_SWIFT_ | D0079.pdf | Chelsea Easley | AND complain* |
| | | | | | (clear*) AND (trade* or trading or securities or stock* or share* or unit or class) (SDC OR smiledirectclub) AND (10-K OR 10-Q OR 8-K OR S-1 OR release* OR registration OR prospectus) (SmileCheck OR "smile check") AND (conversion OR rate OR rates OR mandate* OR compensat* OR reject* OR approv* OR sale* OR profit*) (SmileCheck OR "smile check") |
| ALGNSUBP0021888 | ALGNSUBP0021910 | SDC_SWIFT_ | D0086.pdf | Chelsea Easley | AND (doctor or dr) |
| | | | | | (clear*) AND (trade* or trading or securities or stock* or share* or unit |
| ALGNSUBP0021912 | ALGNSUBP0021914 | SDC_SWIFT_ | D0091.pdf | Chelsea Easley | or class) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (case) w/30 (SDC or smiledirectclub or sulitzer) (dentist or doctor or orthodontist or assistant or hygienist*) w/25 (review* or oversight) (member or members or customer*) w/5 (care or satisf*) (SmileCheck OR "smile check") AND (conversion OR rate OR rates OR mandate* OR compensat* OR reject* OR approv* OR sale* OR profit*) (SmileCheck OR "smile check") AND (doctor or dr) |
| ALGNSUBP0021915 | ALGNSUBP0021942 | SDC_SWIFT_ | D0093.pdf | Chelsea Easley | |
| ALGNSUBP0022794 | ALGNSUBP0022797 | SDC_SWIFT_ | D0105.pdf | Jeffrey Sulitzer Marian Blakely | (case) w/30 (SDC or smiledirectclub or sulitzer) |
| ALGNSUBP0029174 | ALGNSUBP0029174 | SDC_SWIFT_ | PX 461.pdf | Jeffrey Sulitzer | (case) w/30 (SDC or smiledirectclub or sulitzer) |
| | | | | | (case) w/30 (SDC or smiledirectclub or sulitzer) (customer* OR patient* OR member*) AND (complaint* OR incident* OR claim* OR lawsuit OR suit OR suing OR sue) (member* or members or customer* or consumer* or patient*) w/5 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (complain* or disatisf*) (shop* or smileshop or facility or facilities or store or stores or locat*) AND (incident* or complain*) (SmileCheck OR "smile check") AND (conversion OR rate OR rates OR mandate* OR compensat* OR reject* OR approv* OR sale* OR profit*) (SmileCheck OR "smile check") AND (doctor or dr) (Smilecheck or "smile check") |
| ALGNSUBP0043428 | ALGNSUBP0043458 | SDC_SWIFT_ | Easley 16 (Swift).pdf | Chelsea Easley | AND complain* |
| | | | | | (customer* OR patient* OR member*) AND (complaint* OR incident* OR claim* OR lawsuit OR suit OR suing OR sue) (dentist or doctor or orthodontist or assistant or hygienist*) w/25 (review* or oversight) (member* OR customer* OR consumer* OR patient*) w/5 refund* (member* or members or customer* or consumer* or patient*) w/5 (complain* or disatisf*) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (SDC OR smiledirectclub) AND (10-K OR 10-Q OR 8-K OR S-1 OR release* OR registration OR prospectus) (shop* or smileshop or facility or facilities or store or stores or locat*) AND (incident* or complain*) (Smilecheck or "smile check") AND (conversion or convert* or rate* or mandated or mandating or mandates) (SmileCheck OR "smile check") AND (conversion OR rate OR rates OR mandate* OR compensat* OR reject* OR approv* OR sale* OR profit*) (SmileCheck OR "smile check") AND (doctor or dr) (Smilecheck or "smile check") AND complain* |
| ALGNSUBP0043502 | ALGNSUBP0043545 | SDC_SWIFT_ | Easley 18 (Swift).pdf | Chelsea Easley | |
| | | | | | (dentist or doctor or orthodontist or assistant or hygienist*) w/10 (treatment*) (dentist or doctor or orthodontist or assistant or hygienist*) w/25 (review* or oversight) |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (member or members or customer*) w/5 (care or satisf*) (member* OR customer* OR consumer* OR patient*) w/5 refund* (SDC OR smiledirectclub) AND (10-K OR 10-Q OR 8-K OR S-1 OR release* OR registration OR prospectus) (SDC or smiledirectclub) w/30 (analyst* or media or coverage or report* or journalis* or story or stories or article*) (SmileCheck OR "smile check") AND (conversion OR rate OR rates OR mandate* OR compensat* OR reject* OR approv* OR sale* OR profit*) (SmileCheck OR "smile check") |
| ALGNSUBP0108533 | ALGNSUBP0108569 | SDC_SWIFT_ | Sulitzer 04 (Swift).pdf | Chelsea Easley | AND (doctor or dr) |
| ALGNSUBP0006844 | ALGNSUBP0006846 | SDCSPLY | DX 145.pdf | Dan Hunter Jeffrey Sulitzer Jessica Cicurel Jordan Katzman Marian Blakely | (EBITDA OR income OR revenue OR growth OR guidance OR "financial performance" OR forecast* OR budget* OR projection) w/10 (SDC or smiledirectclub) |
| | | | | | (SDC OR smiledirectclub) AND (10-K OR 10-Q OR 8-K OR |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | S-1 OR release* OR registration OR prospectus) (SDC or smiledirectclub) w/30 (analyst* or media or coverage or report* or journalis* or story or stories or article*) (shop* or smileshop or facility or facilities or store or stores or locat*) AND (incident* or complain*) (shop* or smileshop or facility or facilities or store or stores or locat*) AND (investigat* or inspect* or "law enforcement") |
| ALGNSUBP0113061 | ALGNSUBP0113064 | SDCSPLY | D626.pdf | Lacey Chessor Steve Katzman Susan Greenspon Rammelt | |
| | | | | | (case) w/30 (SDC or smiledirectclub or sulitzer) (clear* or "pre-clearance" or approv* or signoff or "sign* off") AND (trade* or trading) (clear* or "pre-clearance" or approv* or signoff or "sign* off") AND (unit or class) (clear*) AND (trade* or trading or securities or stock* or share* or unit or class) (customer* OR |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | patient* OR member*) AND (complaint* OR incident* OR claim* OR lawsuit OR suit OR suing OR sue) (EBITDA or revenue OR growth or guidance or forecast* or "financial performance" OR "gross profit" or expense) w/25 ("2019" or "3Q19" or "4Q19") |
| ALGNSUBP0113300 | ALGNSUBP0113306 | SDCSPLY | J204.pdf | Lacey Chessor Susan Greenspon Rammelt | (SDC OR smiledirectclub) AND (10-K OR 10-Q OR 8-K OR S-1 OR release* OR registration OR prospectus) |
| ALGNSUBP0121924 | ALGNSUBP0121924 | SDCSPLY | Chessor 02 (Supply).pdf | Lacey Chessor Susan Greenspon Rammelt | (SDC OR smiledirectclub) AND (10-K OR 10-Q OR 8-K OR S-1 OR release* OR registration OR prospectus) |