I UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 3:19-cv-00962 **(Consolidated)** |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | Judge Eli J. Richardson Magistrate Judge Jeffery S. Frensley |
| SMILEDIRECTCLUB, INC., et al., ) ) | |
| Defendants. ) ) ) ) ) | |

**DECLARATION OF MICHAEL B. SILVERSTEIN IN SUPPORT OF INDIVIDUAL DEFENDANTS' POSITION**

I, Michael B. Silverstein, declare that the following is true to the best of my knowledge, information, and belief:

1. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, litigation counsel for Defendants David Katzman, Steven Katzman, Kyle Wailes, Richard Schnall, Susan Greenspon Rammelt, and Camelot Venture Group (together with Defendants Alex Fenkell and Jordan Katzman, the "Individual Defendants") in the above-captioned case. I am familiar with the facts pertinent to the Individual Defendants' Position in the *Supplemental Joint Discovery Dispute* ("Supplemental Joint Dispute Statement").

2. The database at issue in the Supplemental Joint Dispute Statement contains approximately 2.2 million documents. Out of those 2.2 million documents, 421,647 documents have been produced by parties in this or related matters

3. Out of the remaining approximately 1.8 million documents, 1 million have been reviewed by attorneys. Approximately 770,000 documents were not reviewed because they did not hit on targeted search terms designed to isolate potentially responsive documents.

4. Out of the 1 million documents that were reviewed, approximately 737,000 documents were not reviewed for privilege because they were marked not responsive to any of Plaintiffs' discovery requests.

5. SDC and the Individual Defendants logged approximately 77,000 documents for privilege in the privilege log sent to Plaintiffs in this matter. This includes approximately 14,000 documents that were produced but redacted for privilege.

6. In order to assess what documents in the database the Individual Defendants hold privileges over, the Individual Defendants' counsel would have to review all of the documents that were not previously reviewed, all of the documents that were marked unresponsive and not tagged for privilege, and all of the documents on the privilege log.

7. Accordingly, the Individual Defendants' counsel would have to review approximately 1.5 million documents.

8. Attorneys contracted specifically to review documents can average between 40-60 documents an hour.

9. Using midpoint number of 50 documents per hour, it would take 30,000 hours of attorney review time to review all 1.5 million documents.

10. SDC and the Individual Defendants believe they would pay approximately $50 an hour for contract attorneys to review documents.

11. Using this rate, it would cost approximately $1.5 million to review all of the documents for privilege.

12. This estimate does not include hours spent by project managers who manage the contract attorneys, second level review of documents (which are standard in expansive privilege reviews), quality-check reviews by the Individual Defendants' counsel, and the creation of a new privilege log for all documents marked as privileged. These additional hours would expand the estimated cost for the review well above $1.5 million.

13. Attached hereto as **Exhibit 1** is a true and correct copy of my December 16, 2024 declaration filed in *In re Subpoena Duces Tecum to Scott+Scott Attorneys At Law LLP*, No. 1:24-mc-570 (S.D.N.Y.) and the accompanying exhibits.

14. Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Allison D. Byman in Support of Chapter 7 Trustee's Omnibus Reply in Support of Renewed Orrick Retention Application.

15. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain between Plaintiffs' counsel, the Chapter 7 Trustee, and her counsel.

16. Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Jeffrey W. McKenna in Support of Chapter 7 Trustee's Omnibus Reply in Support of Renewed Orrick Retention Application.

17. Attached hereto as **Exhibit 5** is a true and correct copy of a portion of a spreadsheet sent by Plaintiffs' counsel to the Trustee's counsel on May 9, 2024. The cover email for this spreadsheet appears on pages 5–9 of Exhibit 3. The full spreadsheet is not included in Exhibit 5 due to its size. The portion attached as Exhibit 5 contains the documents Plaintiffs' counsel believed improperly asserted joint-defense or common-interest privileges.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of March, 2025 in New Albany, Ohio.

*/s/ Michael B. Silverstein*
Michael B. Silverstein

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on March 14, 2024 a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Michael B. Silverstein*
Michael B. Silverstein (*pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215
Telephone: 614/223.9300
614/223-9300 (fax)
msilverstein@beneschlaw.com

- 5 -

# Mailing Information for a Case 3:19-cv-00962 Franchi v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Allyson R. Cady**
  acady@beneschlaw.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Andrew Fiorella**
  afiorella@beneschlaw.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,dgibby@rjfirm.com,bmoore@rjfirm.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,trutledge@bakerdonelson.com,lkroll@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Stephen Johnson**
  SJohnson@rgrdlaw.com

- **Lewis S. Kahn**
  Lewis.Kahn@ksfcounsel.com

- **Michael J. Kahn**
  MJKahn@gibsondunn.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Ashley M Kelly**
  akelly@rgrdlaw.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com

- **Brian M. Lutz**
  blutz@gibsondunn.com

- **MICHAEL J MORSE**
  PKNASHLAW@AOL.COM

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **Michael D. Meuti**
  mmeuti@beneschlaw.com,Docket2@Beneschlaw.com,emanzo@beneschlaw.com,rkrueger@beneschlaw.com

- **E. Powell Miller**
  epm@millerlawpc.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Christopher Nelson**
  cln@weiserlawfirm.com

- **Melinda A. Nicholson**
  Melinda.Nicholson@ksfcounsel.com

- **Michael J. Palestina**
  Michael.Palestina@ksfcounsel.com

- **Ira M. Press**
  ipress@kmllp.com

- **David Albert Rammelt**
  drammelt@beneschlaw.com,docket@beneschlaw.com,emanzo@beneschlaw.com

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com

- **Laura Seferian**
  lseferian@beneschlaw.com

- **Michael B. Silverstein**
  msilverstein@beneschlaw.com,Docket2@beneschlaw.com

- **John Tate Spragens**
  john@spragenslaw.com,spragenslaw@ecf.courtdrive.com,dave@spragenslaw.com

- **Jeffrey J. Stein**
  jstein@rgrdlaw.com,JStein@ecf.courtdrive.com,CSavedra@rgrdlaw.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Christopher E. Thorsen**
  cthorsen@bakerdonelson.com,pmontei@bakerdonelson.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)