# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) | (Previously Chapter 11) |
| SMILEDIRECTCLUB, INC., *et al.*, | ) |  |
|  | ) | Case No. 23-90786 (CML) |
| Debtors. | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |

**DECLARATION OF ALLISON D. BYMAN**
**IN SUPPORT OF CHAPTER 7 TRUSTEE'S OMNIBUS REPLY**
**IN SUPPORT OF RENEWED ORRICK RETENTION APPLICATION**

I, Allison D. Byman, hereby declare as follows:

1.      I am the chapter 7 trustee (the "Trustee") appointed by the Court in the above-captioned bankruptcy cases.  I submit this declaration (this "Declaration") in support of the *Chapter 7 Trustee's Omnibus Reply in Support of Renewed Orrick Retention Application* (the "Reply").[1]

2.      Except as otherwise noted, all statements and opinions in this Declaration are based on my personal experience and knowledge, and my review of the relevant documents. If called to testify, I could and would testify competently to each of the facts set forth in this Declaration.

3.      I currently serve as the Trustee in these bankruptcy cases and have acted in such capacity since the U.S. Trustee appointed me on the Conversion Date.  I was appointed as a chapter 7 bankruptcy panel trustee for the Southern District of Texas in 2012.  I do not serve and have never served in any other role in connection with or related to the chapter 7 cases or the Debtors.

4.      I am a partner in the law firm of Byman & Associates, PLLC ("Byman Law Firm"), and I have been duly admitted to practice in the State of Texas, and the United States District

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Reply.

Courts for the Northern, Southern, Eastern, and Western Districts of Texas. Prior to forming Byman Law Firm in 2019, I previously worked as an associate with Thompson & Knight LLP and as counsel at Hughes Watters Askanase.

5.     I have served in the past or currently serve as chapter 7 trustee, liquidating trustee, chapter 11 trustee, and general or special counsel for both debtors and trustees in numerous bankruptcy cases.

6.     Following my appointment as the Trustee, I took control and possession of the Debtors' books and records, including the Consilio Database.  The Consilio Database is the only copy of the Database Documents that has been identified and turned over to me.

7.     It is my understanding that communications on the Debtors' computer servers were subject to and governed by the SmileDirectClub privacy policy.  A true and correct copy of the policy is attached hereto as Exhibit A.

8.     Based on my conversations with Debtors' former General Counsel, Susan Rammelt, it was my understanding that all documents in the Consilio Database were the Debtors' books and records and belonged exclusively to the Debtors' estate.  I was never told that any documents in the Consilio Database came from any source other than the Debtors' books and records.  Accordingly, I understood that I had the authority to waive privilege over documents in the Consilio Database unilaterally.

9.     I determined that it would not be in the best interest of the estates to devote funds to maintaining the Consilio Database. The pre-petition Debtors' contract with Consilio was rejected by operation of law based on the passage of time.

10.     Soon after I selected Orrick as my proposed special counsel, and due to the potential relevance of the Database Documents to the Insider Claims I had selected Orrick to pursue, I asked

Orrick to assume responsibility for the Consilio Database. Accordingly, Orrick, Consilio, and I entered into an agreement for the continued maintenance of the Consilio Database on July 24, 2024.

11. Thereafter, Orrick informed me that they learned that Benesch had ongoing, post-petition access to the Consilio Database and had saved extensive work product directly to it. As a result, I recognized that I could not access the estate property on the Consilio Database without risking inadvertently viewing Benesch's work product.

12. In March 2024, the Securities Plaintiffs contacted me to resolve their remaining discovery concerns. I did not consider it to be in the best interest of the estates to litigate the pre-petition Debtors' privilege assertions or otherwise to complete discovery in the Securities Cases. I was able to delay a response to the Securities Plaintiffs for several months, but ultimately decided to waive pre-petition attorney-client privilege with respect to the Database Documents to avoid spending estate funds on a costly discovery fight with the Securities Plaintiffs and because I had determined waiver was in the best interest of the estates.

13. To that end, I asked Orrick to facilitate and grant the Securities Plaintiffs access to the Database Documents in resolution of the ongoing discovery disputes.

14. Orrick advised me regarding the form and substance of certain of the agreed cash collateral orders for the limited purpose of assessing their potential impact on the Insider Claims.

15. I am not aware of any joint-defense agreement between the Debtors and the Insider Defendants.

16. The division of work representing the estates was divided strategically between the Byman Law Firm, Porter Hedges, and Orrick. The Insider DIP Agent prohibited the use of cash collateral to investigate or prosecute the Insider Claims. Therefore, I elected to retain separate

3

counsel to pursue the Insider Claims to ensure my law firm, the Byman Law Firm, remained in compliance with the Final DIP Orders and would be compensated for the work it performed on behalf of the estates.

*[Remainder of page intentionally left blank]*

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Allison D. Byman*
Allison D. Byman, Chapter 7 Trustee

Executed on January 17, 2025, in Houston, Texas

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of January 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties receiving ECF notice.

*/s/ Ryan C. Wooten*
Ryan C. Wooten

**Exhibit A**

Case 3:19-cv-00962     Document 195-2     Filed 03/14/25     Page 9 of 42 PageID #: 5074

# Team Member

# Handbook



**This Team Member handbook supersedes all previously issued Team Member handbooks, and all previously issued Team Member handbooks are hereby revoked.**

*Published August 2021*

# Team Member Handbook

## <u>IMPORTANT NOTICE – DISCLAIMER</u>

This Team Member Handbook ("Handbook") is a guide to general employment procedures and policies of SmileDirectClub, and its affiliated entities ("SDC" or the "Company"). This Handbook and the policies and procedures contained herein supersede any and all prior practices, oral or written representations, or statements regarding the terms and conditions of your employment with the Company. The Handbook is for information purposes only and is not a contract of employment. Any Company procedure or policy, including any policy, procedure, or provision in or referred to in this Handbook, may be modified, amended, or deleted by Company at any time, with or without notice. The Handbook, policies, and any revisions thereto will be posted on the Company's intranet.

This Handbook does not and is not intended to address every possible employer/Team Member situation. The Company reserves the right to take action or make a decision which is inconsistent with the provisions of this Handbook to address unique situations, on a case-by-case basis, in the Company's sole discretion.

This Handbook does not in any way alter the employment status of SDC Team Members, which is "at-will." This means that either you or the Company can terminate the employment relationship at any time, for any or no reason, with or without cause, and with or without notice. No contrary statement by any Company Team Member, Team Leader, or agent shall have any force or effect, unless it is in writing, states that it is a "contract of employment," and is signed by Senior Executive Management of SDC.

## <u>TEAM MEMBER ACKNOWLEDGMENT</u>

I acknowledge receipt of the Handbook and understand that it is my responsibility to read and comply with the policies contained in this Handbook and any revisions made to it. I further acknowledge and understand the Handbook is not an employment contract, and that my employment is "at will" as defined above.

Electronically Signed By

Michael Bryk

Team Member's Signature

Michael Bryk

Team Member's Name (please print)

12/15/2022

Date



# Team Member Handbook

## Welcome

Welcome to the Club!

We are so excited to have you join the SmileDirectClub team. It's our job to change lives for the better. It's a huge job, but that's why you're here.

Having a beautiful smile can change a person's life, opening doors to new opportunities, new relationships, and giving them a sense of confidence they never thought possible.

SmileDirectClub believes that everyone is entitled to a Smile that they deserve and one that they can afford.

So, as your journey begins, remember to practice these truths: always ask why, think like the customer, and stay curious. I guarantee that these will help you be successful here, and in life.

Now, let's get to grinning.

David Katzman
*Chief Executive Officer*



# Team Member Handbook

## Table of Contents

**TEAM MEMBER ACKNOWLEDGMENT** **ii**

Welcome iii
 Employment at-will 6

Anti-Discrimination & Harassment 6
 Equal Employment Opportunity Policy 6
 Reasonable Accommodation 6
 Religious Accommodation 7
 Policy Prohibiting Harassment and Discrimination 7
 Prohibited Behavior 7
 Harassment by Non-Team Members 8
 Complaint Procedure and Investigation 8
 Retaliation 8
 Zero Tolerance for Workplace Violence 8
 Bullying 9
 Open Door 9
 Hotline 9

Business Conduct Standards 9
 Conduct Standards & Discipline 9
 Progressive Discipline 10
 Dress Policy 10
 Controlled Substances 10
 Ethical and Legal Business Practices 11
 Media Communications 11
 Complying with Laws and Regulations 11
 Romance in the Workplace 11
 Employment of Relatives 12
 Travel & Expenses 12
 Prohibited Use of Personal Communication Devices 12
 No-Smoking Policy 12
 Workplace Solicitation 12
 Return of Company Property upon Separation 13
 Company Equipment 13

Confidential Information & Conflict of Interest 13
 General Confidentiality Obligations 13
 HIPAA Privacy and Security Compliance 14
 Team Member Privacy and Other Confidential Information 14
 Conflicts of Interest Policy 15

General Employment 15
 Team Member Classifications 15
 Reinstatement of Hire and Rehire 15

Team Member Records 15
 Introductory Period 16
 Internal Job Postings/Internal Openings 16
 Team Member Referral Program 16
 Termination, Resignation and Discharge 17

Compensation & Work Schedule 17
 Work Hours 17
 Flexible Time Off for Exempt Team Members 17
 Paid Time Off 17
 PTO Payout Upon Separation 18
 Paid Sick Leave 18
 Unpaid Time 18
 Holiday Pay 19

Time & Attendance 19
 Timekeeping 19
 Overtime 20
 Attendance 20
 Tardiness 20
 Break Time 21
 Meal Breaks 21

General Pay Information 21
 Payroll Deductions 21
 Payroll Errors 21
 Performance and Merit Evaluations 21

Leaves of Absence 22
 Bereavement Leave 22
 Federal Family and Medical Leave Rights 22
 State Law Leave Rights 25
 Reasonable Accommodation Leave 25
 Short-Term Disability 25
 Jury Duty 25
 Time Off from Work in Connection With Court Cases 25
 Military/Uniformed Services Leave 26
 Time Off to Vote 26
 Outside Activity During Leave of Absence 26

Team Member Benefits 26
 COBRA 26
 Team Member Benefits Policy 26
 Paid Parental Leave 27
 Workers' Compensation 28
 Team Member Merchandise Discounts 28
 Aligner and Whitening Discounts 28
 Tuition Reimbursement 28

Safety & Emergency 28
 Inclement Weather 28



Published August 2021   Privileged and Confidential | 4

# Team Member Handbook

Transportation Guidelines for Injured/Ill
Team Member                                      29
Fire Safety                                      29
Safety                                           29
Accidents                                        30
Hazardous Conditions                             30

Corporate Communications & Technology            30
Acceptable Use of Company
Communication Systems                            30

Unacceptable Use                                 31
Blogging and Social Networking                   32
Personal Mail                                    34
For more information                             34



Published August 2021                                    Privileged and Confidential   5

# Team Member Handbook

## Employment at-will

### Employment at-will

Unless otherwise provided by state or local law, all SmileDirectClub Team Members are employed on an "at-will" basis, which means their employment may be terminated at any time and for any reason, with or without advance notice or cause. Team Members are also free to quit at any time. Any employment relationship other than at-will must be set out in a written document entitled "employment agreement" and signed by an officer of the Company.

This Team Member Handbook is published and distributed in order to explain some of SmileDirectClub's current policies and benefits. It is important that you read and understand these policies and that you ask questions if you do not understand any of the policies. However, it is also important to understand that neither this handbook nor the policies and benefits explained herein are intended to or should be relied upon as creating a contract. Accordingly, SmileDirectClub may create, change, or terminate such policies and benefits at any time.

Because policies do change from time-to-time and new policies are created, SmileDirectClub maintains this Handbook on the Company's intranet. In addition, not all of SmileDirectClub's policies are included in this Handbook. Additional policies are included on the intranet. Accordingly, you should check the Company's intranet frequently to view additional policies and to see updates and changes to the Handbook and/or Company policies.

