# EXHIBIT 5

| Priv Doc ID | Doc ID | BegAttach | EndAttach | DocType | Date | From/Author | To | CC | BCC | FileName/Subject | Privilege Type | Doc Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SDC_Franchi_Priv_0000047 | | | | Email | 8/9/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Khandelwal, Anshita[anshita.khandelwal@jpmorgan.com] | | | Fwd: Pegasus: CD&R / K&E Follow-up.msg | Joint Defense | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0000048 | | | | Email_Attachment | 9/27/2020 | | | | | Project Pegasus - Common Interest Agreement - K&E Draft 8-8-2018.DOCX | Joint Defense | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0000049 | | | | Email_Attachment | 8/9/2018 | | | | | Executed Signature Page - KE.PDF | Joint Defense | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0000050 | | | | Email_Attachment | 8/9/2018 | Hai-Jew, Rodin M. | | | | Signature Page - Foley.pdf | Joint Defense | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0001299 | | | | Email | 8/17/2018 | Pusar, Andrew R.[APusar@goodwinlaw.com] | Kyle Wailes[Kyle.Wailes@smiledirectclub.com]; Nick.Pyett[CVG](npyett@camelotvg.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] Pusar, Andrew R.[APusar@goodwinlaw.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Kyle Wailes[Kyle.Wailes@smiledirectclub.com] | Engstrand, Ian D[IEngstrand@goodwinlaw.com]; Hillenbrand, Rob[RHillenbrand@goodwinlaw.com]; Egan, John J[JEgan@goodwinlaw.com] | | U - Project Pegasus - Primary Documents.msg | Attorney - Client Communication; Joint Defense; Work Product | Communications containing legal advice regarding preparation for SDC's Initial Public Offering |
| SDC_Franchi_Priv_0005252 | | | | Email | 8/14/2018 | Nick Pyett[npyett@camelotvg.com] | | Egan, John J[JEgan@goodwinlaw.com]; Engstrand, Ian D[IEngstrand@goodwinlaw.com] | | U - RE: pegasus - transaction docs.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding preparation for SDC's Initial Public Offering |
| SDC_Franchi_Priv_0005848 | | | | Edoc | 7/30/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | John Chobor[John.Chobor@smiledirectclub.com] | | | FW: statutory language.msg | Attorney - Client Communication; Joint Defense | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0006787 | | | | Edoc | 1/3/2019 | Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com] | Hoard, Zachary[ZHoard@dykema.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com];Colao, Brian[BColao@dykema.com] | Colao, Brian[BColao@dykema.com] | | RE: Florida Complaint.msg | Attorney - Client Communication; Joint Defense | Communications regarding and reflecting legal advice regarding customer complaints |
| SDC_Franchi_Priv_0006788 | | | | Edoc | 1/3/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com]; Hoard, Zachary[ZHoard@dykema.com];Colao, Brian[BColao@dykema.com] | Colao, Brian[BColao@dykema.com] | | RE: Florida Complaint.msg | Attorney - Client Communication; Joint Defense | Communications regarding and reflecting legal advice regarding customer complaints |
| SDC_Franchi_Priv_0007314 | | | | Edoc | 7/10/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Julie[julie@ovolve.com]; Rachel Katzman[rachel@ouveebeauty.com]; David.Katzman[CVG](dkatzman@camelotvg.com];Brandon Lond[blond@ovolve.com]; Amv Martin[amv@ovolve.com] | Brandon Lond[blond@ovolve.com]; Amv Martin[amv@ovolve.com] | | RE: Prolific Next Steps-Privileged and confidential/in anticipation of litigation.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0007885 | | | | Edoc | 9/18/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Rammelt, David[DRammelt@beneschlaw.com] | | | RE: Quick Clinical Q.msg | Attorney - Client Communication; Joint Defense | Communications containing legal advice regarding regulatory investigations |
| SDC_Franchi_Priv_0013046 | | | | Edoc | 1/3/2019 | Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Hoard, Zachary[zhoard@dykema.com];Colao, Brian[bcolao@dykema.com] | Colao, Brian[bcolao@dykema.com] | | Re: Florida Complaint.msg | Attorney - Client Communication; Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0013047 | | | | Edoc | 1/3/2019 | Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | | | Re: Florida Complaint.msg | Attorney - Client Communication; Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0013048 | | | | Edoc | 1/3/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Hoard, Zachary[zhoard@dykema.com]; Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com];Colao, Brian[bcolao@dykema.com]; Chase Fisher[Chase.Fisher@smiledirectclub.com] | Colao, Brian[bcolao@dykema.com]; Chase Fisher[Chase.Fisher@smiledirectclub.com] | | Re: Florida Complaint.msg | Attorney - Client Communication; Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0013049 | | | | Edoc | 1/3/2019 | Chase Fisher[Chase.Fisher@smiledirectclub.com] | Hoard, Zachary[ZHoard@dykema.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com];Colao, Brian[BColao@dykema.com] | Colao, Brian[BColao@dykema.com] | | RE: Florida Complaint.msg | Attorney - Client Communication; Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0013050 | | | | Edoc | 1/3/2019 | Chase Fisher[Chase.Fisher@smiledirectclub.com] | Hoard, Zachary[ZHoard@dykema.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com];Colao, Brian[BColao@dykema.com] | Colao, Brian[BColao@dykema.com] | | RE: Florida Complaint.msg | Attorney - Client Communication; Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0016416 | | | | Edoc | 6/1/2020 | Hope Cantwell[hope.cantwell@smiledirectclub.com] | [Redacted] | Jeffrey Sulitzer[jeff.sulitzer@smiledirectclub.com] | | Re: C3585036284591 - S.Eastin.msg | Attorney - Client Communication; Joint Defense | Communications regarding and reflecting legal advice regarding customer complaints |
| SDC_Franchi_Priv_0016417 | | | | Edoc | 6/1/2020 | Hope Cantwell | | | | [Redacted] | Attorney - Client Communication; Joint Defense | Document provided by counsel for the purpose of providing legal advice regarding customer complaints |
| SDC_Franchi_Priv_0016418 | | | | Edoc | 6/1/2020 | Hope Cantwell | | | | [Redacted] | Attorney - Client Communication; Joint Defense | Document provided to counsel for the purpose of obtaining legal advice regarding customer complaints |
