I UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:19-cv-00962 **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Eli J. Richardson Magistrate Judge Jeffery S. Frensley |
| SMILEDIRECTCLUB, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) ) | |

**DECLARATION OF MICHAEL B. SILVERSTEIN IN SUPPORT OF INDIVIDUAL DEFENDANTS MOTION FOR REVIEW OF NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE AND EMERGENCY MOTION TO STAY**

I, Michael B. Silverstein, declare that the following is true to the best of my knowledge, information, and belief:

1.      I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, litigation counsel for Defendants David Katzman, Steven Katzman, Kyle Wailes, Richard Schnall, Susan Greenspon Rammelt, and Camelot Venture Group (together with Defendants Alex Fenkell and Jordan Katzman, the "Individual Defendants") in the above-captioned case.  I am familiar with the facts pertinent to the Individual Defendants' *Motion for Review of Nondispositive Order of Magistrate Judge* ("Motion") and *Emergency Motion to Stay Enforcement of Nondispositive Order of Magistrate Judge* ("Emergency Motion").

2.      On April 7, 2025, Magistrate Judge Frensley ordered that by May 6, 2025, either (1) the Individual Defendants must produce all documents in their litigation database ("Database") that hit on targeted search terms and produce a privilege log for any documents they withhold from that production for privilege or privacy reasons, or (2) Plaintiffs may begin reviewing documents

in the Database and later identify the documents they intend to use in this case so that the Individual Defendants may clawback anything that is privileged.

3. The Database contains 2.2 million total documents. Out of those 2.2 million documents, approximately 140,000 were copied from Camelot Venture Group's servers.

4. The Individual Defendants and SDC produced approximately 120,916 documents to the Plaintiffs.

5. Approximately 1.8 million documents in the Database have not been produced. Out of those documents, 1 million have been reviewed by attorneys. Though I previously believed the remaining approximately 770,000 documents were not reviewed for a different reason. The Parties agreed that the Individual Defendants and SDC could use Technology Assisted Review ("TAR") to assist in their document production. In the case of unreviewed documents, most of them contained one or more of the targeted search terms but the TAR algorithm determined they had a low likelihood of being responsive. Accordingly, they have never been reviewed by a human being.

6. Out of the 1.8 million unproduced documents in the Database, approximately 1.7 million hit on targeted search terms.

7. Further, as part of the initial document review and production, the Individual Defendants used a set of search terms designed to identify potentially privileged documents. Out of the 1.7 million documents in the Database that hit on targeted search terms, approximately 962,000 documents also hit on the privilege terms. Of those 962,000 documents, only approximately 379,000 documents come from documents TAR determined had a low likelihood of being responsive.

8.      To avail themselves of the first option in the Order, the Individual Defendants' counsel would have to review those 962,000 documents for privilege.  Based on the Individual Defendants' estimates of the average cost and review pace of contract attorneys, it could cost close to one million dollars and take approximately 19,240 hours to review those documents for privilege.

9.      This estimate does not include hours spent by project managers who manage the contract attorneys, second level review of documents (which are standard in expansive privilege reviews), quality-check reviews by the Individual Defendants' counsel, and the creation of a new privilege log for all documents marked as privileged.  These additional hours would increase the estimated cost for the review.

10.      Attached hereto as **Exhibit A** is a true and correct copy of my December 9, 2024 declaration filed in *In re SmileDirectClub, Inc., et al.*, No. 23-90786 (Bankr. S.D. Tex.).

11.      Attached hereto as **Exhibit B** is a true and correct copy of the Defendants David Katzman, Kyle Wailes, Steven Katzman, Susan Greenspon Rammelt, Richard Schnall, Alexander Fenkell, and Jordan Katzman's Responses and Objections to Plaintiffs' First Requests for Production of Documents, served January 17, 2023.

12.      Attached hereto as **Exhibit C** is a true and correct copy of an email chain between counsel for the Individual Defendants and counsel for Plaintiffs.

13.      Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Emergency Motion for Order Confirming Chapter 7 Trustee Is Authorized And Empowered To Waive The Debtors' Attorney/Client Privileges, filed on November 1, 2024 in *In re SmileDirectClub, Inc., et al.*, No. 23-90786 (Bankr. S.D. Tex.).

14.    Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the December 6, 2024 deposition of Allison D. Byman.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of April, 2025 in New Albany, Ohio.

*/s/ Michael B. Silverstein*
Michael B. Silverstein

## CERTIFICATE OF SERVICE

I certify that, on April 21, 2025 a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Michael B. Silverstein*
Michael B. Silverstein (*pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215
Telephone: 614/223.9300
614/223-9300 (fax)
msilverstein@beneschlaw.com

- 5 -

# Mailing Information for a Case 3:19-cv-00962 Franchi v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Allyson R. Cady**
  acady@beneschlaw.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Andrew Fiorella**
  afiorella@beneschlaw.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,dgibby@rjfirm.com,bmoore@rjfirm.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,trutledge@bakerdonelson.com,lkroll@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Stephen Johnson**
  SJohnson@rgrdlaw.com

- **Lewis S. Kahn**
  Lewis.Kahn@ksfcounsel.com

- **Michael J. Kahn**
  MJKahn@gibsondunn.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Ashley M Kelly**
  akelly@rgrdlaw.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com

- **Brian M. Lutz**
  blutz@gibsondunn.com

- **MICHAEL J MORSE**
  PKNASHLAW@AOL.COM

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **Michael D. Meuti**
  mmeuti@beneschlaw.com,Docket2@Beneschlaw.com,emanzo@beneschlaw.com,rkrueger@beneschlaw.com

- **E. Powell Miller**
  epm@millerlawpc.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Christopher Nelson**
  cln@weiserlawfirm.com

- **Melinda A. Nicholson**
  Melinda.Nicholson@ksfcounsel.com

- **Michael J. Palestina**
  Michael.Palestina@ksfcounsel.com

- **Ira M. Press**
  ipress@kmllp.com

- **David Albert Rammelt**
  drammelt@beneschlaw.com,docket@beneschlaw.com,emanzo@beneschlaw.com

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com

- **Laura Seferian**
  lseferian@beneschlaw.com

- **Michael B. Silverstein**
  msilverstein@beneschlaw.com,Docket2@beneschlaw.com

- **John Tate Spragens**
  john@spragenslaw.com,spragenslaw@ecf.courtdrive.com,dave@spragenslaw.com

- **Jeffrey J. Stein**
  jstein@rgrdlaw.com,JStein@ecf.courtdrive.com,CSavedra@rgrdlaw.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Christopher E. Thorsen**
  cthorsen@bakerdonelson.com,pmontei@bakerdonelson.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)