# EXHIBIT C

| From: | Fiorella, Andrew G. |
|---|---|
| To: | Stowe, Hannah; Max Schwartz; Griffin, Michael C; "Jerry Martin"; "David Garrison"; Deborah Clark-Weintraub; Tom Laughlin |
| Cc: | Musoff, Scott D; Guerriero, Christopher R; "Elizabeth Gonser"; "finna@sullcrom.com"; "longjh@sullcrom.com"; "palmersh@sullcrom.com"; Rammelt, David; Bedell, James; Meuti, Michael; "John Jacobson"; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson; mtlatenchi@scott-scott.com; Silverstein, Michael |
| Subject: | RE: SmileDirectClub - Production Volume 15 |
| Date: | Tuesday, March 21, 2023 12:24:17 PM |
| Attachments: | 2023-03-21 - The SDC Defendants Privilege Log for Volume 15.PDF |
| | 2023-03-21 - The SDC Defendants Privilege Log for Volume 15.XLSX |

All,

Lead Plaintiffs in the Federal Action asked for clarification on certain metadata fields in our productions. I thought we should also make that additional data available to you. Here is a link:

████████████████████████████████████████████████

There may be additional overlays coming in the near future. I will keep you up to date. The password will come separately.

Also attached are the additional privilege log entries for Volume 15.

Thank you,

AF

Andrew G. Fiorella
Co-Chair, Financial Institutions and Securities Litigation
Chair, e-Discovery
Benesch Friedlander Coplan & Aronoff LLP

t: 216.363.4453 | m: 216.280.6449
AFiorella@beneschlaw.com | www.beneschlaw.com
200 Public Square, Suite 2300, Cleveland, OH 44114-2378

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Fiorella, Andrew G. <AFiorella@beneschlaw.com>
**Sent:** Monday, March 20, 2023 11:46 AM
**To:** Stowe, Hannah <HStowe@beneschlaw.com>; Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R <Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com' <finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com' <palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson' <JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>; mtlatenchi@scott-scott.com; Silverstein, Michael <MSilverstein@beneschlaw.com>
**Subject:** SmileDirectClub - Production Volume 15/

All,

Below is a link to Volume 15 of SmileDirect's document production. This production includes the documents for which we had technical problems. Thank you again for the brief extension on the deadline for us to complete

production of these documents.

     Vol:  SDC_CSL_Vol15
     Bates Range:  SDC_CSL_0530842 - SDC_CSL_0531219
     Doc Count:  378
     Download Link:  ███████████████████████████

Consistent with the Protective Order, these documents have been designated as "Confidential," "Attorneys' Eyes Only," or "Outside Counsel Only."

With this production, the SDC Defendants have substantially completed their production. Although no additional productions are anticipated, we reserve the right to correct any production and make additional production as necessary.

The password will be sent separately.

Thanks,

AF



Andrew G. Fiorella
Co-Chair, Financial Institutions and Securities Litigation
Chair, e-Discovery
Benesch Friedlander Coplan & Aronoff LLP

t: 216.363.4453 | m: 216.280.6449
AFiorella@beneschlaw.com | www.beneschlaw.com
200 Public Square, Suite 2300, Cleveland, OH 44114-2378

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Stowe, Hannah <HStowe@beneschlaw.com>
**Sent:** Wednesday, March 15, 2023 9:59 PM
**To:** Fiorella, Andrew G. <AFiorella@beneschlaw.com>; Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R <Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com' <finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com' <palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson' <JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>; mtlatenchi@scott-scott.com; Silverstein, Michael <MSilverstein@beneschlaw.com>
**Subject:** RE: SmileDirectClub - Production Volume 14

The password is: ███████ .



Hannah M. Stowe
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

vCard | t: 312.624.6383 | HStowe@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Stowe, Hannah <HStowe@beneschlaw.com>
**Sent:** Wednesday, March 15, 2023 8:57 PM
**To:** Fiorella, Andrew G. <AFiorella@beneschlaw.com>; Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R <Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com' <finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com' <palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson' <JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>; mtlatenchi@scott-scott.com; Silverstein, Michael <MSilverstein@beneschlaw.com>
**Subject:** RE: SmileDirectClub - Production Volume 14

All,

Below is a link to Volume 14 of SmileDirect's document production. As we have discussed, there will be a supplemental production next week, which will include documents with which we are currently experiencing technical difficulties.

> Vol: SDC_CSL_Vol14
> Bates Range: SDC_CSL_0487673 - SDC_CSL_0530841
> Doc Count: 17,900
> Download Link: [link removed]

Consistent with the Protective Order, these documents have been designated as "Confidential," "Attorneys' Eyes Only," or "Outside Counsel Only."

