IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiffs, ) ) v. ) ) SMILEDIRECTCLUB, INC., ET AL., ) ) Defendant. ) | NO. 3:19-cv-00962 JUDGE RICHARDSON |

## <u>ORDER</u>

The Court acknowledges receipt of the "Emergency Motion To Stay Enforcement of Nondispositive Order of Magistrate Judge" (Doc. No. 199, "Motion") filed by Defendants David Katzman, Steven Katzman, Susan Greenspon Rammelt, Kyle Wailes, Richard Schnall, Alex Fenkell, Jordan Katzman, and Camelot Venture Group ("Individual Defendants"). The Court has taken notice of the parties' jointly proposed expedited briefing schedule pertaining to the Motion— a schedule that, according to the Motion, was agreed upon even though Plaintiffs oppose the Motion on the merits (Doc. No. 199 at 2) ("The Parties agreed to the following expedited briefing schedule to facilitate this Court's review[.]").

The proposed schedule requires Plaintiffs to file an opposition brief on April 25, 2025 and requires Individual Defendants to file a reply on April 28, 2025. The Court finds this schedule acceptable and adopts it. Accordingly, the Motion (Doc. No. 199) is GRANTED, The Court is

aware that Magistrate Judge Frensley's order (Doc. No. 196) mandated compliance by May 6, 2025, and will therefore issue a decision on the Motion before that date.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE