# EXHIBIT A

| **From:** | Chris Wood |
| **To:** | "Palmer, Shane M."; Brian Lutz; Kahn, Michael J.; Nelles, Sharon L.; Finn, Andrew J.; Wagener, William H.; Dhillon, Navraj S.; Irwin, Alannah M. |
| **Cc:** | "Rammelt, David"; Fiorella, Andrew G.; Max Schwartz; Jerry Martin; Jeffrey Stein; "Silverstein, Michael" |
| **Subject:** | SDC - Consilio Repositories |
| **Date:** | Friday, August 23, 2024 10:38:32 AM |

Counsel,

The Trustee recently provided plaintiffs access to a database of SDC documents which has historically been hosted by Consilio.

We'd like to discuss the extent to which defendants have had access to these documents historically, as well as the best way to make these documents available to all parties. Please let me know a good time for a call.

Best,

Chris Wood
**Robbins Geller Rudman & Dowd LLP**
200 31st Avenue North
Nashville, TN 37203
Tel. (615) 244-2203