The motion is GRANTED. The Court will consider Plaintiffs' sur-reply when it is conducting its analysis.

*Eli Richardson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, ) ) | Civil Action No. 3:19-cv-00962 **(Consolidated)** |
| Plaintiff, ) | CLASS ACTION |
| vs. ) ) | Judge Eli J. Richardson Magistrate Judge Jeffery S. Frensley |
| SMILEDIRECTCLUB, INC., et al., ) ) | |
| Defendants. ) ) | MOTION FOR LEAVE TO FILE SUR-REPLY |

Plaintiffs 1199SEIU Health Care Employees Pension Fund and Bucks County Employees Retirement System ("Plaintiffs") respectfully move for leave to file a sur-reply to address a new argument submitted in the Individual Defendants' Reply in Support of Motion to Review Nondispositive Order of Magistrate Judge (ECF 209) (the "Reply").[1]

As the Sixth Circuit has held, "[i]t is only logical" in "the situation where the moving party submits in a reply brief new reasons and evidence in support of its motion," to "require a district court to allow the nonmoving party an opportunity to respond." *Seay v. Tenn. Valley Auth.*, 339 F.3d 454, 481-82 (6th Cir. 2003); *see also, United States v. Florence*, 2020 WL 5797987, at \*2 (M.D. Tenn. Sept. 29, 2020) ("The court may grant leave to file a sur-reply where "'the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply."'").[2]

---

[1] All capitalized terms not otherwise defined herein have the same meaning as set forth in Plaintiffs' Opposition to the Individual Defendants' Motion for Review of Nondispositive Order of Magistrate Judge (ECF 206).

[2] Unless otherwise noted, citations are omitted.

- 1 -