MOTION GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendants. | Civil Action No. 3:19-cv-00962<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule 83.01(g), Jay B. Kasner, Scott D. Musoff and Michael C. Griffin of the firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") respectfully move to withdraw as counsel for Defendants SmileDirectClub, Inc., David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Richard Schnall and Susan Greenspon Rammelt (the "Former Clients"). The above-named attorneys certify that they have given written notice to the Former Clients of their intention to withdraw from the case. (*See* **Ex. A** attached hereto.)

In support of this Motion, Jay B. Kasner, Scott D. Musoff and Michael C. Griffin submit as follows:

1.      Since SmileDirectClub has filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, the Former Clients wish to minimize legal expenses.

2.      Upon Skadden's withdrawal, the Former Clients will continue to be represented in this case by their respective counsel of record with the firms Riley & Jacobson, PLC; Benesch, Friedlander, Coplan & Aronoff LLP; and/or Gibson, Dunn & Crutcher LLP. Accordingly, Skadden's withdrawal will not delay progress in this case.

3.      Pursuant to Local Rule 7.01(a)(1), Skadden has conferred with counsel for the Plaintiffs, who consent to this Motion to Withdraw.


Respectfully submitted,

s/   Elizabeth O. Gonser
Steven A. Riley (BPR #6258)
Elizabeth O. Gonser (BPR #26329)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Tel: (615) 320-3700
sriley@rjfirm.com
egonser@rjfirm.com


Andrew G. Fiorella (*pro hac vice*)
Michael D. Meuti (*pro hac vice*)
Allyson R. Cady (*pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Tel: (216) 363-4500
afiorella@beneschlaw.com
acady@beneschlaw.com
mmeuti@beneschlaw.com


*Attorneys for Defendants*
*SmileDirectClub, Inc.,*
*David Katzman, Kyle Wailes,*
*Steven Katzman, Jordan Katzman,*
*Alexander Fenkell, Richard Schnall,*
*Susan Greenspon Rammelt and*
*Camelot Venture Group*

s/   Scott D. Musoff
Jay B. Kasner (*pro hac vice*)
Scott D. Musoff (*pro hac vice*)
Michael C. Griffin (*pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000
jay.kasner@skadden.com
scott.musoff@skadden.com
michael.griffin@skadden.com


*Outgoing Attorneys for Defendants*
*SmileDirectClub, Inc.,*
*David Katzman, Kyle Wailes,*
*Steven Katzman, Jordan Katzman,*
*Alexander Fenkell, Richard Schnall,*
*Susan Greenspon Rammelt and*
*Camelot Venture Group*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 2, 2025, a true and exact copy of the foregoing was filed electronically and served via the Court's CM/ECF system upon all counsel of record listed on the attached Electronic Mail Notice List, which does not include any individuals who require a manual notice.

*s/      Elizabeth O. Gonser*

# Mailing Information for a Case 3:19-cv-00962 Franchi v. SmileDirectClub, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Allyson R. Cady**
  acady@beneschlaw.com

- **Wade B. Cowan**
  wcowan@dhhrplc.com

- **James M. Ficaro**
  jmf@weiserlawfirm.com

- **Andrew J. Finn**
  finna@sullcrom.com

- **Andrew Fiorella**
  afiorella@beneschlaw.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,dgibby@rjfirm.com,bmoore@rjfirm.com

- **Michael C. Griffin**
  michael.griffin@skadden.com

- **John S. Hicks**
  jhicks@bakerdonelson.com,trutledge@bakerdonelson.com,lkroll@bakerdonelson.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Stephen Johnson**
  SJohnson@rgrdlaw.com

- **Lewis S. Kahn**
  Lewis.Kahn@ksfcounsel.com

- **Michael J. Kahn**
  MJKahn@gibsondunn.com

- **Jay B. Kasner**
  jay.kasner@skadden.com

- **Ashley M Kelly**
  akelly@rgrdlaw.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian M. Lutz**
  blutz@gibsondunn.com

- **MICHAEL J MORSE**
  PKNASHLAW@AOL.COM

- **Richard A. Maniskas**
  rmaniskas@sbtklaw.com

- **Michael D. Meuti**
  mmeuti@beneschlaw.com,Docket2@Beneschlaw.com,emanzo@beneschlaw.com,rkrueger@beneschlaw.com

- **E. Powell Miller**
  epm@millerlawpc.com

- **Scott D. Musoff**
  scott.musoff@skadden.com

- **Danielle S. Myers**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Christopher Nelson**
  cln@weiserlawfirm.com

- **Melinda A. Nicholson**
  Melinda.Nicholson@ksfcounsel.com

- **Michael J. Palestina**
  Michael.Palestina@ksfcounsel.com

- **Ira M. Press**
  ipress@kmllp.com

- **David Albert Rammelt**
  drammelt@beneschlaw.com,docket@beneschlaw.com,emanzo@beneschlaw.com

- **Steven Allen Riley**
  sriley@rjfirm.com,dgibby@rjfirm.com

- **Darren J. Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Scott H. Saham**
  scotts@rgrdlaw.com,ScottS@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com

- **Laura Seferian**
  lseferian@beneschlaw.com

- **Michael B. Silverstein**
  msilverstein@beneschlaw.com,Docket2@beneschlaw.com

Case 3:19-cv-00962   Document 215   Filed 06/16/25   Page 5 of 6 PageID #: 5454

- **John Tate Spragens**
  john@spragenslaw.com,spragenslaw@ecf.courtdrive.com,dave@spragenslaw.com

- **Jeffrey J. Stein**
  jstein@rgrdlaw.com,JStein@ecf.courtdrive.com,CSavedra@rgrdlaw.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Christopher E. Thorsen**
  cthorsen@bakerdonelson.com,pmontei@bakerdonelson.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)