UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> SMILEDIRECTCLUB, INC., et al., <br><br> Defendants. | Civil Action No. 3:19-cv-00962 <br> **(Consolidated)** <br><br> <u>CLASS ACTION</u> <br><br> Judge Eli J. Richardson <br> Magistrate Judge Jeffery S. Frensley <br><br> DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S JUNE 12, 2025 ORDER |

I, CHRISTOPHER M. WOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Tennessee, including this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiffs 1199SEIU Health Care Employees Pension Fund and Bucks County Employees Retirement System (collectively, "Plaintiffs") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached as Exhibit A-E are true and correct copies of the following documents:

Exhibit A:     SmileDirectClub's 2019 Team Member Handbook (SDC_CSL_0007668);

Exhibit B:     Excerpts of Renewed Application for Entry of an Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Special Litigation Counsel to the Chapter 7 Trustee, *In re SmileDirectClub, Inc., et al.*, No. 4:23-90786 (CML), ECF 957 (Bankr. S.D. Tex. Dec. 10, 2014);

Exhibit C:     Excerpts of Response Brief of Appellee Chapter 7 Trustee, *Cluster HoldCo, LLC v. Allison D. Byman*, No. 4:25-cv-01771 (LHR), ECF 29 (S.D. Tex. July 16, 2025);

- 1 -

Exhibit D: Order Denying Motions for Reconsideration, *In re SmileDirectClub, Inc., et al.*, No. 4:23-90786 (CML), ECF 1050 (Bankr. S.D. Tex. Apr. 7, 2025); and

Exhibit E: Excerpts of Trial Transcript, *In re SmileDirectClub, Inc., et al.*, No. 4:23-90786 (CML) (Bankr. S.D. Tex. Feb. 14, 2025).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2025, at Nashville, Tennessee.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

- 2 -

4911-5472-9052.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 8, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
 & DOWD LLP
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
615/432-2398 (fax)

Email:  cwood@rgrdlaw.com