# EXHIBIT E

                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION

SMILE DIRECT CLUB, INC.,        )  CASE NO:  23-90786-cml
                                )
                                )  Houston, Texas
                                )
           Debtor.              )  Friday,
                                )  February 14, 2025
                                )
------------------------------)  9:03 AM to 4:21 PM


                               TRIAL

          BEFORE THE HONORABLE CHRISTOPHER M. LOPEZ
                UNITED STATES BANKRUPTCY JUDGE


APPEARANCES:

For Trustee:              DAVID LITTERINE-KAUFMAN
                          DARRELL CAFASSO
                          NICK POLI
                          BAILEY ROE
                          Orrick, Herrington & Sutcliffe LLP
                          51 West 52nd Street
                          New York, NY 10019

                          Aaron J Power
                          Porter Hedges LLP
                          1000 Main 36th Flr
                          Houston, TX 77002

For the DIP Agent:        BEN WINGER
                          BRETT INGERMANN
                          MR. CAFFELL
                          DLA Piper LLP (US)
                          650 S. Exeter Street
                          Suite 1100
                          Baltimore, MD 21202

For Interested Parties:  DAVID RAMMELT
                         MIKE MEUTI
                         ANDREW FIORELLA
                         Benesch Friedlander
                         Coplan & Aronoff
                         71 S. Wacker Drive
                         Ste 1600
                         Chicago, IL 60606

Court Reporter:          YESENIA LILA

Courtroom Deputy:        YESENIA LILA

Transcribed by:          Veritext Legal Solutions
                         330 Old Country Road, Suite 300
                         Mineola, NY 11501
                         Tel: 800-727-6396


Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

Q. And have you been -- I want to talk about other books and records. Have you been able to access the company's original cloud-based systems that have things like e-mails and other electronic communications?

A. I have not yet successfully had access to the Microsoft systems, the cloud-based systems, which would include email communications.

Q. Have you been trying to?

A. Yes.

Q. Now, in your view as Trustee, is it important to collect emails, and other communications in this case?

A. Yes. I think that's going to be the significant avenue of obtaining evidence in connection with investigating and prosecuting the claims.

Q. Now, I want to focus on a specific aspect of Debtor books and records. Have you heard of the so-called Consilio Database?

A. I have.

Q. And what is that?

A. It is, my understanding, it's an e-discovery repository of documents in connection with various litigation matters.

Q. Now, I just want to be clear, do you know whether there are multiple workspaces or repositories of Debtor material hosted by Consilio?

A. Yes. I would say there's, if you consider -- I am not technologically savvy, and I do not -- I have not used the Consilio Database. But in terms of the organization of it, I consider it one large database, with separate workspaces within it for each different regulatory or litigation matter, that was set up within their database.

Q. Okay. And we'll walk through that in just a moment. But how did you find out these are Debtor's books and records?

A. In conversations with Debtor's general counsel, Susan Rammelt, we had conversations about various different litigation matters. And in then drilling down on where the books and records were in connection with those litigation matters, she provided me with a listing of all the Consilio Database workspaces.

Q. Did Susan Rammelt, or anyone else ever tell you these did not belong to the Debtors?

A. No. I've always understood them to be the Debtor's records exclusively.

Q. Are you aware of whether there is a contract governing this overarching database with all these workspaces?

A. There is a contract between SmileDirect and Consilio, and its predecessor, Legility.

Q. And prior to your deposition a couple weeks

ago, had you actually seen the contract?

A.  I had not seen it prior to my deposition.  I understood there was one, that Debtor was being billed for it, but I had not seen it before the deposition.

Q.  And since then, have you reviewed that contract?

A.  Yes.

Q.  So let's go to Exhibit 3, Tab 3 in your binder.  Do you recognize this document, Ms. Byman?

A.  Yes.

Q.  What is it?

A.  The Legility contractor.  It's termed a master services agreement between Legility, LLC and SmileDirectClub, LLC.

Q.  And how did you acquire this document?

A.  My accountant's IT professionals searched the documents that have been downloaded, and it was within those records.

MR. POLI:  And Your Honor, at this time we move Trustee Exhibit 3 into evidence.

THE COURT:  Any objection to the admission of 3.

MR. WINGER:  Not from the DIP Agent, Your Honor.

THE COURT:  Okay.  It's admitted.

MR. POLI:  Thank you, Your Honor.

BY MR. POLI:

CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Lindsay Peacock

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  February 19, 2025