IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ADAM FRANCHI, ET AL.,         )
         )
     Plaintiffs,         )        No. 3:19-cv-00962
         )
v.         )        JUDGE RICHARDSON
         )
SMILEDIRECTCLUB, INC., ET AL.,         )
         )
     Defendants.         )

## **ORDER**

Pending before the Court is "Plaintiffs' Motion For Dismissal Of Defendant SmileDirectClub, Inc. Without Prejudice," (Doc. No. 188, "Motion") pursuant to Fed. R. Civ. P. 21. No opposition to the Motion has been filed.

Rule 21 provides that the Court may at any time, on motion or on its own, add or drop a party or claim. The Court must make an independent determination that dropping the party is appropriate. Here, the Court has little difficulty concluding that the interests of justice support dropping SmileDirectClub, Inc. as requested, given both its potential for increasing judicial efficiency in resolving this dispute and the absence of any objection.

Because the Motion indicates that the claims against SmileDirectClub, Inc. are to be dismissed without prejudice, Plaintiffs' claims against SmileDirectClub, Inc. are hereby DISMISSED without prejudice. The claims against the other Defendants remain pending.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE