# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:19-cv-00962 (Consolidated) Judge Richardson/Frensley |
| SMILEDIRECTCLUB, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER

This matter is now before the Court upon "Plaintiffs' Request for Oral Argument," in which Plaintiffs request that the Court set a hearing to determine a resolution of the Parties' filings related to a pending discovery dispute. Docket No. 221; *see* Docket Nos. 219-220. The Individual Defendants oppose the Motion. Docket No. 222. Because the Court has been able to resolve the matter based on the Parties' voluminous filings, Plaintiffs' Motion (Docket No. 221) is DENIED.

IT IS SO ORDERED.

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**