| | |
|---|---|
| ADAM FRANCHI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMILEDIRECTCLUB, INC., et al.,<br><br>Defendants. | No. 3:19-cv-00962 **(Consolidated)**<br><br>CLASS ACTION<br><br>Judge Eli J. Richardson<br>Magistrate Judge Jeffrey S. Frensley |

## INDIVIDUAL DEFENDANTS'
## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Under Local Rule 83.01(h), Defendants David Katzman, Kyle Wailes, Steven Katzman, Jordan Katzman, Alexander Fenkell, Susan Greenspon Rammelt, Richard Schnall, and Camelot Venture Group ("Individual Defendants") move to substitute Samuel P. Funk, Erik C. Lybeck, and Evan S. Rothey of the law firm SIMS|FUNK, PLC as counsel for the Individual Defendants. The Individual Defendants will continue to be represented in this matter by attorneys of record Allyson R. Cady, Andrew Fiorella, Michael D. Meuti, David A. Rammelt, Laura Seferian, and Michael B. Silverstein of the law firm Benesch, Friedlander, Coplan & Aronoff LLP.

Brian M. Lutz and Michael J. Kahn of the law firm Gibson, Dunn & Crutcher LLP will no longer represent Alexander Fenkell and Jordan Katzman and move to withdraw as counsel of record. Steven A. Riley and Elizabeth O. Gonser of the law firm Riley & Jacobson, PLC will no longer represent the Individual Defendants and move to withdraw as counsel of record. Due to

the substitution of counsel requested herein and continuing representation by Benesch, Friedlander, Coplan & Aronoff LLP, withdrawal will not delay trial or other pending matters.

Under Local Rule 7.01, counsel have conferred with counsel for Plaintiffs and counsel for the Underwriter Defendants, and this motion is unopposed.

Respectfully submitted,

/s/ Samuel P. Funk
Samuel P. Funk (BPR #19777)
Erik C. Lybeck (BPR #35233)
Evan S. Rothey (BPR #37708)
SIMS|FUNK, PLC
3102 West End Avenue, Suite 1100
Nashville, Tennessee 37203
Telephone: (615) 292-9335
Facsimile: (615) 649-8565
sfunk@simsfunk.com
elybeck@simsfunk.com
erothey@simsfunk.com

*New Attorneys for Defendants*
*David Katzman, Steven Katzman, Kyle*
*Wailes, Alexander Fenkell, Jordan*
*Katzman, Susan Greenspon Rammelt,*
*Richard Schnall, and Camelot Venture*
*Group*

/s/ Brian M. Lutz (*by SPF with perm.*)
Brian M. Lutz (*Admitted pro hac vice*)
Michael J. Kahn (*Admitted pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
blutz@gibsondunn.com
mjkahn@gibsondunn.com

*Outgoing attorneys for Defendants*
*Alexander Fenkell and Jordan Katzman*

/s/ Elizabeth O. Gonser (*by SPF with perm.*)
Steven A. Riley (BPR #6258)
Elizabeth O. Gonser (BPR #26329)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
sriley@rjfirm.com
egonser@rjfirm.com

*Outgoing attorneys for Defendants*
*David Katzman, Steven Katzman, Kyle*
*Wailes, Alexander Fenkell, Jordan*
*Katzman, Susan Greenspon Rammelt,*
*Richard Schnall, and Camelot Venture*
*Group*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was filed and served electronically on the following via the Court's ECF system on February 9, 2026:

Michael Albert
malbert@rgrdlaw.com

Paul Kent Bramlett
pknashlaw@aol.com

Allyson R. Cady
acady@beneschlaw.com

Wade B. Cowan
wcowan@dhhrplc.com

James M. Ficaro
jmf@weiserlawfirm.com

Andrew J. Finn
finna@sullcrom.com

Andrew Fiorella
afiorella@beneschlaw.com

Elizabeth O. Gonser
egonser@rjfirm.com, dgibby@rjfirm.com,
bmoore@rjfirm.com

John S. Hicks
jhicks@bakerdonelson.com,
trutledge@bakerdonelson.com,
lkroll@bakerdonelson.com

James A. Holifield , Jr
aholifield@holifieldlaw.com

J. Alexander Hood , II
ahood@pomlaw.com, abarbosa@pomlaw.com

Stephen Johnson
SJohnson@rgrdlaw.com

Lewis S. Kahn
Lewis.Kahn@ksfcounsel.com

Michael J. Kahn
MJKahn@gibsondunn.com

Ashley M Kelly
akelly@rgrdlaw.com

Phillip Kim
pkim@rosenlegal.com

E. Powell Miller
epm@millerlawpc.com

Danielle S. Myers
danim@rgrdlaw.com, dmyers@ecf.courtdrive.com,
e_file_sd@rgrdlaw.com

Sharon L. Nelles
nelless@sullcrom.com

Christopher Nelson
cln@weiserlawfirm.com

Melinda A. Nicholson
Melinda.Nicholson@ksfcounsel.com

Michael J. Palestina
Michael.Palestina@ksfcounsel.com

Ira M. Press
ipress@kmllp.com

David Albert Rammelt
drammelt@beneschlaw.com,
docket@beneschlaw.com, emanzo@beneschlaw.com

Steven Allen Riley
sriley@rjfirm.com, dgibby@rjfirm.com

Darren J. Robbins
darrenr@rgrdlaw.com, e_file_sd@rgrdlaw.com

Laurence M. Rosen
lrosen@rosenlegal.com

Scott H. Saham
scotts@rgrdlaw.com, ScottS@ecf.courtdrive.com,
e_file_sd@rgrdlaw.com, CReis@ecf.courtdrive.com

Laura Seferian
lseferian@beneschlaw.com

Michael B. Silverstein
msilverstein@beneschlaw.com,
Docket2@beneschlaw.com

John Tate Spragens
john@spragenslaw.com,
spragenslaw@ecf.courtdrive.com,
dave@spragenslaw.com

3

Jeremy A. Lieberman
jalieberman@pomlaw.com, disaacson@pomlaw.com,
ashmatkova@pomlaw.com

Ting H. Liu
tliu@rgrdlaw.com, e_file_sd@rgrdlaw.com

Brian M. Lutz
blutz@gibsondunn.com

MICHAEL J MORSE
PKNASHLAW@AOL.COM

Richard A. Maniskas
rmaniskas@sbtklaw.com

Michael D. Meuti
mmeuti@beneschlaw.com,
Docket2@Beneschlaw.com,
emanzo@beneschlaw.com, rkrueger@beneschlaw.com

Jeffrey J. Stein
jstein@rgrdlaw.com,
JStein@ecf.courtdrive.com,CSavedra@rgrdlaw.com

Tara L. Swafford
tara@swaffordlawfirm.com

Christopher E. Thorsen
cthorsen@bakerdonelson.com,
pmontei@bakerdonelson.com

William H. Wagener
wagenerw@sullcrom.com

Christopher M. Wood
cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,
e_file_sd@rgrdlaw.com, CReis@ecf.courtdrive.com,
creis@rgrdlaw.com

*/s/ Samuel P. Funk*