SmileDirectClub operates in multiple states and although employment laws are largely consistent across the country, there are some variations between states and some cities. This Handbook does not attempt to set forth all such variations. SmileDirectClub will comply with all applicable federal, state, and local laws.

## Anti-Discrimination & Harassment

### Equal Employment Opportunity Policy

The Company is committed to providing a work environment in which all decisions effecting Team Members' employment are based on qualifications, merit, ability and potential, without unlawful discrimination.

The Company complies with all applicable federal, state, and local employment regulations and laws governing non-discrimination in employment in every location in which the Company has U.S. facilities. SmileDirectClub provides equal opportunity in all of our employment practices to all Team Members and applicants without regard to race, color, religion and/or creed, sex (including pregnancy), gender, national origin, age, disability, military status, veteran status, sexual orientation, gender identity, marital status (including domestic partnerships and civil unions), citizenship status, genetic information, or any other characteristic protected by applicable federal, state and local laws. This policy applies to all aspects of the employment relationship, including recruitment, hiring, compensation, promotion, benefits, transfer, training, discipline, and termination.

The Company expects all Team Members to act in accordance with this policy, and to take all steps necessary to maintain a workplace free from unlawful discrimination, harassment, and retaliation. Anyone who violates this policy will be subject to discipline, up to and including termination of employment.

### Reasonable Accommodation

SmileDirectClub is committed to complying with all applicable provisions of the Americans with Disabilities Act (ADA) and any corresponding state and/or local laws. It is our policy that we will not discriminate against qualified Team Members or applicants with regard to any aspect of their employment because of that individual's disability or perceived disability. In line with this policy of nondiscrimination, SmileDirectClub will provide reasonable accommodations to qualified individuals with a disability, as defined by the ADA or applicable state or local law, who have made us aware of their disability and/or the need for a reasonable accommodation.

Team Members seeking a reasonable accommodation should refer to the Reasonable Accommodation Policy posted on the Company's intranet. All determinations regarding reasonable accommodation requests are made on a case-by-case basis considering various factors based on an individualized assessment in each situation.



# Team Member Handbook

SmileDirectClub expressly prohibits any form of discipline, reprisal, intimidation, or retaliation against any individual for requesting an accommodation in good faith. Any Team Member who has questions regarding this policy or believes that he/she has been discriminated against based on a disability should notify the Benefits Team. All such inquiries will be treated as confidentially as possible without impeding the investigation process.

## Religious Accommodation

SmileDirectClub is committed to providing equal employment opportunities to all individuals, regardless of their religious beliefs and practices or lack thereof. Consistent with this commitment, the Company will provide a reasonable accommodation of an applicant's or team member's sincerely held religious belief if the accommodation would resolve a conflict between the individual's religious beliefs or practices and a work requirement, unless doing so would create an undue hardship for the Company.

If you believe you need an accommodation because of your religious beliefs or practices or lack thereof, you should request an accommodation from the People & Organization Team. The Company encourages Team Members to make their request in writing and to include relevant information, such as:

- A description of the accommodation you are requesting.
- The reason you need an accommodation.
- How the accommodation will help resolve the conflict between your religious beliefs or practices or lack thereof and one or more of your work requirements.

After receiving your oral or written request, the Company will engage in a dialogue with you to explore potential accommodations that could resolve the conflict between your religious beliefs and practices and one or more of your work requirements. The Company encourages you to suggest specific reasonable accommodations that you believe would resolve any such conflict. However, the Company is not required to make the specific accommodation requested by you and may provide an alternative, effective accommodation, to the extent any accommodation can be made without imposing an undue hardship on the Company.

The People & Organization Team is responsible for the administration of this policy. If you have any questions regarding this policy or questions about religious accommodations that are not addressed in this policy, please contact the People & Organization Team at peoplesupport@SmileDirectClub.com

## Policy Prohibiting Harassment and Discrimination

SmileDirectClub strives to maintain a positive and constructive work environment, where Team Members treat each other with respect, dignity and courtesy, and without discrimination or unlawful harassment.

This policy applies to all phases of employment, including but not limited to including recruitment, hiring, compensation, promotion, benefits, transfer, training, discipline, and termination.

## Prohibited Behavior

SmileDirectClub is committed to providing a work environment free of sexual or any form of unlawful harassment, discrimination, or retaliation. The term harassment includes, but is not limited to, slurs, jokes, and other verbal or physical conduct relating to a person's gender (including pregnancy), race, color, religion or creed, national origin, age, disability, military status, sexual orientation, or any other protected category under federal, state or local law, that unreasonably interferes with a person's work performance or creates an intimidating, hostile work environment.

The Company does not and will not tolerate any type of discrimination or unlawful harassment of our Team Members, applicants for employment, vendors and/or our customers.

Specifically, with regard to sexual harassment, prohibited conduct includes, but is not limited to: unwelcome sexual advances, requests for sexual favors, lewd, vulgar or obscene remarks, jokes, posters or cartoons, and any unwelcome or offensive touching or other verbal or physical conduct of a sexual nature. Such conduct may constitute sexual harassment when it:

- is made an explicit or implicit condition of employment;
- is used as the basis for employment decisions;
- unreasonably interferes with an



# Team Member Handbook

individual's work performance; or
- creates an intimidating, hostile or offensive working environment.

Prohibited harassment might occur regardless of whether the conduct is between members of leadership, between leadership and staff Team Members, between staff Team Members, or directed at Team Members by non-Team Members conducting business with the Company, regardless of gender.  In addition, conduct may constitute unlawful harassment regardless of whether the conduct is face-to-face or through the use of e-mail, text messages, or other medium.

## Harassment by Non-Team Members

SmileDirectClub's prohibition against harassment applies not only to Team Members but also non-Team Members in the workplace including, but not limited to, vendors, customers, contracted Team Members and other visitors to the worksite.

## Complaint Procedure and Investigation

Any Team Member must promptly report via in person conversation, email, mail, facsimile or phone call, possible incidents of sexual harassment or other unlawful harassment or discrimination to any member of the People & Organization Team or a member of leadership, or the Hotline via phone at (844) 977-0011 or online at SmileDirectClub.EthicsPoint.com Complaints may be submitted through the Hotline anonymously on any day and at any time.

A Team Member is not required to raise his or her concerns or complaint with the alleged harasser.

If warranted under the circumstances, SmileDirectClub will conduct a prompt investigation as confidentially as possible under the circumstances.  Team Members who raise concerns and make reports in good faith can do so without fear of retaliation; at the same time, Team Members have an obligation to cooperate with SmileDirectClub in enforcing this policy and investigating and remedying complaints.

Anyone found to have engaged in such inappropriate behavior will be subject to appropriate discipline, which may include termination of employment.  Further, any Team Member who engages in conduct that violates this policy, or whose conduct would violate this policy if allowed to continue, is subject to disciplinary

action, up to and including termination.

## Retaliation

Any Team Member who makes a complaint of harassment or other discrimination in good faith will not be adversely affected in terms and conditions of employment and will not be retaliated against or discharged because of the complaint.

In addition, SmileDirectClub will not tolerate retaliation against any Team Member who, in good faith, cooperates in the investigation of a complaint.   Anyone who engages in such retaliatory behavior will be subject to appropriate discipline, up to and including termination.  Any Team Member who feels that they have been retaliated against must promptly report it to the People & Organization Team at peoplesupport@smiledirectclub.com

## Zero Tolerance for Workplace Violence

SmileDirectClub has a zero-tolerance policy concerning threats, intimidation and violence of any kind in the workplace either committed by or directed to our Team Members.  The Company expects all Team Members to treat each other and our customers, vendors and others with whom we do business with courtesy and respect at all times. Team Members are expected to refrain from physical conduct such as fighting, bullying, "horseplay," or other conduct that may be dangerous to others. The Company will not tolerate conduct that threatens, intimidates, or harasses another Team Member, a customer, or a member of the public at any time, including off-duty periods. This prohibition includes all acts of harassment, including harassment based on any classification or characteristic protected by applicable local, state, or federal laws. Individuals who commit such acts will be removed from the premises and will be subject to disciplinary action up to and including discharge for a first offense, criminal penalties, or both.

If a Team Member feels he or she has been subjected to threats or threatening conduct by a coworker, vendor or customer, the Team Member should immediately notify his or her Team Leader or another member of management immediately. Team Members will not be penalized for good faith reports of such concerns.



# Team Member Handbook

## Bullying

The Company is committed to providing our Team Members with a healthy and safe work environment that is free from bullying. Bullying includes, but is not limited to, verbal abuse including insults, teasing, or spreading rumors, physical abuse toward someone or their property, social bullying to include gossiping or exclusion, cyber-bulling, or misuse or abuse of power. A single act will typically not constitute abusive or bullying conduct unless especially severe and egregious. However, deliberate and/or repeated acts will not be tolerated.

In short, the Company expects all Team Members to behave in a professional manner and to treat each other with dignity and respect.

## Open Door

SmileDirectClub has an open-door policy whereby any Team Member can speak to any Executive, Leader, Team Leader or People & Organization representative on any matter. Our leaders are dedicated to being available and attentively listening to Team Members. Team Members may bring any issue to the People & Organization Team at any time.

## Hotline

SmileDirectClub wants to ensure that Team Members have a confidential manner to report conduct that they feel is in violation of Company policies and procedures, or other concerns about their working environment. To that end, the Company provides a Hotline to report these violations or concerns anonymously. The Hotline is available 24/7/365 to all Company Team Members for all employment related concerns. The Hotline can be accessed via phone at (844) 977-0011 or online at SmileDirectClub.EthicsPoint.com

Information submitted to the Hotline will be investigated promptly by the appropriate individual or Team.

## Business Conduct Standards

### Conduct Standards & Discipline

SmileDirectClub expects every Team Member to adhere to the highest standards of job performance and of personal conduct, including individual involvement with Company personnel and outside business contacts.

The Company reserves the right to discipline or discharge any Team Member for violating any Company policy, practice or rule of conduct. The following list is intended to give you notice of the Company's general expectations and standards. However, the list does not include every type of unacceptable behavior that can or will result in disciplinary action. In addition, please be aware that the Company retains the discretion to determine the nature and extent of any discipline based upon the circumstances of each individual case.

Team Members may be disciplined or terminated for poor job performance and/or inappropriate conduct, including, but not limited to, the following:

- Unsatisfactory quality or quantity of work;
- Excessive tardiness and/or absenteeism;
- Sleeping on the job;
- Failing to follow instructions or Company procedures and/or policies;
- Failing to follow established safety policies;
- Supplying false or misleading information or falsifying any Company record, including employment applications or other Company documents;
- Failing to record working time accurately or recording a co-worker's timesheet;
- Insubordination;
- Using vulgar, profane or obscene language, including any communication or action that violates our policy against harassment and other unlawful forms of discrimination;
- Disorderly conduct, fighting or other acts of violence or threats;
- Misusing, destroying or stealing company property or another person's property;
- Theft or unauthorized possession or removal of property or money belonging to the Company, its Team Members or a third party;
- Possessing weapons on premises or off premises while performing duties for Company;
- Violating the Company's drug-testing policy;



# Team Member Handbook

- Violating conflict of interest rules;
- Improper use of Confidential or proprietary information, as defined in this handbook;
- Unauthorized disclosure of customer information;
- Recording of a conversation without the express permission of all participants;
- Violating the Company's computer or software use policies;
- Destruction, vandalism or misuse of the Company or customer property or information;
- Failing to provide the Company with information regarding changes to licensure (if required), including but not limited to, name, address, telephone number, arrests, convictions, etc.; or
- Being convicted of a crime that indicates unfitness for a job or presents a threat to the Company or its Team Members in any way.

## Progressive Discipline

SmileDirectClub retains the discretion to discipline its Team Members in the manner it deems appropriate under its system of progressive discipline. Potential disciplinary actions may include, but are not limited to: (1) Verbal warnings; (2) Written warnings (3) Final warnings; and (4) termination. Serious misconduct may result in immediate suspension and/or immediate separation, without notice.