| SDC_Franchi_Priv_0016828 | | | | Edoc | 11/26/2019 | Kyle Wailes[kyle.wailes@smiledirectclub.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; David.Katzman[CVG](dkatzman@camelotvg.com]; Alison Sternberg[alison.sternberg@smiledirectclub.com]; Steve Katzman[steve.katzman@smiledirectclub.com];Alison Sternberg[alison.sternberg@smiledirectclub.com] | Alison Sternberg[alison.sternberg@smiledirectclub.com]; Kapp, Scott[Scott.Kapp@dlapiper.com]; Feliciano, Juan[Juan.Feliciano@dlapiper.com]; Alvarez, Camille[Camille.Alvarez@dlapiper.com] | | Re: Updated Filings Recap & Board Slides.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding draft filings with the Securities & Exchange Commission |
| SDC_Franchi_Priv_0017278 | | | | Email | 10/24/2018 | Bueda, Nikos[Nikos.Bueda@dlapiper.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Kapp, Scott[Scott.Kapp@dlapiper.com]; Feliciano, Juan[Juan.Feliciano@dlapiper.com]; Alvarez, Camille[Camille.Alvarez@dlapiper.com] | | [Redacted] | Attorney - Client Communication; Joint Defense | Communications regarding and reflecting legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0017279 | | | | Email | 10/24/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Bueda, Nikos[Nikos.Bueda@dlapiper.com] | Kapp, Scott[Scott.Kapp@dlapiper.com]; Feliciano, Juan[Juan.Feliciano@dlapiper.com]; Alvarez, Camille[Camille.Alvarez@dlapiper.com] | | [Redacted] | Attorney - Client Communication; Joint Defense | Communications regarding and reflecting legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0017280 | | | | Email | 10/24/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Kyle Wailes[Kyle.Wailes@smiledirectclub.com]; Nick.Pyett[CVG](npyett@camelotvg.com] | John Chobor[John.Chobor@smiledirectclub.com] | | FW: SmileDirectClub, LLC – Registration in Puerto Rico.msg | Attorney - Client Communication; Joint Defense | Communications seeking legal advice regarding tax or accounting considerations |
| SDC_Franchi_Priv_0017281 | | | | Email | 10/24/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Bueda, Nikos[Nikos.Bueda@dlapiper.com] | Kapp, Scott[Scott.Kapp@dlapiper.com]; Alvarez, Camille[Camille.Alvarez@dlapiper.com] | | RE: SmileDirectClub, LLC – Registration in Puerto Rico.msg | Attorney - Client Communication; Joint Defense | Communications containing legal advice regarding tax or accounting considerations |
| SDC_Franchi_Priv_0017284 | | | | Email | 10/25/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Bueda, Nikos[Nikos.Bueda@dlapiper.com]; Feliciano, Juan[Juan.Feliciano@dlapiper.com] | Kapp, Scott[Scott.Kapp@dlapiper.com]; Alvarez, Camille[Camille.Alvarez@dlapiper.com] | | RE: SmileDirectClub, LLC – Registration in Puerto Rico.msg | Attorney - Client Communication; Joint Defense | Communications regarding and reflecting legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0017332 | | | | Email | 12/10/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Kyle Wailes[Kyle.Wailes@smiledirectclub.com]; Sydney Stars[Sydney.Stars@smiledirectclub.com]; Patrick Greer[patrick.greer@smiledirectclub.com] | Kapp, Scott[Scott.Kapp@dlapiper.com]; Alvarez, Camille[Camille.Alvarez@dlapiper.com]; Sarah Morgenstern[sarah.morgenstern@smiledirectclub.com] | | FW: SmileDirectClub, LLC – Registration in Puerto Rico.msg | Attorney - Client Communication; Joint Defense | Communications seeking legal advice regarding tax or accounting considerations |
| SDC_Franchi_Priv_0017333 | | | | Email | 12/10/2018 | Feliciano, Juan[Juan.Feliciano@dlapiper.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Bueda, Nikos[Nikos.Bueda@dlapiper.com] | Kapp, Scott[Scott.Kapp@dlapiper.com]; Alvarez, Camille[Camille.Alvarez@dlapiper.com]; Sarah Morgenstern[sarah.morgenstern@smiledirectclub.com] | | RE: SmileDirectClub, LLC – Registration in Puerto Rico.msg | Attorney - Client Communication; Joint Defense | Communications seeking legal advice regarding tax or accounting considerations |
| SDC_Franchi_Priv_0017407 | | | | Email | 5/31/2019 | Amy Keith[Amy.Keith@CVSHealth.com] | Sullivan, Thomas J.[Thomas.Sullivan2@CVSHealth.com] | DiVirgilio, Steven[Steven.DiVirgilio@CVSHealth.com]; Corriveau, Gina M.[Gina.Corriveau@CVSHealth.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.onmicrosoft.com]; Carrie Moore[Carrie.Moore@smiledirectclub.com]; Kim Atkinson[Kim.Atkinson@smiledirectclub.com] | | RE: Response letter review.msg | Attorney - Client Communication; Common Interest | Communications seeking legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0017413 | | | | Email | 5/31/2019 | Rammelt[Susan.Greenspon@smiledirectclub.onmicrosoft.com] | Amy Keith[Amy.Keith@smiledirectclub.com]; Sullivan, Thomas J.[Thomas.Sullivan2@CVSHealth.com] | DiVirgilio, Steven[Steven.DiVirgilio@CVSHealth.com]; Corriveau, Gina M.[Gina.Corriveau@CVSHealth.com]; Carrie Moore[Carrie.Moore@smiledirectclub.com]; Kim Atkinson[Kim.Atkinson@smiledirectclub.com] | | Re: Response letter review.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0017414 | | | | Email | 5/31/2019 | Sullivan, Thomas J.[Thomas.Sullivan2@CVSHealth.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.onmicrosoft.com]; Amy Keith[Amy.Keith@smiledirectclub.com] | DiVirgilio, Steven[Steven.DiVirgilio@CVSHealth.com]; Corriveau, Gina M.[Gina.Corriveau@CVSHealth.com]; Carrie Moore[Carrie.Moore@smiledirectclub.com]; Kim Atkinson[Kim.Atkinson@smiledirectclub.com] | | RE: Response letter review.msg | Attorney - Client Communication; Common Interest | Communications seeking legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0017416 | | | | Email | 5/31/2019 | Sullivan, Thomas J.[Thomas.Sullivan2@CVSHealth.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.onmicrosoft.com]; Amy Keith[Amy.Keith@smiledirectclub.com] | DiVirgilio, Steven[Steven.DiVirgilio@CVSHealth.com]; Corriveau, Gina M.[Gina.Corriveau@CVSHealth.com]; Carrie Moore[Carrie.Moore@smiledirectclub.com]; Kim Atkinson[Kim.Atkinson@smiledirectclub.com] | | RE: Response letter review.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0018209 | | | | Email | 7/20/2018 | Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com] | [Redacted] | jdasso@foley.com[jdasso@foley.com]; Romstad, Erik (Erik.Romstad@fticonsulting.com](Erik.Romstad@fticonsulting.com] | | CA Teledentistry statues .msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding lobbying efforts |