The password will be sent separately.

I have also attached here PDF and Excel versions of SmileDirect's supplemental privilege log, which covers this production volume. Please let me know if you have any difficulty accessing either the production or the log.

Best,
Hannah

Hannah M. Stowe
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP



vCard

t: 312.624.6383 | HStowe@beneschlaw.com
www.beneschlaw.com

71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Stowe, Hannah <HStowe@beneschlaw.com>
**Sent:** Tuesday, January 31, 2023 3:17 PM
**To:** Fiorella, Andrew G. <AFiorella@beneschlaw.com>; Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R <Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com' <finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com' <palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson' <JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>; mtlatenchi@scott-scott.com
**Subject:** RE: SmileDirectClub - Production Volume 13

The password is: █████████.


vCard

Hannah M. Stowe
(she/her/hers)
Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6383 | HStowe@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Stowe, Hannah
**Sent:** Tuesday, January 31, 2023 3:17 PM
**To:** Fiorella, Andrew G. <AFiorella@beneschlaw.com>; Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R <Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com' <finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com' <palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson' <JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>; mtlatenchi@scott-scott.com
**Subject:** RE: SmileDirectClub - Production Volume 13

All,

Below is a link to Volume 13 of SmileDirect's document production.

Vol: SDC_CSL_Vol13
Bates Range: SDC_CSL_0411054 - SDC_CSL_0487672
Doc Count: 6,752
Download Link: [link removed]

Consistent with parts of our previous productions, these documents have been designated as "Confidential," "Attorneys' Eyes Only," or "Outside Counsel Only."

The password will be sent separately.

I have also attached here PDF and Excel versions of SmileDirect's privilege log, which covers its productions to date. Please let me know if you have any difficulty accessing either the production or the log.

Best,
Hannah

**From:** Fiorella, Andrew G. <AFiorella@beneschlaw.com>
**Sent:** Monday, October 3, 2022 7:04 PM
**To:** Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R <Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com' <finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com' <palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Stowe, Hannah <HStowe@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Norris, Mark <MNorris@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson' <JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>; mtlatenchi@scott-scott.com
**Subject:** RE: SmileDirectClub - Production Volumes 10 and 11

The password for both volumes is ██████████████



Andrew G. Fiorella
Co‑Chair, Financial Institutions and Securities Litigation
Chair, e‑Discovery
Benesch Friedlander Coplan & Aronoff LLP

t: 216.363.4453 | m: 216.280.6449
AFiorella@beneschlaw.com | www.beneschlaw.com
200 Public Square, Suite 2300, Cleveland, OH 44114‑2378

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Fiorella, Andrew G.
**Sent:** Monday, October 3, 2022 8:01 PM
**To:** Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R

<Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com' <finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com' <palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Stowe, Hannah <HStowe@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Norris, Mark <MNorris@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson' <JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>; mtlatenchi@scott-scott.com

**Subject:** RE: SmileDirectClub - Production Volumes 10 and 11

Max,

Here are links to Volumes 10 and 11 of Defendants' production:

      Vol: SDC_CSL_Vol10
      Bates Range:  SDC_CSL_0343704 - SDC_CSL_0410913
      Doc Count: 16,558
      Download Link:

      Vol: SDC_CSL_Vol11
      Bates Range: SDC_CSL_0410914 - SDC_CSL_0411040
      Doc Count: 51
      Download Link:

Consistent with parts of our previous productions, these documents have been designated as "Confidential," "Attorneys' Eyes Only," or "Outside Attorneys' Eyes Only."

The password will be sent separately.

Two things:  (1) there were a 10 or so spreadsheets that would not process.  We will send as soon as possible tomorrow.  (2) we are turning immediately to the documents initially withheld for privilege and the privilege log. With this production, the SDC Defendants have substantially completed their production.

Thank you,

AF

---

**From:** Fiorella, Andrew G. <AFiorella@beneschlaw.com>
**Sent:** Friday, September 30, 2022 3:56 PM
**To:** Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R <Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com' <finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com' <palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Stowe, Hannah <HStowe@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Norris, Mark <MNorris@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson' <JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>; mtlatenchi@scott-scott.com
**Subject:** SmileDirectClub - Production Volume 9

Max,

Here is a link to Volume 9 of Defendants' production:

Production Volume:  SDC_CSL_Vol9

Download Link:
Bates Range:  SDC_CSL_0293800 - SDC_CSL_0343703
Doc Count:  5,551
Page Count:  49,903

Consistent with parts of our previous productions, these documents have been designated as "Confidential,"
"Attorneys' Eyes Only," or "Outside Attorneys' Eyes Only."