Nothing in this handbook creates an obligation to follow any particular disciplinary procedure. Management maintains the right and absolute discretion to discipline Team Members based on the facts of each situation. Management may skip certain disciplinary steps or repeat certain disciplinary steps depending on the particular facts of each situation. This policy in no way implies any contract or obligation to follow any particular disciplinary procedure.

## Dress Policy

Business casual, jeans and an appropriate shirt may be worn. The Company has the right to determine whether a Team Member's attire is appropriate and in compliance with the Company's standards. If a Team Leader deems a Team Member's clothing inappropriate, he or she will be sent home to change. Specific Team dress codes may be required and are subject to change.

General Guidelines:
- No flip-flops;
- No spaghetti-style tank tops or off-the-shoulder tops;
- No exposed midriff (e.g. – crop top);
- No t-shirts with wording or logos that are threatening or that violate the Company's harassment policy;
- No hats/headwear;
- No jeans or other pants with holes, tears or rips;
- No leggings, spandex, or yoga-style pants without a top at least finger-tip length;
- Skirt length – must be professional (e.g. – fingertip length).

Additional dress code provisions may apply to Team Members depending upon their location. Team members seeking an exemption from these guidelines as a religious accommodation should contact the People & Organization Team. The Company will assess each request on a case-by-case basis and provide reasonable accommodations at its discretion in accordance with federal, state, and local law.

## Controlled Substances

SmileDirectClub recognizes that substance abuse constitutes a serious threat to the Company's goals of providing a safe and productive workplace for all of our Team Members and visitors. In light of that fact, it is the policy of SmileDirectClub to maintain a drug-free workplace.

Team Members shall not sell, possess, or use controlled substances except as prescribed by a licensed physician and shall not use alcohol during work hours or report to work under the influence of alcohol. In addition, a Team Member may not report to work if a validly-prescribed medication renders the Team Member unable to safely perform his or her job duties. In such a case, the Team Member must inform the People & Organization Team before reporting to work. The term "controlled substance" means any drug, the use or distribution of which is controlled by law, and includes, among other things, amphetamines, barbiturates, benzodiazepines, cocaine, marijuana (including synthetics), methadone,



# Team Member Handbook

methaqualone, opiates, phencyclidine (PCP), propoxyphene, heroin, narcotics, hallucinogens, inhalants, and designer drugs and/or any substances and/or materials that are prohibited by federal or applicable state regulations.  A Team Member who violates this policy will be disciplined, which could include termination of employment for the first offense.

Team Members are required to report any drug related criminal charge brought against them, whether the result of on-duty or off-duty conduct. If convicted of such a charge, the Team Members must notify the People & Organization Team or their Team Leader within five days.

SmileDirectClub may require a Team Member or Team Members to submit to drug and/or alcohol testing if the Company has a reasonable belief that the Team Member(s) is under the influence of alcohol or controlled substances during working hours or in other circumstances permitted by applicable law.  SmileDirectClub also requires testing following on-the-job injuries where there is reasonable belief that drugs or alcohol may have been involved.  Any Team Members refusing to consent to such testing or interfering with such test will be discharged.

Violation of this policy will subject a Team Member to disciplinary action up to and including immediate termination.  The determination of what disciplinary action is appropriate for a violation of this policy rests solely with the Company. Discipline may be based not only on a violation of this policy, but also on prior poor performance, workplace misconduct, other rule violations and any other factors which the Company determines to be relevant.  This policy in no way implies or creates any contractual obligation to follow any particular procedure.

To ensure that illegal drugs and alcohol do not enter or affect the workplace, the Company reserves the right to search all vehicles, containers, lockers, or other items on Company property in furtherance of this policy in accordance with state law.  Team Members may be requested to display personal property for visual inspection upon Company request. Failure to consent to a search or display personal property for visual inspection will be grounds for termination or denial of access to Company premises.

## Ethical and Legal Business Practices

SmileDirectClub expects the highest standard of ethical conduct and fair dealing from all Team Members. Our reputation is a valuable asset, and we must continually earn the trust, confidence and respect of our suppliers, our members, our customers, and our community.

This policy provides general guidance on the ethical principles that we all must follow, but no guideline can anticipate all situations. You should also be guided by basic honesty and good judgment, and be sensitive to others' perceptions and interpretations.

If you have any questions about this policy, consult your Team Leader.

You are expected to promptly disclose to the leadership of the Company anything that may violate this policy to the Ethics Hotline at (844) 977-0011 or online at SmileDirectClub.EthicsPoint.com

We will not tolerate retaliation or retribution against anyone who brings violations to leadership's attention.

## Media Communications

Team Members are not authorized to speak to the media on behalf of the Company, unless prior written authorization has been received.  Only designated Team Members are authorized to speak to third parties on behalf of the Company.

## Complying with Laws and Regulations

All our activities are to be conducted in compliance with the letter and spirit of all laws and regulations.  You have the responsibility of understanding the laws applicable to your position, recognizing potential dangers and knowing when to seek advice from leadership of the Company.

## Romance in the Workplace

To avoid the appearance of any conflict of interest, influence, or favoritism, and to ensure objectivity in the workplace, the Company prohibits personal relationships (e.g., romantic or dating relationships, cohabitation, marriage, or otherwise becoming related) between Team Members in a reporting relationship.



# Team Member Handbook

If a personal relationship develops between Team Members in a reporting relationship, the Team Members must disclose the relationship in writing immediately to a member of the People & Organization team. People & Organization will work with the Team Members to devise a working solution, if possible.

Any failure to disclose such personal relationships between Team Members in a reporting relationship to People & Organization may result in discipline, up to and including termination.

## Employment of Relatives

To avoid the appearance of any conflict of interest, influence, or favoritism, and to ensure objectivity in the workplace, it is the Company's policy and practice not to employ a relative in a position where he/she can influence the terms or conditions of employment of another relative. To that end, individuals who are related may not be employed by the Company if a direct reporting relationship exists between them. Additional policies regarding employment of relatives may vary by location.

Relatives include, but are not limited to, the following: spouse, domestic partner, child, parent, grandparents, grandchildren, siblings, step parents, step children, step siblings, parents-in-law, brothers- and sisters-in-law, aunts, uncles, nieces, nephews, and cousins.

To the extent that Team Members become any of the above listed relatives during employment, such as through marriage, they should bring that fact to the attention of the Director of People & Organization so that the Company can take appropriate measures. Any failure to report such a relationship with relatives that may cause a conflict of interest may result in discipline, up to and including termination.

## Travel & Expenses

Team Members will be reimbursed for all reasonable and necessary expenses they incur while traveling on Company business as long as the Team Member follows the Company's expense reimbursement policy. All disbursements and receipts must be properly authorized and recorded.

SmileDirectClub's full Travel & Expense Reimbursement policy is included on the Company's intranet. Team Members should review the policy before incurring expenses to ensure that the underlying expenses are, in fact, reimbursable. The Company reserves the absolute discretion to refuse reimbursement for expenses deemed to be excessive or non-business related.

## Prohibited Use of Personal Communication Devices

Due to the confidential nature of much of the information in the workspace, except for approved staff, Team Members are prohibited from taking pictures or recording video or audio in the workplace using personal communication devices or otherwise. There may be additional requirements based on teams or location. Be sure you are familiar with the Personal Communication Device Policy that applies to you.

Violation(s) of this policy may be grounds for discipline, up to and including termination.

## No-Smoking Policy

Consistent with applicable law and Company policy, smoking is prohibited inside SmileDirectClub's facilities. SmileDirectClub Team Members must leave the office building to smoke. The Company's "no-smoking" policy precludes the use of all tobacco products, including cigarettes, e-cigarettes, smokeless tobacco, snuff, cigars, pipes, and chewing tobacco. Smoking in the building may result in disciplinary action, up to and including termination of employment.

## Workplace Solicitation

In an effort to ensure a productive and harmonious work environment, persons not employed by the Company may not solicit or distribute literature in our workplace at any time for any purpose. While we recognize that Team Members have interests and events and organizations outside the workplace, the Company has established the following rules that govern solicitation and distribution on Company property:

- Solicitation by Team Members during working time for any purpose is prohibited.
- Distribution of literature by Team Members during working time or in



# Team Member Handbook

working areas is prohibited.

- For purposes of this policy only, "working time" is when a Team Member is engaged in performing work tasks for the Company. Working time does not include breaks, meal periods, or time spent before work begins or after work ends. A "working area" is an area in which work is performed.

Violations of this policy should be reported to the People & Organization Team.

### Return of Company Property upon Separation

When a Team Member's employment with SmileDirectClub terminates, for whatever reason, the Team Member is required to immediately return all Company-owned property used during his or her employment including, but not limited to, all documents, disks, portable storage devices and other materials containing proprietary or confidential information belonging to the Company. This includes, without limitation, keys, credit cards, computers, laptops, parking permits, uniforms, identification cards or badges, and any other equipment, materials, or items purchased, leased, owned, or otherwise belonging to the Company.

Failure to return SmileDirectClub property may result in charges being payroll deducted out of the Team Member's final paycheck in accordance with applicable state law or further action, up to notification to law enforcement of theft of property.

### Company Equipment

When using Company property, including computer equipment or hardware, perform required maintenance, and follow all operating instructions, safety standards, and guidelines. If you are unsure how to safely operate a piece of equipment, do not use it until you received appropriate guidance. Please keep your work area neat and clean and use normal care in handling company property.

Prior to receiving any Company equipment for use, Team Members shall execute a Company Asset Acknowledgement Form.

Notify your Team Leader if any equipment or machines appear to be damaged, defective, unsafe, or in need of repair. This prompt reporting could prevent the equipment's deterioration and could also help prevent injury to you or others. Should you have questions about the maintenance and care of any workplace equipment, ask your Team Leader.

If you use or operate equipment improperly, carelessly, negligently, or unsafely, you may be disciplined or even discharged. In addition, you may be held financially responsible for any loss to SmileDirectClub because of intentional mistreatment or vandalism.

## Confidential Information & Conflict of Interest

### General Confidentiality Obligations

Non-public information that pertains to SmileDirectClub business, including all nonpublic information that is maintained as confidential by the Company concerning the Company, its vendors and suppliers, is strictly confidential and may not be used or disclosed except as specifically required as part of a Team Member's employment. This confidentiality obligation applies both during and after a Team Member's employment.

All Team Members must take the following common-sense steps to help protect the Company's confidential information:

- Discuss confidential information only with other Team Members who have a specific business reason to know or have access to such information.
- Do not discuss confidential information in public places.
- Monitor and supervise visitors to ensure that they do not have access to confidential information.
- Destroy hard copies of documents containing confidential information that is not filed or archived.
- Secure confidential information in desk drawers and cabinets at the end of every business day.
- Do not forward confidential information to personal email accounts or outside of the company without prior written



# Team Member Handbook

authorization from executive leadership.

Your cooperation is particularly important because of our obligation to protect the security of our clients' and our own confidential information. If at any time you are uncertain as to whether you can properly divulge information or answer questions, please consult a member of Management before disclosing the information.

All Team Members are required to execute a "Proprietary Information, Inventions Assignment and Non-Compete Agreement" ("Agreement") as a condition of employment. This Agreement outlines, among other things, each Team Member's confidentiality and non-disclosure obligations regarding the Company's confidential, proprietary, and trade secret information; assignment of intellectual property rights regarding inventions and works made for hire; and each Team Member's non-disparagement, non-solicitation, and non-compete obligations both during and after Team Member's employment with the Company. In the event of a conflict between the Agreement and this Handbook, the terms of the Agreement shall control.

Team Members may not disclose trade secret information of the Company as defined under the Defend Trade Secret Act of 2016 and applicable state trade secret laws. The federal Defend Trade Secrets Act of 2016 provides immunity in certain circumstances to Company Team Members, contractors, and consultants for limited disclosures of Company Trade Secrets. Specifically, Company Team Members, contractors, and consultants may disclose Trade Secrets:

    (1)  in confidence, either directly or indirectly, to a Federal, State, or local government official, or to an attorney, "solely for the purpose of reporting or investigating a suspected violation of law," or

    (2)  "in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal."