| SDC_Franchi_Priv_0019962 | | | | Email | 6/18/2018 | LLoew@foley.com[LLoew@foley.com] | | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | | RE: Additional Slides.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0019963 | | | | Email_Attachment | | | | | | Exhibit 7-ALIGN_0054083.pdf | Attorney - Client Communication; Common Interest | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0019964 | | | | Email_Attachment | | | | | | Exhibit 8-ALIGN_0054082.pdf | Attorney - Client Communication; Common Interest | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020012 | | | | Email | 8/8/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Liu, Patty[patty.liu@kirkland.com]; jdasso@foley.com[jdasso@foley.com]; LLoew@foley.com[LLoew@foley.com] | Oliver-Keymorth, Javier[javier.oliver@kirkland.com]; Manor, Jonathan[jonathan.manor@kirkland.com]; Khodosh, Vladimir[vkhodosh@kirkland.com]; Cutri, Gianni[gcutri@kirkland.com]; Slade, Michael B.[mslade@kirkland.com] | | RE: Pegasus: CD&R / K&E Follow-up.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020013 | | | | Email | 8/8/2018 | Manor, Jonathan[jonathan.manor@kirkland.com] | LLoew@foley.com[LLoew@foley.com]; jdasso@foley.com[jdasso@foley.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Liu, Patty[patty.liu@kirkland.com]; Oliver-Keymorth, Javier[javier.oliver@kirkland.com]; Khodosh, Vladimir[vkhodosh@kirkland.com]; Cutri, Gianni[gcutri@kirkland.com]; Slade, Michael B.[mslade@kirkland.com] | | RE: Pegasus: CD&R / K&E Follow-up.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020199 | | | | Email | 2/20/2020 | Daniel A DelCastillo[delcastillo@bellsouth.net] | Jeffrey Sulitzer[ieff.sulitzer@smiledirectclub.com] | | | [Redacted] | Attorney - Client Communication; Joint Defense; Work Product | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020200 | | | | Email_Attachment | 2/20/2020 | | | | | [Redacted] | Attorney - Client Communication; Joint Defense; Work Product | Document containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020201 | | | | Email_Attachment | 2/20/2020 | | | | | c-NOI (2.19.20).pdf | Attorney - Client Communication; Joint Defense; Work Product | Document containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020202 | | | | Email_Attachment | 2/20/2020 | | | | | STATEMENT OF CLIENT'S RIGHTS.pdf | Attorney - Client Communication; Joint Defense; Work Product | Document containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020212 | | | | Email | 2/21/2020 | Jeffrey Sulitzer[jeff.sulitzer@smiledirectclub.com] | Chase Fisher[chase.fisher@smiledirectclub.com] | | | [Redacted] | Attorney - Client Communication; Joint Defense; Work Product | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020213 | | | | Email_Attachment | 2/20/2020 | | | | | [Redacted] | Attorney - Client Communication; Joint Defense; Work Product | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020214 | | | | Email_Attachment | 2/20/2020 | | | | | c-NOI (2.19.20).pdf | Attorney - Client Communication; Joint Defense; Work Product | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020215 | | | | Email_Attachment | 2/20/2020 | | | | | STATEMENT OF CLIENT'S RIGHTS.pdf | Attorney - Client Communication; Joint Defense; Work Product | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020216 | | | | Email | 2/21/2020 | Jeffrey Sulitzer[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7F3BF1C1C168 49B9BC59CC89FBCD3BD5-JEFF SULITZ] | Chase Fisher[Chase.Fisher@smiledirectclub.com] | | | [Redacted] | Attorney - Client Communication; Joint Defense; Work Product | Communications seeking legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020217 | | | | Email_Attachment | 2/20/2020 | | | | | [Redacted] | Attorney - Client Communication; Joint Defense; Work Product | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020218 | | | | Email_Attachment | 2/20/2020 | | | | | c-NOI (2.19.20).pdf | Attorney - Client Communication; Joint Defense; Work Product | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020219 | | | | Email_Attachment | 2/20/2020 | | | | | STATEMENT OF CLIENT'S RIGHTS.pdf | Attorney - Client Communication; Joint Defense; Work Product | Document provided to counsel for the purpose of providing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020220 | | | | Email | 2/21/2020 | Chase Fisher[chase.fisher@smiledirectclub.com] | Antonacci, RoseMarie[RMAntonacci@falkwaas.com] | Jeffrey Sulitzer[ieff.sulitzer@smiledirectclub.com] | | [Redacted] | Attorney - Client Communication; Joint Defense; Work Product | Communications regarding and reflecting legal advice regarding customer complaints |
| SDC_Franchi_Priv_0020221 | | | | Email_Attachment | 2/20/2020 | | | | | [Redacted] | Attorney - Client Communication; Joint Defense; Work Product | Document provided to counsel for the purpose of obtaining legal advice regarding customer complaints |
| SDC_Franchi_Priv_0020222 | | | | Email_Attachment | 2/20/2020 | | | | | c-NOI (2.19.20).pdf | Attorney - Client Communication; Joint Defense; Work Product | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020223 | | | | Email_Attachment | 2/20/2020 | | | | | STATEMENT OF CLIENT'S RIGHTS.pdf | Attorney - Client Communication; Joint Defense; Work Product | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0020533 | | | | Email | 3/1/2020 | Chase Fisher[chase.fisher@smiledirectclub.com] | Antonacci, RoseMarie[RMAntonacci@falkwaas.com]; Rhodes, Eunice[ERhodes@falkwaas.com]; Fernandez, Jhoseph[JFernandez@falkwaas.com]; Phil Parsons[pparsons@hotmail.com]; Klingler, Amanda[aklingler@dslaw.com]; Junior Villagomez[hjvillagomez@qualityhub.com] | Jeffrey Sulitzer[ieff.sulitzer@smiledirectclub.com] | | [Redacted] | Attorney - Client Communication; Joint Defense; Work Product | Communications regarding and reflecting legal advice regarding customer complaints |
| SDC_Franchi_Priv_0021266 | | | | Email | 11/23/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | | | | Re: Connecting Susan and Phil.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding preparation for SDC's Initial Public Offering |