The password will be sent separately.

We are preparing an additional production for Monday.  At that time, and leaving aside documents that have been
marked as "potentially privileged", the SDC Defendants will have substantially completed their production.

Thank you,

AF



Andrew G. Fiorella
Co-Chair, Financial Institutions and Securities Litigation
Chair, e-Discovery
Benesch Friedlander Coplan & Aronoff LLP

t: 216.363.4453 | m: 216.280.6449
AFiorella@beneschlaw.com | www.beneschlaw.com
200 Public Square, Suite 2300, Cleveland, OH 44114-2378

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

---

**From:** Fiorella, Andrew G.
**Sent:** Thursday, July 14, 2022 10:54 AM
**To:** Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry
Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-
Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R
<Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com'
<finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com'
<palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Stowe, Hannah
<HStowe@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Norris, Mark
<MNorris@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson'
<JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>;
mtlatenchi@scott-scott.com
**Subject:** SmileDirectClub - Production Volume 8

Max,

Here is a link to Volume 8 of Defendants' production:

Production Volume:  SDC_CSL_Vol8
Production Link:
Bates Range: SDC_CSL_0282895 - SDC_CSL_0293799
Doc Count: 1,733
Page Count: 10,905

Consistent with parts of our previous productions, these documents have been designated as "Confidential,"

"Attorneys' Eyes Only," or "Outside Attorneys' Eyes Only" pending the final resolution of the Protective Order.

The password will be sent separately.

Thank you,

AF

**Andrew G. Fiorella**
Office: 216.363.4453
Mobile: 216.280.6449

---

**From:** Fiorella, Andrew G.
**Sent:** Friday, July 8, 2022 2:17 PM
**To:** Max Schwartz <mschwartz@scott-scott.com>; Griffin, Michael C <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; Deborah Clark-Weintraub <dweintraub@scott-scott.com>; Tom Laughlin <tlaughlin@scott-scott.com>
**Cc:** Musoff, Scott D <Scott.Musoff@skadden.com>; Guerriero, Christopher R <Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com' <finna@sullcrom.com>; 'longjh@sullcrom.com' <longjh@sullcrom.com>; 'palmersh@sullcrom.com' <palmersh@sullcrom.com>; Rammelt, David <DRammelt@beneschlaw.com>; Stowe, Hannah <HStowe@beneschlaw.com>; Bedell, James <JBedell@beneschlaw.com>; Norris, Mark <MNorris@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>; 'John Jacobson' <JJacobson@rwjplc.com>; Allison.k.hardison@scott-scott.com; Jeffrey P. Jacobson <jjacobson@scott-scott.com>; mtlatenchi@scott-scott.com
**Subject:** SmileDirectClub - Production Volume 7

Max,

Here is a link to Volume 7 of Defendants' production:

Production Volume:  SDC_CSL_Vol7
Production Link:
Bates Range:  SDC_CSL_0281885 - SDC_CSL_0282894
Doc Count:  469
Page Count:  1010

Consistent with parts of our previous productions, these documents have been designated as "Attorneys' Eyes Only" pending the final resolution of the Protective Order.

The password will be sent separately.

Thank you,

AF

**Andrew G. Fiorella**
Office: 216.363.4453
Mobile: 216.280.6449

---

**From:** Fiorella, Andrew G.
**Sent:** Friday, June 24, 2022 4:06 PM
**To:** 'Max Schwartz' <mschwartz@scott-scott.com>; 'Griffin, Michael C' <Michael.Griffin@skadden.com>; 'Jerry Martin' <jmartin@barrettjohnston.com>; 'David Garrison' <dgarrison@barrettjohnston.com>; 'Deborah Clark-Weintraub' <dweintraub@scott-scott.com>; 'Tom Laughlin' <tlaughlin@scott-scott.com>
**Cc:** 'Musoff, Scott D' <Scott.Musoff@skadden.com>; 'Guerriero, Christopher R' <Christopher.Guerriero@skadden.com>; 'Elizabeth Gonser' <EGonser@rwjplc.com>; 'finna@sullcrom.com'