Additionally, Company Team Members, contractors, and consultants who file retaliation lawsuits for reporting a suspected violation of law may also use and disclose related Trade Secrets in the following manner:

    (1)  the individual may disclose the Trade Secret to his/her attorney, and

    (2)  the individual may use the information in related court proceeding, as long as the individual files documents containing the Trade Secret under seal, and does not otherwise disclose the trade secret "except pursuant to court order."

## HIPAA Privacy and Security Compliance

It is the intent of SmileDirectClub to safeguard and protect the privacy and security of customers' "protected health information" as defined by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). SmileDirectClub is a "healthcare provider" as defined in HIPAA, because the Company provides services to providers, it is therefore bound by the confidentiality obligations of the law.

"Protected health information" includes individually identifiable information, maintained or transmitted through any medium, relating to an individual's past, present, or future physical or mental health or healthcare. Health information is considered "individually identifiable" if it either identifies a person by name or creates a reasonable basis to believe the individual could be identified (through identifiers such as address, social security number, dates of service, telephone number, email address, or vehicle identification number).

The unauthorized access, use, disclosure, alteration, deletion, or unauthorized transmission of protected health information in violation of this policy may subject you to disciplinary action up to and including termination of employment.

## Team Member Privacy and Other Confidential Information

If your position involves access to Team Members' medical and personnel files (and similar confidential Team Member records), then you are responsible for acting with integrity, maintaining the confidential nature of that information, and not disclosing it to third parties. Unauthorized disclosure or inappropriate use of confidential information will not be tolerated.

SmileDirectClub is HIPAA Compliant and all Team Members must comply with the HIPAA and the Health Information Technology for Economic and Clinical Health Act (HITECH). All Team Members



# Team Member Handbook

are required to successfully complete HIPAA compliance training as a condition of their employment.

## Conflicts of Interest Policy

During, and as a condition of employment with the Company, Team Members must not engage in any work, paid or unpaid, or other activities that create a conflict of interest with the Company. Such work and/or activities shall include, but is not limited to, directly or indirectly competing with the Company in any way, or acting as an officer, director, Team Member, consultant, stockholder, volunteer, lender, or agent of any business enterprise of the same nature as, or which is in direct competition with, the business in which the Company is now engaged or in which the Company becomes engaged during the term of your employment with the Company, as may be determined by the Company in its sole discretion. Serving on any non-profit, public or government board or commission qualifies as employment for purposes of this policy, regardless of whether such service is compensated.

Before exempt Team Members begin or continue outside employment, Team Members are required to complete a questionnaire detailing the involvement with the other employer and to obtain the written approval of the CEO and Board of Directors. The Team Member should submit the request to their Team Leader to begin the review process. If the Company believes a conflict exists, the Company may ask the Team Member to choose to discontinue the other work and/or activities or resign employment with the Company. Failing to obtain prior approval as described may result in disciplinary action, up to and including termination.

In the event you have a question as to whether any activity might constitute a conflict of interest, or if you believe that a violation of this policy has occurred, please immediately contact your Leader, any other member of management, or the People & Organization Team. Any failure to report such a violation or to resolve conflicts satisfactorily may result in discipline, up to and including termination.

Nothing in this policy is intended to interfere with your rights under federal and state laws, including the National Labor Relations Act, nor will the Company construe this policy in a way that limits such rights. Team Members have the right to engage in or refrain from activities protected by the National Labor Relations Act.

## General Employment

### Team Member Classifications

Team Members at SmileDirectClub are either full-time or part-time. The Company may on occasion hire temporary or seasonal Team Members, who will not generally be eligible for benefits.

Full-time Team Members are regularly scheduled to work a minimum of 30 hours per week. Part-time Team Members are regularly scheduled to work fewer than 30 hours per week. Unless specifically stated, part-time Team Members do not participate in any benefits other than those required by law.

People & Organization will verify whether you are a full-time or part-time Team Member, and also whether you are exempt or non-exempt. Exempt Team Members are not entitled to overtime compensation under the Fair Labor Standards Act.

### Reinstatement of Hire and Rehire

Reinstatement of service gives credit for the amount of time previously worked at SmileDirectClub. A Team Member who has left the Company and is re-employed within 90 calendar days of his or her separation may be reinstated. In such cases, the original hire date will be retained upon return.

A Team Member who returns to work at SmileDirectClub more than 90 calendar days after leaving the Company is considered rehired and is treated as a new Team Member regardless of employment classification. The date of rehire is the Team Members new hire date.

## Team Member Records

A Team Member's personnel file generally consists of the Team Member's employment application, withholding forms, reference checks, emergency information and any performance appraisals, benefits data or other appropriate employment-related documents.

It is the Team Member's personal responsibility to ensure their personal information is up to date. This information includes the Team Member's



# Team Member Handbook

name, address, telephone number, direct deposit account information, W-4, emergency contact name and telephone number, etc. Team Members should regularly update this information in UltiPro. Team Members should notify and consult with applicable members of the Benefits, Payroll, and/or People & Organization Teams with regard to changes to marital status, number of qualified dependents, beneficiaries, etc.

You may be dismissed for misrepresenting any fact on your application or in your personnel file and may forfeit any current or future financial incentives to which you may be entitled.

Personnel records are kept confidential, considered company property and, are not available for review by Team Members unless specifically authorized by applicable state law.

### Introductory Period
The first 90 days of employment are treated as an introductory period for both the Team Member and the Company. However, during and after this period, the work relationship will remain at-will. Accordingly, successful completion of the introductory period does not guarantee employment for any specific duration or otherwise alter the at-will employment relationship.

This period allows you to determine if you have made the right career decision and for SmileDirectClub to determine whether your initial work performance meets our needs. Your Team Leader will monitor your work performance, attitude, and attendance during this time, and be available to answer any questions or concerns you may have about your new job. Such monitoring will also continue if your employment continues beyond the introductory period.

### Internal Job Postings/Internal Openings
SmileDirectClub is dedicated to assisting Team Members in reaching their professional goals through internal promotion and transfer opportunities, where possible and consistent with business needs. In addition, in some cases, due to various business needs, SmileDirectClub may choose to utilize outside recruiters for certain positions without first posting the job internally.

*You must meet the Minimum Eligibility Requirements:*

- You are a current full or part-time SmileDirectClub Team Member;
- You have been in your current position for at least (6) six months (Exceptions to this six-month requirement can be made with authorization of your current Team Leader and the People & Organization Team);
- You meet the qualifications listed for the position on the job posting;
- Your performance meets established work standards in your current position; and
- Team Members applying for an internal position must be in good standing. To be in good standing, a Team Member must not currently be on a performance improvement plan or operating below expectations in their current role as reflected in their most recent performance rating.

### Team Member Referral Program
The Team Member Referral Program is designed to reward Team Members for referring top talent to the SmileDirectClub organization. The program enables current Team Members to refer qualified friends and colleagues to apply for positions within the company.

To qualify the referring Team Member must be employed by SmileDirectClub at the time of referral. Referred candidates may not report to the person who referred them to the organization.

Team Members are rewarded when their referral is hired and successfully completes the minimum number of days/months established by leadership at their particular location and/or Team. Interested Team Members should consult with their Team Leader or the People & Organization Team for applicable guidelines.

Nothing in this policy prohibits the Company from hiring external candidates. The Company maintains the absolute discretion to hire the best qualified candidate for each open position whether that candidate is an internal or external candidate.



# Team Member Handbook

### Termination, Resignation and Discharge

As addressed above, employment with SmileDirectClub is on an "at-will" basis and may be terminated with or without cause or notice by either the Company or the Team Member. However, SmileDirectClub requests at least two weeks' notice of a Team Member's decision to leave the Company.

Team Members will receive their final paycheck no later than the next regular payday following the date of separation or earlier if required by applicable state law or local ordinance. Final paychecks will include all wages earned but not paid through the date of separation.

All company equipment and property must be returned at the time of termination.

## Compensation & Work Schedule

### Work Hours

We maintain several different shifts in order to better serve our customers.

Your work hours will be established by your Team Leader. The Company reserves the right to change a Team Member's work schedule as business needs dictate.

### Flexible Time Off for Exempt Team Members

The Company recognizes the need for Team Members to take time away from work for rest, illness, relaxation, and personal reasons. We offer Flexible Time Off ("FTO") to all salaried Exempt Team Members. The Company does not limit the amount of FTO an Exempt Team Member may take in a calendar year. It does establish a minimum time off level.

All Exempt Team Members should aspire to take at least ten (10) days off each year. The Company reserves the right to track paid time off for all Exempt Team Members to ensure that:

- Exempt Team Members are adequately utilizing their time off benefit.
- Exempt Team Members don't take time off that compromises their performance.

The flexible time off under this policy is separate from that available under the Company's Parental Leave policy.

Exempt Team Members do not accrue FTO and therefore are not entitled to the value of any FTO upon separation of employment for any reason.

The Company's full FTO policy is included on the Company's intranet. Team Members should review the policy before requesting FTO. All requests to utilize FTO time are subject to review and approval by your Team Leader. FTO is not guaranteed and the needs of the business will be taken into consideration. The Company reserves the absolute discretion to refuse an FTO request. For more information or if you have any questions on FTO, please see your Team Leader or a member of the People & Organization Team.

### Paid Time Off

The Company also offers Paid Time Off (PTO) benefits to all full-time, non-exempt Team Members. For part-time and seasonal Team Members who are not eligible for PTO, if you work in a paid sick leave jurisdiction, you will be provided paid sick leave which meets or exceeds the minimum requirements of applicable law. For more information, please see your Team Leader or a member of the People & Organization Team.

All eligible, full-time Team Members non-exempt Team Members receive fifteen (15) days of PTO each calendar year. Newly hired Team Members receive a pro rata portion of their yearly entitlement during their initial year.

Eligible Team Members accrue PTO at a rate of 4.62 hours per pay period up to a maximum accrual cap of 120 Hours.*

*For Team Members in California, the maximum accrual cap is 1.25 times the annual accrual.*

The Company's full PTO policy is included on the Company's intranet. Team Members should review the policy before requesting PTO.

For more information or if you have any questions on PTO, please see your Team Leader or a member of the People & Organization Team.

**smile**
DIRECT CLUB

# Team Member Handbook

## PTO Payout Upon Separation

SmileDirectClub will pay out the value of accrued, unused PTO time upon separation where required by state or local law. Where such payments are not required by state or local law, the Company will pay out accrued, unused PTO only where a Team Member voluntarily resigns his/her employment with at least two weeks' notice and works his/her remaining scheduled shifts through the duration of the notice period or if the Company refuses a Team Member's offer to work through the notice period. If a Team Member resigns without giving notice, gives notice but fails to complete the notice period, resigns in lieu of termination, or is terminated for any reason, any accrued, unused PTO will be forfeited and will not be paid.

## Paid Sick Leave

The Company complies with all applicable paid sick leave laws. For all Team Members working in paid sick leave jurisdictions, this policy is intended to ensure that all eligible Team Members who regularly work in those jurisdictions receive paid sick leave in accordance with applicable law through their FTO or PTO accrual under this policy. To the extent that this policy in any way conflicts with a paid sick leave jurisdiction law, the Company will comply with the applicable paid sick leave law. Specifically, where a sick leave jurisdiction provides paid sick leave regardless of full or part-time status, part-time Team Members will accrue paid sick leave in amount equal to or exceeding the minimum requirements of applicable state or local law.

Paid sick leave may be used where consistent with applicable state or local paid sick leave requirements to:

- attend appointments or receive care for the Team Member's own physical or mental illness, injury, or medical condition, including conditions requiring home care, professional medical diagnosis or treatment, or preventive care; or
- attend appointments or provide care for an eligible family member's physical or mental illness, injury, or medical condition, including conditions requiring home care, professional medical diagnosis or care, or preventive care; or
- address the psychological, physical, or legal effects of domestic violence, sexual assault, or stalking for the Team Member and, where applicable, the Team Member's family member or "household member" (including stepparents and stepchildren, grandchildren, current and former spouses and domestic partners, persons who have a child in common, adult persons related by blood or marriage, adult persons who have resided or are residing together, and persons 16 years of age or older who are or were residing together and who are or were in a dating relationship); or
- take time off when a Team Member's place of business or a child's school or place of care has been closed by order of a public official due to a public health emergency; or
- bond with a newborn, newly adopted, or newly placed foster child under age 18; or
- take leave to attend a funeral, make arrangements for, or grieve following the death of a family member; or
- care for or aid a Team Member's own guide dog, signal dog, or service dog, or that of a family member or designated persons.