| SDC_Franchi_Priv_0021997 | | | | Edoc | 5/1/2019 | | | | | Draft Agreement-.docx | Common Interest | Document containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0021998 | | | | Edoc | 5/1/2019 | | | | | Common Interest Agreement .docx | Common Interest | Document containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0025896 | | | | Email | 10/1/2019 | Rammelt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F2A488E37E6 4E2A831B56CF6ED3F18D-SUSAN GREEN] | Goldschmidt, David J[David.Goldschmidt@skadden.com] | Chase Fisher[Chase.Fisher@smiledirectclub.com] | | FW: SmileDirectClub Securities Class Action Litigation.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0025919 | | | | Email | 10/2/2019 | Goldschmidt, David J[David.Goldschmidt@skadden.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Chase Fisher[chase.fisher@smiledirectclub.com] | | Re: SmileDirectClub Securities Class Action Litigation.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0025967 | | | | Email | 10/3/2019 | JGekas@foley.com[JGekas@foley.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Melissa Smith[melissa.smith@smiledirectclub.com] | KCaifa@foley.com[KCaifa@foley.com]; EConnolly@foley.com[EConnolly@foley.com]; smunoz@foley.com[smunoz@foley.com] | | RE: URGENT: Proposed Email Outlining terms to CC Lab's Counsel.msg | Common Interest | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0026251 | | | | Email | 10/11/2019 | Wendy Mitchell[wendv@wendvmitchellconsulting.com] | Carrie Moore[carrie.moore@smiledirectclub.com] | Peter Horkan[Peter.Horkan@smiledirectclub.com]; Julie Rauto[julie@capresults.net]; Kim Atkinson[kim.atkinson@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Robert Baratta[robert@capresults.net] | | Re: To Review: Statements (3) on CAL AB1519.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding lobbying efforts |
| SDC_Franchi_Priv_0026921 | | | | Email_Attachment | | | | | | [Redacted] | Attorney - Client Communication; Joint Defense | Document provided by counsel for the purpose of providing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0026923 | | | | Email_Attachment | | | | | | [Redacted] | Attorney - Client Communication; Joint Defense | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0028385 | | | | Email | 11/26/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | [Redacted] | | | Re: ATTY-Client: New ADA News.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0029237 | | | | Email | 12/30/2019 | Brandon Epperson[brandon.epperson@smiledirectclub.com] | Kyle Wailes[kyle.wailes@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Sydney Stars[sydney.stars@smiledirectclub.com] | | Re: D&O Insurance.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding internal policies or procedures |
| SDC_Franchi_Priv_0029827 | | | | Email | 12/24/2019 | Kyle Wailes[kyle.wailes@smiledirectclub.com] | Sydney Stars[sydney.stars@smiledirectclub.com] | | | RE: New Delaware derivative complaint.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding customer complaints |
| SDC_Franchi_Priv_0029878 | | | | Email | 1/10/2020 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | John Sheldon[john.sheldon@smiledirectclub.com]; Kyle Wailes[kyle.wailes@smiledirectclub.com]; Alex Fenkell[afenkell@smiledirectclub.com]; Steve Cicurel[CVG](scicurel@Camelotvg.com] | DL_CVG[cvg@smiledirectclub.com]; Kim Atkinson[kim.atkinson@smiledirectclub.com]; Alison Sternberg[alison.sternberg@smiledirectclub.com] | | [Redacted] | Attorney - Client Communication; Common Interest; Work Product | |
| SDC_Franchi_Priv_0029880 | | | | Email | 1/10/2020 | Rammelt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F2A488E37E6 4E2A831B56CF6ED3F18D-SUSAN GREEN] | John Sheldon[john.sheldon@smiledirectclub.com]; Kyle Wailes[kyle.wailes@smiledirectclub.com]; Alex Fenkell[afenkell@smiledirectclub.com]; Steve Cicurel[CVG](scicurel@Camelotvg.com] | DL_CVG[cvg@smiledirectclub.com]; Kim Atkinson[kim.atkinson@smiledirectclub.com]; Alison Sternberg[Alison.Sternberg@smiledirectclub.com] | | RE: NJDA Victory!!!!!!.msg | Attorney - Client Communication; Common Interest; Work Product | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0029884 | | | | Email | 1/10/2020 | David Katzman[dkatzman@camelotvg.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; John Sheldon[john.sheldon@smiledirectclub.com]; Kyle Wailes[kyle.wailes@smiledirectclub.com]; Alex Fenkell[afenkell@smiledirectclub.com]; Steve Cicurel[CVG](scicurel@Camelotvg.com] | DL_CVG[cvg@smiledirectclub.com]; Kim Atkinson[kim.atkinson@smiledirectclub.com]; Alison Sternberg[alison.sternberg@smiledirectclub.com] | | [Redacted] | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0031167 | | | | Email | 1/21/2020 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Liz Brady DiTrapano[Liz.DiTrapano@icrinc.com] | Kim Atkinson[kim.atkinson@smiledirectclub.com]; Kate Ottavio Kent[Kate.OttavioKent@icrinc.com]; SmileDirectClubPR[SmileDirectClubPR@icrinc.com] | | RE: NY Times.msg | Attorney - Client Communication; Common Interest | Communications seeking legal advice regarding media statements |
| SDC_Franchi_Priv_0032185 | | | | Email | 1/30/2020 | Corrine Glass[CGlass@rseventures.com] | Nye, Jackson[Jackson.Nye@skadden.com]; Mehgan Peetz[mpeetz@smiledirectclub.com]; Melissa Smith[melissa.smith@smiledirectclub.com]; David A. Rammelt[drammelt@beneschlaw.com] | Nick Pyett[CVG](npyett@camelotvg.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | | Re: Denis Warrant - Exercise (SmileDirect).msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding preparation for SDC's Initial Public Offering |
| SDC_Franchi_Priv_0032582 | | | | Email | 2/3/2020 | Elizabeth Gorser[EGorser@wplc.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Chase Fisher[chase.fisher@smiledirectclub.com]; Melissa Smith[melissa.smith@smiledirectclub.com]; David A. Rammelt[drammelt@beneschlaw.com]; Meuti, Michael[MMeuti@beneschlaw.com] | John Jacobson[JJacobson@wplc.com]; Steve Riley[SRiley@wplc.com] | | Cicio (MDTN): filed Reply briefs.msg | Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0033339 | | | | Email | 2/11/2020 | Jeffrey Sulitzer[jeff.sulitzer@smiledirectclub.com] | [Redacted] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | | Re: ATTY-Client Work Product: Dental Law Massachusetts.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding claims and litigation |

| Bates/Priv ID | Control # | Control # 2 | Type | Date | From | To | CC | BCC | Subject/Filename | Privilege Basis | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SDC_Franchi_Priv_0035083 | | | Email | 2/19/2020 | Kate Ottavio Kent[Kate.OttavioKent@icrinc.com] | Kim Atkinson[kim.atkinson@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; John Sheldon[john.sheldon@smiledirectclub.com]; Liz Brady DiTrapano[Liz.DiTrapano@icrinc.com]; Tom_Becker@sitrick.com[Tom_Becker@sitrick.com] | Connolly, J. Erik[econnolly@beneschlaw.com]; Rammelt, David[DRammelt@beneschlaw.com] | | RE: SmileDirectClub.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding media statements |