<[finna@sullcrom.com](mailto:finna@sullcrom.com)>; 'longjh@sullcrom.com' <[longjh@sullcrom.com](mailto:longjh@sullcrom.com)>; 'palmersh@sullcrom.com' <[palmersh@sullcrom.com](mailto:palmersh@sullcrom.com)>; Rammelt, David <[DRammelt@beneschlaw.com](mailto:DRammelt@beneschlaw.com)>; Stowe, Hannah <[HStowe@beneschlaw.com](mailto:HStowe@beneschlaw.com)>; Bedell, James <[JBedell@beneschlaw.com](mailto:JBedell@beneschlaw.com)>; Norris, Mark <[MNorris@beneschlaw.com](mailto:MNorris@beneschlaw.com)>; Meuti, Michael <[MMeuti@beneschlaw.com](mailto:MMeuti@beneschlaw.com)>; 'John Jacobson' <[JJacobson@rwjplc.com](mailto:JJacobson@rwjplc.com)>; 'Allison.k.hardison@scott-scott.com' <[Allison.k.hardison@scott-scott.com](mailto:Allison.k.hardison@scott-scott.com)>; 'Jeffrey P. Jacobson' <[jjacobson@scott-scott.com](mailto:jjacobson@scott-scott.com)>; 'mtlatenchi@scott-scott.com' <[mtlatenchi@scott-scott.com](mailto:mtlatenchi@scott-scott.com)>
**Subject:** SmileDirectClub - Production Volume 6

Max,

Here is a link to Volume 6 of Defendants' production:

Production Volume:  SDC_CSL_Vol6
Production Link:
Bates Range: SDC_CSL_0275427 - SDC_CSL_0281884
Doc Count: 2,551
Page Count: 6,458

Consistent with parts of our previous productions, these documents have been designated as "Attorneys' Eyes Only" pending the final resolution of the Protective Order.

The password will be sent separately.

Thank you,

AF

**Andrew G. Fiorella**
Direct:  216.363.4453
Mobile:  216.280.6449

---

**From:** Fiorella, Andrew G.
**Sent:** Friday, June 17, 2022 1:16 PM
**To:** Max Schwartz <[mschwartz@scott-scott.com](mailto:mschwartz@scott-scott.com)>; Griffin, Michael C <[Michael.Griffin@skadden.com](mailto:Michael.Griffin@skadden.com)>; 'Jerry Martin' <[jmartin@barrettjohnston.com](mailto:jmartin@barrettjohnston.com)>; 'David Garrison' <[dgarrison@barrettjohnston.com](mailto:dgarrison@barrettjohnston.com)>; Deborah Clark-Weintraub <[dweintraub@scott-scott.com](mailto:dweintraub@scott-scott.com)>; Tom Laughlin <[tlaughlin@scott-scott.com](mailto:tlaughlin@scott-scott.com)>
**Cc:** Musoff, Scott D <[Scott.Musoff@skadden.com](mailto:Scott.Musoff@skadden.com)>; Guerriero, Christopher R <[Christopher.Guerriero@skadden.com](mailto:Christopher.Guerriero@skadden.com)>; 'Elizabeth Gonser' <[EGonser@rwjplc.com](mailto:EGonser@rwjplc.com)>; 'finna@sullcrom.com' <[finna@sullcrom.com](mailto:finna@sullcrom.com)>; 'longjh@sullcrom.com' <[longjh@sullcrom.com](mailto:longjh@sullcrom.com)>; 'palmersh@sullcrom.com' <[palmersh@sullcrom.com](mailto:palmersh@sullcrom.com)>; Rammelt, David <[DRammelt@beneschlaw.com](mailto:DRammelt@beneschlaw.com)>; Stowe, Hannah <[HStowe@beneschlaw.com](mailto:HStowe@beneschlaw.com)>; Bedell, James <[JBedell@beneschlaw.com](mailto:JBedell@beneschlaw.com)>; Norris, Mark <[MNorris@beneschlaw.com](mailto:MNorris@beneschlaw.com)>; Meuti, Michael <[MMeuti@beneschlaw.com](mailto:MMeuti@beneschlaw.com)>; 'John Jacobson' <[JJacobson@rwjplc.com](mailto:JJacobson@rwjplc.com)>; Jeffrey P. Jacobson <[jjacobson@scott-scott.com](mailto:jjacobson@scott-scott.com)>
**Subject:** SmileDirectClub - Production Volume 5

Max,

Here is a link to Volume 5 of Defendants' production:

Production Volume:  SDC_CSL_Vol5
Production Link:
Bates Range: SDC_CSL_0258163 - SDC_CSL_0275426
Doc Count: 6,056
Page Count: 17,264

Consistent with parts of our previous productions, these documents have been designated as "Attorneys' Eyes Only" pending the final resolution of the Protective Order.

The password will be sent separately.

Thank you,

AF

**Andrew G. Fiorella**
Co-Chair, Financial Institutions and Securities Litigation
Chair, e-Discovery
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Direct:  216.363.4453 | Mobile:  216.280.6449
afiorella@beneschlaw.com | www.beneschlaw.com

Confidentiality Notice to Incorrect Addressee:  www.beneschlaw.com/confidentialitynotice