Please note FTO or PTO for sick leave reasons shall run concurrently with any other paid leaves offered by the Company, including but not limited to Parental Leave. This leave is not meant to and will not extend the paid leave to which a Team Member may be entitled by Company policy.

Team Members may use FTO or PTO for paid sick leave reasons in increments of one hour. If the need for paid sick leave is foreseeable, Team Members should provide advance notice as soon as possible, preferably at least seven (7) days in advance. If the need for paid sick leave is not foreseeable, Team Members should provide as much notice as possible under the circumstances. The Company does not discriminate or retaliate against Team Members who use FTO or PTO for paid sick leave reasons. If you feel that you have been discriminated against or retaliated against for using paid sick leave, please immediately report it to People & Organization Team so that the matter may be reviewed, and appropriate corrective action taken.

## Unpaid Time

Team Members must utilize and exhaust all accrued available benefit time before requesting unpaid time. Requests to utilize unpaid time are



# Team Member Handbook

reviewed by Team Leaders and the People & Organization team on a case-by-case basis and are not guaranteed approval.

## Holiday Pay

SmileDirectClub will post or announce their annual holiday schedule before the start of a new calendar year or as soon as is administratively practicable. When a company holiday falls on Sunday, the holiday usually will be observed the following Monday. If a holiday falls on Saturday, the holiday usually will be observed the preceding Friday.

Holiday Pay is only available to full-time Team Members. To be eligible for holiday pay the Team Member must work his/her scheduled days before and after the holiday, unless the Team Member is on an approved absence, other than a leave of absence. Eligible Team Members will be paid for the number of hours they otherwise would have been scheduled to work on that day ("Holiday Pay").

SmileDirectClub reserves the right to require Team Members to work on a Company-designated holiday should business circumstances require. Non-exempt Team Members who work a scheduled holiday will receive one and a half times their hourly rate for the hours actually worked on the holiday ("Holiday Premium Pay"). The Company will give as much advanced notice as possible to a department/team and/or Team Member who must work on a holiday. Team Members will not be paid both Holiday Pay and Holiday Premium Pay for the same hours.

SmileDirectClub recognizes that some Team Members may wish to observe, as periods of worship or commemoration, certain religious days that are not included in the holiday schedule. Team Members may use FTO or accrued PTO, as applicable, for this purpose. Otherwise, the time off will be without pay. SmileDirectClub will make a reasonable effort to accommodate a Team Member's religious beliefs, consistent with its operating requirements and provided such accommodation does not create an undue hardship for the Company. A Team Member who wishes to request time off for a religious holiday should provide reasonable advance notice to his or her supervisor.

## Time & Attendance

### Timekeeping

Non-exempt Team Members are responsible for clocking in and out every day. It is the Team Member's responsibility to notify their Team Leader if they experience a problem with the time clock. All non-exempt Team Members verify and submit their timesheets in the UTM system by the end of their last shift each pay period. Missing hours for Team Members who do not notify their Team Leader prior to the payroll submission deadline will have the additional hours paid no later than their next paycheck. Accurate time records are critical for SmileDirectClub ensuring that Team Members are paid correctly. Accordingly, the repeated failure to clock in and out or to otherwise comply with the Company's timekeeping requirements will subject a Team Member to discipline, up to and including termination of employment.

SmileDirectClub maintains strict compliance with the Fair Labor Standards Act (FLSA) as well as any applicable state wage and hour laws and regulations. Nonexempt Team Members are required to accurately record all time worked using the Company's time recording system. Team Members must inform their Team Leader or a member of the People & Organization team of any difficulties or problems with recording their time.

All non-exempt Team Members are at liberty to clock-in 5 minutes prior to the start of their shift, and no later than 3 minutes after the start of their shift. Team Members must notify their Team Leader immediately of a missed clock in/out. SmileDirectClub prohibits all non-exempt Team Members from performing any work without recording their time for payroll purposes (i.e., "working off the clock"). No one at SmileDirectClub is authorized to work off the clock and no one at the Company has the authority to require any Team Member to perform off-the-clock work.

SmileShop Team Members are specifically prohibited from using any mobile application or device to clock in or out while outside of their assigned SmileShop.



# Team Member Handbook

Any Team Member who otherwise engages in fraudulent timekeeping, recording time for others, falsifications of time records, or any other violation of this policy will be subject to discipline, up to and including termination. Non-remote Team Members are specifically prohibited from using any mobile application or device to clock in or out while outside of their assigned premises.

If you have any questions or concerns regarding your non-exempt status, your hours, or if you have worked off the clock or are aware of any violations of the Company's timekeeping policies (including, but not limited to, those on recording all hours worked, rest and meal periods, and overtime), you should contact your Team Leader or the People & Organization Team. The Company will not retaliate against you for such reports or complaints.

## Overtime

Because of the nature of our work, Team Members may be asked to work overtime or to work weekends, holidays, or additional hours during the regular workday and are expected to comply with such requests. In all cases of overtime requests, the Company will give as much advance notice as possible.

Overtime compensation is paid to all non-exempt Team Members at one and one-half times their regular rate of pay for all hours worked in excess of 40 hours a week or in accordance with any applicable state defined overtime law.

If you are non-exempt, you must receive authorization from your Team Leader before working overtime. Repeated instances of working overtime without Team Leader approval or in spite of Team Leader instruction will subject a Team Member to discipline. However, in all cases, SmileDirectClub will pay for overtime that is worked, whether approved or not.

Overtime pay is based on actual hours worked. Time taken for meal breaks is not included as time worked for purposes of computing overtime. Time off for PTO, Holidays, or Leave of Absence will not be factored in as hours worked when calculating overtime.

## Attendance

Attendance and punctuality are essential to the health of the business and the Company's ability to meet our customer service expectations and business goals. Attendance is also a critical component of your ability to perform effectively and contribute to the overall success of the business.

Team members should make every effort to notify their Leaders at least 48 hours in advance of any scheduled absences. The Company understands a Team Member's circumstances can change on short notice. If a Team Member is unable to report to work (or to report to work on time) for any reason, the Team Member must notify his or her supervisor by telephone call (not text) or e-mail no later than two hours prior to the start of his/her scheduled start time.

If a Team Member desires to leave work for any reason during the workday, the Team Member must obtain the approval of his or her Leader prior to leaving.

In the event that the Team Member fails to call in to his or her Leader or report for work for three consecutive workdays, the Team Member will be deemed to have voluntarily abandoned his or her employment with the Company and the Company will terminate the Team Member, except as otherwise provided by law and absent extenuating circumstances. This policy is not intended to limit a Team Member's right to engage in a lawful strike, work stoppage, or other conduct protected by Section 7 of the National Labor Relations Act.

Any Team Member absent for three or more consecutive days due to their own illness must provide a note from their healthcare provider verifying their need for leave and fitness to return to work.

Team Members who have attendance issues may be limiting their own effectiveness and professional development. Excessive absenteeism also places an unnecessary burden on other Team Members.

## Tardiness

All Team Members are expected to report to work each day as scheduled on time and ready to begin work at one's designated work area. Team Members are considered tardy if they clock in more than (3) three minutes after the start of their scheduled shift. Shift schedules are determined



# Team Member Handbook

by the Team Leader. Team Members must notify their Team Leader if they will be tardy. Team Members should not utilize text message for such purposes, but should use e-mail, or phone call to communicate to their Team Leader.

## Break Time
SmileDirectClub will follow any applicable state or local laws with respect to required break periods. Team Members should coordinate any breaks with their Team Leader to ensure adequate coverage and must adhere to the break schedule established by their Team Leader.

## Meal Breaks
Team Members may be entitled to an unpaid meal break during their scheduled shift. Meal breaks should be scheduled at staggered times to allow Team Member coverage. In order to be a bona fide unpaid meal break, the meal break must be 30 minutes in duration and the Team Member must not perform any compensable work during the meal break. Accordingly, Team Members are required to clock out and in during and upon their return from meal break. Team Members cannot work through their meal break. Team Members are not allowed to take unpaid meal breaks at their desk or in their work area. If a Team Member's meal break is interrupted by work and the Team Member ends up taking a shorter break, the Team Member should inform his or her Team Leader and immediately clock back in. Team Members will be paid for any interrupted meal break that is shorter than 30 minutes in duration. Team Members may be provided an additional 30-minute unpaid meal break depending on the business needs and applicable state law.

## General Pay Information

SmileDirectClub Team Members are paid bi-weekly on Fridays for the pay period ending the Sunday prior to payday. The pay week starts on Monday and includes all work you perform up to the close of business on the following Sunday. If the regular payday falls on a holiday, payday will be the last regular workday before the holiday.

## Payroll Deductions
Certain deductions and withholdings will be made in accordance with federal and state laws. Team Members should check their paystubs to ensure

their deductions and withholdings are correct and notify your Team Leader or People & Organization immediately if there is a discrepancy. If you ever believe that a deduction or withholding was improperly made from your paycheck, please see the People & Organization Team so that they can review the matter and make any necessary corrections if a mistake was made.

The Company prohibits deductions from an exempt Team Members' salary except as allowed by the FLSA. If a Team Member is aware of improper deductions from his/her salary, this violation should be reported immediately to their Team Leader. All reported or suspected improper deductions from an exempt Team Members' pay will be promptly and thoroughly investigated. If the Company determines that improper deductions were made from an exempt Team Members' salary, the Company will promptly reimburse the Team Member the amounts improperly deducted. The Company will also ensure that improper deductions from pay do not occur in the future.

## Payroll Errors
SmileDirectClub takes its obligations to pay Team Members correctly very seriously. If you believe that an improper deduction has been made to your pay, you should immediately report this information to your Team Leader, a People & Organization representative, or the Company representative responsible for payroll.

## Performance and Merit Evaluations
Formal performance reviews will be conducted to provide both Team Leaders and Team Members the opportunity to discuss job tasks, identify and correct weaknesses, encourage and recognize strengths, and discuss positive, purposeful approaches for meeting goals. These formal reviews will generally be conducted on an annual basis. Generally, if a Team Member's start date falls within three months of the performance year end, that Team Member's first performance and merit cycle evaluation will not occur until the next available performance and merit cycle. For example, if a Team Member is hired on or after July 1, 2020, and the performance year concludes on September 30, 2020, that Team Member will not be eligible for merit until the September 2021 performance and merit review cycle. The Company reserves sole discretion to adjust the



# Team Member Handbook

general performance and merit evaluation cycle at any time.

## Leaves of Absence

### Bereavement Leave

Full-time Team Members are permitted up to 3 consecutive days of paid, immediate-family bereavement leave to attend the funeral of an immediate family member, and up to 1 day of paid leave for extended family. For the purpose of this policy:

- "Immediate family" includes a spouse, child, parent, sibling, step parents, step children, step sibling, domestic partner, or domestic partner's child.
- "Extended family" includes an aunt/uncle, grandparent, grandchild, legal ward, legal guardian, mother/father in-law, brother/sister-in-law, son/daughter-in-law, foster child, or domestic partner's sibling.

Bereavement leave is not provided following the death of other relatives not identified above but Team Members may request time off and use available FTO or PTO to attend the funeral or to be with the Team Member's family. Additionally, Team Members requesting in excess of three (3) workdays for bereavement purposes may utilize unused, FTO, accrued PTO, or request limited unpaid time with permission of your Team Leader.

Your Team Leader must approve all bereavement time. To receive bereavement leave, Team Members must provide proof of the immediate or extended family member's death (such as a death certificate, published obituary, or announcement from a funeral home, etc.) as well as proof of the Team Member's relationship to the deceased. Bereavement leave will not be paid if it occurs when the Team Member is on vacation or leave of absence, absent due to illness or injury, or not working due to a paid holiday.