| SDC_Franchi_Priv_0035225 | | | Email | 2/19/2020 | Susan Greenspon[Susan.Greenspon@smiledirectclub.com] | Liz Brady DiTrapano[Liz.DiTrapano@icrinc.com]; Rammelt, David[DRammelt@beneschlaw.com]; Kim Atkinson[kim.atkinson@smiledirectclub.com]; Connolly, J. Erik[econnolly@beneschlaw.com]; Chase Fisher[chase.fisher@smiledirectclub.com] | SmileDirectClubPR[SmileDirectClubPR@icrinc.com]; Thomas Becker - Sitrick and Co., Inc. [Tom_Becker@sitrick.com][Tom_Becker@sitrick.com] | | RE: Draft Reuters News response.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding media statements |
| SDC_Franchi_Priv_0035244 | | | Email | 2/19/2020 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Liz Brady DiTrapano[Liz.DiTrapano@icrinc.com]; Rammelt, David[DRammelt@beneschlaw.com]; Kim Atkinson[kim.atkinson@smiledirectclub.com]; Connolly, J. Erik[econnolly@beneschlaw.com]; Chase Fisher[chase.fisher@smiledirectclub.com] | SmileDirectClubPR[SmileDirectClubPR@icrinc.com]; Thomas Becker - Sitrick and Co., Inc. [Tom_Becker@sitrick.com][Tom_Becker@sitrick.com] | | RE: Draft Reuters News response.msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding media statements |
| SDC_Franchi_Priv_0036440 | | | Email | 2/27/2020 | Rammelt[Susan.Greenspon@smiledirectclub.com] | Carl Bartsch[carl.bartsch@smiledirectclub.com]; Philip Harrison[philip.harrison@smiledirectclub.com]; Kyle Wailes[kyle.wailes@smiledirectclub.com] | | | Fwd: Consent to share information.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding internal policies or procedures |
| SDC_Franchi_Priv_0038828 | | | Email | 3/11/2020 | Kim Atkinson[kim.atkinson@smiledirectclub.com] | Jeffrey Sulitzer[jeff.sulitzer@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Tom Becker[Tom_Becker@sitrick.com]; Connolly, J. Erik[econnolly@beneschlaw.com]; Chase Fisher[chase.fisher@smiledirectclub.com]; Rammelt, David[DRammelt@beneschlaw.com]; Bloom, Michael[MBloom@beneschlaw.com]; Kate Ottavio Kent[Kate.OttavioKent@icrinc.com] | | | Re: SDC Only: CBC Response.msg | Common Interest | Communications containing legal advice regarding media statements |
| SDC_Franchi_Priv_0040335 | | | Email | 3/26/2020 | SPoll[klaessy@foley.com]SPoll[klaessy@foley.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Chase Fisher[chase.fisher@smiledirectclub.com] | jdasso@foley.com[jdasso@foley.com]; LLoew@foley.com[LLoew@foley.com]; HAltabef@foley.com[HAltabef@foley.com] | | SC v. Bremer: Bremer's Document Production.msg | Attorney - Client Communication; Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0040927 | | | Email | 4/2/2020 | Susan Greenspon Rammelt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4F2A488E37E6 4E2A831B56CF6ED3F18D-SUSAN GREEN] | Marc Ackerman[admin@americanteledentistry.org]; Chase Fisher[Chase.Fisher@smiledirectclub.com]; Peter Horkan[Peter.Horkan@smiledirectclub.com] | | | RE: Texas.msg | Common Interest | Communications regarding and reflecting legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0045490 | | | Email | 5/22/2020 | Becky Warner[becky@elevatepublicaffairs.com] | Kim Atkinson[kim.atkinson@smiledirectclub.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Tom Becker[Tom_Becker@sitrick.com]; Kate Ottavio Kent[Kate.OttavioKent@icrinc.com]; Anton Nicholas[Anton.Nicholas@icrinc.com]; J. Erik Connolly[econnolly@beneschlaw.com]; Nicole Wrigley[NWrigley@beneschlaw.com]; Michael Bloom[MBloom@beneschlaw.com]; David Rammelt[drammelt@beneschlaw.com]; Chase Fisher[chase.fisher@smiledirectclub.com]; Rich Wilner[rwilner@sitrick.com]; Nicole Swartz[nswartz@sitrick.com] | | Re: MarketWatch inquiry re: California.msg | Attorney - Client Communication; Common Interest | Communications seeking legal advice regarding media statements |
| SDC_Franchi_Priv_0047803 | | | Email | 6/12/2020 | Susan Greenspon Rammelt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4F2A488E37E6 4E2A831B56CF6ED3F18D-SUSAN GREEN] | Finzi, Roberto[rfinzi@paulweiss.com]; Chase Fisher[Chase.Fisher@smiledirectclub.com]; Borner, Meredith L[mborner@paulweiss.com] | | | [Redacted] | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0047804 | | | Email | 6/12/2020 | Finzi, Roberto[rfinzi@paulweiss.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Chase Fisher[chase.fisher@smiledirectclub.com]; Borner, Meredith L[mborner@paulweiss.com] | | | [Redacted] | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0048020 | | | Email_Attachment | 6/17/2020 | | | | | CommonInterestAgreement.pdf | Attorney - Client Communication; Common Interest | Document provided by counsel for the purpose of providing legal advice regarding internal policies or procedures |
| SDC_Franchi_Priv_0050307 | | | Email | 2/27/2020 | Carl Bartsch[carl.bartsch@smiledirectclub.com] | Philip Harrison[philip.harrison@smiledirectclub.com] | | | [Redacted] | Common Interest; Work Product | Communications seeking legal advice regarding internal policies or procedures |
| SDC_Franchi_Priv_0055887 | | | Email | 4/24/2020 | Mehgan Peetz[mehgan.peetz@smiledirectclub.com] | Toppan Merrill Service Central[central@toppanmerrill.com]; Eric Greer[eric.greer@smiledirectclub.com]; Johnston, Eric[ericjohnston@toppanmerrill.com]; Scheibelein, Peter[Peter.Scheibelein@broadridge.com]; Alison Sternberg[alison.sternberg@smiledirectclub.com]; Calderon, Zoila x5803[Zoila.Calderon@broadridge.com] | Mulvey, Grant[grantmulvey@toppanmerrill.com]; Eric Greer[eric.greer@smiledirectclub.com]; Johnston, Eric[ericjohnston@toppanmerrill.com]; Scheibelein, Peter[Peter.Scheibelein@broadridge.com]; Alison Sternberg[alison.sternberg@smiledirectclub.com]; Calderon, Zoila x5803[Zoila.Calderon@broadridge.com] | | RE: [Ext] RE: [External] Re: SmileDirect Club DEF 14A XPP (20-15875-1).msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding draft filings with the Securities & Exchange Commission |
| SDC_Franchi_Priv_0055898 | | | Email | 5/2/2020 | Mehgan Peetz[mehgan.peetz@smiledirectclub.com] | Customer Service[cs@broadridge.com]; Nye, Jackson[Jackson.Nye@skadden.com]; Murphy, Sonya x5632[Sonya.Murphy@broadridge.com] | Eric Greer[eric.greer@smiledirectclub.com]; Scheibelein, Peter[Peter.Scheibelein@broadridge.com]; Alison Sternberg[alison.sternberg@smiledirectclub.com]; Calderon, Zoila x5803[Zoila.Calderon@broadridge.com]; Gribulis, Michelle x5757[Michelle.Gribulis@broadridge.com] | | Re: NC10007884 SmileDirect Club 10K Ebookproof.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding draft filings with the Securities & Exchange Commission |