### Federal Family and Medical Leave Rights

SmileDirectClub complies with the Family and Medical Leave Act ("FMLA") as well as any related state laws or local ordinances. In the event of any conflict between this policy and applicable law, SmileDirectClub shall follow the law. All leaves of absence will be reviewed for eligibility under the FMLA. FMLA provides up to 12 weeks of unpaid leave in a 12-month period for specific situations. To be eligible, you must be employed with the Company for at least 12 months and have worked at least 1,250 hours for the Company in the 12-month period immediately preceding commencement of the leave. Additionally, Team Members must work at a location that has 50 or more Team Members within a 75-mile radius. Team Members who do not meet these eligibility qualifications are not eligible for leave under the FMLA. However, for those Team Members who otherwise are eligible for FMLA but work in a location that has less than 50 Team Members within a 75-mile radius, the Company will provide comparable leave, although the Team Member will not be covered by the FMLA and will not have any legal rights under the FMLA, including the guaranteed right to job restoration. For Team Members in locations that are not eligible for FMLA, Team Members needing leave for any of the reasons listed in this FMLA policy should contact their Team Leader or Benefits Team. The Benefits Team will evaluate Team Members' requests for leave and will grant, at its discretion, comparable family or medical leave up to a maximum of 12 weeks during any rolling 12-month period.

A Team Member may be eligible for up to 12 weeks of unpaid leave in a rolling 12-month period for the following reasons:

- The birth of a Team Member's child and to bond or care for such child, or placement for adoption or foster care of a child.
- To care for the Team Member's spouse, son, daughter, or parent with a serious health condition.
- Because of a serious health condition which renders the Team Member unable to work.
- Because of any qualifying exigency arising out of the fact that the Team Member's spouse, son (of any age), daughter (of any age) or parent, who is serving in any branch of the military (including the National Guard or Reserves), has been deployed or called to active duty in a foreign country ("active duty leave").



# Team Member Handbook

**Military Caregiver Leave**

Any Team Member may also take Military Caregiver Leave to care for a spouse, son (of any age), daughter (of any age), parent or next of kin who is: (1) a current member of the Armed Forces, including the National Guard or Reserves, and who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness, which was incurred in the line of duty (or for a pre-existing injury or illness which is aggravated in the line of duty) and that renders the service member medically unfit to perform the duties of his or her office, grade, rank, or rating, or (2) a veteran who was a member of any branch of the Armed Forces, including the National Guard or Reserves, and who is undergoing medical treatment, recuperation, or therapy, for a serious injury or illness that occurred in the line of duty (or for a pre-existing injury or illness which was aggravated in the line of duty) at any time within 5 years preceding the treatment, recuperation or therapy. A covered service member incurs a serious illness or injury for purposes of this paragraph when one of the following occurs:

- The injury or illness makes him or her medically unfit to perform the duties of his or her office, grade, rank or rating.
- It causes the service member to have a VA Service Disability Rating is at 50% or greater.
- It is a mental or physical condition substantially impairs their ability to obtain gainful employment
- The VA enrolls the Team Member in the Department of Veteran Affairs Program of Comprehensive Assistance for Family Caregivers.

Eligible Team Members are entitled to a total of 26 weeks of unpaid Military Caregiver Leave during a single 12-month period. This single 12-month period begins on the first day an eligible Team Member takes Military Caregiver Leave (as long as it is within 5 years of the covered service member's active duty) and ends 12 months after that date. Military Caregiver Leave applies on a per-covered service member, per-injury basis, so that a Team Member may be eligible to take more than one 26-week period of Military Caregiver Leave, but no more than 26 weeks of leave may be taken during any one 12-month period.

An eligible Team Member is entitled to a total of 26 weeks of unpaid Military Caregiver Leave during a single 12-month period. This single 12-month period begins on the first day an eligible Team Member takes Military Caregiver Leave and ends 12 months after that date. For example, if a Team Member takes 10 weeks of FMLA leave due to his/her own serious health condition, the Team Member may take only 16 weeks of Military Caregiver Leave during that same 12-month period.

**Serious Health Condition**

A serious health condition is defined as injury, illness, impairment, or physical or mental condition that involves either:

Inpatient care (overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity or any subsequent treatment in connection with such inpatient care; or Continuing treatment by a healthcare provider which includes:

- A period of incapacity of more than three consecutive calendar days, and any subsequent treatment or period of incapacity relating to the same condition that also involves treatment two or more times by a healthcare provider or treatment by a healthcare provider on one occasion that results in a regimen of continuing treatment;
- Any period of incapacity due to pregnancy or for prenatal care;
- Any period of incapacity or treatment for such incapacity due to a chronic serious health condition;
- A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective; or
- Any period of absence to receive multiple treatments by a healthcare provider for restorative surgery after an accident or injury or for a condition that would likely result in a period of incapacity of more than three consecutive calendar days in the absence of medical intervention or treatment.

**Qualifying Exigency**

A "qualifying exigency" referenced above in the Basic FMLA Leave and Active Duty Leave section above refers to the following circumstances:



# Team Member Handbook

- <u>Short-notice deployment</u>: to address issues arising when the notification of a call or order to active duty is seven days or less;
- <u>Military events and related activities</u>: to attend official military events or family assistance programs or briefings;
- <u>Childcare and school activities</u>: for qualifying childcare and school related reasons for a child, legal ward or stepchild of a covered military member;
- <u>Financial and legal arrangements</u>: to make or update financial or legal affairs to address the absence of a covered military member;
- <u>Counseling</u>: to attend counseling provided by someone other than a health care provider for oneself, for the covered military member, or child, legal ward, or stepchild of the covered military member;
- <u>Post-deployment activities</u>: to attend official ceremonies or programs sponsored by the military for up to 90 days after a covered military member's active duty terminates or to address issues arising from the death of a covered military member while on active duty;
- <u>Care</u>: to care for the covered military member's parent if the parent is incapable of self- care;
- <u>Rest and recuperation</u>:  to spend up to fifteen (15) calendar days for each period in which a covered military member is on a short-term rest leave during a period of deployment; or
- <u>Additional activities</u>: for other events where the Company and the Team Member agree on the time and duration of the leave.

The Benefits Team should be notified as soon as you are aware that FMLA leave may be appropriate for your situation.  You will be provided a leave request and Physician's Certification forms to be completed and returned within 15 calendar days.  Your leave will commence from the first date of absence for the covered situation, regardless of when you formally request FMLA leave.

When foreseeable, you are required to give at least 30 days' advance notice prior to taking leave. If the need for leave is unforeseeable, you must give notice as soon as practicable.  Failure to give timely notice may jeopardize your ability to take leave when requested.

Generally, a leave of absence for injury or illness will be limited to the period of disability not to exceed 12 weeks.  Under the FMLA, assuming you otherwise are an eligible Team Member, you are entitled to leave as long as a physician (or other legally qualified healthcare provider) certifies that your condition (or the condition of your family member) necessitates your absence up to a maximum total of 12 weeks within a 12-month period.  This 12 weeks includes vacation and other paid time (e.g., short-term disability or Worker's Compensation) taken while on FMLA.  For example, if you have 10 days allotted PTO at the time your FMLA leave begins, the first two weeks of your FMLA leave will be with pay and ten weeks will be without pay for the total FMLA leave of 12 weeks.

If you or your family member's condition requires only periodic treatment (e.g., chemotherapy or dialysis), you may request FMLA leave on an intermittent basis. Intermittent leave can be taken in hourly increments and will be counted toward the 12-week allotment in the increments taken (12 weeks = 480 hours, or a prorated portion for part-time Team Members).

If your leave qualifies for FMLA, is properly requested and documented, and you return from leave prior to or upon exhausting the 12 weeks of FMLA eligibility, you will be reinstated to the same or an equivalent position with substantially similar duties, pay, benefits, and other employment terms as that which you held at the time you went out on leave, subject to certain exceptions. If you are not released to return to work within 12 weeks, you may request a personal leave of absence.  A physician's certification may be required upon your return to work. The Company reserves the right to deny leave reinstatement to key Team Members, where such denial is necessary to prevent substantial and grievous economic injury to the Company's operation.  Key Team Members will be notified of the Company's intention to deny reinstatement as soon as a determination is made. Key Team Members are defined as the highest-paid 10% of Team Members within a 75-mile radius of the facility where employed.

**smile**
DIRECT CLUB

# Team Member Handbook

A Team Member's participation in the Company's Group Health Insurance will not be terminated due to his or her leave, provided the Team Member continues to pay the Team Member's share of premiums.  If applicable, arrangements must be made (prior to leave beginning if possible) with payroll to pay the Team Member's share of premiums while on leave for health, dental, vision, STD/LTD and optional life.

## State Law Leave Rights

The Company will comply with any applicable state laws that provide greater or different family or medical leave rights to eligible Team Members. Any Team Member who has questions regarding the need for FMLA or any comparable leave under state law should contact the Benefits Team.

## Reasonable Accommodation Leave

The Company complies with the reasonable accommodation obligations under the ADAAA and will engage in the interactive process to discuss an unpaid leave of absence as a reasonable accommodation with Team Members who are unable to perform the essential functions of their job due to a physical or mental disability. Leave under this policy is at the discretion of management and will be considered in accordance with the reasonable accommodation obligations of the ADAAA.   A reasonable accommodation leave of absence may be provided to Team Members who are unable to perform the essential functions of their job due to physical or mental disability and are not eligible for FMLA.  Similarly, leave under this policy may be granted as a reasonable accommodation for Team Members who have exhausted FMLA but are unable to return to work due to a disability that prohibits them from performing the essential functions of their job.  Leaves of absence under this policy will be handled on a case-by-case basis in accordance with the ADAAA.  The duration of any leave of absence under this policy will vary depending on the particular circumstances of each Team Member's need and whether additional leave is reasonable under the circumstances and/or would create an undue hardship for the Company.

## Short-Term Disability

SmileDirectClub provides Short-term disability benefits for qualifying Team Members up to 13 weeks. Team Members are automatically enrolled

in STD beginning the first of the month following one year of employment. Please refer to plan documents for eligibility. Eligibility for STD does not permit a Team Member to take leave or time off not otherwise permitted under the various PTO, FMLA or similar policies.

## Jury Duty

SmileDirectClub complies with all applicable federal and state laws and local ordinances relating to required time off for jury duty.  As such, Team Members are encouraged to serve on jury duty when they are called and fulfill their civic obligations.  Team Members who receive a summons to report for jury duty should present a copy of the summons to the appropriate Team Leader or member of the People & Organization Team if the Team Leader is not available.

Unless otherwise required by state or local law, SmileDirectClub will compensate Team Members their regular pay while on jury duty, minus any compensation received by the court up to 40 hours in a rolling 12-month period. Any jury duty in excess of 40 hours during a rolling 12-month period will be unpaid unless required by applicable state law.   Team Members must provide evidence of service including monies received from jury duty to their immediate Team Leader for submission to the Payroll Team.

While serving on jury duty, Team Members will be expected to periodically contact their Team Leader to keep them apprised of their status. Team Members are also expected to report to work each day or portion of a day they are not required to perform jury duty.

## Time Off from Work in Connection With Court Cases

The Company recognizes that a Team Member may be subpoenaed or otherwise required to serve as a witness in a court case or arbitration. Team Members who are called to serve as a witness, must notify their Team Leader as soon as possible and must present a copy of the summons or subpoena requiring their attendance or testimony to the appropriate Team Leader or member of the People & Organization Team if the Team Leader is not available.

Unless otherwise required by state or local law, Team Members called to testify will not be paid for the time they are away from work as a result of



# Team Member Handbook

their participation in a court case or arbitration, but may use available PTO and a personal day to cover their time away from work. This applies to all circumstances, excluding company-related court cases.

## Military/Uniformed Services Leave

SmileDirectClub complies with the federal law called USERRA (the Uniformed Services and Reemployment Rights Act) and any applicable state laws and local ordinances relating to leave for military and other "uniformed services" as such term is defined in USERRA. For purposes of this policy, all such applicable laws and ordinances are referred to as Military Leave Law.