| SDC_Franchi_Priv_0056121 | | | Email | 1/20/2020 | Alex Fenkell[afenkell@smiledirectclub.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | | | Fwd: language on shareholder lawsuits.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0058940 | | | Email | 1/3/2020 | Chase Fisher[chase.fisher@smiledirectclub.com] | DL_CR.ROM Mail[cr_rcmmail@smiledirectclub.com] | Sarah Morgenstern[sarah.morgenstern@smiledirectclub.com] | | FW: Notice of Service of Process - Transmittal Number: 2091943.msg | Common Interest | Communications containing legal advice regarding internal policies or procedures |
| SDC_Franchi_Priv_0059365 | | | Email_Attachment | 12/14/2019 | | | | | BUSINESS ASSOC REPORT OF FACTS.pdf | Attorney - Client Communication; Common Interest; Work Product | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0059549 | | | Email | 3/16/2020 | Tiffany Mexican[tiffany.mexican@smiledirectclub.com] | Marian Blakely[marian.blakely@smiledirectclub.com] | | | FW: New License: MA.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0059550 | | | Email | 3/16/2020 | Marian Blakely[marian.blakely@smiledirectclub.com] | Tiffany Mexican[tiffany.mexican@smiledirectclub.com] | | | Re: New License: MA.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0059551 | | | Email | 3/16/2020 | Marian Blakely[marian.blakely@smiledirectclub.com] | Tiffany Mexican[tiffany.mexican@smiledirectclub.com] | | | Re: New License: MA.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0064739 | | | Email | 5/18/2020 | Susan Greenspon Rammelt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4F2A488E37E6 4E2A831B56CF6ED3F18D-SUSAN GREEN] | Alex Fenkell[afenkell@smiledirectclub.com]; DL_CVG[cvg@smiledirectclub.com] | | | RE: CAB Member who Received Threats Fwd: Thank you!.msg | Attorney - Client Communication; Common Interest | Communications seeking legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0065031 | | | Email | 6/10/2020 | Secco, Nick[NSecco@beneschlaw.com] | Rammelt, David[DRammelt@beneschlaw.com]; Meluney, Sean[SMeluney@beneschlaw.com]; Chase Fisher[chase.fisher@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Barrie, Michael[mbarrie@beneschlaw.com]; Meuti, Michael[MMeuti@beneschlaw.com]; Norris, Mark[MNorris@beneschlaw.com] | | RE: Sollinger v. SmileDirect - Appeal.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0065032 | | | Email | 6/10/2020 | Rammelt, David[DRammelt@beneschlaw.com] | Secco, Nick[NSecco@beneschlaw.com]; Meluney, Sean[SMeluney@beneschlaw.com]; Chase Fisher[chase.fisher@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Barrie, Michael[mbarrie@beneschlaw.com]; Meuti, Michael[MMeuti@beneschlaw.com]; Norris, Mark[MNorris@beneschlaw.com] | | RE: Sollinger v. SmileDirect - Appeal.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0065672 | | | Email | 5/16/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.onmicrosoft.com] | Raechelle Laughlin[Raechelle.Laughlin@smiledirectclub.com]; David.Katzman[CVG]@katzman@camelotvg.com]; Amy Keith[Amy.Keith@smiledirectclub.com]; Alex Fenkell[afenkell@smiledirectclub.com]; Russ Stewart[Russ.Stewart@smiledirectclub.com] | Doug Inconvati[Doug.Inconvati@smiledirectclub.com]; Jordan Katzman[hughes@smiledirectclub.com]; Steve Katzman[CVG]katzman@Camelotvg.com]; Dan Murphy[Dan.Murphy@smiledirectclub.com] | | [Redacted] | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding regulatory compliance |
| SDC_Franchi_Priv_0065737 | | | Email | 3/27/2020 | Alex Fenkell[afenkell@smiledirectclub.com] | Peter Horkan[Peter.Horkan@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Robert Baratta[robert@capresults.net]; Julie Radio[Julie@capresults.net] | DL_CVG[cvg@smiledirectclub.com] | | SDC / Idaho supplies mention in article .msg | Common Interest | Communications seeking legal advice regarding lobbying efforts |
| SDC_Franchi_Priv_0067114 | | | Email | 6/12/2020 | Eisen, Mark[MEisen@beneschlaw.com] | John Sheldon[john.sheldon@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Chase Fisher[chase.fisher@smiledirectclub.com]; Justin Skinner[justin.skinner@smiledirectclub.com] | Almeida, David[DAlmeida@beneschlaw.com] | | [Redacted] | Attorney - Client Communication; Common Interest; Work Product | Communications containing legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0068885 | | | Email | 1/18/2019 | Chris Krako[chris.krako@NFP.com] | Raechelle Laughlin[Raechelle.Laughlin@smiledirectclub.com] | Chase Fisher[Chase.Fisher@smiledirectclub.com]; Nick Pyett[npyett@camelotvg.com] | | RE: SmileDirectClub - Claim Notices.msg | Common Interest; Work Product | Communications seeking legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0068980 | | | Email | 2/15/2019 | Chris Krako[chris.krako@NFP.com] | 'Chase Fisher'[Chase.Fisher@smiledirectclub.com]; Matthew Plotkin[matthew.plotkin@NFP.com] | Raechelle Laughlin[Raechelle.Laughlin@smiledirectclub.com]; Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com]; Nick Pyett[npyett@camelotvg.com] | | [Redacted] | Common Interest; Work Product | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0069097 | | | Email | 3/7/2019 | Yaffe, Joseph M[Joseph.Yaffe@skadden.com] | Nick Pyett[npyett@camelotvg.com] | | | FW:.msg | Attorney - Client Communication; Common Interest | Communications containing legal advice regarding preparation for SDC's Initial Public Offering |
| SDC_Franchi_Priv_0069278 | | | Email | 4/12/2019 | Chase Fisher[Chase.Fisher@smiledirectclub.com] | Elena Carbone[elena.carbone@NFP.com] | Nick Pyett[npyett@camelotvg.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Raechelle Laughlin[Raechelle.Laughlin@smiledirectclub.com] | | [Redacted] | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding claims and litigation |
| SDC_Franchi_Priv_0071748 | | | Email | 1/30/2020 | Corrine Glass[CGlass@rseventures.com] | Nye, Jackson[Jackson.Nye@skadden.com] | Mehgan Peetz[mehgan.peetz@smiledirectclub.com]; Nick Pyett[npyett@camelotvg.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | | RE: Derris Warrant - Exercise (SmileDirect).msg | Attorney - Client Communication; Common Interest | Communications regarding and reflecting legal advice regarding preparation for SDC's Initial Public Offering |
| SDC_Priv_Log_0000756 | SMDC001001e00003925 0039251 | SMDC0001e00003925 2 | Document | 3/26/2018 | | | | | [Redacted] | Attorney - Client Communication & Joint Defense | Document provided by counsel for the purpose of providing legal advice regarding regulatory investigations |
| SDC_Priv_Log_0000757 | SMDC001001e00003925 0039253 | SMDC0001e00003925 4 | Email | 3/26/2018 | Hoard, Zachary[ZHoard@dykema.com] | Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com] | | | FW: Comments to Oregon Dental Board.msg | Attorney - Client Communication & Joint Defense | Communications regarding and reflecting legal advice regarding regulatory investigations |