SmileDirectClub will grant an unpaid military leave of absence to those Team Members who submit written verification of a call to duty from the appropriate military authority. The Company will also grant Team Members unpaid time off to fulfill reserve and other covered uniformed services obligations including, but not limited to, training, weekend drills, and fitness-for-duty examinations. Team Members who will be required to miss work due to service in the uniformed services must provide as much advance notice to the Company of the leave as possible unless such notice is excused pursuant to the exceptions set forth in the Military Leave Law. If you are involved in active duty, periodic reserve training, or other covered uniformed services obligations, you are not required to use accrued PTO, but you may choose to do so.

SmileDirectClub will reinstate Team Members returning from military or other uniformed services leave consistent with the provisions of the Military Leave Law including any exceptions and limitations set forth in the law. Similarly, SmileDirectClub will comply with the benefit provisions of the Military Leave Law. Please see the People & Organization Team if you would like more information about this type of leave and reinstatement rights.

## Time Off to Vote

Team Members who are eligible to vote in an election and who do not have sufficient time in which to vote either before or after work while the polls are open may request up to three hours off with pay to vote. What is considered sufficient time varies by state law. SmileDirectClub will comply with each state's laws based on where the Team Member is employed.

If you plan to take time off to vote, you must notify your Team Leader by noon on the day before Election Day. The Company may specify which hours you take off to vote.

## Outside Activity During Leave of Absence

All Team Members, who are on leave of absence, including FMLA leave or Workers' Compensation leave, are prohibited from having outside employment during their leave unless such employment was previously approved and is consistent with the Team Member's restrictions. Violation of this policy may lead to disciplinary action up to and including immediate termination of employment.

## Team Member Benefits

*For any benefits governed by a plan document, the terms of the plan document for the particular benefit controls. Accordingly, if there is a conflict between this handbook and the plan documents, the plan documents control.*

### COBRA

The right to continuation coverage for group health plan benefits was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). COBRA continuation coverage can become available to you when you would otherwise lose your group health coverage. It can also become available to other members of your family who are covered under the group health plan when they would otherwise lose their group health coverage. For additional information about your rights and obligations under the group plan and under federal law, you should review the plan's Summary Plan Description (SPD) or contact a member of the Benefits Team.

### Team Member Benefits Policy

Eligible SmileDirectClub Team Members are offered a wide range of benefits. A number of the benefit programs – such as Social Security, workers' compensation, state disability, and unemployment insurance -- cover all Team Members as required by law.



# Team Member Handbook

Eligibility for most other benefits depends upon a variety of factors, including Team Member classification. Your People & Organization Team can identify the programs for which you are eligible.  You can find the details of many of these programs in separate written summaries.  For more information, contact People & Organization.

Some benefit programs require contributions from Team Members, but many are fully paid by SmileDirectClub.  We reserve the right to add, amend, modify or terminate any Team Member benefit plans or programs.

Currently, SmileDirectClub provides the following optional benefits to full-time Team Members:
- Medical Insurance
- Dental Insurance
- Vision insurance
- Life Insurance & AD&D
- 401K
- FSA/HSA
- And Other Voluntary Plans

Such benefits are available to full-time Team Members.   Part-time Team Members are not eligible to participate in the Company insurance plans. You can request a full copy of the plan summary description from People & Organization.

### Coverage for Domestic Partners
Regular full-time Team Members who enroll in the Company's medical, dental and FSA plans may also cover a same-sex domestic partner and eligible dependents in these same plans.  Please see the Benefits Team for more information.

## Paid Parental Leave
The Company strongly supports Team Members in the realm of maintaining family relationships and obligations. The Company will provide salary continuation in the form of paid Parental leave to all full-time Team Members who have completed 90 days of employment with the Company following the birth of the Team Member's child or the placement of a child with a Team Member in connection with adoption or foster care. The purpose of Parental Leave is to provide families with time to adjust to the addition of a new child to the family by providing time for bonding (Parental Bonding Leave) and/or to allow mothers who have given birth time for medical recovery leave (Recovery Maternity Leave).

- Recovery Maternity Leave: Eligible female Team Members that have given birth to a child are eligible for 6 weeks of paid Recovery Maternity Leave (at 100% of the Team Member's base pay) in a rolling 12-month period. This amount will be in coordination with any applicable Short-Term Disability wages.  This is meant to be used immediately following the birth of the child.

- Bonding Leave: Eligible Team Members are entitled to a total of two (2) weeks of paid Parental Bonding Leave (at 100% of the Team Member's base pay) in a rolling 12-month period. This amount will be paid in coordination with any applicable paid leave provided by state or local law. Eligible Team Members are also entitled to a total of two (2) weeks of unpaid Parental Bonding Leave for a total of four (4) weeks of Bonding Leave. Team Members with available PTO may utilize such PTO to supplement their unpaid Bonding Leave. Bonding Leave (both paid and unpaid) may be used at any time within the first year following the birth or placement of the child. Bonding Leave (both paid and unpaid) must be used in no less than one-week increments. Team Members must coordinate with their Leaders to schedule Bonding Leave to ensure adequate coverage during their absence.

Female Team Members that have given birth to a child are eligible for both Recovery Maternity Leave and Parental Bonding Leave.

This benefit is not meant to extend the total allowed leave (paid or unpaid) beyond what is available under the applicable federal/state law (i.e. FMLA).  Paid Parental Leave will not be extended due to multiple births or adoption of siblings.  Paid Parental Leave will run concurrent with any FMLA or similar state leave law.

This benefit will be paid per the normal scheduled pay date, and the Company will continue to take deductions for company group Benefits.

In the event a Team Member's employment ends, he/she will not be paid for any unused Paid Parental leave. Requests for Parental Leave under this policy should be made to the Benefits Team thirty days in advance or as soon as reasonably possible.



# Team Member Handbook

## Workers' Compensation

SmileDirectClub provides insurance to compensate for work-related injuries and illnesses to a Team Member occurring within the course and scope of his or her employment as required by your state's Worker's Compensation Act. You must also report the details to your Team Leader immediately. Failure to provide the Company notice of such injury may result in you being deemed ineligible for workers' compensation benefits. In addition, you must complete a report for every injury, no matter how small, to keep the coverage in force and to get any benefits or other compensation to which you may be entitled.

## Team Member Merchandise Discounts

Team Members may be eligible for various discounted products and services. Please refer to the current policy for available discounts and limitations.

## Aligner and Whitening Discounts

Eligible Team Members and their Friends and Family may receive significant discounts on Invisible Aligner Treatment and Whitening Treatments as a result of their employment with the Company. These benefits include:

- Intraoral scan or impression kit to create your treatment plan.
- Aligner treatment plan approved and overseen by a licensed dental professional.
- Custom Retainer at the end of treatment.
- Whitening at a reduced cost.

**Team Members** are eligible to receive aligner and whitening benefit after **60 days** of employment with SmileDirectClub.

**Friends & Family are** eligible to receive our aligner and whitening benefit after a Team Member completes **6 months** of employment with SmileDirectClub. A Team Member may share the Aligner discount with **up to 3** additional friends or family members once every 12 months of employment.

Additional information on all of our discount programs can be found on the company Intranet.

## Tuition Reimbursement

Tuition reimbursement is a way for the Company to invest in our Team Member's future career growth and help them receive a further their knowledge, skills and job effectiveness through higher education. Team Members with at least 12 months of continuous full-time employment may be eligible for up to $2,500 per calendar year in reimbursements toward qualifying non-advanced degrees, professional certifications, and/or training courses/seminars. Team Members with at least 24 months of continuous full-time employment may be eligible for up to $5,000 per calendar year. Tuition reimbursement will require advanced approval and must be directly related to the Team Member's current or a potential future position within the Company.

Team Members who accept tuition reimbursement commit to regular full-time time service for two years following the completion of the last Non-Advanced & Advanced Degree course. If a Team Member voluntarily terminates their employment with the Company or is terminated for cause at any time during employment, the Team Member agrees to repay the Company the entire amount of tuition, associated fees, and taxes, if any, that have been paid for all courses. Repayment will not be required if the termination of their employment is due to death, long-term disability, layoff or involuntary termination for any reason other than cause. Nothing in this or any other policy should be construed to alter the "at-will" nature of a Team Member's employment.

For additional details, please contact the Benefits team.

## Safety & Emergency

### Inclement Weather

In the event of inclement weather, we encourage Team Members to use their best judgment with regards to their safety and their travel to work. The Company maintains a policy of remaining open during bad weather, unless the severity of conditions or the county/state government rulings require us to close the office. In the event we are forced to delay the start time or close early, the Company will make the announcement via the alert system. Team Members are responsible for ensuring their



# Team Member Handbook

contact information is maintained and on file with People & Organization.

If the Company is open, Team Members must use available PTO to cover time missed due to inclement weather and school closings. Team Members are responsible for calling and notifying their Team Leader if they will not be at work due to inclement weather. Team Members should make every effort to get to work, or continue working if already in the office, unless otherwise notified.    However, ultimately, it is the Team Member's responsibility to determine whether they can travel safely under the conditions. Team Members unable to make it to the facility on a designated inclement weather day will not be charged for incidents as outlined in the Attendance or Corrective Action Policies.

### Transportation Guidelines for Injured/Ill Team Member

Team Members who experience a work-related injury should notify their Team Leader immediately.  In cases of extreme illness or injury (such as unconsciousness, severe bleeding or broken bones), the Company will call 911.

For injuries and illnesses that require medical attention but are not life threatening, the Company will:
- Call the Team Member's emergency contact to arrange transportation to a medical facility. In the absence of an emergency contact, the Company will arrange transport of the Team Member to the nearest medical facility.
- Call the medical facility to let them know that a Team Member is coming in with an injury.

After an injury, a Team Member Incident Report must be completed by the affected Team Member and given to the Team Leader as soon as reasonably possible. In addition, the Company may require a drug test.

A physician's report releasing the Team Member back to work must be provided to People & Organization before the affected Team Member returns to work after receiving medical attention.

### Fire Safety
Every Team Member is responsible for recognizing potential fire dangers and taking an active role in preventing fires.

Team Members are required to observe all OSHA safety requirements and regulations.  Flammable materials are to be stored in covered metal containers. Team Members should not block any fire doors, fire exits, fire extinguishers, windows or doorways.  Review the fire escape routes posted in the building and be knowledgeable about the route that would apply to your work area.

### Safety
SmileDirectClub is committed to maintaining a safe and healthy environment for all Team Members.  Report all accidents, injuries, potential safety hazards, safety suggestions and health and safety related issues immediately to your Team Leader.

If you or another Team Member is injured, contact your Team Leader immediately.  Seek help from outside emergency response agencies, if needed.

If you experience a work-related injury that requires medical attention, you must notify your Team Leader immediately. If your injury does not require medical attention, you must still complete an Incident Report Form in case medical treatment is later needed and to ensure that any existing safety hazards are corrected. You can obtain the required forms from People & Organization or your Team Leader.

A federal law, the Occupational Safety and Health Act, requires that we keep records of all illnesses and accidents that occur on the job.  OSHA also provides for your right to know about any health hazards that might be present on the job.

It is everyone's responsibility to become familiar with the location of safety and emergency equipment and appropriate safety contact phone numbers. Team Members should immediately report safety violations or injuries anonymously to their Team Leader.  All Team Members should assist in maintaining a hazard free environment and again, report accidents or injuries (including breaches of safety rules) and unsafe working conditions.



# Team Member Handbook

No Team Member will be disciplined or retaliated against for reporting safety violations or hazards. However, any deliberate or ongoing safety violation or creation of a hazard will be dealt with through disciplinary action up to and including termination.

## Accidents

Most accidents are preventable through proper use and maintenance of equipment and facilities, alertness on the job and good housekeeping practices. Exercising common sense precautions and strict adherence to operating practices and procedures will help prevent injury or illness to you and your fellow Team Members.

## Hazardous Conditions

It is the obligation of every Team Member to immediately report any hazardous condition to his or her Team Member. Each Team Member should use safe methods in the performance of the Team Member's duties. Willful violation of Company safety rules or policies will result in disciplinary action, up to and including termination.