| SDC_Priv_Log_0000758 | SMDC001001e00003925 0039253 | SMDC0001e00003925 4 | Document | 3/26/2018 | | | | | [Redacted] | Attorney - Client Communication & Joint Defense | Document provided by counsel for the purpose of providing legal advice regarding regulatory investigations |
| SDC_Priv_Log_0001007 | SMDC001001e00004172 0041724 | SMDC0001e00004172 5 | Email | 5/16/2019 | Hoard, Zachary[ZHoard@dykema.com] | [Redacted] | Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com] | | Alabama Board Response.msg | Attorney - Client Communication & Work Product & Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Priv_Log_0001008 | SMDC001001e00004172 0041724 | SMDC0001e00004172 5 | Document | 5/16/2019 | | | | | [Redacted] | Attorney - Client Communication & Work Product & Joint Defense | Document provided by counsel for the purpose of providing legal advice regarding claims and litigation |
| SDC_Priv_Log_0002789 | SMDC001001e00011619 0116193 | SMDC0001e00011619 9 | Email | 12/20/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Hoard, Zachary[ZHoard@dykema.com]; Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com] | Colao, Brian[BColao@dykema.com] | | RE: Florida Complaint.msg | Attorney - Client Communication & Work Product & Joint Defense | Communications containing legal advice regarding regulatory investigations |
| SDC_Priv_Log_0002798 | SMDC001001e00011650 0116502 | SMDC0001e00011650 4 | Email | 1/3/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Hoard, Zachary[ZHoard@dykema.com]; Jeffrey Sulitzer, DMD[Jeff.Sulitzer@smiledirectclub.com] | Colao, Brian[BColao@dykema.com]; Chase Fisher[Chase.Fisher@smiledirectclub.com] | | RE: Florida Complaint.msg | Attorney - Client Communication & Work Product & Joint Defense | Communications containing legal advice regarding regulatory investigations |
| SDC_Priv_Log_0004871 | SMDC001001e00012535 0125392 | SMDC0001e00012536 1 | Email | 9/20/2019 | Chase Fisher[chase.fisher@smiledirectclub.com] | Harmon, Kate[KHarmon@beneschlaw.com]; Barrie, Michael[mbarrie@Beneschlaw.com]; Meluney, Sean[SMeluney@beneschlaw.com] | 'David A. Rammelt'[drammelt@beneschlaw.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Secco, Nick[NSecco@beneschlaw.com] | | FW: C63c70fd75ddea - Summary Needed.msg | Attorney - Client Communication & Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Priv_Log_0006317 | SMDC001001e00032311 0323116 | SMDC0001e00032311 6 | Email | 11/29/2018 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Marc Ackerman[marcbernard.ackerman@gmail.com]; Alex Fenkell[afenkell@smiledirectclub.com]; Steve Katzman[steve.katzman@smiledirectclub.com]; David Katzman[david.katzman@smiledirectclub.com] | | | RE: Email from the AAO just now.msg | Attorney - Client Communication & Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Priv_Log_0007994 | SMDC001001e00038347 0383474 | SMDC0001e00038347 4 | Document | 4/19/2019 | Susan Greenspon Rammelt | | | | SmileDirect - FS 12.31.18 - v6.0.docx | Attorney - Client Communication & Joint Defense | Document provided to counsel for the purpose of obtaining legal advice regarding preparation for SDC's Initial Public Offering |
| SDC_Priv_Log_0008131 | SMDC001001e00038494 0384945 | SMDC0001e00038494 6 | Document | 4/30/2019 | | | | | Draft Agreement.docx | Attorney - Client Communication & Joint Defense | Document regarding and reflecting legal advice regarding claims and litigation |
| SDC_Priv_Log_0008151 | SMDC001001e00038520 0385206 | SMDC0001e00038520 6 | Email | 5/1/2019 | Marc Ackerman[marcbernard.ackerman@gmail.com] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | | | Re: Common Interest Agreement.msg | Attorney - Client Communication & Work Product & Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Priv_Log_0008152 | SMDC001001e00038520 0385206 | SMDC0001e00038520 7 | PDF | 5/1/2019 | | | | | CommonInterestAgreement.PDF | Attorney - Client Communication & Work Product & Joint Defense | Document regarding and reflecting legal advice regarding claims and litigation |
| SDC_Priv_Log_0008153 | SMDC001001e00038521 0385214 | SMDC0001e00038521 5 | Email | 5/1/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Marc Ackerman[marcbernard.ackerman@gmail.com]; Alex Fenkell[afenkell@smiledirectclub.com]; Steve Katzman[CVG]katzman@Camelotvg.com] | Alex Fenkell[afenkell@smiledirectclub.com]; Steve Katzman[CVG]katzman@Camelotvg.com] | | RE: Common Interest Agreement.msg | Attorney - Client Communication & Work Product & Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Priv_Log_0008154 | SMDC001001e00038521 0385214 | SMDC0001e00038521 5 | PDF | 5/1/2019 | | | | | CommonInterestAgreement.PDF | Attorney - Client Communication & Work Product & Joint Defense | Document regarding and reflecting legal advice regarding claims and litigation |
| SDC_Priv_Log_0008615 | SMDC001001e00038982 0389828 | SMDC0001e00038982 9 | Email | 6/5/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.onmicrosoft.com] | Chase Fisher[Chase.Fisher@smiledirectclub.com] | | | FW: AAO Summary of Efforts.msg | Attorney - Client Communication & Joint Defense | Communications seeking legal advice regarding claims and litigation |
| SDC_Priv_Log_0008616 | SMDC001001e00038982 0389828 | SMDC0001e00038982 9 | PDF | 6/5/2019 | | | | | DTC Advocacy_AAO.pdf | Attorney - Client Communication & Joint Defense | Document provided to counsel for the purpose of obtaining legal advice regarding claims and litigation |
| SDC_Priv_Log_0008620 | SMDC001001e00038984 0389843 | SMDC0001e00038984 5 | Email | 6/5/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.onmicrosoft.com] | Marc Ackerman[marcbernard.ackerman@gmail.com]; Chase Fisher[Chase.Fisher@smiledirectclub.com]; Taya Mashburn[Taya.Mashburn@smiledirectclub.com] | Chase Fisher[Chase.Fisher@smiledirectclub.com]; Taya Mashburn[Taya.Mashburn@smiledirectclub.com] | | RE: AAO Summary of Efforts.msg | Attorney - Client Communication & Joint Defense | Communications containing legal advice regarding claims and litigation |
| SDC_Priv_Log_0009044 | SMDC001001e00039450 0394509 | SMDC0001e00039451 2 | Email | 7/1/2019 | [Redacted] | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Chase Fisher[Chase.Fisher@smiledirectclub.com]; O'Neal, Stuart T.[soneal@burnswhite.com] | O'Neal, Stuart T.[soneal@burnswhite.com] | | [Redacted] | Attorney - Client Communication & Joint Defense | Communications containing legal advice regarding regulatory investigations |