# Corporate Communications & Technology

## Acceptable Use of Company Communication Systems

### Overview

The Information Technology (IT) Team's intentions for publishing an Acceptable Use Policy are not to impose restrictions that are contrary to SmileDirectClub's established culture of openness, trust and integrity. IT is committed to protecting SmileDirectClub's Team Members, partners and the company from illegal or damaging actions by individuals, either knowingly or unknowingly.

Internet/Intranet/Extranet-related systems, including but not limited to computer equipment, software, operating systems, storage media, network accounts providing electronic mail, WWW browsing, and FTP, are the property of SmileDirectClub. These systems are to be used primarily for business purposes in serving the interests of the company, and of our clients and customers in the course of normal operations. Team Members have no reasonable expectation of privacy when using these systems. All systems and the use of systems by Team Members is subject to monitoring by the Company.

Effective security is a team effort involving the participation and support of every SmileDirectClub Team Member and affiliate who deals with information and/or information systems. It is the responsibility of every computer user to know these guidelines, and to conduct their activities accordingly.

### Scope

This policy applies to Team Members, contractors, consultants, temporaries, and other workers at SmileDirectClub, including all personnel affiliated with third parties. This policy applies to all equipment that is owned or leased by SmileDirectClub.

### General Use and Ownership

Users should be aware that the data they create on the corporate systems remains the property of SmileDirectClub and that they should have no expectation of privacy with respect to any activity on such system and all such activity is subject to monitoring.

Team Members are responsible for exercising good judgment regarding the reasonableness of personal use. Individual teams are responsible for creating guidelines concerning personal use of Internet/Intranet/Extranet systems. In the absence of such policies, Team Members should be guided by Team policies on personal use, and if there is any uncertainty, Team Members should consult their Team Leader.

For security and network maintenance purposes, authorized individuals within SmileDirectClub may monitor equipment, systems and network traffic at any time without consent.

SmileDirectClub reserves the right to audit networks and systems on a periodic basis and without notice or consent to ensure compliance with this policy.

### Security and Proprietary Information

Keep passwords secure and do not share accounts. Authorized users are responsible for the security of their passwords and accounts. Passwords should be changed every 90 days.

All PCs, laptops and workstations should be secured with a password-protected screensaver with the automatic activation feature set at 5



# Team Member Handbook

minutes or less, or by locking or logging-off (control-alt-delete for WinXP or Windows 7 users) when the host will be unattended.

Because information contained on portable computers is especially vulnerable, special care should be exercised.

All hosts used by the Team Member that are connected to the SmileDirectClub Internet/Intranet/Extranet, whether owned by the Team Member or SmileDirectClub, shall be continually executing approved virus-scanning software with a current virus database unless overridden by Team or group policy.

Team Members must use extreme caution when opening email attachments or clicking on links in emails received from external senders, which may contain viruses, e-mail bombs, or Trojan horse code.

## Unacceptable Use

The following activities are, in general, prohibited. Team Members may be exempted from these restrictions during the course of their legitimate job responsibilities (e.g., systems administration staff may have a need to disable the network access of a host if that host is disrupting production services).

Under no circumstances is a Team Member of SmileDirectClub authorized to engage in any activity that is illegal under local, state, federal or international law while utilizing SmileDirectClub-owned resources.

The lists below are by no means exhaustive but attempt to provide a framework for activities which fall into the category of unacceptable use.

### System and Network Activities

The following activities are strictly prohibited, with no exceptions:

- Using SmileDirectClub's networks and other IP assets to violate the Company's policies including, without limitation, the Company's non-harassment policy.
- Violations of the rights of any person or company protected by copyright, trade secret, patent or other intellectual property, or similar laws or regulations, including, but not limited to, the installation or distribution of "pirated" or other software products that are not appropriately licensed for use by SmileDirectClub.
- Unauthorized copying of copyrighted material including, but not limited to, digitization and distribution of photographs from magazines, books or other copyrighted sources, copyrighted music, and the installation of any copyrighted software for which SmileDirectClub or the end user does not have an active license is strictly prohibited.
- Exporting software, technical information, encryption software or technology, in violation of international or regional export control laws, is illegal. The appropriate management should be consulted prior to export of any material that is in question.
- Introduction of malicious programs into the network or servers (e.g., viruses, worms, Trojan horses, e-mail bombs, etc.).
- Connecting unauthorized USB devices to any SmileDirectClub computer or workstation (iPods, USB flash drives, phones, etc.).
- Revealing your password for any and all SmileDirectClub related systems to others or allowing use of your account by others. This includes family and other household members when work is being done at home.
- Using a SmileDirectClub computing asset to actively engage in viewing, downloading, procuring, or transmitting pornographic material or other material that is not appropriate for the workplace.
- Making fraudulent offers of products, items, or services originating from any SmileDirectClub account.
- Making statements about warranty, expressly or implied, unless it is a part of normal job duties.
- Effecting security breaches or disruptions of network communication. Security breaches include, but are not limited to, accessing data of which the Team Member is not an intended recipient or logging into a server or account that the Team Member is not expressly authorized to access, unless these duties are within the scope of regular duties. For purposes of this section, "disruption" includes, but is not limited to, network sniffing, pinged floods, packet spoofing, denial of service, and forged routing information for malicious purposes.



# Team Member Handbook

- Port scanning or security scanning is expressly prohibited unless prior notification to IT is made.
- Executing any form of network monitoring which will intercept data not intended for the Team Member's host, unless this activity is a part of the Team Member's normal job/duty.
- Circumventing user authentication or security of any host, network or account.
- Interfering with or denying service to any user other than the Team Member's host (for example, denial of service attack).
- Using any program/script/command, or sending messages of any kind, with the intent to interfere with, or disable, a user's terminal session, via any means, locally or via the Internet/Intranet/Extranet.
- Providing information about, or lists of, SmileDirectClub customers to parties outside SmileDirectClub.
- Undertaking deliberate activities that waste staff effort or networked resources.
- Accessing company data where they have not been given explicit permission to access or that they do not need access to perform their job responsibilities.

## Email and Communications Activities
- Creating or forwarding "chain letters", "email forwards", "Ponzi" or other "pyramid" schemes of any type.
- Sending unsolicited email messages, including the sending of "junk mail" or other advertising material to individuals who did not specifically request such material (email spam).
- Any form of harassment via email, telephone or paging, whether through language, frequency, or size of messages.
- Distributing, disseminating or storing images, text or materials that might be considered indecent, pornographic, obscene or illegal.
- Distributing, disseminating or storing images, text or materials that might be considered discriminatory, offensive or abusive, in that the context is a personal attack, sexist or racist, or might be considered as harassment.
- Unauthorized use, or forging, of email header information.

- Solicitation of email for any other email address, other than that of the poster's account, with the intent to harass or to collect replies.
- Use of unsolicited email originating from within the Company's networks of other Internet/Intranet/Extranet service providers on behalf of, or to advertise, any service hosted by the Company or connected via the Company's network.
- Posting the same or similar non-business-related messages to large numbers of Usenet newsgroups (newsgroup spam), bulletin boards or other web sites.
- Use of company communications systems to set up personal businesses.
- Forwarding of company confidential messages to external locations is strictly prohibited without prior written consent of executive leadership.
- Any other use that is in violation of SmileDirectClub's policies or the law.

## Blogging and Social Networking
At the Company, we understand that social media can be a fun and rewarding way to share your life and opinions with family, friends and co-workers around the world. However, use of social media also presents certain risks and carries with it certain responsibilities. To assist you in making responsible decisions about your use of social media, we have established these guidelines for appropriate use of social media.

This policy applies to all Team Members who work for the Company, in the United States.

### Guidelines
In the rapidly expanding world of electronic communication, social media can mean many things.  Social media includes all means of communicating or posting information or content of any sort on the Internet, including to your own or someone else's web log or blog, journal or diary, personal web site, social networking or affinity web site, web bulletin board or a chat room, whether or not associated or affiliated with the Company, as well as any other form of electronic communication.  The same principles and guidelines found in the Company policies apply to your activities online.  Ultimately, you are solely responsible for what you post online.



# Team Member Handbook

Before creating online content, consider some of the risks and rewards that are involved.

Activities in violation of this Policy include conduct that has an adverse impact on the performance of your job duties, the performance of any other SmileDirectClub Team Member's or agent's job duties, or that may otherwise adversely affect SmileDirectClub's vendors, suppliers, customers, or SmileDirectClub's and/or any of its affiliates' legitimate business interests. This policy does not prohibit activities protected by Section 7 of the National Labor Relations Act, such as Team Members' rights to discuss terms and conditions of employment or to seek public support during a labor dispute.

***Team Members who violate this Policy are subject to discipline, up to and <u>including termination of employment</u> and may be subject to the possibility of being sued for defamation or libel or otherwise for damages and/or injunctive relief.***

### Know and follow the rules

Carefully read these guidelines, the Conflict of Interest, Non-Harassment Policy, and ensure your postings are consistent with these policies. Inappropriate postings that may include discriminatory remarks, harassment, and threats of violence or similar inappropriate or unlawful conduct will not be tolerated and may subject you to disciplinary action, up to and including termination.

### Be respectful

Always be fair and courteous to fellow Team Members, customers, members, suppliers or people who work on behalf of the Company. Also, keep in mind that you are more likely to resolve work-related complaints by speaking directly with your co-workers or by utilizing our Open Door Policy than by posting complaints to a social media outlet. Nevertheless, if you decide to post complaints or criticism, avoid using statements, photographs, video or audio that reasonably could be viewed as malicious, obscene, threatening or intimidating, that disparage customers, members, Team Members or suppliers, or that might constitute harassment or bullying. Examples of such conduct might include offensive posts meant to intentionally harm someone's reputation or posts that could contribute to a hostile work environment on the basis of race, sex, disability, religion or any other status protected by law or Company policy.

### Be honest and accurate

Make sure you are always honest and accurate when posting information or news, and if you make a mistake, correct it quickly. Be open about any previous posts you have altered. Remember that the Internet archives almost everything; therefore, even deleted postings can be searched. Never post any information or rumors that you know to be false about the Company, fellow Team Members, customers, suppliers, and people working on behalf of the Company.

### Post only appropriate and respectful content

- Maintain the confidentiality of the Company trade secrets and private or confidential information. Trades secrets may include information regarding the development of systems, processes, products, know-how and technology. Do not post internal reports, policies, procedures or other internal business-related confidential communications.
- Respect financial disclosure laws. It is illegal to communicate or give a "tip" on inside information to others so that they may buy or sell stocks or securities.
- Do not create a link from your blog, website or other social networking site to the Company website without identifying yourself as a Company Team Member.
- Express only your personal opinions. Never represent yourself as a spokesperson for the Company. If the Company is a subject of the content you are creating, be clear and open about the fact that you are a Team Member and make it clear that your views do not represent those of the Company, fellow Team Members, members, customers, suppliers or people working on behalf of the Company. If you do publish a blog or post online related to the work you do or subjects associated with the Company, make it clear that you are not speaking on behalf of the company. It is best to include a disclaimer such as "The postings on this site are my own and do not necessarily reflect the views of the Company."



# Team Member Handbook

### Using social media at work

Refrain from using social media while on work time or on equipment we provide, unless it is work-related as authorized by your Leader or consistent with the Company Equipment Policy. Do not use the Company email addresses to register on social networks, blogs or other online tools utilized for personal use.

### Retaliation is prohibited

The Company prohibits taking negative action against any Team Member for reporting a possible deviation from this policy or for cooperating in an investigation. Any Team Member who retaliates against another Team Member for reporting a possible deviation from this policy or for cooperating in an investigation will be subject to disciplinary action, up to and including termination.

### Media contacts

Team Members should not speak to the media on the Company's behalf without contacting the People & Organization Team. All media inquiries for the Company's position should be directed to People & Organization Team.

## PersonalMail

All mail delivered to the Company is presumed to be related to company business. Mail sent to you at the Company's address may be opened by the office and routed to your Team. If you do not wish to have your correspondence handled in this manner, please have it delivered to your home.

## For more information

If you have questions or need further guidance on anything contained in the Handbook, please contact the People & Organization Team.