| SDC_Priv_Log_0009046 | SMDC001001e00039451 0394509 | SMDC0001e00039451 2 | PDF | 7/1/2019 | | | | | b. young ma dentistry regis re investigative conf on smile direct club.pdf | Work Product & Joint Defense | Document provided to counsel for the purpose of obtaining legal advice regarding regulatory investigations |
| SDC_Priv_Log_0009908 | SMDC001001e00040242 0402423 | SMDC0001e00040242 7 | Email | 8/8/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Nick Pyett[CVG][npyett@camelotvg.com] | | | RE: Next steps.msg | Attorney - Client Communication & Joint Defense | Communications regarding and reflecting legal advice regarding preparation for SDC's Initial Public Offering |
| SDC_Priv_Log_0011348 | SMDC001001e00040950 0409504 | SMDC0001e00040950 5 | Email | 9/9/2019 | Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com] | Bradish, Kathleen W.[kbradish@cgsh.com]; Bermann, Grant A.[gbermann@cgsh.com]; Segal, William[wsegal@cgsh.com]; Chase Fisher[chase.fisher@smiledirectclub.com] | Chase Fisher[chase.fisher@smiledirectclub.com] | | FW: atty client work product.msg | Attorney - Client Communication & Joint Defense | Communications containing legal advice regarding customer complaints |
| SDC_Priv_Log_0011349 | SMDC001001e00040950 0409504 | SMDC0001e00040950 5 | PDF | 9/9/2019 | | | | | SmileDirectClub Surpasses 1,000 "Customer Complaints" on Better Business Bureau's Website - AAO.pdf | Attorney - Client Communication & Joint Defense | Document provided to counsel for the purpose of obtaining legal advice regarding customer complaints |
| SDC_Priv_Log_0013281 | SMDC001001e00043539 0435391 | SMDC0001e00043539 1 | Email | 11/21/2019 | | Marc Ackerman[marcbernard.ackerman@gmail.com]; Alex Fenkell[afenkell@smiledirectclub.com]; Adam, Fred[Fred.Adam@wilmerhale.com] | Adam, Fred[Fred.Adam@wilmerhale.com] | | RE: ATTY Client Work PRODUCT: Ackerman Narrative.msg | Attorney - Client Communication & Joint Defense | Document regarding and reflecting legal advice regarding media statements |

| SDC_Priv_Log | SMDC Begin | SMDC End | Type | Date | From | To | CC | Subject | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| SDC_Priv_Log_0013282 | SMDC0001e00043539 3 | SMDC0001e00043539 3 | Email | 11/21/2019 | Susan Greenspon Rammelt[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4F2A488E37E6 4E2A831B56CF8ED3F18D-SUSAN GREEN] | Marc Ackerman[marcbernard.ackerman@gmail.com]; Alex Fenkell[afenkell@smiledirectclub.com] Adam, Fred[Fred.Adam@wilmerhale.com] | Adam, Fred[Fred.Adam@wilmerhale.com] | RE: ATTY Client Work PRODUCT: Ackerman Narrative.msg | Attorney - Client Communication & Joint Defense | Document regarding and reflecting legal advice regarding media statements |
| SDC_Priv_Log_0018948 | SMDC0001e00128002 7 | SMDC0001e00128002 9 | Email | 4/25/2019 | Reneau, Rebekah D[Rebekah.Reneau@skadden.com] | Kyle Wailes[Kyle.Wailes@smiledirectclub.com]; Philip Harrison[philip.harrison@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Derek Doyle[derek.doyle@smiledirectclub.com]; 'christopher.t.grose@jpmorgan.com' (christopher.t.grose@jpmorgan.com)'[christopher.t.grose@jpmorgan.com]; 'Dalal, Neil G'[neil.g.dalal@jpmorgan.com]; 'Khandelwal, Anshita'[anshita.khandelwal@jpmorgan.com]; 'Dhami, Chirag (chirag.dhami@jpmorgan.com)'[chirag.dhami@jpmorgan.com]; 'Chen, Michelle M (michelle.m.chen@jpmorgan.com)'[michelle.m.chen@jpmorgan.com]; 'tommy.rueger@jpmorgan.com'[tommy.rueger@jpmorgan.com]; 'gregor.c.feige@jpmorgan.com'[gregor.c.feige@jpmorgan.com]; 'avery.burns@jpmorgan.com'[avery.burns@jpmorgan.com]; 'miya.m.swofford@jpmorgan.com'[miya.m.swofford@jpmorgan.com]; 'lori.e.arz@jpmorgan.com'[lori.e.arz@jpmorgan.com]; 'MARC.JAFFE@lw.com'[MARC.JAFFE@lw.com]; 'Stelios.Saffos@lw.com' (Stelios.Saffos@lw.com)'[Stelios.Saffos@lw.com]; 'Drew.Valentine@lw.com'[Drew.Valentine@lw.com]; 'Brian.Yoon@lw.com'[Brian.Yoon@lw.com]; 'kimberly.holleman@ey.com'[kimberly.holleman@ey.com] | Goldschmidt, David J[David.Goldschmidt@skadden.com]; Post, Debra A[Debra.Post@skadden.com]; Nye, Jackson[Jackson.Nye@skadden.com]; Duwe, Brian W[Brian.Duwe@skadden.com]; Witzel, Jr., Richard C[Richard.Witzel@skadden.com]; Polster, David[David.Polster@skadden.com]; Rizzo, Sarah Beth[SarahBeth.Rizzo@skadden.com]; Johnson, Vanessa M[Vanessa.Johnson@skadden.com]; Yaffe, Joseph M[Joseph.Yaffe@skadden.com]; Frazier, Jameson G[Jameson.Frazier@skadden.com]; Bragg, Jennifer L[Jennifer.Bragg@skadden.com]; Grimm, Nicole L[Nicole.Grimm@skadden.com] | RE: Project Pegasus - Revised S-1.msg | Joint Defense | Communications containing legal advice regarding drafting or review of S-1 financials |
| SDC_Priv_Log_0018951 | SMDC0001e00128003 8 | SMDC0001e00128004 0 | Email | 4/27/2019 | Reneau, Rebekah D[Rebekah.Reneau@skadden.com] | Kyle Wailes[Kyle.Wailes@smiledirectclub.com]; Philip Harrison[philip.harrison@smiledirectclub.com]; Susan Greenspon Rammelt[Susan.Greenspon@smiledirectclub.com]; Derek Doyle[derek.doyle@smiledirectclub.com]; 'christopher.t.grose@jpmorgan.com' (christopher.t.grose@jpmorgan.com)'[christopher.t.grose@jpmorgan.com]; 'Dalal, Neil G'[neil.g.dalal@jpmorgan.com]; 'Khandelwal, Anshita'[anshita.khandelwal@jpmorgan.com]; 'Dhami, Chirag (chirag.dhami@jpmorgan.com)'[chirag.dhami@jpmorgan.com]; 'Chen, Michelle M (michelle.m.chen@jpmorgan.com)'[michelle.m.chen@jpmorgan.com]; 'tommy.rueger@jpmorgan.com'[tommy.rueger@jpmorgan.com]; 'gregor.c.feige@jpmorgan.com'[gregor.c.feige@jpmorgan.com]; 'avery.burns@jpmorgan.com'[avery.burns@jpmorgan.com]; 'miya.m.swofford@jpmorgan.com'[miya.m.swofford@jpmorgan.com]; 'lori.e.arz@jpmorgan.com'[lori.e.arz@jpmorgan.com]; 'MARC.JAFFE@lw.com'[MARC.JAFFE@lw.com]; 'Stelios.Saffos@lw.com' (Stelios.Saffos@lw.com)'[Stelios.Saffos@lw.com]; 'Drew.Valentine@lw.com'[Drew.Valentine@lw.com]; Milo.LeDoux@lw.com[Milo.LeDoux@lw.com]; 'kimberly.holleman@ey.com'[kimberly.holleman@ey.com] | Goldschmidt, David J[David.Goldschmidt@skadden.com]; Post, Debra A[Debra.Post@skadden.com]; Nye, Jackson[Jackson.Nye@skadden.com]; Duwe, Brian W[Brian.Duwe@skadden.com]; Witzel, Jr., Richard C[Richard.Witzel@skadden.com]; Polster, David[David.Polster@skadden.com]; Rizzo, Sarah Beth[SarahBeth.Rizzo@skadden.com]; Johnson, Vanessa M[Vanessa.Johnson@skadden.com]; Yaffe, Joseph M[Joseph.Yaffe@skadden.com]; Frazier, Jameson G[Jameson.Frazier@skadden.com]; Bragg, Jennifer L[Jennifer.Bragg@skadden.com]; Grimm, Nicole L[Nicole.Grimm@skadden.com] | RE: Project Pegasus - Revised S-1.msg | Joint Defense | Communications containing legal advice regarding drafting or review of S-1 financials |